AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Lorena Sims, Brenda Sims and Linda Sims

V.

Jeld-Wen, Inc., and Richard Fetner

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv685-M?

TO: (Name and address of Defendant)

Richard Fetner
567 Davis Drive
Roanoke, AL 36274-1411

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James B. Douglas, Jr.
McNeal & Douglas,
Attorneys at Law, L.L.C.
PO Box 1423, Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                  7/26/05

CLERK                                                        DATE

_[signature]_

(By) DEPUTY CLERK