AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____Middle____ District of ____Alabama____

Lorena Sims, Brenda Sims and Linda Sims

V.

Jeld-Wen, Inc., and Richard Fetner

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv685-M

TO: (Name and address of Defendant)

Jeld-Wen, Inc.
The Corporation Company
2000 Interstate Park Drive Ste 204, Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James B. Douglas, Jr.
McNeal & Douglas,
Attorneys at Law, L.L.C.
PO Box 1423, Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                    8/2/05

CLERK                                                               DATE

(By) DEPUTY CLERK