| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery  8-4-05<br>C. Signature  X _[signature]_    ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Jeld-Wen, Inc.<br>The Corporation Company<br>2000 Interstate Park Drive<br>Suite 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:05cv685-m<br>3:05    S+C<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☒ Yes |
| 2. Article Number (Transfer from service label)    7001 1140 0003 2239 7538 | |

PS Form 3811, March 2001     Domestic Return Receipt     102595-01-M-1424