IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS,<br><br>      Plaintiffs,<br><br>v.<br><br>JELD-WEN, INC. and RICHARD FETNER,<br><br>      Defendants. | CIVIL ACTION NUMBER:<br>3:USCV685-M |

**UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO COMPLAINT**

    COMES NOW, JELD-WEN, inc., Defendant in the above-styled action ("Defendant"), by and through its counsel of record, and respectfully requests that this Court grant it a fourteen (14) day extension of time to respond to Plaintiffs' Complaint. As grounds therefore, Defendant states as follows:

    1.    Plaintiffs filed this lawsuit on or about July 26, 2005. Defendant JELD-WEN's response to Plaintiffs' Complaint is due to be served on or before August 24, 2005.

    2.    The undersigned counsel have recently been retained to represent Defendant JELD-WEN in this action.

    3.    Defendant JELD-WEN has not yet completed its investigation of the allegations contained in Plaintiffs' Complaint including, but not limited to, which defenses may operate to bar Plaintiffs' claims.

4.	A fourteen (14) day extension of the deadline for filing a responsive pleading would allow Defendant JELD-WEN to complete its investigation and file a more complete and thorough response to Plaintiffs' Complaint.

5.	The additional time will not prejudice the parties insofar as this motion constitutes Defendant JELD-WEN's initial appearance, allowing the parties to proceed with scheduling the parties' planning meeting.

6.	Plaintiffs' counsel has been consulted and has no objection to the granting of this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant JELD-WEN respectfully requests that the Court allow it an additional fourteen (14) days to respond to Plaintiffs' Complaint.

          Respectfully Submitted,


          s/Michael L. Thompson
          Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS PRICE & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> James B. Douglas, Jr., Esq.
> McNeal & Douglas, Attorneys at Law, L.L.C.
> P.O. Box 1423
> Auburn, AL  36831
>
> Matthew W. White, Esq.
> Adams, Umbach, Davidson & White, LLP
> P.O. Box 2069
> Opelika, AL  36803-2069

        Respectfully submitted:

        s/Michael L. Thompson ASB 5417-046M
        Michael L. Thompson ASB 5417-046M
        Lehr Middlebrooks Price & Vreeland, P.C.
        P.O. Box 11945
        Birmingham, AL 35202-1945
        Phone:  (205) 326-3002
        Fax:  (205) 326-3008
        E-mail: mthompson@lmpv.com
        Bar No.: ASB-5417-O46M

139464.doc