IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LORENA MINIX, BRENDA SIMS, and LINDA SIMS,**  Plaintiffs,  v.  **JELD-WEN, INC. and RICHARD FETNER,**  Defendants. | **CIVIL ACTION NUMBER:**  **3:USCV685-M** |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, JELD-WEN, inc., Defendant in the above-styled action, pursuant to Federal Rule of Civil Procedure 7.1 states as follows: JELD-WEN, inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

This the 23 August 2005.

Respectfully Submitted,

s/Michael L. Thompson
Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS PRICE & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

    I hereby certify that on August 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James B. Douglas, Jr., Esq.
>McNeal & Douglas, Attorneys at Law, L.L.C.
>P.O. Box 1423
>Auburn, AL  36831
>
>Matthew W. White, Esq.
>Adams, Umbach, Davidson & White, LLP
>P.O. Box 2069
>Opelika, AL  36803-2069

>Respectfully submitted,
>
>s/Michael L. Thompson
>Michael L. Thompson  THO152
>Lehr Middlebrooks Price & Vreeland, P.C.
>P.O. Box 11945
>Birmingham, AL 35202-1945
>Phone:  (205) 326-3002
>Fax:  (205) 326-3008
>E-mail: mthompson@lmpv.com
>Bar No.: ASB-5417-o46m

139481.DOC