IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv685-M |
| ) | |
| JELD-WEN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R ON MOTION**

Upon consideration of the Unopposed Motion for Additional Time to Respond to Complaint (Doc. #5), filed on 23 August 2005, and for good cause, it is

ORDERED that the defendants' motion is hereby GRANTED. On or before 7 September 2005, the defendants shall file a response to the complaint filed by the plaintiffs on 26 July 2005.

Done this 25th day of August, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE