IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS and LINDA SIMS,<br>       Plaintiffs,<br><br>v.<br><br>JELD-WEN, INC. and<br>RICHARD FETNER,<br>       Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NUMBER:<br>)        3:05-CV685-M<br>)<br>)<br>)<br>) |

### MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, JELD-WEN, inc., and moves this Court to admit Scott J. Scofield to practice before it *pro hac vice* in the above-styled cause of action. As grounds for this Motion, Defendant shows as follows:

1.   Scott J. Scofield is an attorney and partner in the law firm of Scofield, Gerard, Singletary & Pohoreslsky, 1114 Ryan Street, Lake Charles, Louisiana 70601, telephone number (337) 433-9436.

2.   Scott J. Scofield has been retained personally or as a member of the above-named law firm by JELD-WEN, inc. to provide legal representation in connection with the above-styled matter now pending in this court.

3.   Since 1984, Mr. Scofield has been, and presently is a member in good standing of the Bar of the highest court of the State of Louisiana. Mr. Scofield has also been a member in good standing of the Bar for the United States District Court for Western Louisiana, the federal district in which he resides, since 1984. A Certificate of Good Standing from the Western District of Louisiana is attached hereto. Mr. Scofield is also admitted to practice before the United States District Courts for the Eastern and Middle Districts of Louisiana and the Fifth Circuit Court of Appeals.

4. Mr. Scofield has never been subject to disciplinary proceedings before any state or federal court, nor has he been denied admission to any bar of any state in this country.

5. Michael L. Thompson, of Lehr Middlebrooks Price & Vreeland, P.C., a member of the Bar of this Court since 2000, will serve as co-counsel in this matter.

6. Mr. Scofield has agreed to comply with the provisions of the Alabama Rules of Professional Conduct of the Alabama State Bar, the Local Rules of this Court, and consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

WHEREFORE, PREMISES CONSIDERED, Defendant JELD-WEN, inc. prays this Court will admit Scott J. Scofield to practice before this court *pro hac vice* for the above referenced matter.

Respectfully Submitted,

Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS PRICE & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

139907.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2005. A copy of the foregoing pleading was served on the following by U.S. Mail, first class postage prepaid:

>James B. Douglas, Jr., Esq.
>McNeal & Douglas, Attorneys at Law, L.L.C.
>P.O. Box 1423
>Auburn, AL  36831
>
>Matthew W. White, Esq.
>Adams, Umbach, Davidson & White, LLP
>P.O. Box 2069
>Opelika, AL  36803-2069

>Respectfully submitted,
>
>*/s/ Michael L. Thompson*
>Michael L. Thompson
>Lehr Middlebrooks Price & Vreeland, P.C.
>P.O. Box 11945
>Birmingham, AL 35202-1945
>Phone:  (205) 326-3002
>Fax:  (205) 326-3008
>E-mail: mthompson@lmpv.com
>Bar No.: ASB-5417-o46m



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

# CERTIFICATE OF GOOD STANDING

I, Robert H. Shemwell, Clerk of the United States District Court, Western District of Louisiana, DO HEREBY CERTIFY THAT

SCOTT J. SCOFIELD

was duly admitted to practice in said Court on December 27, 1984 and is in good standing in said Court. There have been no disciplinary actions nor are there any pending disciplinary actions with this Court.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 2nd day of September, 2005.

Robert H. Shemwell
Clerk of Court

by: *Stephanie Alvarez*
Stephanie Alvarez
Jury Administrator
Attorney Admissions