IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv685-M |
| | ) |
| JELD-WEN, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of the Defendants' Motion for Admission Pro Hac Vice (Doc. #9), filed on 9 September 2005, and it appearing that SCOTT J. SCOFIELD, ESQ., is a member in good standing of the United States District Court for the Western District of Louisiana, it is

ORDERED that the motion be and the same is hereby GRANTED.

DONE this 12th day of September, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE