# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 23, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Minix et al v. Jeld-Wen, Inc. et al
      Civil Action No. 3:05-cv-00685-M

The above-styled case has been  reassigned to Judge W. Harold Albritton, III.

Please note that the case number is now  *3:05-cv-00685-A*.

This new case number should be used on all future correspondence and pleadings in this action.