**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 23, 2005

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re:  Minix et al v. Jeld-Wen, Inc. et al
     Civil Action No. 3:05-cv-00685-A

Please disregard reassignment notice received earlier today, as it was sent in error.

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now  **3:05-cv-00685-T**.

This new case number should be used on all future correspondence and pleadings in this action.