**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                TELEPHONE (334) 954-3600

October 28, 2005


# NOTICE OF CORRECTION


**From:   Clerk's Office**

**Case Style: Lorena Minix, et al   vs.   Jeld-Wen, Inc., et al**
**Case Number: 3:05cv585-T**

**Referenced Docket Entry -   Report - Doc. No. 14**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.**