IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS,<br><br>    Plaintiffs,<br><br>v.<br><br>JELD-WEN, INC. and RICHARD FETNER,<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>3:05-CV-00685-T |

### REPORT OF PARTIES' PLANNING MEETING

COME NOW, the parties[1], and file with the Court the following Report of Parties' Planning Meeting pursuant to Federal Rules of Civil Procedure 26(f).

    1.    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on October 21, 2005 and the following counsel participated:

        James B. Douglas on behalf of Plaintiffs Loretta Minix, Brenda Sims and Linda Sims and

        Michael L. Thompson on behalf of Defendant, JELD-WEN, inc.

    2.    Pre-Discovery Disclosures. The parties will exchange by November 15, 2005, the information required by Local Rule 26.1(a)(1).

    3.    Discovery Plan. The parties jointly propose to the court the following plan:

        a.    Discovery will be needed on the following subjects: Plaintiffs' claims and Defendant JELD-WEN, inc.'s defenses.

---

[1] Richard Fetner is named as a defendant in this matter but has not yet been served, possibly because he filed for bankruptcy protection. Mr. Fetner did not participate in the preparation of this Report.

  b. All discovery commenced in time to be completed by May 15, 2006.

  c. Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

  d. Maximum of 30 requests for production by each party to any other party. Responses due 30 days after service.

  e. Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

  f. Maximum of 7 depositions by Plaintiffs and 7 by Defendant JELD-WEN, inc.

  g. Reports from retained experts under Rule 26(a)(2) due:

   from Plaintiff by January 15, 2006;

   from Defendant by March 15, 2006.

  h. Supplementations under Rule 26(e) due 30 days before trial.

4. Other Items.

  a. The parties do not request a conference with the Court before entry of the scheduling order.

  b. Plaintiff should be allowed until November 15, 2005 to join additional parties and until November 15, 2005 to amend the pleadings.

  c. Defendant should be allowed until December 15, 2005 to join additional parties and until December 15, 2005 to amend the pleadings.

  d. All potentially dispositive motions should be filed by June 1, 2006.

  e. Settlement and/or the use of alternative dispute resolution mechanisms cannot be realistically evaluated prior to close of discovery.

  f. The parties request a final pretrial conference in August 2006.

  g. Final lists of trial evidence and objections thereto under Rule 26(a)(3) will be due on dates as determined by the Court or, in the event the Court does not schedule said dates:

    from Plaintiff: witnesses and exhibits by thirty days prior to trial.

    from Defendant: witnesses and exhibits by thirty days prior to trial.

  h. The case should be ready for trial by the Court's October 2, 2006 Civil Term, and at this time is expected to take approximately 5 days.

DATED this 21st day of October, 2005.

Respectfully Submitted,

s/Michael L. Thompson THO152
Michael L. Thompson
Lehr Middlebrooks Price & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL 35202-1945
Phone: (205) 326-3002
Fax: (205) 326-3008
E-mail: mthompson@lmpv.com
Bar No.: ASB-5417-O46M

OF COUNSEL:
Scott J. Scofield
SCOFIELD, GERARD, SINGLETARY & POHORESLSKY
1114 Ryan Street,
Lake Charles, Louisiana 70601,
(337) 433-9436

/s James B. Douglas (by permission)

MCNEAL & DOUGLAS
P. O. Box 1423
Auburn AL 36831

OF COUNSEL:
Matthew W. White, Esq.
Adams, Umbach, Davidson & White, LLP
P.O. Box 2069
Opelika, AL  36803-2069

140999.doc

McNEAL & DOUGLAS,
ATTORNEYS AT LAW, L.L.C.

BY: /s/ James B. Douglas, Jr.
James B. Douglas, Jr.

JBD/fla