# EXHIBIT B

# TO DEFENDANT JELD-WEN, inc.'s

# MOTION TO COMPEL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LORENA MINIX, BRENDA SIMS and LINDA SIMS,
Plaintiffs

VS. CIVIL ACTION NO. 3:05CV685-M

JELD-WEN, INC. and RICHARD FETNER,
Defendants

JELD-WEN, inc.'s FIRST
REQUEST FOR PRODUCTION TO PLAINTIFF, BRENDA SIMS

TO: BRENDA SIMS
through her attorneys of record,
James B. Douglas
McNeal & Douglas
P. O. Box 1423
Auburn AL 36831

Matthew W. White
Adams, Umback, Davidson & White, LLP
P. O. Box 2069
Opelika AL 36803-2069

PLEASE TAKE NOTICE that you are hereby notified and required to answer the following requests for production of documents fully in writing and under oath, and to serve your answers thereto on the defendant herein, JELD-WEN, inc., through undersigned

counsel, within thirty (30) days from service hereto, in accordance with the provisions of Rule 34 of the Federal Rules of Civil Procedure.

You are further placed on notice that these requests for production of documents are to be deemed continuing requests requiring supplemental answers thereto in the event any information is discovered, acquired by, or becomes known to you.

**DEFINITIONS**

1. "Brenda Sims" as used herein means and includes Brenda Sims, plaintiff herein, and all persons who have acted or purported to act on behalf of her.

2. "Document" or "Documents" as used herein means and includes all written and graphic material, however produced or reproduced. Such term includes, without limitation, the following: the original and all copies (including all non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise) of books, manuals, records, contracts, memoranda (including written memoranda of telephone conversations, other

conversations, discussions, agreements, acts, or activities), notations of any sort of conversations (including telephone calls, meetings, or other communications), minutes, diaries, calendars, desk pads, appointment books, notebooks, bulletins, forms, pamphlets, notices, statements, canceled checks, invoices, receipts, returns, summaries, correspondence, data cards, computer printouts, statistics, teletypes, telexes, worksheets, notes, drawings, letters, telegrams, reports, studies, interoffice and intra-office communications (whether prepared by plaintiffs for their own use or for transmittal, or received by them), and all drafts, alterations, modifications, changes, and amendments of any kind of the foregoing. Such term includes, without limitation, graphic or aural records or representations of any kind (including photographs, charts, graphs, microfiche, microfilm, videotape recordings, and motion pictures), electronic or mechanical record or representation of any kind (including tapes, cassettes, discs, and recordings) and any oral representations of any kind.

5. "Communications" as used herein means and includes all discussions, conversations, inquiries, interviews, negotiations, advertisements, agreements, understandings, cards, letters, correspondence, telegrams, telexes, cables or other forms of written or verbal intercourse, however transmitted, including reports, notes, memoranda, lists, agenda, and other records of communications.

6. "Person" shall mean any natural person or any business, legal or government entity, or organization.

7. The following rules of construction apply: (a) the words "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the sentence inclusive rather than exclusive so that each document production request is given its broadest possible meaning; (b) the singular shall be construed to include the plural and vice versa; (c) the present tense shall be construed to include the past tense and the past tense shall be construed to mean the present tense unless the plain meaning of the sentence would be distorted by any such usage; and (d) the word "any"

includes the word "all" and the word "all" includes the word "any" so that each request for the production of documents is given its broadest meaning.

8. In the event that a document requested is claimed to be privileged, you are hereby asked to identify such document in writing in sufficient detail so as to enable the Court to rule upon the claim of privilege, including in such description its date, its author(s), its title (if any), the person to whom the document is directed (if any), the number of person(s) to receive copies of the document, the number of pages and the substance thereof (to the extent not privileged).

9. "Relates to" means supports, evidences, described, mentions, refers to, contradicts or comprises.

**REQUEST FOR PRODUCTION NO. 1:**

Please produce all of your state and federal income tax returns from 1995 to date, together with any other documents you may have that reflect any income earned (including unemployment compensation) during that time period. This request specifically

seeks all income information for 2005, even if you have not yet prepared your 2005 tax returns. (If you do not have the tax returns, please sign the attached release attached hereto as Exhibit A.)

