# EXHIBIT C

# TO DEFENDANT JELD-WEN, inc.'s

# MOTION TO COMPEL

## SCOFIELD, GERARD, SINGLETARY & POHORELSKY
### ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY
POST OFFICE DRAWER 3028
LAKE CHARLES, LOUISIANA 70602

JOHN B. SCOFIELD
RICHARD E. GERARD, JR.[1]
C. ESTON SINGLETARY[2]
SCOTT J. SCOFIELD
JOHN R. POHORELSKY
PATRICK D. GALLAUGHER, JR.
ROBERT E. LANDRY
PHILLIP W. DEVILBISS

1114 RYAN STREET
LAKE CHARLES, LA 70601
TELEPHONE (337) 433-9436
FACSIMILE (337) 436-0306
www.scofieldgerard.com

[1]ALSO ADMITTED IN TEXAS
[2]ALSO ADMITTED IN WASHINGTON, D.C.

December 5, 2005

James B. Douglas
McNeal & Douglas
Attorneys at Law, LLC
P. O. Box 1423
Auburn AL 36831

Matthew W. White
Adams, Umback, Davidson & White, LLP
P. O. Box 2069
Opelika AL 36803-2069

  Re: Lorena Minix, et al
    Vs. JELD-WEN, inc. and
    Richard Fetner

Gentlemen:

  According to my calculations, discovery responses were due on December 2nd. Because we have such a short discovery period, please respond to our interrogatories and request for production as soon as possible.

  If you have any questions, please do not hesitate to call. With best regards, I am,

           Sincerely,

          SCOTT J. SCOFIELD

SJS/nw
cc: Michael L. Thompson