# EXHIBIT D

# TO DEFENDANT JELD-WEN, inc.'s

# MOTION TO COMPEL

## SCOFIELD, GERARD, SINGLETARY & POHORELSKY
### ATTORNEYS AT LAW
### A LIMITED LIABILITY COMPANY
### POST OFFICE DRAWER 3028
### LAKE CHARLES, LOUISIANA 70602

JOHN B. SCOFIELD
RICHARD E. GERARD, JR.¹
C. ESTON SINGLETARY²
SCOTT J. SCOFIELD
JOHN R. POHORELSKY
PATRICK D. GALLAUGHER, JR.
ROBERT E. LANDRY
PHILLIP W. DEVILBISS

December 15, 2005

1114 RYAN STREET
LAKE CHARLES, LA 70601
TELEPHONE (337) 433-9436
FACSIMILE (337) 436-0306
www.scofieldgerard.com

¹ALSO ADMITTED IN TEXAS
²ALSO ADMITTED IN WASHINGTON, D.C.

James B. Douglas
McNeal & Douglas
Attorneys at Law, LLC
P. O. Box 1423
Auburn AL 36831

Matthew W. White
Adams, Umback, Davidson & White, LLP
P. O. Box 2069
Opelika AL 36803-2069

  Re: Lorena Minix, et al
     Vs. JELD-WEN, inc. and
     Richard Fetner

Gentlemen:

  I know everyone is busy at this time of year, but since we have such a short discovery period, I again ask that you respond to our discovery requests as soon as possible. Responses were due on December 2nd.

  If you have any questions, please do not hesitate to call. Thanking you and with best regards, I am,

             Sincerely,

             SCOTT J. SCOFIELD

SJS/nw
cc: Michael L. Thompson