# EXHIBIT F

# TO DEFENDANT JELD-WEN, inc.'s

# MOTION TO COMPEL

**LEHR MIDDLEBROOKS
PRICE & VREELAND**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

2021 THIRD AVENUE NORTH
REPLY TO: P.O. BOX 11945
BIRMINGHAM, ALABAMA 35202-1945
205 326-3002
FACSIMILE: 205 326-3008

MICHAEL L. THOMPSON
DIRECT DIAL: 205 323-9278

JACKSON, MS OFFICE:
601 948-1408

January 12, 2006

*Via U.S. Mail and Facsimile*

James B. Douglas, Jr., Esq.
McNeal & Douglas, Attorneys at Law, L.L.C.
P.O. Box 1423
Auburn, AL 36831

> Re:  *Loretta Minix, Brenda Sims and Linda Sims v. JELD-WEN, inc. and Richard Fetner*

Dear Jim:

During our telephone conference on January 10th, you informed me that you had obtained responses from your three clients to JELD-WEN's written discovery and that you would fax a copy of the unverified responses to my attention not later than January 11th and forward verified responses in a manner that they would be received at my office not later than the end of next week. You also confirmed that you had earlier represented to my co-counsel that the responses, which were due to be served on or before November 30, 2005, according to my calendar, would be served not later than January 4, 2006. I have yet to see any responses, verified or unverified, despite the extensions. As you are aware, Judge Thompson has us on a tight discovery schedule and we cannot initiate third-party discovery until after receiving the Plaintiff's initial responses. Accordingly, assuming you do not make me aware of circumstances warranting additional delay, we will have no option but to request Judge Thompson's assistance in procuring responses to our discovery if I have not received the verified responses on or before January 17, 2006.

I appreciate your attention to this matter. Please do not hesitate to contact me at the above-referenced number with any questions or concerns.

Very truly yours,

*[signature]*

Michael L. Thompson
FOR THE FIRM

146696

c:  Scott J. Scofield, Esq. (*via U.S. Mail*)
    Matthew W. White, Esq. (*via U.S. Mail*)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4370
CONNECTION TEL        13348219346
SUBADDRESS
CONNECTION ID
ST. TIME              01/12 17:18
USAGE T               00'47
PGS. SENT             2
RESULT                OK
```

# LEHR MIDDLEBROOKS PRICE & VREELAND

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

2021 THIRD AVENUE NORTH, BIRMINGHAM, ALABAMA 35203
P.O. BOX 11945, BIRMINGHAM, ALABAMA 35202-1945
PHONE: 205 326-3002   FACSIMILE: 205 326-3008

## FAX COVER SHEET

| | | | |
|---|---|---|---|
| Date: | January 12, 2006 | C/M No: | 1370-003 |
| To: | James Douglas | Fax No: | (334) 821-9346 |
| Company: | McNeal & Douglas, Attorneys at Law, L.L.C. | Phone No: | (334) 821-1596 |
| From: | Michael L. Thompson | Direct Dial No: | 205 323-9278 |

Message: