# EXHIBIT H

# TO DEFENDANT JELD-WEN, inc.'s

# MOTION TO COMPEL

LAW OFFICES OF

# McNEAL & DOUGLAS

ATTORNEYS AT LAW, L.L.C.
A LIMITED LIABILITY COMPANY
COMPOSED OF PROFESSIONAL CORPORATIONS

MARRELL J. McNEAL, ATTORNEY AT LAW, P.C.
JAMES B. DOUGLAS, JR., ATTORNEY AT LAW, P.C.

TELEPHONE
(334) 821-1596
FAX
(334) 821-9346

1710 CATHERINE COURT
SUITE B
POST OFFICE BOX 1423
AUBURN, ALABAMA 36830

January 30, 2006

**SENT VIA FACSIMILE**
**205-326-3008**

Micheal L. Thompson
Lehr, Middlebrooks, Price & Vreeland, P.C.
Post Office Box 11945
Birmingham, AL 35202-1945

RE:   Lorena Minix, et al v. Jeld-Wen, Inc., and Richard Fetner

Dear Mike:

I have received your letter dated January 25, 2006 regarding our outstanding discovery. I have arranged to meet with all of my clients and co-counsel later this week. I will attempt to address your concerns regarding our discovery responses, and I will secure my clients' signatures on the releases. I would request that you extend your time for filing a Motion to Compel until 3:00 p.m., Friday afternoon, February 3, 2006.

I believe the Court would prefer us to work out these matters between ourselves. I anticipate having some changes to your proposed protective order, and I will forward them to you with our supplemental discovery responses.

If you have any questions, please do not hesitate to contact me.

Sincerely,

McNEAL & DOUGLAS,
ATTORNEYS AT LAW, L.L.C.

BY _____
James B. Douglas, Jr.

JBD/dlf