# EXHIBIT M
# TO DEFENDANT JELD-WEN, inc.'s
# MOTION TO COMPEL

## EMPLOYMENT RECORDS RELEASE

RE: Lorena D. Minix
Social Security Number: 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
D/O/B: 02/01/1951

TO WHOM IT MAY CONCERN:

I, Lorena D. Minix, authorize and request all of my present and/or past employers, as well as all persons and companies with whom I have sought employment, to release to, Scott J. Scofield, of Scofield, Gerard, Singletary & Pohorelsky, and/or Michael L. Thompson, Lehr Middlebrooks Price & Vreeland, P.C., any and all information about my application for employment and/or my employment, including applications for employment and personnel records, and I further authorize and request all such actual or prospective employers to discuss with Scott J. Scofield, and/or any other representative of Scofield, Gerard, Singletary & Pohorelsky, and/or Michael L. Thompson, Lehr Middlebrooks Price & Vreeland, P.C., its agents or employees, in any and all matters concerning my application for employment or my employment, past, present, or future.

Dated this the _____ day of _____, 2005.

_____
LORENA D. MINIX

**--Remainder of this page intentionally left blank --**

142890.doc


EXHIBIT B