# EXHIBIT N
# TO DEFENDANT JELD-WEN, inc.'s
# MOTION TO COMPEL

## AUTHORIZATION FOR RELEASE OF
## UNEMPLOYMENT COMPENSATION RECORDS

**TO:** The Unemployment Compensation Agency
Department of Industrial Relations
Legal Division, Room 211
649 Monroe Street
Montgomery, Alabama  36104

**RE:** **Lorena D. Minix**
**Social Security Number:  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**

I, Lorena D. Minix, hereby consent to the release of, and authorize you to release to, Scott J. Scofield, Scofield, Gerard, Singletary & Pohorelsky, and/or Michael L. Thompson, Lehr Middlebrooks Price & Vreeland, P.C., and any other representative of Scofield, Gerard, Singletary & Pohorelsky, and/or Lehr Middlebrooks Price & Vreeland, P.C., any and all information relative to any unemployment compensation claim filed by Lorena D. Minix, including, without limitation, all applications for unemployment, all letters, summaries, records of interviews, memoranda, opinions, conclusions, office notes, handwritten notes, correspondence, reports, claim forms, questionnaires, records of payments to Lorena D. Minix or on her behalf, and any other records relating to Lorena D. Minix, including, without limitation, all such records and documents until the date response is made to this request.

I hereby authorize the Unemployment Compensation Agency to produce photostatic copies of all information requested above, and any and all other documents concerning, or in any way connected with the claim(s) filed by Lorena D. Minix.

You are authorized to accept a photostatic copy of this release in lieu of the original.



EXHIBIT
C

This request is for any and all records which in any way relate to Lorena D. Minix, and relates expressly and exclusively to discovery conducted by the parties in the lawsuit <u>Lorena Minix, Brenda Sims, and Linda Sims v. JELD-WEN, inc. and Richard Fetner</u>, CV 3:05-00685T currently pending in the in the United States District Court for the Middle District of Alabama, and shall be valid for one year from the date of signature below.

Dated this the _____ day of _____, 2005.

_____
LORENA D. MINIX

**--Remainder of this page intentionally left blank --**

142889.doc