# EXHIBIT O

# TO DEFENDANT JELD-WEN, inc.'s

# MOTION TO COMPEL

## AUTHORIZATION FOR RELEASE OF INFORMATION

I.  Information About the Use or Disclosure

**I hereby authorize the use or disclosure of my individually identifiable health information as described below.** *I understand that this authorization is voluntary and that I may revoke it at any time by submitting my revocation in writing to the entity providing the information.*

Patient's name: **Lorena D. Minix**
Patient's Social Security Number: **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**
Patient's Date of Birth: **02/01/1951**

Persons/organizations authorized to provide the information:

**Any and all doctors, hospitals, psychiatrists, mental health institutions, psychologists, counselors, drug treatment facilities, alcohol treatment facilities, and other such health care providers who have treated (Name of Plaintiff) in the last ten (10) years.**

You are authorized to accept a photostatic copy of this medical release in lieu of the original.

Persons/organizations authorized to receive the information: Attorneys and paralegals at the offices of Scofield, Gerard, Singletary & Pohorelsky, 1114 Ryan Street, Lake Charles, Louisiana 70601, and/or Lehr Middlebrooks Price & Vreeland, P.C., 2021 Third Avenue North, Birmingham, Alabama 35203.

Specific description of information to be used or disclosed (including date(s)): A complete, true and legible copy of any and all medical documents, correspondence, memoranda, medical evaluations, diagnoses, prognoses, treatment and/or any other materials contained in the medical record file of **Lorena D. Minix**.

Specific purpose of the disclosure: The information received will be used in litigation to assess **Lorena D. Minix** claims of alleged injury and claims for damages. The litigation is styled: Lorena Minix, Brenda Sims, and Linda Sims v. JELD-WEN, inc. and Richard Fetner, CV 05-00685T in the United States District Court for the Middle District of Alabama before Judge Myron Thompson.

Will the health plan or health care provider requesting the authorization receive financial or in-kind compensation in exchange for using or disclosing the health information described above?

No ___  Yes (describe) Any health care provider authorized to release medical records, etc., pursuant to this authorization will be compensated only to the extent necessary to reimburse it for the necessary costs or fees associated with the research and duplication of the requested records.



1

This authorization will expire: <u>on the date final judgment is entered in this matter and the time for filing any appeal has expired.</u>

---

## II.   Important Information About Your Rights

I have read and understood the following statements about my rights:

- I may revoke this authorization at any time prior to its expiration date by notifying the providing organization in writing, but the revocation will not have any affect on any actions the entity took before it received the revocation.

- I may see and copy the information described on this form if I ask for it.

- I am not required to sign this form to receive my health care benefits (enrollment, treatment, or payment).

- The information that is used or disclosed pursuant to this authorization may be redisclosed by the receiving entity.

## III.   Signature of Patient or Patient's Representative

_____            _____
**Signature of patient or patient's representative**            **Date**

Printed name of the patient's personal representative: _____

Relationship to the patient, including authority for status as
Representative: _____

142888.doc

2