IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action Number 3:05-cv-00685-T |
| JELD-WEN, INC. and RICHARD FETNER, ) ) ) ) | |
| Defendants. ) | |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO COMPEL AND THE COURT'S SHOW CAUSE ORDER

Comes Now Plaintiffs, Lorena Minix, Brenda Sims, and Linda Sims, and respond to Defendants' Motion to Compel, filed on February 17, 2006, and the Court's Show Cause Order issued February 23, 2006 saying and stating as follows:

1. On February 17, 2006, Defendants filed a Motion to Compel requesting this Honorable Court to enter an order requiring Plaintiffs to fully and completely respond to the interrogatories, requests for production, and request for releases propounded by Defendants on Plaintiffs.

2. Counsel for Plaintiffs have worked diligently to respond to the outstanding discovery and to the satisfaction of counsel for Defendants. The discovery at issue in Defendants' Motion to Compel has now been resolved.

3. Plaintiffs have responded to the discovery, and counsel for Defendants has expressed his satisfaction with Plaintiffs' responses.

4. Counsel for Plaintiffs does apologize both to the Defendants and to the Court for the delay. As way of explanation, Plaintiffs providing full information to even their own counsel out of fear of what the individual Defendant Richard Fetner they were fearful for the security of their current jobs. 2006, counsel for Plaintiffs has met face-to-face with each of the Plaintiffs explained to them in no uncertain te requested, if they possess such information. Plaintiffs have now done so.

5. Counsel for Plaintiff assures the Court that there will be no on their behalf.

6. Pursuant to this Honorable Court s Show Cause are not appropriate in this case.

7. The parties have now resolved this disco Defendants being satisfied with the responses provided.

8. Moreover, Defendants did not request sanctions in their Motion to Compel.

9. Defendants Motion to Compel is now moot as Defendants are satisfied with the responses made by Plaintiffs. Moreover, because the parties dispute among themselves and counsel for Plaintiffs have not acted in ba willfully in attempting to respond to Defendants discover warranted. *See* Fed. R. Civ. P. 37.

WHEREFORE, premises considered, Plaintiffs re deny Defendants Motion to Compel as moot and refrain from entering an award of sanctions against Plaintiffs.

        Respectfully submitted,


        /s/ Matthew W. White
        One of the Attorneys for Plaintiffs

OF COUNSEL:
ADAMS, UMBACH, DAVIDSON
& WHITE, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334)745-6466

**CERTIFICATE OF SERVICE**

II hereby certify that on March 3, 2006, I electronically filedI hereby certify that on March 3, 2006, I electr thethe Court using the Court using the CM/ECF sythe Court using the CM/ECF system, which will send electr following:

Michael L. Thompson, Esq.
Lehr, Middlebrooks, Price & Vreeland, P.C.
Post Office Box 11945
Birmingham, Alabama 35202-1945

Scott J. Scofield, Esq.
Scofield, Gerard, Singletary & Pohoreslsky
1114 Ryan Street
Lake Charles, Louisiana 70601

James B. Douglas, Jr., Esq.
McNeal & Douglas, LLC
Post Office Box 1423
Auburn, Alabama 36831

/s/ Matthew W. White
OF COUNSEL