## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                   TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Minix et al v. Jeld-Wen, Inc. et al

Case Number:  3:05-cv-00685-MHT

Referenced Docket Entry - Response  - Doc.  No.19

The referenced docket entry was filed electronically in ERROR on ***March 3, 2006*** and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because the PDF is not correct.  Please DISREGARD this docket entry.   See doc. 20 for correction.