IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 3:05CV685-MHT |
| ) | [WO] |
| JELD-WEN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the defendant's Motion to Compel, filed on 17 February 2006 (Doc. # 17), is DENIED as moot. In response to the court's Order to Show Cause (Doc. # 18), the plaintiff filed a response on 3 March 2006 which indicated, *inter alia*, that the discovery dispute had been resolved and that the motion was moot (Doc. # 20). The court has confirmed that representation with counsel for the defendant.

DONE this 9th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE