IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LORENA MINIX, BRENDA SIMS, and LINDA SIMS,** )<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>**JELD-WEN, inc. and RICHARD FETNER,**   )<br>)<br>Defendants.   ) | **CIVIL ACTION NUMBER:**<br>**3:05-cv-00685-T** |

**DEFENDANT JELD-WEN, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINES**

Defendant JELD-WEN, inc. respectfully submits this Unopposed Motion to Extend Deadlines and requests that the Court extend certain deadlines in this case as enumerated below and for good cause shows the Court as follows:

1. JELD-WEN, inc. received the Plaintiffs responses to its written discovery on March 2, 2006, after requesting the Court's assistance in seeking same. See Motion to Compel. Plaintiffs disclosed a number of third-party entities in their discovery responses who possess or might possess information relevant to their claims. JELD-WEN, inc. diligently issued subpoenas to these entities, including Plaintiffs' current and former employers, on or about March 9, 2006. JELD-WEN, inc. requires the information requested by the subpoenas to prepare for Plaintiffs' depositions. JELD-WEN, inc. has proposed that Plaintiffs' depositions be scheduled during the latter two weeks of April 2006 in order to allow time for responses to the subpoenas to be available.

2. JELD-WEN, inc. requires the Plaintiffs' deposition testimony and the information from the third parties to determine whether it needs to designate expert witnesses such as an economist(s) and/or mental health professional(s). The current

deadline for expert designation is March 15, 2006. JELD-WEN, inc. requests that this deadline be extended until June 1, 2006, to allow adequate time for the transcription of Plaintiffs' depositions and the assessment of whether any expert is necessary.

3. JELD-WEN, inc. further requests that the Court extend the discovery deadline, currently May 15, 2006, until June 15, 2006, to accommodate the extension of the expert designation deadline.

4. JELD-WEN, inc., further requests that the Court extend the deadline to file dispositive motions from June 8, 2006, until July 21, 2006, to accommodate the discovery cut-off extension and the July 4th holiday. JELD-WEN, inc. would further propose that the Court set a briefing schedule allowing Plaintiffs fourteen (14) calendar days after JELD-WEN, inc.'s motion is filed to file their response and allowing JELD-WEN, inc. seven calendar days thereafter to file its reply brief, if any.

5. JELD-WEN, inc. proposes that the current pre-trial (September 6, 2006) and trial settings (October 16, 2006) remain the same.

6. Defendant JELD-WEN, inc.'s counsel has conferred with Plaintiffs' counsel regarding these proposed scheduling changes and Plaintiffs are not opposed to the relief sought by this motion.

WHEREFOR, PREMISES CONSIDERED Defendant JELD-WEN, inc. respectfully requests that the Court extend the deadlines in this case as noted in the foregoing paragraphs.

                                       Respectfully Submitted,

                                       s/Michael L. Thompson THO152

P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

    I hereby certify that on March 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    James B. Douglas, Jr., Esq.
    McNeal & Douglas, Attorneys at Law, L.L.C.
    P.O. Box 1423
    Auburn, AL  36831

    Matthew W. White, Esq.
    Adams, Umbach, Davidson & White, LLP
    P.O. Box 2069
    Opelika, AL  36803-2069

    Respectfully submitted,

    s/Michael L. Thompson THO152
    Michael L. Thompson THO152
    Lehr Middlebrooks Price & Vreeland, P.C.
    P.O. Box 11945
    Birmingham, AL 35202-1945
    Phone:  (205) 326-3002
    Fax:  (205) 326-3008
    E-mail: mthompson@lmpv.com
    Bar No.: ASB-5417-O46M

150219