IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LORENA MINIX, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:05cv685-MHT |
| | ) | |
| JELD-WEN, INC., and | ) | |
| RICHARD FETNER, | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion to extend deadlines (Doc. No. 23) is denied. The deadlines set forth in the uniform scheduling order (Doc. No. 16) were not only accepted by the parties, they were suggested by the parties in their Rule 26(f) report (Doc. No. 14).

DONE, this the 16th day of March, 2006.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**