IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v.  ) | 3:05cv685-MHT |
| ) | |
| JELD-WEN, INC., and ) | |
| RICHARD FETNER, ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion to conduct medical-provider depositions after the deadline, etc (Doc. No. 25) is granted.

DONE, this the 21st day of April, 2006.

                      /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE