IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LORENA MINIX, BRENDA SIMS, and LINDA SIMS,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**JELD-WEN, inc. and RICHARD FETNER,** )<br>)<br>Defendants. ) | **CIVIL ACTION NUMBER:**<br>**3:05-cv-00685-T** |

### DEFENDANT JELD-WEN, inc.'s MOTION TO COMPEL LISA COOK TO ATTEND DEPOSITION

JELD-WEN, inc. ("JELD-WEN"), one of the Defendants in the above-referenced matter, moves the Court for an Order compelling third-party witness Lisa Cook to attend deposition in this matter and for good cause shows as follows:

1. Lisa Cook is a former employee of JELD-WEN, inc. The Plaintiffs are also former JELD-WEN employees and listed Lisa Cook as a person with relevant knowledge in their Rule 26 disclosures and in response to JELD-WEN's interrogatories.

2. JELD-WEN's counsel subpoenaed Ms. Cook for a deposition scheduled for 9:00 AM on May 9, 2006. The subpoena was served by process server at 7:10 PM on April 28, 2006, at Ms. Cook's place of employment. See Exhibit A.

3. Ms. Cook failed to appear for her deposition on May 9, 2006.

4. Ms. Cook did not contact JELD-WEN's counsel or either of Plaintiffs' counsel regarding the subpoena nor indicate in any fashion that she would not appear for the scheduled deposition. Neither Plaintiffs' counsel nor JELD-WEN's counsel know why Ms. Cook failed to appear.

5. JELD-WEN's counsel attempted to contact Ms. Cook using a cellular telephone number provided by another witness on the evening of May 9, 2006, but was unsuccessful.

6. Given her failure to attend pursuant to a validly served subpoena, JELD-WEN believes that a Court Order compelling Ms. Cook's attendance and outlining the possible consequences of failing to appear will be necessary to secure her attendance at deposition.

7. JELD-WEN will serve any such Order on Ms. Cook by process server. Alternatively, JELD-WEN's counsel will provide the Court with all of the contact information it has for Ms. Cook.

8. Discovery in this matter is scheduled to close on May 15, 2006. Defendant JELD-WEN respectfully requests that the Court allow it leave to conduct Ms. Cook's deposition after the close of discovery due to these circumstances.

WHEREFORE, PREMISES COONSIDERED, Defendant JELD-WEN, inc. respectfully requests that the Court order Ms. Cook to appear for her deposition and that the Court allow JELD-WEN to conduct the deposition after the close of the discovery period.

Respectfully Submitted,

s/Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

Case 3:05-cv-00685-MHT-VPM    Document 27    Filed 05/10/2006    Page 2 of 3

Scott J. Scofield, Esq.
SCOFIELD, GERARD, SINGLETARY & POHORESLSKY
1114 Ryan Street
Lake Charles, Louisiana 70601
(337) 433-9436

## CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      James B. Douglas, Jr., Esq.
      McNeal & Douglas, Attorneys at Law, L.L.C.
      P.O. Box 1423
      Auburn, AL  36831

      Matthew W. White, Esq.
      Adams, Umbach, Davidson & White, LLP
      P.O. Box 2069
      Opelika, AL  36803-2069

      Respectfully submitted,

      s/Michael L. Thompson
      Michael L. Thompson
      Lehr Middlebrooks & Vreeland, P.C.
      P.O. Box 11945
      Birmingham, AL 35202-1945
      Phone: (205) 326-3002
      Fax: (205) 326-3008
      E-mail: mthompson@lehrmiddlebrooks.com
      Bar No.: ASB-5417-o46m

153605.doc