IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:05CV685-MHT [WO] |
| JELD-WEN, INC., and RICHARD FETNER, | ) ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of JELD-WEN's Motion to Compel, filed on 10 May 2006 (Do. # 27), and for good cause, it is

ORDERED that the motion is GRANTED.

Jeld-Wen seeks to depose LISA COOK ["Cook"], a non-party, following representations by the plaintiffs that she is "a person with relevant knowledge" of the issues in this case. Without seeking an extension or explaining her absence, Cook failed to appear for deposition on 9 May 2006 after due notice via subpoena on 28 April 2006. The discovery deadline is 15 May 2006. Accordingly, it is further ORDERED as follows:

1. Jeld-Wen shall serve or cause to be served a second subpoena upon Cook on or before 16 May 2006 for a deposition scheduled on or before 2 June 2006.

2. Cook is DIRECTED to appear in person for the deposition at the time indicated. Cook is CAUTIONED that her failure to appear may lead to the

imposition of monetary sanctions and the likelihood of a contempt citation against her.

3. JELD-WEN is DIRECTED to file a Notice of Compliance with the Clerk of the court on or before 2 June 2006, certifying Cook's appearance at the deposition.

DONE this 12th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE