IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS,<br><br>    Plaintiffs,<br><br>v.<br><br>JELD-WEN, inc. and RICHARD FETNER,<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>3:05-cv-00685-T |

## NOTICE OF COMPLIANCE

JELD-WEN, inc., one of the Defendants in the above-referenced matter, hereby gives notice of compliance with the Court's May 12, 2006 Order and shows unto the Court as follows:

1.    On May 12, 2006 the Court granted JELD-WEN, inc.'s Motion to Compel and ordered Lisa Cook to appear for deposition on or before June 2, 2006. The Court further ordered that JELD-WEN, inc. serve Ms. Cook with a copy of the Court's Order on or before May 16, 2006.

2.    JELD-WEN, inc. served Ms. Cook with a copy of the Court's Order and a subpoena for deposition on May 16, 2006. A copy of the materials served on Ms. Cook is attached hereto as Exhibit A.

3.    Ms. Cook appeared for her scheduled deposition on May 18, 2006, in compliance with the Court's Order.

WHEREFORE, PREMISES CONSIDERED, Defendant JELD-WEN, inc. gives notice of Ms. Cook's compliance with the Court's Order.

                                        Respectfully Submitted,

                                        s/Michael L. Thompson
                                        Michael L. Thompson  THO 152

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

Scott J. Scofield, Esq.
SCOFIELD, GERARD, SINGLETARY & POHORESLSKY
111 Ryan Street
Lake Charles, Louisiana 70601
(337) 433-9436

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>James B. Douglas, Jr., Esq.
>McNeal & Douglas, Attorneys at Law, L.L.C.
>P.O. Box 1423
>Auburn, AL  36831
>
>Matthew W. White, Esq.
>Adams, Umbach, Davidson & White, LLP
>P.O. Box 2069
>Opelika, AL  36803-2069

>Respectfully submitted,
>
>s/Michael L. Thompson
>Michael L. Thompson
>Lehr Middlebrooks & Vreeland, P.C.
>P.O. Box 11945
>Birmingham, AL 35202-1945
>Phone: (205) 326-3002
>Fax: (205) 326-3008
>E-mail: mthompson@lehrmiddlebrooks. com
>Bar No. :ASB-5417-o46m

154315