IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS,<br><br>      Plaintiffs,<br><br>v.<br><br>JELD-WEN, inc. and RICHARD FETNER,<br><br>      Defendants. | CIVIL ACTION NUMBER:<br>3:05-cv-00685-T |

### DEFENDANT JELD-WEN, inc.'s MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, JELD-WEN, inc., one of the Defendants in the above-styled action, moves this Court to enter judgment in its favor with respect to all claims asserted by Plaintiffs. JELD-WEN, inc. avers that with respect to the foregoing motion, there is no genuine issue as to any material fact, and JELD-WEN, inc. is entitled to summary judgment as a matter of law. Alternatively, JELD-WEN, inc. requests partial summary judgment as to all of the claims of one or more Plaintiffs, part of the claims of all the Plaintiffs or part of the claims of one or more Plaintiffs as is more particularly set forth in JELD-WEN, inc.'s Memorandum of Law in Support of Motion for Summary Judgment.

                                                        Respectfully Submitted,

                                                        s/Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

Scott Scofield, Esq.
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
P.O. Drawer 3028
Lake Charles, LA  70601
(337) 433-9436

## CERTIFICATE OF SERVICE

     I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     James B. Douglas, Jr., Esq.
     McNeal & Douglas, Attorneys at Law, L.L.C.
     P.O. Box 1423
     Auburn, AL  36831

     Matthew W. White, Esq.
     Adams, Umbach, Davidson & White, LLP
     P.O. Box 2069
     Opelika, AL  36803-2069

     Respectfully submitted,

     s/Michael L. Thompson THO152
     Michael L. Thompson
     Lehr Middlebrooks & Vreeland, P.C.
     P.O. Box 11945
     Birmingham, AL 35202-1945
     Phone:  (205) 326-3002
     Fax:  (205) 326-3008
     E-mail: mthompson@lehrmiddlebrooks.com
     Bar No.: ASB-5417-046M

155409.doc