IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS, <br><br> Plaintiffs, <br><br> v. <br><br> JELD-WEN, inc. and RICHARD FETNER, <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 3:05-cv-00685-T |

**DEFENDANT'S EVIDENTIARY SUBMISSION
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

JELD-WEN, inc., one of the Defendants in the above-styled action, submits the following evidence in support of its Motion for Summary Judgment filed simultaneously herewith:

A. JELD-WEN, inc. Employee Handbook (Minix Depo., EX-26; L. Sims Depo. EX-16; B. Sims Depo., EX-15);

B. Power Point Presentation (D00447-D00513);

C. Declaration of Dan Hees;

D. Declaration of C. Robert Sturm with attached Exhibit A;

E. Declaration of Barry Homrighaus with attached Exhibits A, B, C and D;

F. Declaration of Pat Galvez with attached Exhibits A and B;

G. Deposition Excerpts from the Deposition of Lorena Minix and Exhibits attached thereto;

H. Deposition Excerpts from the Deposition of Brenda Sims and Exhibits attached thereto;

    I.       Deposition Excerpts from the Deposition of Linda Sims and Exhibits attached thereto;

    J.       Deposition Excerpts from the Deposition of Richard Fetner;

    K.      Deposition Excerpts from the Deposition of Dan Hees with attachment thereto;

    L.       Deposition Excerpts from the Deposition of Pat Galvez;

    M.     Deposition Excerpts from the Deposition of C. Robert Sturm;

    N.      Deposition Excerpts from the Deposition of Roxi Giles;

    O.      Deposition Excerpts from the Deposition of Kathy Thornton;

    P.       Deposition Excerpts from the Deposition of Lisa Cook; and

    Q.      Deposition Excerpts from the Deposition of Towanna Zachery.

Respectfully Submitted,

s/Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

Scott Scofield, Esq.
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
P.O. Drawer 3028
Lake Charles, LA  70601
(337) 433-9436

## **CERTIFICATE OF SERVICE**

 I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  James B. Douglas, Jr., Esq.
  McNeal & Douglas, Attorneys at Law, L.L.C.
  P.O. Box 1423
  Auburn, AL  36831

  Matthew W. White, Esq.
  Adams, Umbach, Davidson & White, LLP
  P.O. Box 2069
  Opelika, AL  36803-2069

    Respectfully submitted,

    s/Michael L. Thompson
    Michael L. Thompson
    Lehr Middlebrooks Price & Vreeland, P.C.
    P.O. Box 11945
    Birmingham, AL 35202-1945
    Phone:  (205) 326-3002
    Fax:  (205) 326-3008
    E-mail: mthompson@lmpv.com
    Bar No.: ASB-5417-o46ms

155013.doc