# EXHIBIT A

## JELD-WEN, INC. EMPLOYEE HANDBOOK

**JELD-WEN**®

The company policy statements in this handbook are
provided as standards and guidelines for the employer
and the employee, but are not to be considered as an
employment contract between the parties.

**It is recognized that an "at will" employment
relationship exists and that both the employer and the
employee have reserved the right to terminate the
employment relationship.**

**Minix - 26**

v.2

JELD-WEN Employee Handbook (Revised January 1, 2002)

# JELD-WEN's Mission

The reason JELD-WEN exists is to manufacture and distribute multiple varieties of high performance, high value windows and doors in the "good-better-best" categories of the market, as well as other related building products. We want to be able to sell to the broadest range of customers for the maximum penetration of our products into the market place. Our service related companies will strive to provide their customers with unparalleled service, quality, and to be leaders in their respective industries.

We shall conduct our business with the highest ethical standards while striving for excellence in every phase of what we do. We want JELD-WEN and all of its employees to be a team and a partnership that works together with similar goals and objectives to make JELD-WEN a "long-term" success. We will strive through "continuous improvement" to be tops in the United States, tops in North America, and tops in the World.

We believe that our people are the most important ingredient in our ability to succeed and achieve excellence. We will search to find employees who are long-term, appropriately educated, promotable, and who will enjoy and have the abilities to succeed at the work they will do. We will properly prepare them for the positions they will hold, and aid in their continuous development, so that they can achieve personal success and satisfaction in their careers with JELD-WEN.

Success can be measured in many ways. We will measure our success by how well we achieve our goals for sales and profit growth, return on investment, market penetration, vertical and horizontal integration, capacity utilization, total company synergism, time-related "Making It Happen," financial solvency, and ever-increasing stockholders value.

Success can also be measured by the successful relationships we build with each other, with our customers, with our suppliers and with the communities in which we live and work. We will also measure success by the quality of the products and services we make and distribute, as well as the beauty and trouble-free performance of those products and services, and our ability to satisfy our customer's total needs.

The purpose of JELD-WEN is to be a successful, unique, progressive, world-class company.

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs                P000

JELD-WEN Employee Handbook (Revised January 1, 2002)

# To All JELD-WEN Employees

This booklet is published for your information and guidance as an employee of JELD-WEN. It describes your OPPORTUNITIES, RESPONSIBILITIES, EARNINGS, AND BENEFITS. Before we cover these subjects in detail, we wish to acquaint you with some of our basic goals and beliefs.

Here at JELD-WEN we believe that the success of our company and the jobs of all employees depend on how well we can satisfy that very important person – our customer. All goals and all policies are periodically reviewed to make certain that they are attuned to this primary consideration.

The normal customer is interested in three things – quality, service, and price. Our relationship with our customers must be "right" in all three areas.

Our product must be as good as we can possibly make it ("Practical Perfection") without being too costly or time-consuming to produce. The quality of our products should be superior to similar products with which we are competing.

Our service (shipping the "entire amount" of the "desired product" at the "promised time") should be our trademark. Consistent, friendly, courteous relations and a positive attitude in all dealings with our customers are vital.

Our prices should be "competitive" (not necessarily the lowest, but low enough so that the customer, with superior quality and service, will have a competitive advantage by using our products).

It is our firm belief that each and every employee is an "important individual person" and should be treated with dignity and respect. We hope that each of you will find your particular job interesting and rewarding and will recognize its need and importance. We also hope that you will achieve such a high degree

of satisfaction in performing your job well, that it will be one of your greatest pleasures in life.

In our organization, as in most others, we have three groups of responsible parties: Employees, Managers, and Stockholders. All of us individually can be placed in the "Employee" group, and some of us fall into the "Management" or "Stockholder" group as well. Each group has its own duties and responsibilities.

JELD-WEN employees are responsible for safely producing quality goods and services and for developing and maintaining a congenial, positive attitude among co-workers.

Management is responsible for the operation of the business and must properly utilize the plant and machinery and coordinate the efforts of all employees to bring about an adequate profit. In our company managers can be stockholders and almost all stockholders are managers. Also, all employees participate in the success of the company through our Employee Stock Ownership Plan. We feel that this arrangement helps to create a stronger incentive for all employees to do a good job and better accomplish our objectives.

Stockholders are responsible for providing the necessary capital for plant and machinery, payrolls, inventories, accounts receivable, and must accept all the risks inherent in the ownership of a business.

Our company can only be fully successful if all three groups work together in a real spirit of TEAMWORK and COOPERATION toward our common goal of providing our customer with excellent products along with superior quality and service at a minimum cost.

In our company we try to provide the type of environment that makes the need for any union unnecessary. We feel that a union destroys effective

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs                    P000:

JELD-WEN Employee Handbook (Revised January 1, 2002)

teamwork in many companies where it exists and tends to prevent management employees and other employees from working together in a friendly, cooperative atmosphere toward the accomplishment of their common goals. We know that we will achieve the greatest possible success, both individually and as a company, if we can work together in properly servicing the needs of our customers as a smoothly operating team. We hope that we can count on you to do your share.

We are happy to welcome you as part of our JELD-WEN team: A team that has been successful because of the efforts of many top-notch people. You were selected to join our company because we feel that you too, are top-notch material. As a new employee, we hope that this booklet will answer most of your questions; however, if there are any questions concerning company policy or any condition affecting you that is not fully understood contact your group or General Manager.

JELD-WEN, inc.

R.L. Wendt
Chairman

R.C. Wendt
President

To All JELD-WEN Employees

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs                    P000

JELD-WEN Employee Handbook (Revised January 1, 2002)

# Table of Contents

## Your Opportunities

1. Company History and Future .......... 1
2. Employment Procedure .......... 1
3. Wages .......... 2
4. Supervision and Promotion .......... 2
5. Responsibilities, Compensation, and Benefits for Managerial Employees .......... 2
6. Evaluation .......... 3
7. Education .......... 3
8. Ethics .......... 3

## Your Responsibilities

1. Efficiency and Quality .......... 4
2. Signal System .......... 4
3. Standards of Conduct .......... 4
4. Harassment Policy .......... 5
5. Wage Assignments and Garnishments .......... 5
6. Substance Abuse .......... 6
7. Keep the Company Informed .......... 6
8. Safety .......... 6
9. Cleanliness .......... 7
10. Suggestions .......... 7
11. Confidentiality .......... 8

## Your Earnings

1. Hours of Work and Overtime Pay .......... 9
2. Reporting in Pay .......... 9
3. Pay for Temporary Job Assignments .......... 9
4. Holiday Pay .......... 10
5. Vacation Pay .......... 10
6. Jury Duty Pay .......... 11
7. Funeral Leave .......... 11
8. Leaves of Absence (Unpaid) .......... 11
9. Family and Medical Leave (FMLA) .......... 11
10. Layoffs (Temporary and Permanent) .......... 12
11. Maintaining Seniority While Off Work or Terminated .......... 12
12. Your Pay Check .......... 12
13. Employee Draw .......... 12
14. Incentive Pay .......... 13
15. Employee Recognition and Bonus Program .......... 13

