# EXHIBIT B

**POWER POINT PRESENTATION**

POWER POINT PRESENTATION

GIVEN BY ROBERT STURM

D00447-D00513



# Preventing Discrimination - Ensuring Equal Opportunity in Your Workplace

# JELD-WEN®

JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.

## Why We're Here

- Promote JELD-WEN's values
- Improve productivity
- Reduce stress for you and other employees
- Retain valuable employees



JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.



JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.



JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.



JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.

D00452



JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.

D00453





# *What is Unlawful Harassment?*

- Harassment based on a "protected category" that interferes with equal employment opportunities

JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.

D00455





**Harassment:**
*It's Not Just About Sex!*

- Race
- Color
- Religion
- National origin
- Gender
- Disabilities
- Age
- Others



Discrimination & Harassment Statutes

Age Discrimination in Employment Act (ADEA)

Americans with Disabilities Act (ADA)

Civil Rights Acts of 1964 and 1991 (Title VII)

Equal Pay Act of 1963

Pregnancy Discrimination Act

Family Medical Leave Act

State Anti-Discrimination Laws



The Event Triggering Awareness
Clarence Thomas / Law Professor Anita Hill

JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.    D00459



# The Event Triggering Awareness

## Although, Some Didn't "Get It"

JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.



*The Event Triggering Awareness*

Although, Some Didn't "Get It"

# Policy Against Harassment

## 203. Anti-Harassment Procedures and Guidelines

○ A. General: JELD-WEN strives to provide a productive and comfortable working environment free from harassment or discrimination, including that which may be construed to be offensive sexual conduct. This policy applies to every aspect of the employment relationship throughout the organization and to the dealings of employees with one another, as well as with vendors and customers.

○

D00463



# Policy Against Harassment

## C. Procedures:

1. Employees will be made aware of JELD-WEN's policy and will be encouraged to not tolerate harassment. Any employee who believes that he/she is being subjected to objectionable conduct should promptly notify either their immediate Supervisor, their General or Corporate Manager, Vice President, or Subsidiary President or the Legal Department at 541-850-2618. Any General or Corporate Manager, Vice President, or Subsidiary President who has questions concerning harassment complaints shall contact the Legal Department.

2. Employees are encouraged to report any conduct they may witness against someone else, whether verbal, visual, physical, sexual, or otherwise, that they believe constitutes harassment. They should follow the same steps of contacting their immediate Supervisor, their General or Corporate Manager, Vice President, or Subsidiary President or the Legal Department.



# Policy Against Harassment

## 203. Anti-Harassment Procedures and Guidelines (Continued)

Harassment in any form will not be tolerated by the Company. Any employee who violates this policy is subject to discipline up to and including discharge. In addition, any client, customer, or vendor of the Company who engages in such conduct will be informed of our policy and will be dealt with accordingly, with the aim of completely eliminating the harassment.

The Anti-Harassment Policy shall be prominently posted in all of our facilities and reprinted in the You and JELD-WEN Company Handbook.



# Policy Against Harassment

**203.  Anti-Harassment Procedures and Guidelines (Cont.)**

**B.  Definition:  Harassment includes, but is not limited to, the following behaviors, if such behaviors create an intimidating, hostile, or offensive environment:**

**1. Verbal Harassment – Derogatory comments, jokes, slurs or offensive language.**

**2. Physical Harassment – Unwanted physical contact or assault.**

**3. Visual Harassment – Leering, making sexual gestures, displaying derogatory or sexually suggestive objects, pictures, posters, cartoons, drawings, or clothing printed with derogatory material.**

**4. Sexual Harassment – Unwelcome sexual advances, requests for sexual favors, or any other verbal or physical conduct that is directed toward an individual because of that person's gender.**

JELD-WEN/Mivia, et al. — Documents Produced by Defendant, JELD-WEN, inc.

D00465

# Policy Against Harassment

## C. Procedures (Cont.):

3. Every complaint of harassment will be investigated promptly, thoroughly, fairly, and objectively. A written investigative report will be completed for each complaint. The investigator should take detailed statements from the person making the complaint, the alleged harasser, the harassee, and witnesses. The complaint will be kept as confidential as possible: information will be disseminated on a "need-to-know" basis only. Basic results of the investigation will be reported to the individual registering the complaint.

4. If the information collected during the investigation establishes that harassment or other objectionable conduct did occur, disciplinary action will be promptly taken against the harasser, up to and including termination if appropriate.

