# EXHIBIT C

**DECLARATION OF DAN HEES**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NUMBER:<br>) 3:05-cv-00685-T<br>) |
| JELD-WEN, inc. and RICHARD FETNER, | )<br>)<br>) |
| Defendants. | ) |

### DECLARATION OF DAN HEES

STATE OF TENNESSEE   )
COUNTY OF WHITE      )

My name is Dan Hees. I am a resident of the State of Tennessee, over twenty-one (21) years of age, and give this Declaration of my own free will. I have personal knowledge of the information contained in this Declaration.

1. I am employed as a Coordinating General Manager for JELD-WEN, inc. and have personal knowledge of the information set forth in this declaration based on my JELD-WEN employment.

2. JELD-WEN is head-quartered in Klamath Falls, Oregon and manufactures building products including windows and doors.

3. The Roanoke facility produced wooden components (exterior jambs and brick mold) used in the construction of door frames. The components produced at the Roanoke facility – i.e., the door frame pieces - were then shipped to other locations for assembly.

4.   From 2002 until 2004, I was the Coordinating General Manager of JELD-WEN, inc. plants that were located in Quebec, Canada; Sparta, Tennessee; and Roanoke, Alabama. I was based out of the Sparta, Tennessee facility.

5.   Pat Galvez reported to me when he worked at the Quebec and Roanoke JELD-WEN facilities.

6.   Joe Mendoza was also transferred to the Roanoke facility and worked as a Group Manager from October 2002 until October 2003, when he transferred to Corsicana, Texas. Mendoza and Richard Fetner were equal in the plant hierarchy as both were Group Managers and both reported to Galvez.

7.   During 2002 until 2004, in addition to the Legal Department, Pat Galvez (as the Acting General Manager) and I (as the Coordinating General Manager), along with an employee's immediate supervisor, were appropriate persons to receive reports of harassment under the provisions of the JELD-WEN, inc.'s anti-harassment policy for JELD-WEN, inc.'s Roanoke, Alabama facility.

8.   The Roanoke facility was not profitable because foreign competition suppressed the price of the door components and because JELD-WEN's Sparta, Tennessee plant produced the same components on a much larger scale and served the same general geographic area.

9.   In September 2004, my boss (Don Schneider) instructed me not to complete a 2005 budget for Roanoke because the plant would close before the new year. He also told me that we would discuss severance packages and plant closure protocol at a meeting in Oregon that would occur in a couple of weeks. I was at this meeting when Brenda Sims attempted to contact me at the Sparta plant with her initial

report of Fetner's conduct. I returned her call after I returned to Tennessee from the meeting.

10. The report that I received from the five women at the Roanoke facility on October 13, 2004, was the first notice of any type that I had the Richard Fetner had engaged in any inappropriate conduct of a sexual nature.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of May 2006.

_____
Dan Hees

155142