# EXHIBIT E

**DECLARATION OF BARRY HOMRIGHAUS**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS, <br><br> Plaintiffs, <br><br> v. <br><br> JELD-WEN, inc. and RICHARD FETNER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NUMBER: <br> 3:05-cv-00685-T |

## DECLARATION OF BARRY HOMRIGHAUS

STATE OF OREGON )
COUNTY OF KLAMATH )

My name is Barry Homrighaus. I am a resident of the State of Oregon, over twenty-one (21) years of age, and give this Declaration of my own free will. I have personal knowledge of the information contained in this Declaration.

1. I am currently employed by JELD-WEN, inc. as the President-Window Group. I have been employed by JELD-WEN, inc. since 1973 and my areas of responsibility include JELD-WEN, inc.'s millworks facilities. It is through my JELD-WEN, inc. employment that I obtained personal knowledge of the information set forth herein.

2. During the 2004 budgeting process that took place in or about November 2003, JELD-WEN, inc. decided that the millworks facility in Roanoke, Alabama would be closed during 2004. I made the decision to close the Roanoke facility with input from my subordinate manager, Rick Parker.

3.     The millworks facility that JELD-WEN, inc. operated in Roanoke, Alabama was closed because of issues related to economic efficiency in that foreign competition suppressed the price of the door components produced by the plant and because JELD-WEN, inc.'s Sparta, Tennessee plant produced the same door frame components on a larger and more efficient scale.

4.     Attached hereto as Exhibits A and B are true and correct copies of email exchanged during March and April 2004 confirming that the decision to close the plant had been made at an earlier time.

5.     Attached hereto as Exhibit C is a true and correct copy of a document that I prepared for the JELD-WEN Window Group 2004 Budget Presentation. I made the presentation on or about November 18, 2003 to a special meeting of JELD-WEN, inc.'s Board of Directors. The Budget Presentation notes that we anticipate closing the Roanoke, Alabama facility after certain equipment upgrades were in place in Sparta, Tennessee. Although there was no set time for these upgrades to be in place; it would have been sometime during calendar year 2004. I typed the document myself and the date in the bottom left-hand corner should be "2003" rather than "2004". Attached hereto as Exhibit D is a print out of the document history from the word processing program used to prepare this document. The print out states that the document was last modified on November 17, 2003.

6.     Richard Fetner did not participate and had no input in the decision to close the Roanoke millworks facility. To my knowledge, I have never met nor even spoken with Mr. Fetner.

7. The claims the three plaintiffs are making in this case did not factor into the decision to close the Roanoke facility or the timing of the closing of the facility.

I declare under penalty of perjury that the foregoing is true and correct. Executed this the 6th day of June 2006.

_____
Barry Homrighaus

155144

-----Original Message-----

From:   Rick Parker

Sent:   Monday, March 29, 2004 8:33 AM

To:     Dan Hees; Pat Galvez

Subject:    FW: Alabama Closure -- Attorney-Client Transmission

For your information. We'll review a bit more hopefully today.

Rick


-----Original Message-----

From:   Rob Sturm

Sent:   Wednesday, March 24, 2004 1:57 PM

To:     Rick Parker

Cc:     Barry Homrighaus

Subject:    Alabama Closure -- Attorney-Client Transmission


Rick:

I was informed this afternoon that we are closing a facility in Alabama and I believe that we've got a morning conference call set up to discuss this.

Unlike some of our other closures, this closure will not trigger WARN Act notice requirements because fewer than 50 employees will be affected by the closure. While some states have state warn acts, Alabama does not. As a courtesy, and to enable employees to timely find subsequent employment and thus limit unemployment insurance claims, it likely makes good sense to provide substantial advance notice. Our policies and procedures generally impose a minimum of two weeks; I suspect that we will want to provide more notice than that.

