# EXHIBIT F

## DECLARATION OF PAT GALVEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LORENA MINIX, BRENDA SIMS, and )
LINDA SIMS, )
                                        )
        **Plaintiffs,** )
                                          )     **CIVIL ACTION NUMBER:**
**v.** )         **3:05-cv-00685-T**
                                          )
**JELD-WEN, inc. and RICHARD** )
**FETNER,** )
                                          )
        **Defendants.** )

## DECLARATION OF PAT GALVEZ

STATE OF OREGON      )
COUNTY OF KLAMATH   )

       My name is Pat Galvez. I am a resident of the State of Oregon, over twenty-one (21) years of age, and give this Declaration of my own free will. I have personal knowledge of the information contained in this Declaration.

       1.    I am currently employed by JELD-WEN, inc. and have previously provided a deposition in this matter. I have knowledge of the information set forth herein based on my JELD-WEN, inc. employment and this information is intended to supplement my deposition testimony.

       2.    I was questioned during my deposition regarding when Lorena Minix and Ronald Bowen were separated after she alleged that Bowen had engaged in inappropriate conduct. Following my deposition, I reviewed corporate production records to determine when this occurred.

       3.    Attached hereto as Exhibit A is a summary of where Bowen and Minix worked in the Roanoke millworks facility from June 16, 2003 until July 24, 2003. Exhibit

A contains additional information regarding Minix's work location through August 7, 2003.

4.    After June 27, 2003, Bowen and Minix worked together at tenoner station 1 for four days, June 30th, July 1st, July 2nd and July 3rd. Thereafter, Minix worked on "JREP", "PAIR" or she worked on a different tenoner station than Bowen which placed her away from Bowen. "JREP" refers to Jamb Repair which was conducted at the front of JELD-WEN's facility whereas the tenoner machine was at the back of the facility. "PAIR" refers to "pairing" two door jams to create a set and is a function that is not performed using the tenoner machine. Tenoner station 2 was approximately 10 yards from tenoner station 1. A wall separated tenoner stations 3 and 4 from tenoner stations 1 and 2.

5.    I prepared Exhibit A using Labor History Records for Minix and Bowen. The Labor History Records indicate the amount of time each employee was assigned to work on a particular task for a particular date. The Labor History Records were prepared at or about the time that each employee worked on the task, by persons with knowledge of where each employee had worked and are maintained in the regular course and scope of JELD-WEN's business. True and correct copies of the Labor History Records used to prepare Exhibit A are attached hereto as Exhibit B.

6.    As I stated in my deposition, I considered Minix's concerns regarding Bowen's well-being in separating the two employees. Furthermore, Richard Fetner and I watched the area in which Bowen and Minix were working closely during the course of the investigation to ensure there was no further additional inappropriate conduct.

2

Indeed, Minix did not report that Bowen engaged in any alleged inappropriate conduct after I talked to her on June 27, 2003.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this the 8th day of June, 2006.