**REQUEST FOR PRODUCTION NO. 2:**

Please produce all documents and correspondence identified in, or that relates to, your response to Interrogatory No. 3, 7, 8, 9, 11, and 14.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce all documents and correspondence you submitted to the EEOC and/or received from the EEOC.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce any diaries, calendars, or journals which you have kept regarding your employment with Millwork Specialties and/or JELD-WEN.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce any resumé or employment application you have prepared for any purpose.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all documents and correspondence, including e-mails, letters, and tape recordings,

received or sent from anyone that relates to Richard Fetner and/or this lawsuit.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all documents and correspondence that relate to paragraphs 15 - 17 of your Complaint.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all documents and correspondence that relate to paragraphs 28 - 31 of your Complaint.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce all documents and correspondence that relate to paragraph 35 of your Complaint.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce all documents and correspondence that relate to paragraph 38 of your Complaint.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce all documents and correspondence that relate to paragraphs 41-43 of your Complaint.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce all documents and correspondence which support your claim for damages.

**REQUEST FOR PRODUCTION NO. 13:**

Every document provided to and/or received from any expert (regardless of who prepared the document), including any health care provider (physical or mental) expected to testify even if not specially retained for this litigation, related to any investigation of, and/or your or your experts' opinions and conclusions regarding the subject matter of this litigation. This request shall apply to any expert who is designated by Plaintiff or any expert who provides opinions or analysis which are reviewed by or relied on by Plaintiff's designated expert(s).

**REQUEST FOR PRODUCTION NO. 14:**

Every document and statement which you or your experts reviewed or was made available for review which in any way relates to the subject matter of this litigation. With regard to experts, this request shall apply to any expert who is designated by Plaintiff or any expert who provides opinions or analysis which are reviewed by or relied on by Plaintiff's designated expert(s) as well as anyone

expected to testify as an expert even if not specially retained for this litigation.

**REQUEST FOR PRODUCTION NO. 15:**

A copy (whether written or recorded by any other means) of every statement taken by you or anyone acting on your behalf from any persons regarding any event or occurrence referred to in your Complaint or upon which you premise any claim for damages.

**REQUEST FOR PRODUCTION NO. 16:**

Executed copies of the releases provided as Exhibits B, C, and D.

By its attorneys,

SCOFIELD, GERARD, SINGLETARY
& POHORELSKY

SCOTT J. SCOFIELD (#14429)
1114 Ryan Street
P. O. Drawer 3028
Lake Charles LA 70602
(337) 433-9436

Michael L. Thompson
Lehr, Middlebrooks, Price
& Vreeland, P.C.
2021 Third Avenue North
Birmingham AL 35203
(205) 326-3002

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above pleading has been forwarded by United States mail, properly addressed to the following:

James B. Douglas
McNeal & Douglas
P. O. Box 1423
Auburn AL 36831

Matthew W. White
Adams, Umback, Davidson & White, LLP
P. O. Box 2069
Opelika AL 36803-2069

Lake Charles, Louisiana, this 28th day of October, 2005.

SCOTT J. SCOFIELD

Form **4506**

(Rev. September 2005)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

**▶ Do not sign this form unless all applicable lines have been completed. Read the instructions on page 2.**

**▶ Request may be rejected if the form is incomplete, illegible, or any required line was blank at the time of signature.**

OMB No. 1545-0429

**Tip:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T,** Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| | |
|---|---|
| 1a Name shown on tax return. If a joint return, enter the name shown first. | **1b First social security number on tax return or employer identification number (see instructions)** |
| 2a If a joint return, enter spouse's name shown on tax return | **2b Second social security number if joint tax return** |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4 Previous address shown on the last return filed if different from line 3

5 If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

**Caution:** *If a third party requires you to complete Form 4506, **do not** sign Form 4506 if lines 6 and 7 are blank.*

6 **Tax return requested** (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ ____________