## Your Benefits

1. Group Health Plan .......... 14
2. Employee Assistance Program (EAP) .......... 14
3. Workers Compensation .......... 14
4. Severance Pay .......... 15
5. Unemployment Compensation .......... 15
6. Social Security .......... 15
7. JELD-WEN Retirement Plans .......... 15
8. JELD-WEN Foundation .......... 16
9. JELD-WEN College Scholarship Program .......... 16

## Summary .......... 17

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs                    P00050

# Your Opportunities 1

## Company History and Future

Your Company was incorporated in the State of Oregon on September 30, 1960. On October 25th, in Klamath Falls, Oregon, the Company purchased at auction approximately 35 acres of land bordering on Lakeport Boulevard, along with a factory building, lumber storage sheds, water tank, and some machinery and equipment. In early November production officially started with the number of employees, including management, totaling 15.

Since our beginning, new equipment and facilities have been added periodically in an effort to effectively take care of our customers' needs and to provide improved working conditions for all of our employees.

In 1962, we started our first WENCO window assembly plant in order to more efficiently complete and distribute our products to our customers, provide better service, and bring us into closer contact with them. Since 1965, we have added manufacturing and distribution facilities at other locations in order to specialize in certain products and to provide our customers with greater service.

We believe there is a bright future for us in the manufacture of windows, doors, and other related "building material" items; and, with your help, we expect to show continued growth in this field.

Our continuous planned effort to achieve "sound growth" as a way of life at JELD-WEN will mean more and better jobs and thus more opportunities for all of us.

## Employment Procedure

Applications for employment must be made in person, and only the General or Corporate Manager has the authority to promise or offer employment.

Hourly and staff employees should be high school graduates or possess equivalent experience and study. Superior dexterity and mechanical ability can be an advantage.

All applicants considered for employment will participate in a "fit-for-duty" assessment to determine ability to perform the essential job functions of the position applied for and, within 3 days of employment, must provide the identification required on the Immigration form "I-9".

Managerial employees should have completed at least two years of college or equivalent experience and study, and agree to continue educating themselves during our eighteen-month Management Development Program. Leadership qualities, ability to learn quickly, and full acceptance of responsibilities are some of the necessary ingredients of a good manager.

The company encourages employees to recommend friends or relatives who are qualified for employment. Friends and relatives must meet the same qualifications and be considered in the same manner as other applicants.

When hiring new employees, we seek those individuals whose abilities and attitudes most closely fit the needs and requirements of the job so that they will be happier on the job and therefore will be more valuable to themselves and the company. We seek employees with sound ethics and judgment, who are looking for a long term relationship with the company. Normally the hiring of persons who already have a full time job with another employer or who have other long term interests is discouraged, but decisions on such hiring are at the manager's discretion. No one less than 18 years of age can be employed around machinery.

Upon employment, hourly and salaried employees will be classified as "regular full-time" (core) employees or "temporary" (part-time or non-core) employees. Many of the benefits outlined in this book apply only to regular full-time core employees.

When an employee reports for work, the General Manager will see that the new employee is informed of basic company policies, including, specifically, our Drug Testing and Anti-Harassment Policies, issued a company handbook, given a short tour of the plant, introduced to his or her immediate group manager, and instructed as to the proper and safe performance of their work. Employees will be tested on the handbook within 45 days of hire.

A new or rehired regular full-time employee will be considered probationary and will be evaluated for a period of three months on his or her ability to perform the jobs assigned and to meet other company requirements. Such employee will not acquire seniority status until working beyond the three month period and then the seniority date will commence with the date of regular full-time hire or rehire.

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs

The company is an equal opportunity employer and is fully committed to the belief that every employee has the right to work in an environment that is free from all forms of unlawful discrimination.

Our employment policies and practices shall insure that all of our job applicants and employees are treated equally and that no distinctions are made in hiring, compensation, opportunity for advancement, including upgrading, promotion and transfer because of a person's race, color, religious belief, national origin, age, gender, sexual orientation, protected disability, or veteran status. All employees can expect to receive equal and fair consideration in all employment matters within the framework of the general policies of our company.

## Wages

It is the policy of this company to pay wages at a rate equal to or greater than the average of rates paid for similar work and conditions in this locality and in this industry.

Individual wage rates have been determined for each job by comparing its importance with other jobs in the plant and by considering such factors as skill, responsibility, experience, hazards, etc., and by comparing the rate with rates paid for similar work by other companies.

Annually, comparisons are made and suggestions for updating and improving wages and fringe benefits are evaluated and completed before the end of the year. In late December the General Manager will announce by letter to each employee the wage or benefit changes, if any, for the new year. This will normally be effective at the first of the year.

At the end of every month each new hourly employee is evaluated by the group manager and the evaluation is reviewed by the General Manager to determine his or her eligibility for a wage increase. A new employee making satisfactory progress should receive a raise each month during his or her first three months. After that, additional raises will depend on an employee receiving a promotion to a higher rated job. Each job has a skilled rate, and an employee making satisfactory progress will receive a twenty-cent per hour wage increase each month from the entry wage until the skilled rate is achieved. Wage rates are normally changed only at the start of a pay period.

## Supervision and Promotion

It is the policy of this company that all managers be courteous in their relations with individuals under their direction. In acquainting an employee with their duties, or special assignment, an explanation of the reasons and objectives thereof will be given.

When considering an employee for promotion, the following factors will be considered equally:

1. Quality
2. Productivity and efficiency
3. Knowledge of the job
4. Safety record
5. Work area appearance and cleanliness
6. Machinery or equipment maintenance
7. Attendance
8. Attitude (includes initiative, compatibility, and adaptability)
9. Length of service

Where the previous mentioned factors are relatively equal, in the judgment of your group manager and General Manager, length of continuous service will govern.

We will attempt to train and develop our employees so that promotion from within is the rule and not the exception. This applies to management jobs as well as staff and hourly jobs.

## Responsibilities, Compensation, and Benefits for Managerial Employees

The primary distinction that separates managerial employees from staff or hourly employees is acceptance of a greater degree of responsibility for the performance of an operation, including the responsibility for the performance of others.

In order to successfully accomplish the tasks and goals that this responsibility imposes on the manager, he or she will often find that extra time must be spent in excess of eight hours a day, that additional study and work must be done at home, and that sometimes work must be done on Saturdays, Sundays, and holidays as well as different and sometimes objectionable shifts.

Our policy is to reward individuals who are willing to accept the responsibilities and requirements of management in a manner that will properly and fairly reflect their importance, and also to reward properly and fairly the degree of success they are able to achieve through their efforts. We would like to be able to do this in a positive way that avoids building a gulf between managerial and other employees.