5. Employees will not be discriminated or retaliated against for reporting harassment or participating in an investigation.

# Policy Against Harassment

## D. Harassment Training for Managers:

All Managers will be made familiar with the Company Policy regarding harassment and encourage employees to come forward to report any harassment. All Managers will receive a copy of this policy, and it will be included in the Company Handbook as well.



**OTHER POLICIES TO CONSIDER**

**Policy 197.** *Computer Ethics*

**Policy 450.** *Interpersonal Relationships and Communications*

JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.

D00468



JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.





JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.

D00471



# 4 Harassment?

A nonsupervisory male is upset that his supervisor denied his promotion after he refused her repeated sexual advances and requests for dates.



# 5 Harassment?

An employee complains he cannot reasonably avoid seeing his coworker's computer, which frequently has racially hateful web site materials on it.



*What Is Unlawful Harassment?*

*Unwelcome* conduct based on someone's membership in a protected category that unreasonably:

- Interferes with an employee's job performance, or

- Creates an intimidating, hostile, or offensive work environment.







# Economic Harassment

- Taking any tangible employment action based on an agreement or refusal to engage in sex, dating, etc.

- Typically involves a threat or promise of a benefit linked to sex

JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.

D00476



JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.

D00477



# Economic Harassment



- "'Go out' with me, and I'll make sure you get that promotion."

- "If you're not more friendly to me, I could make your life difficult here."

- Firing an employee after a relationship ends



*Environmental Harassment*

- **Effect of interfering with person's work performance,** *or of*
- **Creating an intimidating, hostile, or offensive working environment**



*Environmental Harassment*

## Four Elements:

1. Unwelcome
2. Sexual conduct *or* directed at protected category
3. Offensive to recipient *and* to a "reasonable person"
4. Severe or pervasive

# *Unwelcome*

**1**

**LLG**

**How do I know if the potentially offensive conduct is unwelcome?**



- **Employee complains**
- **Verbal response (or lack of one)**
- **Expression changes**
- **Body language**





*Environmental Harassment*

## Four Elements:

1. Unwelcome
2. Sexual conduct or directed at protected category
3. Offensive to recipient and to a "reasonable person"
4. Severe or pervasive

JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.

D00483









*Environmental Harassment*

## Four Elements:

1. Unwelcome
2. Sexual conduct *or* directed at protected category
3. Offensive to recipient *and* to a "reasonable person"
4. Severe or pervasive





3

Offensive to Recipient and to "Reasonable Person"

Think about the perspective of the victim

- Subjective –
  Was it offensive to the recipient?

- Objective –
  Would a "reasonable person" find it offensive?

JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.



# 3   Reasonable?

**A nonsupervisory employee tells a coworker of the opposite sex, "You look nice today." The coworker then complains.**



JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.    D00401



3  It doesn't matter that:

- The person *intended* to be funny

- Others thought it was funny

- The person complaining seemed to go along at the time





JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc



# The Conduct Is Severe or Pervasive

**4**

- ## What *is* Severe Enough?

  

  - Violence targeted at one because of race

  - Acts intimidation combined with severe, offensive comments based on ethnicity, disability, or religion



# The Conduct Is Severe or Pervasive

**4**

- **When Is It Pervasive?**

- **A pattern of repeated conduct can make it pervasive**



JELD-WEN/Minix, et al. - Documents Produced by Defendant, JELD-WEN, inc.







*How to Spot*
*Economic Harassment*

**Three things to watch for:**

**1. A supervisor**

**2. Abusing power**

**3. To get sex**



JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.











JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.          D00506







# When Can an Individual Employee Be Personally Liable?

$ Defames an employee

$ Inflicts emotional distress

$ Commits assault / battery

$ Engages in sexual harassment (in some states)

JELD-WEN/Mirir, et al.  Documents Produced by Defendant, JELD-WEN, inc.

# What Can Employees Expect If They Complain?

- Their complaint will be taken seriously
- Prompt & appropriate investigation
- No retaliation
- Prompt disciplinary action, if policy violated
- Information about the results of the investigation



## Credits & Copyright Acknowledgments

*This training session may include images from Corel Gallery 1,000,000, Microsoft '97 Desktop Clip Art, Digital imagery® copyright 1999 PhotoDisc, Inc., IMSI Masterclips 1,000,001 02-MC5W101, IMSI Masterclips 101,000 02-M35X104, which are protected by copyright laws of the United States, Canada and elsewhere. Used under license.*



JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.