Plant closures trigger the severance requirements of P&P 220. That provision was changed this past year to condition severance benefits on the execution of a standard severance agreement. We had been doing this



a bit informally previously but this practice is now written into the policy. If desired, we can incorporate into the severance agreements an obligation that employees continue to work for us up through a specific date in order to receive the severance benefits. This way timely notice can be given (enabling employees to timely find subsequent employment), but we can minimize the likelihood of immediate and mass defections that would hamper production needs. Because this situation will undoubtedly involve severance in the context of a "group layoff" (i.e., more than one person age 40+ is being severed), those over 40 will need to be given 45 days to consider the severance package and decide whether or not to accept it (rather than the usual 21 days). In an ideal world, we'd generally prefer to have the severances wrapped up around the time of the closure. Thus, it probably makes sense to take this 45 day consideration period into account when deciding on the timing of notice.

Julie Souders currently handles the preparation of severance agreements. Because this is "group layoff," she will not only need the names of the employees who are affected but also a list of their respective birth dates and job titles.

I am in all day tomorrow and am happy to confer further on this.


C. Robert Sturm

Senior Corporate Counsel

JELD-WEN, inc.

3250 Lakeport Blvd.

Klamath Falls, OR  97601

Phone:  (541) 850-2618

Fax:   (541) 885-7447

E-mail: RobSt@jeld-wen.com <mailto:RobSt@jeld-wen.com>

Website:     http://www.jeld-wen.com <http://www.jeld-wen.com>

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure

by others is strictly prohibited. If you are not the intended recipient (or

authorized to receive for the recipient), please contact the sender by reply

email and delete all copies of this message.

</HTML

The information contained in this electronic mail is privileged and confidential information intended solely for the use of the addressee identified above and no one else. If you are neither the intended recipient nor a person responsible for delivering this message to the intended recipient, please do not use this mail or its contents in any way. Please delete it from your e-mail system and from your recycle bin, and contact the sender by telephone at 337 433 9436.

-----Original Message-----

From:   Rick Parker

Sent:   Monday, April 19, 2004 8:50 AM

To:   Dan Hees

Subject:   RE: Alabama Plant

Hmmm.

I thought after your talk with Barry that we were going to keep Alabama a going concern for a bit...

Rick

-----Original Message-----

From:   Kelly Guy

Sent:   Monday, April 19, 2004 8:23 AM

To:   Dan Hees

Cc:   Barry Homrighaus; Rick Parker; Don Scheffler; Mark Brock; Rick Vaughn

Subject:   RE: Alabama Plant

We are filling the orders we receive as quickly as we can. We have booked production slots through June for July delivery with Linea Parana and are working on getting additional sources for frames. The shipping delays from Brazil are causing some problems with deliveries, but it appears that this is starting to clear up, according to our sources.

Product is flowing in, some delays are occuring. I cannot speak to on hand inventories at the Distribution and Millwork Masters plants. The big questions from our perspective are...what volume of special buy business will we receive? How much will Sparta be putting into the pipeline? Is there additional sales volume coming on line over and above what has been planned for? Let me know if you get any answers to these questions and I will let you know as well.

Thank you,


EXHIBIT B

Kelly Guy

JELD-WEN International Supply

Ph: 541-882-3451 x 3034

Fax: 541-885-7434

-----Original Message-----

From:   Dan Hees

Sent:   Friday, April 16, 2004 1:19 PM

To:   Kelly Guy

Cc:   Mark Brock

Subject:   Alabama Plant

Kelly, I had a conference call with Rick P. and Barry H. yesterday
morning. We had several topics to review in the world of millwork,
however Barry informed me that after the JELD-WEN special board meeting
in K-Falls this week...it was decided to pursue the closure of Alabama
(sooner than later...around May 1st). Barry mentioned that Don
Scheffler said "that product was flowing in and we are in good shape"
(maybe not in the exact words...but the intent was that they are OK).
Is this your take as well?? thanx

</HTML

The information contained in this electronic mail is privileged and confidential
information intended solely for the use of the addressee identified above and no one else.
If you are neither the intended recipient nor a person responsible for delivering this
message to the intended recipient, please do not use this mail or its contents in any way.
Please delete it from your e-mail system and from your recycle bin, and contact the
sender by telephone at 337 433 9436.