_____
Pat Galvez

155431

# JELD-WEN Millwork Manufacturing - Roanoke
## (Millwork Specialties)

**805 = RONALD BOWEN**  **845 = LORENA MINIX**

| DATE | Day of Wk | Emp # | Op Code | Reg Hours | OT Hours | Order | Emp # | Op Code | Reg Hours | OT Hours | Order |
|------|-----------|-------|---------|-----------|----------|-------|-------|---------|-----------|----------|-------|
| 6/16/03 | Monday | 805 | TEN 1 | 5.50 | 0.00 | 94 | 845 | TEN 1 | 5.50 | 0.00 | 94 |
| | | 805 | TEN 1 | 2.50 | 0.00 | 95 | 845 | TEN 1 | 2.50 | 0.00 | 95 |
| 6/17/03 | Tuesday | 805 | TEN 1 | 1.50 | 0.00 | 91 | 845 | TEN 1 | 1.50 | 0.00 | 91 |
| | | 805 | TEN 1 | 6.00 | 0.00 | 93 | 845 | TEN 1 | 6.00 | 0.00 | 93 |
| 6/18/03 | Wednesday | 805 | TEN 1 | 3.00 | 0.00 | 94 | 845 | TEN 1 | 3.00 | 0.00 | 94 |
| | | 805 | TEN 1 | 8.00 | 0.00 | 93 | 845 | TEN 1 | 8.00 | 0.00 | 93 |
| 6/19/03 | Thursday | 805 | TEN 1 | 1.00 | 0.00 | 93 | 845 | TEN 1 | 1.00 | 0.00 | 93 |
| | | 805 | CNLP | 1.00 | 0.00 | 93 | 845 | CNLP | 1.00 | 0.00 | 93 |
| | | | KMHG | 1.00 | 0.00 | 93 | | KMHG | 1.00 | 0.00 | 93 |
| | | | M820 | 1.00 | 0.00 | 95 | | M820 | 1.00 | 0.00 | 95 |
| | | | TEN 1 | 1.00 | 0.00 | 91 | | TEN 1 | 1.00 | 0.00 | 91 |
| | | | TEN 3 | 2.00 | 0.00 | 91 | | TEN 3 | 2.00 | 0.00 | 91 |
| 6/20/03 | Friday | | | | | | | | | | |
| 6/21/03 | Saturday | | WSL | 3.00 | 0.00 | 91 | | WSL | 3.00 | 0.00 | 91 |
| 6/23/03 | Monday | 805 | TEN 1 | 9.00 | 0.00 | 96 | 845 | TEN 1 | 9.00 | 0.00 | 96 |
| 6/24/03 | Tuesday | 805 | TEN 1 | 4.50 | 0.00 | 96 | 845 | TEN 1 | 4.50 | 0.00 | 96 |
| | | 805 | TEN 1 | 5.00 | 0.00 | 96 | 845 | TEN 1 | 5.00 | 0.00 | 96 |
| 6/25/03 | Wednesday | 805 | TEN 1 | 9.00 | 0.00 | 96 | 845 | TEN 1 | 9.00 | 0.00 | 96 |
| 6/26/03 | Thursday | 805 | TEN 1 | 4.00 | 0.00 | 96 | 845 | TEN 1 | 4.00 | 0.00 | 96 |
| | | 805 | TEN 1 | 5.00 | 0.00 | 96 | 845 | TEN 1 | 5.00 | 0.00 | 96 |
| 6/27/03 | Friday | 805 | TEN 1 | 2.00 | 0.00 | 96 | 845 | TEN 1 | 2.00 | 0.00 | 96 |
| | | 805 | TEN 1 | 5.00 | 0.00 | 96 | 845 | TEN 1 | 5.00 | 0.00 | 96 |
| 6/28/03 | Saturday | 805 | TEN 3 | 2.00 | 0.00 | 96 | 845 | TEN 3 | 2.00 | 0.00 | 96 |
| 6/30/03 | Monday | 805 | TEN 1 | 5.00 | 0.00 | 97 | 845 | TEN 1 | 5.00 | 0.00 | 97 |
| | | 805 | TEN 1 | 4.00 | 0.00 | 97 | 845 | TEN 1 | 4.00 | 0.00 | 97 |
| | | 805 | TEN 1 | 0.50 | 0.00 | 97 | 845 | TEN 1 | 0.50 | 0.00 | 97 |
| 7/1/03 | Tuesday | 805 | TEN 1 | 5.00 | 0.00 | 97 | 845 | TEN 1 | 5.00 | 0.00 | 97 |
| | | 805 | TEN 2 | 3.50 | 0.00 | 97 | 845 | TEN 2 | 3.50 | 0.00 | 97 |

Lorena reported to Richard after shift.

Richard reported to Pat start of shift.



PENGAD-Bayonne, N.J.

EXHIBIT A

| Date | Day | ID | Code | Hrs | Hrs | % | ID | Code | Hrs | Hrs | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/2/03 | Wednesday | 805 | TEN 1 | 6.00 | 0.00 | 96 | 845 | TEN 1 | 6.00 | 0.00 | 96 |
| 7/3/03 | Thursday | 805 | TEN 2 | 3.00 | 0.00 | 96 | 845 | TEN 2 | 3.00 | 0.00 | 96 |
| | | | MTG | 0.50 | | | | MTG | 0.50 | | |
| 7/4/03 | Friday | 805 | TEN 1 | 4.00 | 2.00 | 97 | 845 | TEN 1 | 5.50 | 1.00 | 97 |
| 7/5/03 | Saturday | 805 | HOLI | 8.00 | 0.00 | | | | 8.00 | | |
| 7/7/03 | Monday | 805 | HOLI | 8.00 | 0.00 | 96 | 845 | | 8.00 | 0.00 | |
| 7/8/03 | Tuesday | 805 | TEN 1 | 4.50 | 0.00 | 97 | 845 | MTG | 0.50 | 1.00 | 97 |
| | | 805 | MTG | 0.50 | | | | TEN 1 | 8.00 | | |
| 7/9/03 | Wednesday | 805 | TEN 1 | 5.00 | 0.00 | 97 | 845 | | 8.00 | 0.00 | |
| | | | TEN 2 | 2.00 | | | | | | | |
| | | | TEN 1 | 1.50 | | | | | | | |
| 7/10/03 | Thursday | 805 | TEN 1 | 4.00 | 0.00 | 96 | 845 | | 8.00 | 0.00 | 96 |
| 7/11/03 | Friday | 805 | TEN 1 | 5.00 | 0.00 | 96 | 845 | | 8.00 | 0.00 | |
| | | | TEN 1 | 1.00 | | 99 | | | | | |
| 7/12/03 | Saturday | 805 | TEN 1 | 2.00 | 0.00 | | | | | | |
| 7/14/03 | Monday | 805 | TEN 1 | 9.00 | 0.00 | 97 | 845 | | 9.00 | 0.00 | 97 |
| 7/15/03 | Tuesday | 805 | TEN 1 | 3.00 | 0.00 | 98 | 845 | | 8.50 | 0.00 | |
| | | 805 | MTG | 2.50 | 0.00 | 98 | | | | | |
| 7/16/03 | Wednesday | 805 | TEN 1 | 4.00 | 0.00 | 98 | 845 | | 8.00 | 0.00 | 98 |
| | | | TEN 1 | 3.00 | | | | | | | |
| | | | TEN 1 | 2.00 | | | | | | | |
| 7/17/03 | Thursday | 805 | TEN 1 | 2.00 | 0.00 | 100 | 845 | | 3.00 | 0.00 | |
| | | | TEN 1 | 3.00 | | | | | | | |
| 7/18/03 | Friday | | | 2.00 | 0.00 | 100 | 845 | TEN 1 | 4.00 | 0.00 | 100 |
| 7/19/03 | Saturday | | | | | | | | | | |
| 7/21/03 | Monday | 805 | | 3.00 | 0.00 | 100 | 845 | | 2.00 | 1.00 | 100 |