**Note.** *If the copies must be certified for court or administrative proceedings, check here* . . . . . ☐

7 **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| | | | |
|---|---|---|---|
| / / | / / | / / | / / |
| / / | / / | / / | / / |

8 **Fee.** There is a $39 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.**

| | |
|---|---|
| a Cost for each return . . . . . | $ 39.00 |
| b Number of returns requested on line 7 . . . . . | |
| c Total cost. Multiply line 8a by line 8b . . . . . | $ |

9 If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . ☐

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a
( )

**Sign Here**

▶ Signature (see instructions) — Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature — Date

EXHIBIT
A

## General Instructions

*Section references are to the Internal Revenue Code.*

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate a third party to receive the tax return. See line 5.

**How long will it take?** It may take up to 60 calendar days for us to process your request.

**Tip.** Use Form 4506-T, *Request for Transcript of Tax Return*, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

**Note.** *If you are requesting more than one return and the chart below shows two different service centers, mail your request to the service center based on the address of your most recent return.*

### Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to the Internal Revenue Service at: |
|---|---|
| District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team 310 Lowell St. Stop 679 Andover, MA 01810 |
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team 4800 Buford Hwy. Stop 91 Chamblee, GA 30341 |
| Arkansas, Kansas, Kentucky, Louisiana, Mississippi, Oklahoma, Tennessee, Texas, West Virginia | RAIVS Team 3651 South Interregional Hwy. Stop 6716 Austin, TX 78741 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nebraska, Nevada, New Mexico, Oregon, South Dakota, Utah, Washington, Wyoming | RAIVS Team Stop 38101 Fresno, CA 93888 |
| Connecticut, Illinois, Indiana, Iowa, Michigan, Minnesota, Missouri, North Dakota, Ohio, Wisconsin | RAIVS Team Stop 6705 Kansas City, MO 64999 |
| New Jersey, Pennsylvania, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team DP SE 135 Philadelphia, PA 19255-0695 |

### Chart for all other returns

| If you lived in or your business was in: | Mail to the Internal Revenue Service at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming | RAIVS Team Mail Stop 6734 Ogden, UT 84201 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800F Cincinnati, OH 45250 |

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 60 days of the date signed by the taxpayer or it will be rejected.

***Individuals.*** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

***Corporations.*** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

***Partnerships.*** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

***All others.*** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send the form to this address. Instead, see *Where to file* on this page.

**EMPLOYMENT RECORDS RELEASE**

**RE: Brenda H. Sims**
**Social Security Number: 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**
**D/O/B: 09/12/1952**

TO WHOM IT MAY CONCERN:

I, Brenda H. Sims, authorize and request all of my present and/or past employers, as well as all persons and companies with whom I have sought employment, to release to, Scott J. Scofield, of Scofield, Gerard, Singletary & Pohorelsky, and/or Michael L. Thompson, Lehr Middlebrooks Price & Vreeland, P.C., any and all information about my application for employment and/or my employment, including applications for employment and personnel records, and I further authorize and request all such actual or prospective employers to discuss with Scott J. Scofield, and/or any other representative of Scofield, Gerard, Singletary & Pohorelsky, and/or Michael L. Thompson, Lehr Middlebrooks Price & Vreeland, P.C., its agents or employees, in any and all matters concerning my application for employment or my employment, past, present, or future.

Dated this the ______ day of ____________________, 2005.

________________________________
BRENDA H. SIMS

**--Remainder of this page intentionally left blank --**

142890.doc



**AUTHORIZATION FOR RELEASE OF UNEMPLOYMENT COMPENSATION RECORDS**

**TO:** The Unemployment Compensation Agency
Department of Industrial Relations
Legal Division, Room 211
649 Monroe Street
Montgomery, Alabama 36104

**RE: Brenda H. Sims**
**Social Security Number: 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**

I, Brenda H. Sims, hereby consent to the release of, and authorize you to release to, Scott J. Scofield, Scofield, Gerard, Singletary & Pohorelsky, and/or Michael L. Thompson, Lehr Middlebrooks Price & Vreeland, P.C., and any other representative of Scofield, Gerard, Singletary & Pohorelsky, and/or Lehr Middlebrooks Price & Vreeland, P.C., any and all information relative to any unemployment compensation claim filed by Brenda H. Sims, including, without limitation, all applications for unemployment, all letters, summaries, records of interviews, memoranda, opinions, conclusions, office notes, handwritten notes, correspondence, reports, claim forms, questionnaires, records of payments to Brenda H. Sims or on her behalf, and any other records relating to Brenda H. Sims, including, without limitation, all such records and documents until the date response is made to this request.