Therefore, it will be our policy to avoid special prerogatives and benefits for management employees except where they can be a direct incentive and proper reward for acceptance of greater responsibilities and

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs

P0005

superior performance. Most fringe benefits should be the same as hourly and staff employees. The only differences we wish to emphasize are method of pay, amount of pay, eligibility for bonus (based on profits) and eligibility for stock ownership.

## Evaluation

The policy of our company is to evaluate the performance of all employees against their job goals. Job performance should be judged on how well the employee has done in accomplishing job objectives. Accomplishment of objectives rather than personal traits or characteristics is what should be evaluated. Traits or characteristics (such as appearance, tact, personality, etc.) are only relevant to the extent they contribute or detract from the accomplishment of objectives.

To evaluate performance on the basis of success in accomplishing objectives requires that the employee and manager agree on what the employee's objectives are. To set job objectives the employee's individual goals and aspirations must be understood and every reasonable effort made to set job objectives which fulfill both company and individual goals. It is the manager's responsibility to assure that such understanding is achieved.

## Education

A sound education is becoming increasingly more important as machinery and production systems become more complex. In order to encourage our employees to further their education or to develop skills that will aid both employee and company alike, your company will pay for 50% of the cost of tuition and 100% of reasonable expenses for textbooks up to a maximum annual amount of $1,500 for any pre-approved courses upon receipt of proof of satisfactory completion of each course.

All regular full-time employees who have acquired seniority status (worked at our company for three months or more) are eligible to participate in the above program, upon notice to and approval of the General or Corporate Manager, prior to enrollment. Only one course at a time will be subject to reimbursement.

Management employees taking required courses will be fully compensated for the course involved. Non-required courses will be paid at the normal 50% cost of tuition level up to a maximum annual amount of $1,500.

## Ethics

We as a company are fully committed to the advancement of ethics and wish to stress the continued importance of establishing certain key values as the basis for all human decisions.

We plan to conduct our business and encourage all employees who work with us to assist us to develop, advance, teach and promote: TRUTHFULNESS, FAIRNESS, HONESTY, and THE GOLDEN RULE as part of the ethical standards needed today in business, government, and our personal lives.

We hope that one of your major opportunities while working with our company will be to nourish and foster these values.

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs          P00059

JELD-WEN Employee Handbook (Revised January 1, 2002)

# Your Responsibilities 2

## Efficiency and Quality

Each employee is responsible for efficient productive effort and safe quality workmanship, as well as for the development of a friendly, positive attitude in an atmosphere of openness and trust in dealings with each other.

The company does not feel that an employee can hold two jobs and do justice to both. It is the policy of our company that its employees may not hold another job unless authorized by the General Manager.

## Signal System

In line with our overall policy of mutual trust and respect for each other, we have no time clocks or required punching in or out. We do, however, have a signal system that will help our managers coordinate the work since many of you are often dependent upon others for your ability to perform your work.

In addition to the signal sounding at the scheduled times it will also sound as a warning at certain periods of the shift. It is also understood that each employee is responsible for being at his or her normal place of work — ready and able to begin production when the work signal sounds — and will also be at this work station and working until the break, lunch, or end of shift buzzer sounds.

Three minutes prior to the end of each shift a warning signal will sound. This three-minute period should be used to shut down the machines, make out production tickets, clean area or put tools away, etc. All employees should remain at their work station until the final quit signal sounds.

Employees reporting to work for the beginning of their shift will stay in the "parking lot" area, "lunchroom", or other designated "waiting area" until this three-minute signal sounds, and then will proceed immediately to their work areas.

Your group manager or General Manager will advise you of special signals for fire or other emergencies.

## Standards of Conduct

Our company tries to make its plant a safe and pleasant place to work. The cooperation of all employees is necessary to carry this out.

People who have worked together a long time realize that one person's misconduct may harm all the rest, and they expect certain standards of conduct to be set and maintained.

For the guidance of all employees, the following acts of misconduct are against the best interests of everyone and are subject to disciplinary action, including dismissal, at the discretion of Management.

1. Stealing–Including possession of company property without permission.

2. Abuse of property, or any attempt to interfere with or obstruct production.

3. Fighting, horseplay, harassment (specifically including sexual harassment), prejudicial discrimination, disorderly or immoral conduct.

4. Falsifying any time record, production ticket, or information provided for the purpose of obtaining benefits.

5. Coming to work under the influence of alcohol or any illegal drug, bringing alcoholic beverages or illegal drugs onto company property, or drinking and using illegal drugs on company property.

6. Reckless or fast driving on the premises.

7. Giving false or misleading information to obtain employment or during the course of your employment. This includes verbal as well as written information such as on enrollment cards, eligibility and claim forms.

8. Failure to carry out any reasonable instructions of a group manager.

9. Use of improper or abusive language.

10. Inattention to duties, loafing in washroom or elsewhere during working hours.

11. Irregular attendance or habitual tardiness.

12. Leaving work area during working hours without permission of your group or General Manager.

JELD-WEN, Inc./Lorena Minix, et al. – Documents Produced by Plaintiffs                    P000

JELD-WEN Employee Handbook (Revised January 1, 2002)

13. Stopping work without permission before quitting time.

14. Smoking contrary to established practice or in a prohibited area or violation of any other fire protection regulation.

15. Violation of company rules or policies and/or violation of safety or health regulations, or failure to use safety devices.

The foregoing is not intended to be an all-inclusive list. It furnishes only examples of conduct, which must be avoided for the good of all. Any other action or conduct that is detrimental to a safe and/or effective working environment, or constitutes a serious violation of law or public regulations will be dealt with by discipline or discharge.

## Harassment Policy

JELD–WEN strives to provide a productive and comfortable working environment free from harassment or discrimination including that which may be construed to be offensive sexual conduct. This policy applies to every aspect of the employment relationship throughout the organization and to the dealings of employees with one another, as well as with vendors and customers.

Harassment in any form will not be tolerated by the company. Any employee who violates this policy is subject to discipline up to and including discharge. In addition, any client, customer or vendor of the company who engages in such conduct will be informed of our policy and will be dealt with accordingly, with the aim of completely eliminating the harassment.

Harassment includes, but is not limited to, the following behaviors, if such behaviors create an intimidating, hostile or offensive environment:

* Verbal Harassment: Derogatory comments, jokes, slurs or abusive language.

* Physical Harassment: Unwanted physical contact, or assault.

* Visual Harassment: Leering, making sexual gestures, displaying derogatory or sexually suggestive objects, pictures, posters, cartoons, drawings, or clothing printed with derogatory material.

* Sexual Harassment: Unwelcome sexual advances, request for sexual favors, offering employment benefits in exchange for sexual favors, or any other verbal or physical conduct of a sexual nature that is directed toward an individual because of that person's gender.