JELD-WEN Window Group 2004 Budget Presentation

## Millwork Division

The Millwork division is lead by Rick Parker, and includes operations in Klamath Falls, Bend, Sparta, Roanoke, St. Apollinaire, and Susanville, as well as Ponderosa Moldings and Thomas Lumber. Ponderosa was closed around mid-year, with some sales continuing through August, and a final financial statement in October. The Susanville plant will be shut down about year end. Announcements of the closure have been made. Shut-down costs will be booked in 2003, and are reflected in the expected results for the group.

Results for the division will be disappointing this year, particularly in light of last year's strong profitability. A number of circumstances impacted this year's results, which are probably worth noting in this case.

- Low lumber prices, which benefited the wood window companies, were disastrous for Thomas Lumber. Thomas will lose over ▓▓▓ this year, a ▓▓▓ negative turn from 2002 results.

- At Susanville, wood cutstock prices were adjusted to match import levels on July 1, which had the immediate effect of moving Susanville from profitability to break-even. The break-even, however, was achieved only with strong profitability from the MDF cutstock business, which was selling inter-company at over-market prices. As a result, a decision was made in October to outsource MDF cutstock for the western interior door plants in 2004, and close Susanville.

- The start-up costs of wood treating in Bend have been substantial. Labor costs for stickering and material handling have been quite high, and have not been covered by additional charges to the window plants. Next year, new

equipment, and higher charges to the window companies, will cure this problem.

- Inter-company sales of door frames, door cutstock and door components have all been well below what were probably too optimistic budgets for 2003, as imports continue to dominate the commodity segments of the U.S. millwork market.

With these events and circumstances in mind, sales for the Millwork division are expected to reach ▓▓▓ this year, 81% of budget, and down 15% from 2002. Net income is expected to be ▓▓▓ 33% of budget, and less than half of last year. Return-on-investment for the group will be 6% on an investment of ▓▓▓ down from 14% last year.

Key strategies for the Millwork division in 2004 will be to continue to upgrade technology at strategic locations, and continue to close or consolidate, non-strategic or loss locations. At Klamath Falls, Bend, Sparta, and St. Apollinaire, we will continue efforts to be the low cost producer of high value window and door components. We will continue to cut up MDF at Sparta, and will provide MDF cutstock to the eastern Interior door plants at market prices, profitably. In Klamath Falls, Bend, and St. Apollinaire, we will exploit the cost savings of new equipment installed late this year, and seek approval for a few additional high-return projects for 2004.

As noted earlier, the Susanville operation will be closed around year end. We also anticipate closing the former CMS operation in Roanoke, Alabama once the equipment upgrades, currently in process at Sparta, are in place and bedded down. We have not budgeted for the costs of this closure, however, because we have not yet made a final decision or established any timing for this action.

Sales for the Millwork division are budgeted at $▓▓▓ for next year, down $▓▓▓ or 7% from 2003 expected. This amount anticipates that average wood prices will equal 2003 levels, and also

November 18, 2004

8

EXHIBIT C

JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.

D00735

JELD-WEN Window Group 2004 Budget Presentation

reflects the loss of the MDF and wood cutstock volumes at Susanville.

Material costs will improve slightly, as lower selling prices for MDF from Sparta will be more than offset by higher treat charges from Klamath Falls and Bend.

Labor and benefits are budgeted down for the division, as we continue to reap the benefits of capital projects upgrading our equipment and processes.

Net income for the division is budgeted at ▮▮▮▮ up 61% from this year's expected result, but well below 2002. Return on investment will be just under 10%.

November 18, 2004

9

JELD-WEN/Minix, et al. - Documents Produced by Defendant JELD-WEN, inc.

D00736



EXHIBIT D