| Date | Day | | | | | | | | | | | | | Notes |
|------|-----|--|--|--|--|--|--|--|--|--|--|--|--|-------|
| 7/22/03 | Tuesday | 805 | TEN | 1 | 5.75 | 0.00 | 98 | 845 | TEN | 1 | 9.00 | 1.00 | 98 | |
| 7/23/03 | Wednesday | 805 | TEN | 1 | 5.00 | 0.00 | 99 | 845 | TEN | 1 | 4.00 | 1.00 | 98 | |
| 7/24/03 | Thursday | 805 | TEN | 1 | 11.00 | 0.00 | 100 | 845 | MTG | | 3.00 | 0.00 | 98 | |
| 7/25/03 | Friday | | MTG | | 3.50 | 0.00 | | 845 | TEN | 1 | 2.00 | 0.00 | | |
| 7/26/03 | Saturday | | TEN | | 2.00 | 0.00 | | 845 | TEN | 1 | 4.00 | 5.25 | 98 | |
| 7/28/03 | Monday | | | | | | | 845 | M820 | | 3.00 | 0.00 | | |
| 7/29/03 | Tuesday | | | | | | | 845 | TEN | 1 | 6.00 | 0.00 | | |
| 7/30/03 | Wednesday | | | | | | | 845 | TEN | 1 | 9.00 | 0.00 | 101 | |
| 7/31/03 | Thursday | | | | | | | 845 | TEN | 1 | 7.00 | 0.00 | 101 | |
| 8/1/03 | Friday | | | | | | | 845 | TEN | 1 | 2.00 | 0.25 | 101 | |
| 8/2/03 | Saturday | | | | | | | 845 | TEN | 1 | 9.00 | 2.00 | 101 | |
| 8/4/03 | Monday | | | | | | | 845 | TEN | 1 | 4.00 | 5.00 | 102 | |
| 8/5/03 | Tuesday | | | | | | | 845 | TEN | 1 | 3.00 | 0.00 | 99 | |
| 8/6/03 | Wednesday | | | | | | | 845 | TEN | 1 | 5.00 | 0.00 | 101 | |
| 8/7/03 | Thursday | | | | | | | 845 | VACT | | 8.00 | 0.00 | | |
| 8/8/03 | Friday | | | | | | | 845 | VACT | | 8.00 | 0.00 | | |
| 8/9/03 | Saturday | | | | | | | 845 | | | | | | |

RONALD WALKED OFF JOB

Lorena started back on TEN 1

```
                          ┌─Labor History Records─┐
                          
          Week Ending Date: 06/21/03

            Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order
            803 06/19/03 M320        3.00     0.00 06/21/03    000
          > 805 06/16/03 TEN1        5.50     0.00 06/21/03    000     94
            805 06/16/03 TEN1        2.00     0.00 06/21/03    000     95
            805 06/16/03 TEN1        1.50     0.00 06/21/03    000     91
            805 06/17/03 TEN1        6.00     0.00 06/21/03    000     93
            805 06/17/03 TEN1        3.00     0.00 06/21/03    000     94
            805 06/18/03 TEN1        8.00     0.00 06/21/03    000     93
            805 06/18/03 TEN2        1.00     0.00 06/21/03    000     93
            805 06/19/03 CLNP        1.00     0.00 06/21/03    000


          <Exit>
```

Use arrow keys to navigate or TAB for other options.

PHIGLD-Bayonne, N. J.