I hereby authorize the Unemployment Compensation Agency to produce photostatic copies of all information requested above, and any and all other documents concerning, or in any way connected with the claim(s) filed by Brenda H. Sims.

You are authorized to accept a photostatic copy of this release in lieu of the original.



This request is for any and all records which in any way relate to Brenda H. Sims, and relates expressly and exclusively to discovery conducted by the parties in the lawsuit Lorena Minix, Brenda Sims, and Linda Sims v. JELD-WEN, inc. and Richard Fetner, CV 3:05-00685T currently pending in the in the United States District Court for the Middle District of Alabama, and shall be valid for one year from the date of signature below.

Dated this the ______ day of ___________________, 2005.

_________________________________
BRENDA H. SIMS

**--Remainder of this page intentionally left blank --**

142889.doc

# AUTHORIZATION FOR RELEASE OF INFORMATION

## I. Information About the Use or Disclosure

**I hereby authorize the use or disclosure of my individually identifiable health information as described below.** *I understand that this authorization is voluntary and that I may revoke it at any time by submitting my revocation in writing to the entity providing the information.*

Patient's name: **Brenda H. Sims**
Patient's Social Security Number: **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**
Patient's Date of Birth: **09/12/1952**

Persons/organizations authorized to provide the information:

**Any and all doctors, hospitals, psychiatrists, mental health institutions, psychologists, counselors, drug treatment facilities, alcohol treatment facilities, and other such health care providers who have treated (Name of Plaintiff) in the last ten (10) years.**

---

You are authorized to accept a photostatic copy of this medical release in lieu of the original.

Persons/organizations authorized to receive the information: Attorneys and paralegals at the offices of Scofield, Gerard, Singletary & Pohorelsky, 1114 Ryan Street, Lake Charles, Louisiana 70601, and/or Lehr Middlebrooks Price & Vreeland, P.C., 2021 Third Avenue North, Birmingham, Alabama 35203.

Specific description of information to be used or disclosed (including date(s)): A complete, true and legible copy of any and all medical documents, correspondence, memoranda, medical evaluations, diagnoses, prognoses, treatment and/or any other materials contained in the medical record file of **Brenda H. Sims**.

Specific purpose of the disclosure: The information received will be used in litigation to assess **Brenda H. Sims'** claims of alleged injury and claims for damages. The litigation is styled: Lorena Minix, Brenda Sims, and Linda Sims v. JELD-WEN, inc. and Richard Fetner, CV 05-00685T in the United States District Court for the Middle District of Alabama before Judge Myron Thompson.

Will the health plan or health care provider requesting the authorization receive financial or in-kind compensation in exchange for using or disclosing the health information described above?

No ___ Yes (describe) Any health care provider authorized to release medical records, etc., pursuant to this authorization will be compensated only to the extent necessary to reimburse it for the necessary costs or fees associated with the research and duplication of the requested records.



This authorization will expire: on the date final judgment is entered in this matter and the time for filing any appeal has expired.

---

## II. Important Information About Your Rights

I have read and understood the following statements about my rights:

- I may revoke this authorization at any time prior to its expiration date by notifying the providing organization in writing, but the revocation will not have any affect on any actions the entity took before it received the revocation.
- I may see and copy the information described on this form if I ask for it.
- I am not required to sign this form to receive my health care benefits (enrollment, treatment, or payment).
- The information that is used or disclosed pursuant to this authorization may be redisclosed by the receiving entity.

## III. Signature of Patient or Patient's Representative

________________________________________ ____________________
**Signature of patient or patient's representative** **Date**

Printed name of the patient's personal representative: __________________________

Relationship to the patient, including authority for status as Representative: ______________________________

142888.doc