Employees will be made aware of this policy and are encouraged to not tolerate harassment. Any employee who believes that he/she is being subject to objectionable conduct should promptly notify either their immediate Supervisor, their General or Corporate Manager, Vice President or Subsidiary President, or the Legal Department at (541) 882-3451. Any Supervisor, General or Corporate Manager, Vice President or Subsidiary President, who has questions concerning harassment complaints shall contact the Legal Department. Additionally employees are encouraged to report any conduct they may witness against someone else, whether verbal, visual, physical, sexual, or otherwise, that they believe constitutes harassment. They should follow the same steps of contacting their immediate Supervisor, their General or Corporate Manager, Vice President, Subsidiary President, or Legal Department.

Every complaint of harassment will be investigated promptly, thoroughly, fairly, and objectively. A written investigative report will be completed for each complaint. The investigator will take detailed statements from the person making the complaint, the alleged harasser, the harassee, and the witnesses. The complaint will be kept as confidential as possible: information will be disseminated on a "need-to-know" basis only. Basic results of the investigation will be reported to the individual registering the complaint.

If the information collected during the investigation establishes that harassment or other objectionable conduct did occur, disciplinary action will be promptly taken against the harasser, up to and including termination if appropriate. Employees will not be discriminated or retaliated against for reporting harassment or participating in an investigation.

## Wage Assignments and Garnishments

Wage assignments and garnishments of an employee's wages cause unnecessary expense to the company that could be avoided if employees follow prudent spending and budgeting practices. In order to recover its cost for processing these garnishments and wage assignments, the company will deduct from each affected employee's pay check $10.00* per month for every garnishment or wage assignment it receives and has to process. If a "continuing" wage assignment or garnishment is received, $10.00* per month will be deducted out of the affected employee's paycheck until the wage assignment or garnishment stops. If two or more wage assignments or garnishments are received in a single month, $10.00* per month will be deducted for each wage assignment or garnishment, so that $20.00* or more per month will be deducted.

*State laws may vary.

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs    P000(

JELD-WEN Employee Handbook (Revised January 1, 2002)

## Substance Abuse*

Your company believes that the subject of substance abuse is so vital that we must institute a program to insure that the safety and health of our employees is not threatened by the presence of any substance of impairment. All prospective employees will be tested for the presence of such substances before being offered employment with the company; current employees will be tested periodically; any employee may be tested for "cause". If a regular, full-time employee (with more than one year of service) tests positive, that employee will have the opportunity for rehabilitation, although actions taken while impaired will still result in the employee being subject to appropriate disciplinary procedures, including termination. All other employees that test positive will be immediately terminated. Employees who feel they may be affected or impaired in any way should discuss the matter with their General Manager or contact the company's Employee Assistance Program (EAP).

*Unless prohibited by State law.

## Keep the Company Informed

Certain items of information are very necessary to keep a company operating smoothly and also to maintain complete and accurate records. Employees are requested to notify their group manager or the General Manager when any of the following occurs:

1. If at any time you find it necessary to be absent from your job, advise your group manager as far in advance as possible. In case of a sudden emergency, notify your group manager as soon as possible. Absence of three working days, without notifying either your group or General Manager, may be considered a voluntary quit.

2. When it is necessary to leave work during working hours for any reason.

3. When an accident or injury occurs. (All injuries, however minor, must be reported immediately to your manager for record purposes.) If an accident is not reported the day it occurs, it may be considered to have occurred away from work.

4. Change of address or telephone number.

5. Change of marital status.

6. Change of dependency for withholding tax purposes.

7. When off work due to accident or injury, you are responsible for keeping the company informed of your progress and for providing any medical or doctor information needed.

## Safety

Nobody wants to get hurt. No one wants to see another person hurt. If an employee is injured, everybody loses by it. The company is committed to protecting employees from injury and provides every practical safety device and guard.

Your company also has a Safety Program, which includes employee awards for good safety results.

However, all the efforts of the company, by itself, will not prevent you from getting injured. Over 90% of all industrial accidents are caused by personal errors rather than unsafe conditions.

It is your responsibility to:

1. Use all available safety equipment and refrain from removing any safety guard. Always follow established lock-out procedures.

2. Call attention of your group manager to any hazard.

3. Avoid horseplay, or any action that may injure someone.

4. Wear safe shoes and clothing. Avoid any jewelry or clothing that may be caught in a machine. Hair longer than collar-length must be confined close to the head.

5. Learn to lift by bending your knees with your body erect, pushing your entire body upwards with your legs. If the weight is too great, ask your group manager for help.

6. Shut off a machine when not working at it and stay by it until the machine stops. Lock-out equipment when maintaining or making adjustments.

7. Report any accident or injury at once.

8. Point a compressed air hose away from other persons when it is necessary to use it.

9. Wear appropriate personal protective equipment at all times for any exposures to which you are subject.

10. Report defective or broken equipment to your group manager immediately. Equipment in good repair makes your work easier and more productive as well as avoids accidents.

11. Maintain good housekeeping practices. Good house-keeping and cleanliness have many advantages, such as less effort on your part, with higher efficiency and safer working conditions. Let's have pleasant working conditions with a clean plant.

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs

P000

JELD-WEN Employee Handbook (Revised January 1, 2002)

12. Know and follow rules for handling hazardous chemicals; always read labels and the Material Safety Data Sheet (MSDS).

13. Don't use illegal drugs or alcohol. Use prescription drugs and over-the-counter drugs with extreme caution. Substances which diminish your ability to perform safely must be avoided at all times. Use of drugs that may restrict ability must be discussed with your group manager.

14. Give a friendly tip to the one who overlooks any of these things.

15. Above all, think and work safely.

Suggestions for safety measures will be welcomed at any time.

## Cleanliness

In order to provide a better atmosphere for efficient, quality workmanship, we are asking the cooperation of everyone in keeping their work area neat and clean. Cleanliness is part of everybody's job and a neat facility will add quality to our products, safety to our jobs, and pride in our work.

The following is a list of "Dos and Don'ts" that all of us should follow:

**Do**

Do - Remember that we are in business to satisfy customers

Do - Make suggestions for improvements to your supervisor

Do - Sweep and clean during idle time

Do - Pick up spilled items at once

Do - Pick up any wood or debris seen on the floor

Do - Take an extra few seconds to do the job right

Do - Pile all stock (including reject or salvage stock) neatly

Do - Pick up broken glass at once and put in proper receptacle

Do - Use all standard equipment and storage areas for their intended use

**Don't**

Don't - Allow defective products past your workstation - no matter where the defect was created

Don't - Throw packaging material or trash on the floor

Don't - Pile items too high (not over 5 feet)

Don't - Miss the trash receptacle when depositing trash

Don't - Place broken parts (or stickers) with good ones

Don't - Throw papers or cups on the ground outside

Don't - Throw broken pallets in corner or on ground

Don't - Block any aisles or exits

Cleaning tools (i.e.: brooms, vacuums, and shovels) are placed in key spots throughout the facility. After using, please return them to their spots.