EXHIBIT

β

```
┌─────────────Labor History Records─────────────┐
│                                                │
│ Week Ending Date: 06/21/03                     │
│                                                │
│  Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│                                                │
│   805 06/18/03 TEN1      8.00     0.00 06/21/03    000       93   │
│   805 06/18/03 TEN2      1.00     0.00 06/21/03    000       93   │
│   805 06/19/03 CLNP      1.00     0.00 06/21/03    000            │
│   805 06/19/03 KMHG      1.00     0.00 06/21/03    000       93   │
│   805 06/19/03 M320      1.00     0.00 06/21/03    000            │
│   805 06/19/03 TEN1      1.00     0.00 06/21/03    000       95   │
│   805 06/19/03 TEN3      2.00     0.00 06/21/03    000       91   │
│   805 06/19/03 WSL       3.00     0.00 06/21/03    000       91   │
│ > 807 06/16/03 VACT      8.00     0.00 06/21/03    000            │
│                                                │
│ <Exit>                                         │
└────────────────────────────────────────────────┘
```

Use arrow keys to navigate or TAB for other options.

```
──────Labor History Records──────

Week Ending Date: 06/28/03

    Emp# Lab Date Op Code Reg Hours OT Hours WE Date   Type Size Order
    803 06/27/03 KMHG        1.00     0.00 06/28/03     000      96
  > 805 06/23/03 TEN1        9.00     0.00 06/28/03     000      96
    805 06/24/03 TEN1        4.50     0.00 06/28/03     000      96
    805 06/24/03 TEN1        4.50     0.00 06/28/03     000.     96
    805 06/25/03 TEN1        9.00     0.00 06/28/03     000      96
    805 06/26/03 TEN1        4.00     0.00 06/28/03     000      96
    805 06/26/03 TEN1        5.00     0.00 06/28/03     000      96
    805 06/27/03 TEN1        2.00     0.00 06/28/03     000
    805 06/27/03 TEN3        2.00     0.00 06/28/03.    000

 <Exit>
```

Use arrow keys to navigate or TAB for other options.

```
┌──────────────────Labor History Records──────────────────┐
│                                                          │
│  Week Ending Date: 07/05/03                              │
│                                                          │
│   Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│                                                          │
│     803 07/04/03 HOLI      8.00     0.00 07/05/03   000       │
│   > 805 06/30/03 TEN1      5.00     0.00 07/05/03   000      97│
│     805 06/30/03 TEN1      4.00     0.00 07/05/03   000       │
│     805 07/01/03 TEN1      5.00     0.00 07/05/03   000      96│
│     805 07/01/03 TEN1      0.50     0.00 07/05/03   000      97│
│     805 07/01/03 TEN2      3.50     0.00 07/05/03   000      97│
│     805 07/02/03 TEN1      6.00     0.00 07/05/03   000      96│
│     805 07/02/03 TEN2      3.00     0.00 07/05/03   000      96│
│     805 07/03/03 MTG       0.50     0.00 07/05/03   000       │
│                                                          │
│   <Exit>                                                 │
└──────────────────────────────────────────────────────────┘
```

Use arrow keys to navigate or TAB for other options.

```
                        ─Labor History Records─
    Week Ending Date: 07/05/03

    ┌─────────────────────────────────────────────────────────────┐
    │ Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
    │                                                               │
    │  805 07/01/03 TEN1     5.00    0.00 07/05/03      000      96 │
    │  805 07/01/03 TEN1     0.50    0.00 07/05/03      000      97 │
    │  805 07/01/03 TEN2     3.50    0.00 07/05/03      000      97 │
    │  805 07/02/03 TEN1     6.00    0.00 07/05/03.     000      96 │
    │  805 07/02/03 TEN2     3.00    0.00 07/05/03      000      96 │
    │  805 07/03/03 MTG      0.50    0.00 07/05/03      000         │
    │  805 07/03/03 TEN1     4.50    2.00 07/05/03      000      97 │
    │  805 07/04/03 HOLI     8.00    0.00 07/05/03      000         │
    │> 807 07/01/03 JREP     6.00    0.00 07/05/03      000         │
    └─────────────────────────────────────────────────────────────┘

    <Exit>
```

Use arrow keys to navigate or TAB for other options.

```
┌─────────────────────Labor History Records─────────────────────┐
│                                                                │
│  Week Ending Date: 07/12/03                                    │
│                                                                │
│   Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│    803 07/11/03 M320        1.00    0.00 07/12/03    000            │
│  > 805 07/07/03 HOLI        8.00    0.00 07/12/03    000            │
│    805 07/08/03 TEN1        4.50    0.00 07/12/03    000         97 │
│    805 07/08/03 TEN1        3.00    0.00 07/12/03    000         98 │
│    805 07/08/03 TEN1        1.50    0.00 07/12/03    000         97 │
│    805 07/09/03 TEN1        5.00    0.00 07/12/03    000         97 │
│    805 07/09/03 TEN2        2.00    0.00 07/12/03    000         97 │
│    805 07/09/03 TEN3        2.00    0.00 07/12/03    000            │
│    805 07/10/03 TEN1        4.00    0.00 07/12/03    000         96 │
│                                                                │
│  <Exit>                                                        │
└────────────────────────────────────────────────────────────────┘
```