Let's all pitch in and make our facility one in which we can be proud.

## Suggestions

It would be a dull place to work if there were no room for new ideas. Because our company wishes to encourage and reward constructive thought, you will be rewarded in cash for suggestions deemed practical and valuable. "Two heads are better than one." We all have our heads together here at our company continually trying to improve.

If you have any suggestions as to how part or all of what is now wasted can be saved, how time can be saved on machine or hand operations, how our products or methods or service can be improved, put them in writing and place them in the Suggestion Box located by the plant office.

After your suggestion is considered by the Suggestion Committee, you will be notified:

1. That your suggestion has been accepted; or

2. That you need to furnish additional information on your suggestion; or

3. That your suggestion is unusable, and why.

Suggestions are collected from the box weekly and carefully studied by the Suggestion Committee. Managers are not eligible for cash rewards under this system, as

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs    P0000

they have been selected to leadership positions because of their ability to make constructive suggestions.

## Confidentiality

JELD-WEN possesses certain confidential and trade secret information relating to many of its operations, including but not limited to, manufacturing processes and techniques, particular technologies or equipment, cost information, customer information and pricing and financial data. This confidential and trade secret information provides an advantage over our competitors and must be carefully guarded by all JELD-WEN personnel to protect this advantage. All such information is deemed "confidential" and must not be disclosed or used in any manner except as is necessary to your work at JELD-WEN. Any such disclosure or use without JELD-WEN'S prior written approval is a violation of JELD-WEN'S rights, which could result in termination of your employment with JELD-WEN and even in civil or criminal penalties.

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs                    P000

JELD-WEN Employee Handbook (Revised January 1, 2002)

# Your Earnings 3

## Hours of Work and Overtime Pay

The normal weekly work schedule consists of a 40-hour week with a company paid 10-minute break during each half shift. Meal periods are a minimum of 30 minutes.

Shift schedules are published separately and are subject to revision as changes occur in production requirements and business demand. Please see your group manager for a copy of the current shift schedules.

For purposes of compiling overtime, the work week will begin and end at 4:00 P.M. Sunday, and the work day with the start of each respective shift. Any work performed in excess of forty (40) hours in any one week is considered as overtime and will be paid at the rate of time and one-half (1 1/2) times the straight time hourly rate.*

During a period when plants are regularly working a schedule of less than the standard five-day week, overtime will be paid only to those employees who actually work in excess of 40 hours. In instances where employees are not advised of a short week the week prior to working overtime, the time off in that short week will be considered as time worked for the purpose of computing overtime.* Absences from the job due to personal reasons, time lost due to reasons beyond the control of the company, or a lost time injury will not be considered as time worked for the purpose of overtime and may be made up at the straight rate of pay with the consent of the employees affected.

When an employee is changing over from one shift to another, the fact that more than eight hours are worked within a 24-hour period will not constitute overtime.

The principles of the above work week also apply to maintenance employees. It is recognized, however, that these employees, because of the nature of their work, may be required to work on non-standard schedules. The hours and the work days of employees performing maintenance work are to be flexible and adjusted for the convenience of the company and employee, but will normally provide two (2) consecutive days off each week.

For those employees whose normal work shift is the second shift (swing shift), third shift (graveyard), or fourth shift (relief), an hourly shift differential will be added to the regular day shift hourly rate.

These differentials shall not be paid for any hours of a regularly scheduled shift in which most of the hours worked are within the period of the normal shift. Also, shift differentials will not be considered when computing funeral leave, holiday pay or vacation pay.

Any employee performing work on a holiday will be paid at the rate of time and one-half. (For eligible employees this is in addition to holiday pay.)

Any hours for which you are compensated (excluding disability pay) will be counted as hours worked for computing weekly overtime, vacation pay, holiday pay and other benefit contributions or eligibility.

*Various state laws may require a different formula.

## Reporting in Pay

When, through some unexpected or unforeseen circumstance, there is no work and an employee reports for work without being notified not to report, the employee will receive a minimum of two (2) hours pay at their regular straight time hourly rate, except for power failure, or other conditions beyond the control of the company.

The company is not liable for "reporting-in pay" when the employee has not supplied the company with a current telephone number where the employee can be reached.

Employees called to work in an emergency will receive a minimum of two (2) hours pay at the applicable rate.

## Pay for Temporary Job Assignments

Temporary changes in job assignment do not affect the rate of pay for employees except where transferred to a higher job classification to which they have been previously qualified.

When employees have worked an equivalent of one month or more on a higher classified job, the employees will normally be paid an additional 20 cents per hour for each full month of experience above their normal rate when performing the higher classified job so long as such employees show satisfactory progress. This will continue until the full rate of the higher classified job is achieved.

If employees are, with their consent, transferred to a lower paid classification in order to prevent a layoff, they will receive the rate for that position for so long a time as they hold that position, figured to the nearest hour.

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs

P0000

## Holiday Pay

The company wants you to enjoy your holidays not worked without loss of earnings. In order to qualify for any "Holiday Pay," an employee must have worked at least three (3) months as a regular full-time employee prior to the holiday and must have worked the scheduled work day for the plant preceding and following the holiday. Temporary (part-time or non-core) and initial three month probationary employees and summer (student) employees are not eligible for holiday pay. Holiday pay is computed at the employee's standard rate at the time the holiday occurs and does not include incentive pay or shift differentials. The holiday counts as a day of work when computing overtime only if it occurs on a regular work day and only if the employee is eligible for holiday pay. Holiday pay is included in the pay check covering that period in which the holiday occurs. The following nine holidays will be observed:

New Year's Day

Memorial Day

Independence Day

Labor Day

Thanksgiving Day

Day after Thanksgiving Day

Day before Christmas

Christmas Day

Floating Holiday (Selected by a vote of all employees by company)

For employees working a standard work week: If the holiday falls on a Sunday, the following Monday will be recognized as the holiday. If a holiday occurs on a Saturday, the preceding Friday will be recognized as the holiday. For employees working a NON-STANDARD work week: If the holiday falls on an employee's regularly scheduled day off, the preceding day or the following day may be recognized as the holiday, or it may be paid.

If a holiday occurs during the time an employee is on vacation, the holiday will be paid. An otherwise qualified employee absent because of layoff, mandatory EAP referral, or proven sickness or injury (other than injuries covered under Worker's Compensation) shall be entitled to holiday pay for not more than three paid holidays which occurred during time off, provided the employee returns to work upon the termination of such layoff, mandatory EAP absence, sickness, or injury.

Any employee performing work on a holiday will be paid at the rate of time and one-half. (For eligible employees this is in addition to holiday pay.)

## Vacation Pay

It is the policy of your company to grant vacations with pay to regular full-time employees so that they may enjoy a period of rest and relaxation. Temporary (part-time or non-core) employees are not eligible for vacation pay.