Use arrow keys to navigate or TAB for other options.

```
┌─────────────────────Labor History Records─────────────────────┐
│                                                                │
│  Week Ending Date: 07/12/03                                    │
│                                                                │
│   Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│    805 07/09/03 TEN1       5.00    0.00 07/12/03     000       97 │
│    805 07/09/03 TEN2       2.00    0.00 07/12/03     000       97 │
│    805 07/09/03 TEN3       2.00    0.00 07/12/03     000          │
│    805 07/10/03 TEN1       4.00    0.00 07/12/03     000       96 │
│    805 07/10/03 TEN1       5.00    0.00 07/12/03     000       96 │
│    805 07/11/03 TEN1       1.00    0.00 07/12/03     000       99 │
│    805 07/11/03 TEN1       1.00    0.00 07/12/03     000          │
│    805 07/11/03 TEN1       2.00    0.00 07/12/03     000       96 │
│  > 807 07/07/03 HOLI       8.00    0.00 07/12/03     000          │
│                                                                │
└────────────────────────────────────────────────────────────────┘

   <Exit>
```

Use arrow keys to navigate or TAB for other options.

```
────────────Labor History Records────────────

Week Ending Date: 07/19/03

  Emp# Lab Date Op Code Reg Hours OT Hours WE Date   Type Size Order
   803 07/18/03 PAIR       4.00      0.00 07/19/03    000       100
 > 805 07/14/03 TEN1       9.00      0.00 07/19/03    000        97
   805 07/15/03 MTG        0.50      0.00 07/19/03    000
   805 07/15/03 TEN1       3.00      0.00 07/19/03    000        98
   805 07/15/03 TEN1       2.50      0.00 07/19/03    000        98
   805 07/15/03 TEN1       3.00      0.00 07/19/03    000        98
   805 07/16/03 TEN1       4.00      0.00 07/19/03    000        98
   805 07/16/03 TEN1       3.00      0.00 07/19/03    000        98
   805 07/16/03 TEN1       2.00      0.00 07/19/03    000        98

 <Exit>
```

Use arrow keys to navigate or TAB for other options.

```
┌────────────────Labor History Records────────────────┐
│                                                      │
│  Week Ending Date: 07/19/03                          │
│                                                      │
│   Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│    805 07/15/03 TEN1      3.00     0.00 07/19/03    000       98    │
│    805 07/16/03 TEN1      4.00     0.00 07/19/03    000       98    │
│    805 07/16/03 TEN1      3.00     0.00 07/19/03    000       98    │
│    805 07/16/03 TEN1      2.00     0.00 07/19/03    000       98    │
│    805 07/17/03 TEN1      2.00     0.00 07/19/03    000      100    │
│    805 07/17/03 TEN1      3.00     0.00 07/19/03    000       96    │
│    805 07/17/03 TEN1      2.00     0.00 07/19/03    000       98    │
│    805 07/17/03 TEN2      2.00     0.00 07/19/03    000      100    │
│  > 807 07/14/03 ML3       5.00     0.00 07/19/03    000             │
│                                                      │
│  <Exit>                                              │
└──────────────────────────────────────────────────────┘
```

Use arrow keys to navigate or TAB for other options.

```
┌─────────────────────────Labor History Records──────────────────────────┐
│                                                                         │
│   Week Ending Date: 07/26/03                                            │
│                                                                         │
│   ┌──────────────────────────────────────────────────────────────────┐ │
│   │ Emp# Lab Date Op Code Reg Hours OT Hours WE Date   Type Size Order│ │
│   │  803 07/24/03 MTG          2.00     0.00 07/26/03   000           │ │
│   │> 805 07/21/03 TEN1         6.00     0.00 07/26/03   000        98 │ │
│   │  805 07/21/03 TEN1         3.00     0.00 07/26/03   000       100 │ │
│   │  805 07/22/03 TEN1         5.75     0.00 07/26/03   000        98 │ │
│   │  805 07/22/03 TEN1         5.00     0.00 07/26/03   000        99 │ │
│   │  805 07/23/03 TEN1        11.00     0.00 07/26/03   000       100 │ │
│   │  805 07/24/03 MTG          2.00     0.00 07/26/03   000           │ │
│   │  805 07/24/03 TEN1         3.50     0.00 07/26/03   000           │ │
│   │  807 07/21/03 JREP         1.00     0.00 07/26/03   000           │ │
│   └──────────────────────────────────────────────────────────────────┘ │
│                                                                         │
│   <Exit>                                                                │
│                                                                         │
└─────────────────────────────────────────────────────────────────────────┘
```