To be eligible for one week's vacation with 40 hours pay, a regular full-time hourly employee must be on the payroll on December 31 and must have worked not less than 1200 hours during that calendar year from January 1 to December 31, without a break-in-service of more than 30 days.

Employees who have worked not less than 920 hours and who are employed on December 31 will receive one week's vacation with 32 hours pay. Employees who have worked not less than 640 hours and who were employed on December 31 will receive one week's vacation with 24 hours pay.

Anyone on temporary layoff on December 31 of any year may still qualify for vacation earned prior to December 31 if he or she returns to work within six (6) months of the date laid off.

All regular full-time employees who qualify for vacation above, and who have been continuously employed for a minimum of three (3) full calendar years prior to January 1 will be entitled to one (1) additional week's vacation with pay, or a total of two (2) week's vacation with (80) hours pay. Vacation pay will be paid at the employee's standard rate at the time vacation is taken. This rate will not include incentive pay or shift differentials.

All regular full-time employees who qualify for vacation above, and who have been continuously employed for a minimum of five (5) full calendar years or more prior to January 1 will be entitled to a total of:

| Years of Continuous Employment | Vacation | Amount of Full Vacation Pay |
| --- | --- | --- |
| After 5 calendar years | 2 Weeks | 120 Hours' Pay |
| After 10 calendar years | 3 Weeks | 160 Hours' Pay |
| After 20 calendar years | 4 Weeks | 200 Hours' Pay |

Circumstances may arise where due to any combination of temporary layoff, sickness or injury a long term employee (continuously employed for 3 years or more) may work less than 1200 hours in a calendar year. When such is the case, the amount of vacation pay the employee will receive is to be determined by the following formula:

1. Divide the number of hours actually worked by 2080.

2. Multiply the percentage thus derived times the amount of vacation to which otherwise entitled to arrive at the amount of vacation pay to be paid.

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs

P000

3. The normal equivalent hours of vacation pay will be in effect when the employee again works 1200 hours or more in a calendar year.

Continuous employment means employment uninterrupted by absence due to discharge or voluntary severance of employment unless rehired within 30 days. Time lost as a result of an accident recognized by the State Worker's Compensation Board, during a vacation eligibility year in which the accident occurred, will not prevent that employee from being considered to have been continuously employed during that year; however, no hours will be credited for vacation purposes during the absence.

Vacation must be taken within the calendar year and cannot be accumulated to be used the following year. Vacation time must be arranged with your group manager so that production will proceed as smoothly as possible. No employee will be paid in lieu of their first week of vacation, but may receive compensation in lieu of vacation for the second, third, and fourth weeks, if they desire. This will normally be paid on the next to last paycheck of the year.

Vacation payments will be made at only a regularly scheduled pay day, either before or after the vacation, but adequate advance notice must be given to the payroll department if a check prior to the vacation period is desired.

Any employee who quits, unless the company receives one week's notice, will not be entitled to any previously earned vacation pay. Any employee who is discharged by the company will be entitled to payment of any unused vacation in the year of discharge that was previously earned the prior year.*

* State laws may vary

## Jury Duty Pay

Subject to certain conditions, regular full-time employees required to serve as jurors in a recognized court of law shall, upon proof to the company of such jury service rendered and jury duty compensation received signed by a responsible officer of the court, be reimbursed by the company for their work time lost. This reimbursement is limited to a maximum of 100 hours for each jury duty period. The basis of reimbursement shall be the difference between the straight-time hourly job classification rate of pay for the time lost and the employee's jury duty pay.

## Funeral Leave

A regular full-time employee who has worked at least 3 months qualifies for funeral leave when death occurs to a member of an employee's immediate family. The purpose

of granting funeral leave is not only to allow the employee to attend the funeral, but is also to recognize a period of grief and getting affairs into order that are often associated with the death. An employee may request such leave from the General Manager who will evaluate circumstances with the employee to determine exact arrangements. Employees granted funeral leave will be compensated at the regular straight time hourly rate for hours lost from their regular schedule for up to three (3) consecutive work days, one day of which must be the day of the funeral, subject to the following limitations:

1. Members of an employee's immediate family are limited to the employee's spouse, sons, daughters, mother, father, brother, and sister.

2. No compensation will be granted where the employee does not attend the funeral.

3. Proof of relationship and/or death may be required.

4. Funeral leave pay will not be granted for any day on which an employee is not scheduled to work.

When death occurs to an employee's grandfather, grandmother, grandson, granddaughter, mother-in-law, father-in-law, son-in-law or daughter-in-law, the employee will also be granted time off for the purpose of attending the funeral and other related events and will be compensated at his or her regular straight hourly rate for hours lost from his or her regular schedule on the day of the funeral not to exceed 8 hours.

## Leaves of Absence (Unpaid)

We expect requests for leaves of absence to be a rarity, but because there may be circumstances where it is desirable for the employee and company alike, procedures and guidelines have been set up to handle such requests. Your General Manager has a copy of these procedures and will review them with any employee requesting a leave of absence. It should be remembered, however, that any leave of absence should be discussed well in advance (2 to 6 months) prior to the commencement of the leave.

## Family and Medical Leave (FMLA)*

Parental, Medical, and, where applicable, Pregnancy Leave are special leaves which require the employee to do the following:

1. Notify the company and provide medical certification at least 14 days in advance if possible. Where this is not possible, notify and provide certification to the company as soon as possible. Delays in leave may occur if proper notice is not given.

JELD-WEN Employee Handbook (Revised January 1, 2002)

2. Use vacation time (if available) for all unpaid leave. Unpaid leave is when an employee is not getting paid disability or workers compensation.

3. Pay employee portion of insurance premium contributions as normally required. If you do not return to work, you may be liable for the company-paid portion of your health insurance premium contributions.

4. Before returning from Medical Leave, unless that leave is for the birth of a child, have your doctor complete a work fitness assessment and certify that you are physically able to return to work.

5. While off work, report the status of your condition and your expected return date to the company every four weeks.

When you are off work due to one of these special leaves, the time off will be tracked and cannot exceed the total amount of time to which you are entitled under the special leave provision. If you qualify under one of these special leaves, you will have the right to return to the same or an equivalent job. JELD-WEN will fully comply with all federal, state and local family and medical leave laws. Further details are available on the company posting board or from your General Manager.
*State laws may vary in regard to these issues.

## Layoffs (Temporary and Permanent)

In the past we have not experienced many layoff situations but during extreme conditions, slow business levels may make layoffs of regular, full-time employees unavoidable. Should a layoff occur, the same consideration to regular full-time employees affected in the layoff will be given as when considering promotion. It is our goal to retain the employees with the highest performance using this objective evaluation approach. If there are ties, seniority will be used to break the tie.