Use arrow keys to navigate or TAB for other options.

```
┌─────────────Labor History Records─────────────┐
│                                                │
│  Week Ending Date: 06/21/03                    │
│                                                │
│  ┌──────────────────────────────────────────┐ │
│  │ Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│  │  841 06/20/03 FLM       2.00    0.00 06/21/03      000         │
│  │> 845 06/16/03 TEN1      5.50    0.00 06/21/03      000      94  │
│  │  845 06/16/03 TEN1      2.00    0.00 06/21/03      000      95  │
│  │  845 06/16/03 TEN1      1.50    0.00 06/21/03      000      91  │
│  │  845 06/17/03 TEN1      6.00    0.00 06/21/03      000      93  │
│  │  845 06/17/03 TEN1      3.00    0.00 06/21/03      000      94  │
│  │  845 06/18/03 TEN1      8.00    0.00 06/21/03      000      93  │
│  │  845 06/18/03 TEN2      1.00    0.00 06/21/03      000      93  │
│  │  845 06/19/03 CLNP      1.00    0.00 06/21/03      000         │
│  └──────────────────────────────────────────┘ │
│                                                │
│  <Exit>                                        │
│                                                │
└────────────────────────────────────────────────┘
```

Use arrow keys to navigate or TAB for other options.

```
┌─────────────────────Labor History Records─────────────────────┐
│                                                                │
│  Week Ending Date: 06/21/03                                    │
│                                                                │
│   Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│                                                                │
│    845 06/18/03 TEN1      8.00     0.00 06/21/03     000      93 │
│    845 06/18/03 TEN2      1.00     0.00 06/21/03     000      93 │
│    845 06/19/03 CLNP      1.00     0.00 06/21/03     000         │
│    845 06/19/03 KMHG      1.00     0.00 06/21/03     000      93 │
│    845 06/19/03 M320      1.00     0.00 06/21/03     000         │
│    845 06/19/03 TEN1      1.00     0.00 06/21/03     000      95 │
│    845 06/19/03 TEN3      2.00     0.00 06/21/03     000      91 │
│    845 06/19/03 WSL       3.00     0.00 06/21/03     000      91 │
│  > 847 06/16/03 JREP      9.00     0.00 06/21/03     000         │
│                                                                │
│  <Exit>                                                        │
└────────────────────────────────────────────────────────────────┘
```

Use arrow keys to navigate or TAB for other options.

```
┌─────────────────────Labor History Records──────────────────────┐
│                                                                 │
│  Week Ending Date: 06/28/03                                     │
│                                                                 │
│   Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│    841 06/27/03 INVT       2.00     0.00 06/28/03    000          │
│  > 845 06/23/03 TEN1       9.00     0.00 06/28/03    000       96 │
│    845 06/24/03 TEN1       4.50     0.00 06/28/03    000       96 │
│    845 06/24/03 TEN1       4.50     0.00 06/28/03 .  000       96 │
│    845 06/25/03 TEN1       9.00     0.00 06/28/03    000       96 │
│    845 06/26/03 TEN1       4.00     0.00 06/28/03    000       96 │
│    845 06/28/03 TEN1       5.00     0.00 06/28/03    000       96 │
│    845 06/27/03 TEN1       2.00     0.00 06/28/03    000          │
│    845 06/27/03 TEN3       2.00     0.00 06/28/03    000          │
│                                                                 │
│  <Exit>                                                         │
└─────────────────────────────────────────────────────────────────┘
```

** Value 1 cannot be displayed using .99. (74)

Use arrow keys to navigate or TAB for other options.

```
──────────────Labor History Records──────────────
Week Ending Date: 07/05/03

  Emp# Lab Date Op Code Reg Hours OT Hours WE Date   Type Size Order
   841 07/04/03 HOLI       8.00    0.00 07/05/03      000
 > 845 06/30/03 TEN1       5.00    0.00 07/05/03      000        97
   845 06/30/03 TEN1       2.50    0.00 07/05/03      000
   845 07/01/03 TEN1       5.00    0.00 07/05/03      000        96
   845 07/01/03 TEN1       0.50    0.00 07/05/03      000        97
   845 07/01/03 TEN2       4.00    0.00 07/05/03      000        97
   845 07/02/03 TEN1       6.00    0.00 07/05/03      000        96
   845 07/02/03 TEN2       3.00    0.00 07/05/03      000        96
   845 07/03/03 MTG        0.50    0.00 07/05/03      000

<Exit>
```