All employees will be given at least 2 weeks notification of layoff and affected employees will be individually advised as soon as feasible. A return to work after a layoff will also be by objective evaluation and if the return to work occurs within 6 months of the layoff, the employee's original seniority date will be maintained. After 6 months, a layoff originally characterized as temporary becomes permanent.

## Maintaining Seniority While Off Work or Terminated

The company encourages its employees off work to return as soon as they possibly can. Therefore, employees out for 1) sickness or injury which prevents them from doing their job; 2) leave of absence; or 3) layoff, may keep their seniority if they return to work on a regular, full-time bases within six months and work on a

continuous basis for at least one month. Employees who do not return within six months will be terminated and may only return as new hires.

This does not mean that employees who return within six months are guaranteed jobs. Company circumstances and conditions may have changed while the employee was away. The company recognizes, however, the desirability of having its employees return and will therefore try to place them in suitable positions.

This policy will add to and not take away from the company's medical leave policy. For example, an employee on medical leave who uses all of the leave time but is still unable to do bis or her job may return with seniority for up to six months from the beginning of the medical leave.

The maximum time employees can be off work due to a voluntary quit or termination and still maintain their seniority is 30 days. Of course, rehire will be at the discretion of the General Manager.

## Your Pay Check

Hourly employees' earnings for each pay-period will be paid by check on the next Friday after each pay-period. Salaried employees will be paid biweekly by direct deposit to a financial institution of their choice.

When you receive your pay check, you will find certain deductions have been made. Social Security, State Income Tax (as applicable) and Federal Income Tax deductions are required by law. Any other deductions must be authorized by you before they will be made.

Keep the stub of your check. It shows the amount of your earnings for the pay period and the deductions which were made. This information may be helpful to you sometime in the future.

If there is something regarding your check that you do not understand, or if there is an error, please see your group manager after your shift so that an adjustment or an explanation can be made.

## Employee Draw

In order to encourage our employees to develop good money habits and self discipline, it will be company policy to allow no draws if our normal practice is to pay employees once a week. Where we pay employees every two weeks, we will allow one draw for newly hired regular full-time employees but only if they have worked at least one week and only to the extent their requests are 70% or less of their gross earnings to date. Once employees have received their first regular pay check, no other requests for draws will be granted.

**JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs**

P0006

## Incentive Pay

In order to achieve and reward maximum performance many operations have developed incentive programs based on efficiencies which enable employees to earn incentive pay over and above their normal rate. These programs are generally established only for those jobs where individual or group performance can be accurately measured and where performance by an individual or group can impact production.

## Employee Recognition and Bonus Program

PURPOSE:

1. To recognize all regular full-time employees who have been with the company for 5-10-15-20, etc., years in a meaningful and substantial manner.

2. To provide an additional incentive to our employees to seek advancement, stay with us, and to work overtime as required.

3. To assist our long term employees to save and thus be able to afford home ownership or other worthwhile objectives.

4. To encourage and reward employees and provide a means for ownership in the company.

HOURLY AND STAFF PROGRAM:

Following the end of every calendar year (late January) each eligible regular full time employee who has completed full five year periods (without service breaks) at 5-10-15-20, etc., calendar years with the company during the prior calendar year will be recognized, receive an award for service, and given the option of receiving cash or a contribution to the 401(k) plan or a combination of these options.

The amount of the bonus will be determined as follows:

1st 5 calendar years = 1% of total benefit wages* (for past 5 years plus)

2nd 5 calendar years = 2% of total benefit wages* (for past 5 years)

3rd 5 calendar years = 3% of total benefit wages* (for past 5 years)

Every time an eligible employee completes an additional 5 year period, the employee will be presented with a bonus that equals 3% of their total gross income for that 5 year period.

If the 401(k) option is elected, the contribution will be made on or about March 15. The 401(k) plan and its benefits are discussed elsewhere in this booklet. If the cash option is elected, payment will be made by check on or about March 15.

For further explanation or information about this program, please see your General Manager.

*See definition of benefit wages in Section 2 of the Summary of JELD-WEN ESOP book.

MANAGEMENT PROGRAM:

This program is similar to the one above except that it involves a contribution to the 401(k) plan only and not a cash option. In the event of hardship or other unusual circumstance, as defined in the ESOP plan, a management employee may receive cash in lieu of an ESOP contribution subject to approval by the President.

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs                    P0006:

# Your Benefits 4

## Group Health Plan

Your company has a group health plan which is fully described in the "JELD-WEN Health Benefit Plan" book.

### Eligibility
New regular full-time employees become eligible for the JELD-WEN Health Benefit Plan on the first of the month following three (3) months of active service.

NOTE: Where both spouses are employees, elections as to coverage will be permitted in any manner as long as neither spouse or any dependent is covered more than once.

Effective January 1, 1987, our plan is subject to the COBRA Act which, under certain conditions, can extend medical-dental benefits. For details, see your Health Benefit Plan book.

### Cost of Plan
Your company pays the major portion of your health benefit coverage. The portion you pay depends upon the "wellness" factors you meet and your coverage category. Instead of one fixed premium for all employees, the company's "Wellness Incentive Program" provides discounts for meeting certain "wellness" factors.

The "Wellness Incentive Program" is designed to give you and your spouse an incentive to lead healthier lives. It does this by shifting some of the health plan costs (premiums) onto the people who, statistically, have higher medical claims. This makes it easier to keep health plan costs lower for people who make the effort to lead healthier lives.

"Wellness" factors will apply to covered employees and their covered spouses. For each "wellness" factor met, the regular premium will be reduced by a certain amount. For more specific information on "wellness" factors, please refer to your Health Benefit Plan book.

In circumstances where you are off work because of illness or injury, your basic plan may be continued for a maximum of six (6) months. However, to prevent loss of coverage, you will need to make arrangements to pay your basic plan premium contributions along with any supplemental benefit premiums while you are off work. When you are on temporary layoff, you may continue the basic plan (except disability income), for thirty days by paying your normal premium amount along with any

supplemental premiums, and thereafter, through COBRA. The cost of COBRA coverage is paid entirely by you. It includes both the employer and employee portions and is not discounted for any wellness factors.

## Employee Assistance Program (EAP)

In conjunction with the company's concern for eliminating substance abuse, we have formally adopted a confidential Employee Assistance Program (EAP). In addition to guiding you or your family members to professional help for substance abuse, the EAP is available as a "first contact" point for assistance in working out solutions to any number of personal problems. Some of these, when medically related, may be eligible for payment under group benefits. Questions on your EAP should be addressed to your group or General Manager.

## Workers Compensation

Your company wishes to provide certain benefits for you and your family in the event you should suffer an accidental injury arising out of, and in the course of, employment. The cost of this protection is provided entirely by the company.

Benefits are provided in accordance with rules and regulations established by the governmental agency in charge of workers compensation in your jurisdiction. Benefits generally include appropriate medical treatment and care, medication, lost wages and compensation for permanent disabilities or loss of life. Our Health Benefits Department can assist you in obtaining specific information for your state.