Use arrow keys to navigate or TAB for other options.

```
┌─────────────────────Labor History Records─────────────────────┐
│                                                                │
│  Week Ending Date: 07/05/03                                    │
│                                                                │
│  ┌──────────────────────────────────────────────────────────┐ │
│  │ Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│  │  845 07/01/03 TEN1      5.00      0.00 07/05/03     000       96 │
│  │  845 07/01/03 TEN1      0.50      0.00 07/05/03     000       97 │
│  │  845 07/01/03 TEN2      4.00      0.00 07/05/03     000       97 │
│  │  845 07/02/03 TEN1      6.00      0.00 07/05/03     000       96 │
│  │  845 07/02/03 TEN2      3.00      0.00 07/05/03     000       96 │
│  │  845 07/03/03 MTG       0.50      0.00 07/05/03     000          │
│  │  845 07/03/03 TEN1      5.50      1.00 07/05/03     000       97 │
│  │  845 07/04/03 HOLI      8.00      0.00 07/05/03     000          │
│  │> B47 06/30/03 JREP      9.00      0.00 07/05/03     000          │
│  └──────────────────────────────────────────────────────────┘ │
│                                                                │
│  <Exit>                                                        │
└────────────────────────────────────────────────────────────────┘
```

Use arrow keys to navigate or TAB for other options.

```
┌─────────────────────Labor History Records─────────────────────┐
│                                                                │
│  Week Ending Date: 07/12/03                                    │
│                                                                │
│   ┌──────────────────────────────────────────────────────┐    │
│   │ Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│   │  841 07/10/03 SHFM       1.50      0.00 07/12/03    000        97 │
│   │  841 07/11/03 FLFJ       5.00      0.00 07/12/03    000           │
│   │> 845 07/07/03 HOLI       8.00      0.00 07/12/03    000           │
│   │  845 07/08/03 JREP       8.00      1.00 07/12/03    000           │
│   │  845 07/09/03 VACT       8.00      0.00 07/12/03    000           │
│   │  845 07/10/03 VACT       8.00      0.00 07/12/03    000           │
│   │  845 07/11/03 VACT       8.00      0.00 07/12/03    000           │
│   │  847 07/07/03 HOLI       8.00      0.00 07/12/03    000           │
│   │  847 07/08/03 JREP       9.00      0.00 07/12/03    000           │
│   └──────────────────────────────────────────────────────┘    │
│                                                                │
│   <Exit>                                                       │
│                                                                │
└────────────────────────────────────────────────────────────────┘

     Use arrow keys to navigate or TAB for other options.
```

```
─────────────Labor History Records─────────────

Week Ending Date: 07/19/03

  Emp# Lab Date Op Code Reg Hours OT Hours WE Date   Type Size Order
   841 07/18/03 RECM       3.00    0.00 07/19/03     000
 > 845 07/14/03 TEN4       9.00    0.00 07/19/03     000       97
   845 07/15/03 JREP       8.50    0.00 07/19/03     000
   845 07/15/03 MTG        0.50    0.00 07/19/03     000
   845 07/16/03 JREP       2.00    0.00 07/19/03     000
   845 07/16/03 TEN2       2.00    0.00 07/19/03     000       96
   845 07/16/03 TEN2       3.00    0.00 07/19/03     000       98
   845 07/16/03 TEN2       1.00    0.00 07/19/03     000       98
   845 07/16/03 TEN2       1.00    0.00 07/19/03     000       98

<Exit>
```

Use arrow keys to navigate or TAB for other options.

```
┌──────────────────Labor History Records──────────────────┐
│ Week Ending Date: 07/19/03                               │
│  ┌─────────────────────────────────────────────────────┐│
│  │Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order││
│  │                                                     ││
│  │  845 07/16/03 TEN2      2.00     0.00 07/19/03    000      96││
│  │  845 07/16/03 TEN2      3.00     0.00 07/19/03    000      98││
│  │  845 07/16/03 TEN2      1.00     0.00 07/19/03    000      98││
│  │  845 07/16/03 TEN2      1.00     0.00 07/19/03    000      98││
│  │  845 07/17/03 TEN4      2.00     0.00 07/19/03    000      96││
│  │  845 07/17/03 TEN4      4.00     0.00 07/19/03    000      98││
│  │  845 07/17/03 TEN4      3.00     0.00 07/19/03    000     100││
│  │  845 07/18/03 TEN1      4.00     0.00 07/19/03    000      98││
│  │> 847 07/14/03 JREP      5.00     0.00 07/19/03    000       ││
│  └─────────────────────────────────────────────────────┘│
│                                                          │
│  <Exit>                                                  │
└──────────────────────────────────────────────────────────┘

        Use arrow keys to navigate or TAB for other options.
```

```
┌─────────────────────Labor History Records─────────────────────┐
│                                                                │
│  Week Ending Date: 07/26/03                                    │
│                                                                │
│  ┌──────────────────────────────────────────────────────────┐ │
│  │ Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│  │  841 07/26/03 SHFM       0.00    1.00 07/26/03      000        │
│  │> 845 07/21/03 JREP       7.00    1.00 07/26/03      000        │
│  │  845 07/21/03 PAIR       2.00    0.00 07/26/03      000    100 │
│  │  845 07/22/03 JREP       9.00    1.00 07/26/03      000        │
│  │  845 07/23/03 JREP       9.00    1.00 07/26/03      000        │
│  │  845 07/24/03 JREP       3.00    0.00 07/26/03      000        │
│  │  845 07/24/03 MTG        2.00    0.00 07/26/03      000        │
│  │  845 07/24/03 TEN1       4.00    1.00 07/26/03      000     98 │
│  │  845 07/25/03 TEN1       4.00    5.25 07/26/03      000     98 │
│  └──────────────────────────────────────────────────────────┘ │
│                                                                │
│  <Exit>                                                        │
└────────────────────────────────────────────────────────────────┘
```