### Return to Work
If an occupational injury prevents your returning to work on your next scheduled day, you can expect persistent contact from your General Manager who will be urging an early return. Of course, we want to limit costs and productivity loss that accompany your absence, but more importantly you should know why an early return is in your best interest, too. For all of us, an injury will heal much faster when we are active, and our general outlook is better when we are working. A quick return gives us a feeling of self-achievement and means resumption of our regular wage, which is always more than disability compensation. Finally, there is a real sense of victory to

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs

be realized when we overcome an injury and successfully return to our regular job.

## Severance Program

In the unforeseen event where the company needs to discontinue or eliminate some or all jobs and where no other jobs are available, JELD-WEN has a severance program, which under normal circumstances, pays regular, full-time staff and hourly employees for:

1. <u>Prorated</u> amount of their 5-year bonus. (Prorated amounts for the last year worked are computed on benefit dollars which do not include severance pay or pay for <u>unused</u> vacation.)

2. Compensation for any <u>unused</u> vacation time (which was earned in the previous year) and for vacation earned in the current year (which would normally accrue at year end for use in the following year), prorated to date of termination.

3. Severance pay as outlined below: One week of pay for every two years of service, up to a maximum of 10 weeks, with a minimum of one week.

Severance shall not be paid to an employee who quits, is discharged for cause, who declines an offer to return to work while on temporary layoff, or during any temporary layoffs. Severance shall be paid to employees who have not been rehired from a temporary layoff and have been terminated pursuant to our 6-month neutral leave policy. "Severance pay" will be based on an employee's base rate of pay and does not include shift differentials.

## Unemployment Compensation

For the benefit of all employees, your company contributes to the unemployment insurance funds as provided under the State and Federal Unemployment Insurance Laws.

The purpose of unemployment insurance is to give workers financial assistance when they are laid off through no fault of their own. In most cases, this will provide an employee weekly benefits for a maximum of 26 weeks, based on past earnings and certain eligibility requirements. A booklet, which explains in detail, the procedure, which must be followed in applying for unemployment benefits, may be obtained at your local state employment office.

## Social Security

Employees and their dependents are covered by Old Age and Survivor's Insurance benefits in accordance with the provisions of the Social Security Act. The company and the employee each contribute equally to this fund.

The payroll tax rates, limits and the FICA cap are revised annually. In order to receive full benefits under Social Security, an employee must retire and must be at least 65 years of age. Partial benefits are paid in the event of retirement at age 62. For those employees born after 1937, please contact the Social Security Administration or see www.ssa.gov for your retirement age. The amount of an employee's monthly benefit depends upon their average monthly earnings in work covered by Social Security. To be sure your Medicare Benefits are available timely to retirement, you and your spouse should apply at the Social Security office at least three months prior to reaching age 65, regardless of when your actual retirement begins. Medicare benefits do not become available until age 65.

If you have any questions on specific benefits or how this may affect you, our payroll clerk will be happy to obtain this information for you or you can check with the local Social Security Office.

## JELD-WEN Retirement Plans

In order to reward those employees who have given many years of service to their company and to enable these employees to achieve a more rewarding and more fully secured retirement, your company has provided its own retirement plan as a supplement to the Social Security Program.

All hourly and salaried employees participate in a qualified retirement plan called the JELD-WEN Employee Stock Ownership Plan (ESOP) which invests largely in JELD-WEN stock. The ESOP has several accounts to which either the company or the employee may contribute including a 401(k) account. A 401(k) account allows employees to elect to have some portion of their wages paid to an account established in their name in the ESOP. By using this flexible program, each employee will be given the opportunity to add to his or her retirement program and to do so in a prudent manner using pre-tax dollars. The ESOP and its accounts can be more fully studied by consulting the appropriate Summary Plan Description booklet, which describes the plan in detail.

It is the policy of your company that if an employee desires to retire at age 65 or thereafter, such employee should contact his or her General Manager well in advance (4 months) prior to such proposed retirement. All employees who elect to retire during a particular calendar year, and who continue working for the balance of that year, will be entitled to the cash amount of their vacation benefit for the following year with their final check.

JELD-WEN, Inc./Lorena Minix, et al. – Documents Produced by Plaintiffs    P0007

JELD-WEN Employee Handbook (Revised January 1, 2002)

## JELD-WEN Foundation

In June of 1969 your company established the
JELD-WEN FOUNDATION, a non-profit trust organized
for charitable and educational purposes. The Foundation's
primary efforts are directed toward support of capital
fund drives of charitable organizations, scholarships at
local colleges or universities, and United Way
contributions in communities where our plants are
located. It is hoped that through these efforts we may
assist in further improving the quality of life available to
our employees and their families.

## JELD-WEN College Scholarship Program

In 1972 your company inaugurated a College Scholarship
Program for the benefit of employees who have
completed at least three full continuous calendar years of
service as regular full-time employees by January 1st of
the year in which their son or daughter will be graduating
from high school. The scholarship is limited to accredited
colleges and universities. Currently the amount of the
scholarship is $2,000.

The purpose of our scholarship program is to provide an
incentive for as many of our employees' sons and
daughters as possible (hopefully all), to try at least one
year of college. We feel that even if the student completes
only one year of college, the experience and insight into
higher education gained in one year will provide help and
confidence for whatever future he or she may wish to
pursue. Also, should these students determine that
additional college is desirable or necessary for them, they
will also have discovered the many ways (grants,
scholarships, loans, part or full time work, etc.) that are
available to help a student obtain a full college education.

Application forms and a more complete explanation of
how the JELD-WEN COLLEGE SCHOLARSHIP
PROGRAM works can be obtained from your General
Manager. We sincerely hope that any of you who have
children, who will be graduating from high school in the
near future and are interested in helping them gain
additional education, will pick up this material.

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs                    P00072

JELD-WEN Employee Handbook (Revised January 1, 2002)

# Summary

We have tried in this booklet to logically outline the basic policies of our company under the four major headings: your "OPPORTUNITIES", your "RESPONSIBILITIES", your "EARNINGS", and your "BENEFITS".

We suggest that you keep this booklet in your home – show it to your spouse and family – read it occasionally to keep yourself well informed – and ask questions when you do not find the answer.

If we all do our part, your company will be sure to grow and prosper for the benefit of each and every one of us.

The company policy statements in this handbook are provided as standards and guidelines for the employer and the employee, but are not to be considered as an employment contract between the parties.

**It is recognized that an "at will" employment relationship exists and that both the employer and the employee have reserved the right to terminate the employment relationship.**

When we print and issue this booklet, it should be up to date. However, please be aware that the company reserves the right to make changes in the policies and conditions of employment as set out in this booklet and may have done so since the last printing. Check with your group or General Manager if any clarification is needed.

JELD-WEN, Inc./Lorena Minix, et al. - Documents Produced by Plaintiffs                                          P0007