Use arrow keys to navigate or TAB for other options.

```
┌────────────────Labor History Records────────────────┐
│                                                      │
│  Week Ending Date: 07/26/03                          │
│                                                      │
│  ┌────────────────────────────────────────────────┐ │
│  │ Emp#. Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│  │    845 07/22/03 JREP     9.00     1.00 07/26/03    .000           │
│  │    845 07/23/03 JREP     9.00     1.00 07/26/03    000            │
│  │    845 07/24/03 JREP     3.00     0.00 07/26/03    000            │
│  │    845 07/24/03 MTG      2.00     0.00 07/26/03    000            │
│  │    845 07/24/03 TEN1     4.00     1.00 07/26/03    000        98  │
│  │    845 07/25/03 TEN1     4.00     5.25 07/26/03    000        98  │
│  │    845 07/26/03 TEN1     0.00     3.25 07/26/03    000        98  │
│  │    845 07/26/03 TEN2     0.00     1.00 07/26/03    000        98  │
│  │ >  847 07/21/03 JREP     7.25     0.00 07/26/03    000            │
│  └────────────────────────────────────────────────┘ │
│                                                      │
│  <Exit>                                              │
│                                                      │
└──────────────────────────────────────────────────────┘
```

Use arrow keys to navigate or TAB for other options.

```
┌─────────────────────Labor History Records─────────────────────┐
│                                                                │
│  Week Ending Date: 08/02/03                                    │
│                                                                │
│   ┌──────────────────────────────────────────────────────┐    │
│   │ Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│   │  841 08/02/03 SHFM       0.00     4.50 08/02/03     000     102 │
│   │> 845 07/28/03 M320       3.00     0.00 08/02/03     000       │
│   │  845 07/28/03 TEN1       6.00     0.00 08/02/03     000       │
│   │  845 07/29/03 TEN1       9.00     0.00 08/02/03     000     101 │
│   │  845 07/30/03 TEN1       7.00     0.00 08/02/03     000     101 │
│   │  845 07/30/03 TEN1       2.00     0.25 08/02/03     000     101 │
│   │  845 07/31/03 TEN1       9.00     2.00 08/02/03     000     101 │
│   │  845 08/01/03 TEN1       4.00     5.00 08/02/03     000     102 │
│   │  847 07/28/03 JREP       5.00     0.00 08/02/03     000       │
│   └──────────────────────────────────────────────────────┘    │
│                                                                │
│  <Exit>                                                        │
│                                                                │
└────────────────────────────────────────────────────────────────┘


        Use arrow keys to navigate or TAB for other options.
```

```
┌──────────────────Labor History Records──────────────────┐
│                                                          │
│  Week Ending Date: 08/09/03                              │
│                                                          │
│  ┌─────────────────────────────────────────────────┐    │
│  │ Emp# Lab Date Op Code Reg Hours OT Hours WE Date  Type Size Order │
│  │  841 08/08/03 KMDS      4.00     2.25  08/09/03    000      103  │
│  │> 845 08/04/03 TEN1      3.00     0.00  08/09/03    000       99  │
│  │  845 08/04/03 TEN1      1.00     0.00  08/09/03    000      102  │
│  │  845 08/04/03 TEN1      5.00     0.00  08/09/03    000      101  │
│  │  845 08/05/03 TEN1      5.00     0.00  08/09/03    000       99  │
│  │  845 08/05/03 TEN1      5.00     0.00  08/09/03    000      101  │
│  │  845 08/06/03 VACT      8.00     0.00  08/09/03    000          │
│  │  845 08/07/03 VACT      8.00     0.00  08/09/03    000          │
│  │  847 08/04/03 JREP      9.00     0.00  08/09/03    000          │
│  └─────────────────────────────────────────────────┘    │
│                                                          │
│  <Exit>                                                  │
│                                                          │
└──────────────────────────────────────────────────────────┘

    Use arrow keys to navigate or TAB for other options.
```