# EXHIBIT J

## DEPOSITION EXCERPTS OF RICHARD FETNER

---

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE MIDDLE DISTRICT OF ALABAMA
 3               EASTERN DIVISION
 4
 5   LORENA MINIX, BRENDA SIMS
     and LINDA SIMS,
 6
          Plaintiffs,
 7
         vs.          CIVIL ACTION NO.
 8                    3:05CV685-M
 9   JELD-WEN, INC. and
     RICHARD FETNER,
10
          Defendants.
11
12         * * * * * * * * * * * *
13
14
        DEPOSITION OF RICHARD FETNER, taken
15
     pursuant to stipulation and agreement before Lyn
16
     Daugherty, Certified Shorthand Reporter and
17
     Commissioner for the State of Alabama at Large, in
18
     the Law Offices of McNeal & Douglas, 1710 Catherine
19
     Court, Suite B, Auburn, Alabama, on Monday, May
20
     8th, 2006, commencing at approximately 9:35 am.
21
22         * * * * * * * * * * * *
23
```

---

**Page 2**

```
 1            APPEARANCES
 2   FOR THE PLAINTIFFS:
 3   Mr. James B. Douglas, Jr.
     McNEAL & DOUGLAS
 4   Attorneys at Law
     1710 Catherine Court, Suite B
 5   Auburn, Alabama 36830
     Mr. Matthew W. White
 6   ADAMS, UMBACH, DAVIDSON & WHITE
 7   Attorneys at Law
     205 South 9th Street
 8   P.O. Box 2069
     Opelika, Alabama 36803-2069
 9
     FOR THE DEFENDANT JELD-WEN:
10
     Mr. Michael L. Thompson
11   LEHR, MIDDLEBROOKS, PRICE & VREELAND
     Attorneys at Law
12   2021 Third Avenue North
     Birmingham, Alabama 35203
13
     Mr. Scott J. Scofield (Via Telephone)
14   SCOFIELD, GERARD, SINGLETARY & POHORELSKY
     Attorneys at Law
15   1114 Ryan Street
     Lake Charles, Louisiana 70601
16
17         * * * * * * * * * * * *
18         EXAMINATION INDEX
19
     BY MR. DOUGLAS . . . . . . . . . .  4
20
     BY MR. THOMPSON . . . . . . . . 215
21
     BY MR. DOUGLAS . . . . . . . . . 232
22
23      (Index continued on next page)
```

---

**Page 3**

```
 1            EXHIBIT INDEX
 2   Plaintiff
 3   1   Employee roster           45
 4   2   Letter dated October 18, 2004 to Richard  185
         Fetner from Daniel Hees
 5
 6   3   Harassment policy of CMS      204
 7
 8
 9         * * * * * * * * * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

---

**Page 4**

```
 1            STIPULATIONS
 2        It is hereby stipulated and agreed by and
 3   between counsel representing the parties that the
 4   deposition of RICHARD FETNER is taken pursuant to
 5   the Federal Rules of Civil Procedure and that said
 6   deposition may be taken before Lyn Daugherty,
 7   Certified Shorthand Reporter, and Commissioner for
 8   the State of Alabama at Large, without the
 9   formality of a commission, that objections to
10   questions other than objections as to the form of
11   the question need not be made at this time but may
12   be reserved for a ruling at such time as the said
13   deposition may be offered in evidence or used for
14   any other purpose by either party provided for by
15   the Statute.
16        It is further stipulated and agreed by and
17   between counsel representing the parties in this
18   case that the filing of said deposition is hereby
19   waived and may be introduced at the trial of this
20   case or used in any other manner by either party
21   hereto provided for by the Statute regardless of
22   the waiving of the filing of the same.
23        It is further stipulated and agreed by and
```

Deposition of Richard Fetner                                                          May 8, 2006

Page 25

1      harassment policy that's in writing?
2      A.  Yes, sir.
3      Q.  Do you have that policy?
4      A.  With me?
5      Q.  In your possession at all?
6      A.  Yes.
7      Q.  Would you do me a favor and get me a copy
8          of it?
9      A.  Okay.
10     Q.  Have you ever been disciplined for any
11         misconduct since you've been at Morris?
12     A.  No, sir.
13     Q.  Haven't had any troubles at all at work?
14     A.  No, sir.
15     Q.  Okay.  Before Morris where did you work?
16     A.  Jeld-Wen.
17     Q.  Now, as I understand it, Jeld-Wen, the
18         Roanoke facility actually bought out
19         another group; is that correct?  I mean,
20         they actually bought out another company or
21         started taking over operations -- in other
22         words, it was an existing plant?
23     A.  Right.  Right.

Page 26

1      Q.  What was the name of the company that
2          Jeld-Wen took over operations?
3      A.  Millwork Specialties.
4      Q.  How about CMS?
5      A.  CMS was a holding company, CMS was, and it
6          had the Roanoke plant, the Georgia flush
7          plant, different -- he had several
8          different plants in it.
9      Q.  Who is he?
10     A.  Chuck Sutherland.
11         MR. THOMPSON:  Sutherland?
12     A.  Sutherland.
13     Q.  How big was CMS, if you know?
14     A.  Couldn't answer that question.  I know it
15         was a pretty good size plant -- I mean,
16         organization, but I don't know how big.
17     Q.  And Millwork Specialties was one of his
18         holdings?
19     A.  Right.
20     Q.  And that was the Roanoke facility?
21     A.  Right.
22     Q.  And what did the plant do at the Roanoke
23         facility?

Page 27

1      A.  We made exterior jambs and brick mold.
2      Q.  Both for Millwork and for Jeld-Wen?
3      A.  Yes.
4      Q.  So the operations didn't change?
5      A.  No.
6      Q.  Just the ownership?
7      A.  Just ownership, yes, sir.
8      Q.  Who hired you to be a Jeld-Wen employee?
9      A.  Well, I was hired by Millworks.  When
10         Jeld-Wen took over, you know, I just stayed
11         on, you know.  Now, Dan --
12     Q.  Dan Hees?
13     A.  Dan Hees.  I'm trying to think of the
14         fellow before Dan.  I can't think of his
15         name.
16         MR. THOMPSON:  I can't help you.
17     A.  He came down a little bit and then Dan
18         started taking over.  You know, Dan came
19         regularly ever so many days or --
20     Q.  Pat Galvez?
21     A.  Pat became in -- Dan got Pat in.  So Pat --
22         Pat was transferred from Canada to that
23         plant.

Page 28

1      Q.  The gentleman that you're trying to think
2          of his name, where was he from?
3      A.  I think he was from Oregon.  Don't hold me
4          to that.  I'm not sure.
5      Q.  You're not talking about Joe Mendoza?
6      A.  Who?
7      Q.  Joe Mendoza.
8      A.  No.
9      Q.  Rick Parker?
10     A.  No.  Rick Parker was the general -- I mean,
11         he was vice president.  Now, Rick Parker
12         came down with Chuck and talked to us and
13         told us that all of it was -- you know,
14         everything would keep going on.
15     Q.  Now, when were you hired by Millwork?
16     A.  September of 2000.
17     Q.  And Jeld-Wen took over in ...
18     A.  2002, I think.
19     Q.  So if I ask you who at Jeld-Wen told you
20         that you were staying on, would you know
21         who that was?
22     A.  I would say Rick Parker, because, you know,
23         he just told -- we kind of had a little

Deposition of Richard Fetner                                                    May 8, 2006

Page 29

1    meeting and he just said everybody -- you
2    know, as a group. He said, you know,
3    nothing is going to change; we're going to
4    keep running.
5    Q.  If I asked you for a yes or no answer and
6    my question was did Dan Hees hire you, what
7    would your answer be?
8    A.  I would say no, because Dan never, you
9    know, hired me or -- really truthfully
10   nobody did. They just said that things
11   would keep going right on.
12   Q.  When you were hired by Millworks, what were
13   you hired as?
14   A.  Plant manager.
15   Q.  And what were your duties?
16   A.  Just oversee the plant.
17   Q.  What does that mean?
18   A.  Make sure the orders was out, everything
19   was took care of, everybody doing their
20   jobs.
21   Q.  Did you give the hourly employees their
22   assignments?
23   A.  Yes.

Page 30

1    Q.  And did that continue when Jeld-Wen took
2    over operation of the plant?
3    A.  Yes, sir.
4    Q.  And did that continue until you stopped
5    working at Jeld-Wen?
6    A.  Right.
7    Q.  When you were hired by Millworks, what were
8    you making?
9    A.  $1,000 a week.
10   Q.  And when Jeld-Wen took over, did your
11   salary change at all?
12   A.  It did later.
13   Q.  How later?
14   A.  I would say six months.
15   Q.  And what did the change -- What did it
16   change to?
17   A.  It went up to 1,050, I think. And then --
18   Q.  Per week?
19   A.  Right. A week. And then it just went on
20   like everybody else -- everything else.
21   Q.  Did your title ever change, your job
22   position?
23   A.  When Pat came --

Page 31

1    Q.  Pat Galvez?
2    A.  Pat Galvez.
3       -- he was plant manager and I was
4    coordinating manager of the plant.
5    Q.  And did you stay in that position as long
6    as Pat was there?
7    A.  Yes, sir.
8    Q.  And then Pat left in 2004 sometime; correct?
9    A.  Yes. I think now. Dates is hard to --
10   Q.  I understand. At some point he left?
11   A.  At some point, yes, sir.
12   Q.  And you were still there?
13   A.  Yes, sir.
14   Q.  And would it be fair to say when he left
15   you were running the plant on a day-to-day
16   basis?
17   A.  Right.
18   Q.  You were giving the employees their
19   assignments?
20   A.  Yes, sir.
21   Q.  Interacting with employees on a daily basis?
22   A.  Yes, sir.
23   Q.  Did your job title change when Pat left?

Page 32

1    A.  Nobody ever really said, you know, so --
2    they just told me to take care of the
3    plant.
4    Q.  When Mr. Galvez was there, did you report
5    to him?
6    A.  Yes, sir.
7    Q.  When he left, did you report to anybody?
8    A.  Dan Hees.
9    Q.  And Dan is located in ...
10   A.  Sparta.
11   Q.  What state?
12   A.  Tennessee.
13   Q.  How often, if at all, would he come to the
14   Roanoke facility?
15   A.  Sometimes he'd come once a week. Sometimes
16   he'd come twice a week. It was just on his
17   schedule.
18   Q.  Once a week or once a month?
19   A.  He would come down like this week and he
20   might come next week and skip a week or two
21   and then he'd be back, you know.
22   Q.  Let's assume there's --
23   A.  He tried to get down twice a month every

Deposition of Richard Fetner                                           May 8, 2006

Page 57

1   Q.  They were drinking.
2   A.  Yes, sir.
3   Q.  What were they drinking?
4   A.  What is these mixed --
5   Q.  Margaritas?
6   A.  No.  They're in a bottle.
7   Q.  Beer?
8   A.  This Smirnoff something or another.
9   Q.  Was Lisa Cook there?
10  A.  Yes.
11  Q.  Did you bring any type of alcoholic
12      beverage there?
13  A.  No, sir.  No, sir.
14  Q.  Do you drink socially?
15  A.  No, sir.
16  Q.  You don't?
17  A.  I don't drink at all.
18  Q.  Never?
19  A.  Oh, I have years ago.
20  Q.  When was the last time you took a drink?
21  A.  Gosh, I couldn't tell you.  It's been --
22      It's been years.
23  Q.  More than 10 years?  At least five years?

Page 58

1   A.  It's been at least five years, yes, sir.
2   Q.  At any time during that evening were you
3       alone with Stacy Cook?
4   A.  They -- Lisa and the other girl -- I can't
5       remember her name.  Anyway, she called in
6       the order and they went and got it.
7   Q.  Lisa and the other girl?
8   A.  Other girl.
9   Q.  So you were alone with Stacy for a little
10      while?
11  A.  Just a -- Yes, sir.  Just a few minutes.
12      They went to the Mexican restaurant and
13      came back.
14  Q.  What's the name of the restaurant?
15  A.  The La Heradera (phonetic).  Am I saying
16      that right?  I think there's one in
17      Opelika.
18  Q.  Laredo?
19  A.  No.  It's La Heradera or something.  It was
20      right there on Roanoke on 431, but it
21      burned.
22  Q.  Would you say that Stacy was impaired as a
23      result of drinking?

Page 59

1   A.  Yes.
2   Q.  Would you say she was drunk?
3   A.  She was close, yes, sir.
4   Q.  At least tipsy?
5   A.  Very tipsy, yes, sir.  Because they
6       wouldn't let her drive or go.
7   Q.  The other girls?
8   A.  The other girls.
9   Q.  Did you ask the other girls to leave?
10  A.  No, sir.
11  Q.  And did you have any type of sexual contact
12      with Stacy that night?
13  A.  No, sir.  I sat in -- There was a little
14      small area -- living room area with a
15      kitchen off to the side.  She was over here
16      and I was over here (indicating).  Because
17      she was closing her eyes, you know.
18  Q.  Is it possible that if something had
19      happened you would have forgotten about it?
20  A.  No, sir.
21  Q.  Have you ever had sexual intercourse with
22      anybody that you were working -- that was
23      working at the same place?

Page 60

1   A.  Yes.  Now, Lorena Minix and I dated a few
2       times.
3   Q.  I'm going to ask you about that in a few
4       minutes, but I want to make sure you
5       understand my question.  I'm asking at any
6       time in any workplace have you ever had
7       sexual intercourse with a coemployee or
8       somebody who worked with you in the plant?
9   A.  No, sir.
10  Q.  Except for Lorena?
11  A.  Except for Lorena.
12  Q.  Have you ever had oral sex with anybody
13      that you've worked with?
14  A.  No, sir.
15  Q.  Have you ever had any other type of sex
16      that I might not be covering?
17  A.  No, sir.
18  Q.  So the only person you have ever had any
19      sexual contact with that you worked with
20      was Lorena Minix?
21  A.  Right.
22  Q.  Is that correct?
23  A.  That's correct.

Page 61

1  Q.  Have you ever touched the breasts of a
2  female employee that you worked with?
3  A.  No, sir.
4  Q.  Either at the job or away from the job
5  other than Lorena?
6  A.  Other than -- No, sir.
7  Q.  Have you ever requested sex or any type of
8  sexual favor from any female employee that
9  you worked with other than Lorena?
10  A.  No, sir.
11  Q.  Have you ever grabbed the groin area of
12  your body in the presence of other female
13  workers that you worked with?
14  A.  No, sir.
15  Q.  Never?  Not on any job?
16  A.  No, sir.  No job.
17  Q.  Have you ever made remarks about the
18  physical anatomy of any female employee?
19  Let me rephrase that.  Have you ever made
20  any remarks regarding the rear end of any
21  female employee?
22  A.  No, sir.  No, sir.
23  Q.  At the workplace?

Page 62

1  A.  At the workplace, no, sir.
2  Q.  Tell me about yours and Lorena's
3  relationship.
4  A.  Dated a few times.
5  Q.  I'm sorry.  I don't know what that means.
6  A.  We dated -- We went out to eat and, you
7  know, different things for I'd say three or
8  four times.
9  Q.  Who asked who out to eat?
10  A.  I asked her out to eat, because I called
11  her one night and I said, do you want to go
12  out to eat.  The first place we went was
13  Captain Billy's in Franklin.
14  Q.  You called her at home?
15  A.  Yes, sir.
16  Q.  Y'all were working together at the time?
17  A.  Yes, sir.
18  Q.  What was your job at the time?
19  A.  Plant -- Coordinating manager, plant
20  manager, whatever you want to call it.
21  Q.  Was it Jeld-Wen by then?
22  A.  Yes, sir.
23  Q.  And her job was what?  Just an hourly

Page 63

1  worker?
2  A.  She was an hourly worker.
3  Q.  Was there a Jeld-Wen policy with regard to
4  dating employees or employees dating one
5  another?
6  A.  They didn't recommend -- you know what I'm
7  saying.  Let me back up.  They didn't
8  recommend it, but they weren't against it.
9  Q.  There was no written policy?
10  A.  No.  Not as I know -- Not that I remember,
11  no, sir.
12  Q.  Do you have any idea when you first asked
13  Lorena out?
14  A.  I don't have any idea.  Really don't.
15  Q.  How about the year?
16  A.  I'd say 2003.  I's say somewhere in that --
17  first of 2003.
18  Q.  And from the first time you asked her out
19  until your dating relationship ended, how
20  long was that would you say?
21  A.  I guess two or three months.
22  Q.  How many times did y'all go out on a date?
23  A.  I'd say three or four times.

Page 64

1  Q.  Did y'all ever double-date?
2  A.  No, sir.
3  Q.  So when y'all went out, it was just the two
4  of you?
5  A.  Just the two of us.
6  Q.  At what point did the relationship become
7  sexual?
8  A.  Month or so later, you know.  Month or so
9  in it.
10  Q.  How many times did y'all have sex?
11  A.  Twice.
12  Q.  Where were you?
13  A.  Once at her house and once at my house.
14  Q.  Did y'all ever engage in any type of sexual
15  conduct in the plant?
16  A.  No, sir.
17  Q.  Did y'all ever kiss in the plant?
18  A.  No, sir.
19  Q.  Did you ever hug her in the plant?
20  A.  No, sir.
21  Q.  At no time?
22  A.  At no time.
23  Q.  You never put your arms around her in the

Page 65

1    plant at no time?
2    A.   No.
3    Q.   Is that your testimony?
4    A.   That's my testimony.
5    Q.   Do you know Lisa Cook?
6    A.   Yes, sir.
7    Q.   I believe you alluded to her in some of
8         your earlier answers; is that correct?
9    A.   Yes, sir.
10   Q.   When did you first meet her?
11   A.   She worked at Welborne in the shipping
12        department.
13   Q.   The same time you worked at Welborne?
14   A.   Yes, sir.
15   Q.   Did y'all interact at Welborne?
16   A.   No.  We were way away from -- you know, we
17        didn't go -- I was in the first part of
18        Welborne, which is the lumber cut-up, and
19        she was in the last part of Welborne, which
20        is shipping.
21   Q.   Do you think you first met her at Welborne?
22   A.   I became to know who she was at Welborne,
23        yes, sir.

Page 66

1    Q.   Was she married?
2    A.   Yes, sir.
3    Q.   What's her husband's name?
4    A.   You know, I couldn't tell you.
5    Q.   When you went to work at Millworks, was she
6         there?
7    A.   No, sir.
8    Q.   She was still at Welborne?
9    A.   As far as I know, she was still at
10        Welborne.
11   Q.   Did she ever work for Millworks before
12        Jeld-Wen took over?
13   A.   No, sir.
14   Q.   So you think she was exclusively --
15   A.   She was pretty well -- I'm pretty sure she
16        was a Jeld-Wen only employee.
17   Q.   Did you hire her?
18   A.   Yes, sir.
19   Q.   Did you hire Stacy Cook?
20   A.   Yes, sir.
21   Q.   So I don't have to ask you this every time,
22        I'm just going to ask you about all these
23        female employees.  Did you hire Roxi Giles?

Page 67

1    A.   No, sir.
2    Q.   Do you know who did?
3    A.   Pat.
4    Q.   Pat Galvez?
5    A.   Pat interviewed them.  And I was in on the
6         interview, but Pat did the hiring.
7    Q.   Teresa Messer?
8    A.   She was there with the -- She was there
9         when I got there.
10   Q.   Kathy Thornton?
11   A.   She was there when I got there.
12   Q.   So you did not hire her?
13   A.   No, sir.
14   Q.   How about Melissa Brooks?
15   A.   She was there.
16   Q.   Elizabeth Cook?
17   A.   I hired Elizabeth.
18   Q.   And you hired Lisa?
19   A.   Right.
20   Q.   How about Lorena?
21   A.   I hired Lorena back.  She had got fired or
22        something before then.
23   Q.   And you hired her back?

Page 68

1    A.   Right.
2    Q.   Was this after y'all had had your
3         relationship that you hired her back?
4    A.   It was before.
5    Q.   Belinda Morgan?
6    A.   Belinda was there when I got there.
7    Q.   So you did not hire her?
8    A.   Right.
9    Q.   Towanna Zachery?
10   A.   Towanna was there when I got there.  She
11        quit and I hired her back.
12   Q.   Sharon -- is it Woodgett?
13   A.   Woodgett.  I hired her.
14   Q.   Brenda Sims you hired, did you not?
15   A.   Yes.  Well, they came in on the -- Pat
16        started this temporary employee thing and
17        they were in on that.
18   Q.   Eventually they were hired on permanently?
19   A.   They were hired on permanent after so long.
20   Q.   Did you hire them?
21   A.   Well, yes.
22   Q.   How about Linda Sims?
23   A.   Same way.

Page 69

1  Q.  Mary Lou Laws?
2  A.  Same way.
3  Q.  So you hired her?
4  A.  Right.
5  Q.  Barbara Elliott?
6  A.  Yes.
7  Q.  Mary Brown?
8  A.  Yes.
9  Q.  Yes what?  You hired her?
10 A.  Yes.
11 Q.  Was she a temp also?
12 A.  She came in as a temp, yes, sir.
13 Q.  This looks like Billy Florence Wheeler.
14 A.  Bettye.
15 Q.  Bettye.  I'm sorry.
16 A.  I believe Bettye was hired in as a
17     full-time to start with.  I'm not -- I'm
18     not sure, but I think that's right.
19 Q.  Did you hire her?
20 A.  Pat and I hired Bettye.
21 Q.  How about April Joy Smith?
22 A.  I believe Pat and I both hired her.
23 Q.  Okay.  How many of the names I've called

Page 70

1      out were first temporary employees?  There
2      was Linda Sims, Brenda Sims, Mary Lou
3      Laws.  You can look at the exhibit.
4  A.  Let's see.  Mary Lou, Linda, Brenda,
5      Sharon.  Four of them.
6  Q.  And those are the ones you just called out;
7      correct?
8  A.  Yes, sir.
9  Q.  How many male employees on that list, if
10     any, did you hire?
11 A.  Six.
12 Q.  Can you give me their names?
13 A.  Yes, sir.  John Fetner -- John Frank
14     Fetner, Mike Weathers, Willis Cook, Tim
15     Elliott, Leon Ussery, Mahalo Gregg.
16        MR. DOUGLAS:  Let's take a little
17         break, about five minutes.
18         (Brief recess was taken.)
19 Q.  At any time that you were at Jeld-Wen, did
20     a supervisor of yours ever tell you that a
21     female employee had made a complaint
22     against you?
23 A.  No, sir.

Page 71

1  Q.  What about Dan Hees?
2  A.  Not until the day after -- which I called
3      him on Monday and told him that I was going
4      to resign.
5  Q.  This is in October of 2004; correct?
6  A.  Right.  October.  He came down the next day
7      and I learned of it then.
8  Q.  Other than that, did Pat Galvez ever tell
9      you that he had received reports of
10     complaints by female employees against you?
11 A.  No, sir.  Not to my knowledge.
12 Q.  How about Joe Mendoza, did he ever tell you
13     that he had received complaints?
14 A.  No, sir.
15 Q.  What was Joe Mendoza's position at the
16     plant?
17 A.  Joe came in -- The plant had a column plant
18     to one side of it, porch columns and
19     turn-ins and things.  And Joe was over
20     there until they decided to get out of it.
21     And then they -- Dan told me -- Pat said,
22     we're going to divide the plant up; Joe
23     will run the upper part and you run the

Page 72

1      lower part.  And then Joe transferred to
2      Houston, I believe it was, or somewhere in
3      Texas anyway.
4  Q.  Did he transfer because the column part
5      stopped doing business?  Is that right?
6  A.  Yes.  And they -- Well, he didn't because
7      of that.  Well, he may have concerning
8      that, but there wasn't really enough for
9      two people, but there was more for one --
10     more than one could do -- you know what I'm
11     saying -- in the plant.
12 Q.  The two people being you and Mr. Mendoza?
13 A.  Right.
14 Q.  Was he your superior at the plant?
15 A.  No, sir.  I guess we were about the same
16     thing.
17 Q.  You were both kind of plant managers?
18 A.  Right.  Or coordinating managers is the way
19     Pat put it.
20 Q.  And both of you reported to Pat?
21 A.  Right.
22 Q.  And after Pat left you both reported to Dan
23     Hees, or did Joe leave before Pat did?

Page 73

1  A.  Joe left before Pat, I believe.
2  Q.  Okay.  Lisa Cook, you hired her at the
3      Roanoke facility; correct?
4  A.  Yes, sir.
5  Q.  To do what job?
6  A.  She cut heads to start with.  Then she
7      started running the brick mold machine, and
8      then she'd run the strike router.  See,
9      brick mold -- you may have order for brick
10     mold two out of five days and you wouldn't
11     have any more that week.  You know, she run
12     the strike router.  She run the hinge
13     router.  She run the brick mold machine.
14     She cut heads.
15 Q.  Did you ever have any sort of intimate
16     contact with her?
17 A.  No, sir.
18 Q.  Did you ever kiss her?
19 A.  No, sir.
20 Q.  Did you ever put your hands on her in the
21     workplace?
22 A.  No, sir.
23 Q.  Did you ever hug her in the workplace?

Page 74

1  A.  No, sir.
2  Q.  Was she a personal friend of yours?
3  A.  You know, I wouldn't say a personal
4      friend.  Her mother asked me to hire her
5      because she had -- she was having bad
6      times.
7  Q.  What was her mother's name or --
8  A.  Elizabeth.
9  Q.  Elizabeth Cook?
10 A.  Was her mother.
11 Q.  And she worked at the plant also?
12 A.  Yes, sir.
13 Q.  Did you ever have any type of relationship
14     with Elizabeth Cook?
15 A.  No, sir.  At the end there before I left I
16     even hired her father.
17 Q.  What was his name?
18 A.  Willis.
19 Q.  Willis Cook?
20 A.  Yes, sir.
21 Q.  Do you know if Lisa had any type of a
22     relationship with Joe Mendoza or not?
23 A.  I couldn't prove it.

Page 75

1  Q.  Did you hear it?
2  A.  You could -- You know, we heard it.
3  Q.  You heard those rumors?
4  A.  Rumors.  But, you know, as far as proving
5      it, you couldn't prove it.
6  Q.  Who did you hear the rumors from?
7  A.  Some of the people in the plant.
8  Q.  Do you know who in the plant you heard the
9      rumors from?
10 A.  You know, truthfully I couldn't answer that
11     today.
12 Q.  Why?
13 A.  Well, I don't even remember who -- just you
14     know how everybody gathered around.
15     Somebody said, well, so-and-so and
16     so-and-so.  As far as them talking to me,
17     they wasn't directly talking to me.
18 Q.  So these are things you overheard?
19 A.  Overheard.
20 Q.  What did you overhear with regard to Lisa
21     Cook and Joe Mendoza?
22 A.  Just that they were going together.  As far
23     as I knew, I didn't know.

Page 76

1  Q.  Did you ask either one of them about it?
2  A.  No, sir.
3  Q.  Was the rumor that they were involved
4      sexually?
5  A.  No, sir.  That was never mentioned.
6  Q.  Just going together?
7  A.  Just --
8  Q.  Does that mean dating to you?
9  A.  Just -- The rumors said, well, you see them
10     hanging around together, and that was --
11     you know, that was it.
12 Q.  Did you ever see them hanging around
13     together at work?
14 A.  At work I did, you know.
15 Q.  Did you see them touching one another?
16 A.  No.  No.  Now, if it had been anything like
17     that, I would have said -- you know, I
18     would have called somebody's attention.
19 Q.  So the only thing you observed was them
20     hanging around at work?
21 A.  Hanging out and talking to one another at
22     different times.
23 Q.  Did they work in the same area?

Deposition of Richard Fetner                                                                May 8, 2006

Page 81

1  them and it come out the other side. It
2  had a dryer and all on the end of it.
3  Q. Did she always work in the paint room?
4  A. Yes, sir.
5  Q. But she was already in there when you
6  started working for the company?
7  A. Yes, sir. As far as I remember, she was
8  the paint room operator.
9  Q. Did you ever imply to Kathy Thornton that
10  if she was willing to go back to the back
11  of the plant to give you a, quote, blow
12  job, you would be there?
13  A. No, sir.
14  Q. Did you ever proposition her for oral sex?
15  A. No, sir.
16  Q. Did you ever make any remark about her
17  nipples being erect?
18  A. No, sir.
19  Q. Was there ever an occasion where she walked
20  past you and her nipples were erect and you
21  said mmm-mmm?
22  A. No, sir.
23  Q. That never happened?

Page 82

1  A. No, sir.
2  Q. Did Mr. Hees tell you that that allegation
3  was being made by Kathy Thornton?
4  A. No, sir.
5  Q. So the first time you heard that is today?
6  A. Today.
7  Q. Isn't it true that almost immediately when
8  you started working at the plant you asked
9  Kathy out?
10  A. No, sir.
11  Q. Did you ever ask her out?
12  A. No, sir.
13  Q. Even if there was no improper suggestion,
14  did you ever ask her to go out to eat or
15  anything?
16  A. No, sir.
17  Q. Did you ever rub her breasts at work?
18  A. No, sir.
19  Q. Did you ever walk up behind Kathy Thornton
20  at work with a broomstick in your hand and
21  stick the broomstick -- or put the
22  broomstick in her shorts when she bent
23  over?

Page 83

1  A. No, sir.
2  Q. You deny that?
3  A. No, sir. I did not do that.
4  Q. So you deny that?
5  A. I deny that.
6  Q. Did you ever grab yourself, specifically
7  your crotch area, and say to Kathy, you
8  want some of this?
9  A. No, sir, I did not.
10  Q. Have you ever done that to any female
11  employee?
12  A. No, sir.
13  Q. Did you ever have sexual intercourse with
14  Kathy Thornton?
15  A. No, sir.
16  Q. Isn't it true that she went to your house
17  one day and you did have sex with her?
18  A. No, sir.
19  Q. Is it true that you told Kathy if she told
20  anybody about the incident that she would
21  lose custody of her son?
22  A. No, sir.
23  Q. Did you know that Kathy was going through a

Page 84

1  divorce?
2  A. No, sir. Not at the time. Her husband
3  had -- During the time of when I left the
4  plant, her husband had just been in a bad
5  accident.
6  Q. And her husband's name?
7  A. I couldn't tell you her husband's name.
8  Q. Did you at any time know that they were
9  going through a divorce?
10  A. Didn't know they were getting a divorce.
11  Q. Did you at any time know that there was a
12  custody issue with regard to Ms. Thornton?
13  A. No, sir.
14  Q. Who is Jackie Nelson?
15  A. Jackie Nelson? Don't know.
16  Q. Did she work at Welborne?
17  A. Jackie Nelson?
18  Q. Yes, sir.
19  A. (Witness shakes head).
20  Q. Is that no?
21  A. That's no.
22  Q. Have you ever dated anybody named Jackie?
23  A. Yes.

21 (Pages 81 to 84)

Deposition of Richard Fetner

May 8, 2006

Page 89

1    router.
2    Q.  Did you ever have any type of contact with
3       her, kissing or hugging or touching her at
4       work?
5    A.  No, sir.  No, sir.
6    Q.  How about away from work?
7    A.  No, sir.  Never was around her.
8    Q.  Did you ever socialize with her outside of
9       work?
10   A.  No, sir.
11   Q.  Did you ever go dirt road riding with her?
12   A.  No, sir.
13   Q.  Did you ever drink beer with her?
14   A.  No, sir.
15   Q.  Did you ever ask her to go dirt road riding
16      with you?
17   A.  No, sir.
18   Q.  Did you ever ask her to drink beer with you?
19   A.  No, sir.
20   Q.  Isn't it true that you did ask her those
21      things and she told you she had a
22      boyfriend?
23   A.  No, sir.

Page 90

1    Q.  Do you know if she had a boyfriend?
2    A.  Yes, sir.
3    Q.  Do you know his name?
4    A.  No, sir.
5    Q.  Well, how do you know that she had a
6      boyfriend?
7    A.  She told it there in the plant.
8    Q.  She told you; right?
9    A.  She told -- You know, just -- She just told
10      everybody that, you know, she had a
11      boyfriend.
12   Q.  Did she tell you she had a boyfriend is my
13      question.
14   A.  Well, when she came to work there, she made
15      the statement -- you know, she went by
16      Laws, Mary Lou Laws.  And I said, are you
17      still married?  She said, no, I've got --
18      and she called his name.  Talladega I
19      believe it was and that's the only way --
20      that's as far as it went right there.
21   Q.  Was this part of the interview?
22   A.  No, sir.
23   Q.  Why were you asking her if she was married?

Page 91

1    A.  We -- Well, we had been knowing one another
2      for years.  And we were talking about her
3      sister, Emma Lou.
4    Q.  Emma Lou Laws?
5    A.  No, not Emma Lou Laws.  Emma Lou Siggers.
6      She passed away and I didn't know it and
7      Mary Lou was talking about it.
8    Q.  How long had you known Mary Lou before she
9      started working at the plant?
10   A.  She worked with my ex-wife at one of their
11      sewing plant jobs.  But as far as knowing
12      her, I guess since about the 6th grade.
13   Q.  And did y'all ever hang out socially?
14   A.  No.  Huh-uh (negative response).
15   Q.  Well, there wouldn't be anything wrong with
16      that.  Are you sure y'all never hung out
17      outside of the office?
18   A.  No, sir.  Never did.
19   Q.  How old was she compared to you?
20   A.  That I couldn't answer.
21   Q.  Are y'all close to the same age?
22   A.  I'm just guessing.  I would say there's
23      seven or eight, 10 years difference.  I'm

Page 92

1    not sure.
2    Q.  All right.  Well, let's talk about the
3      three ladies who filed this lawsuit.  When
4      did you meet Lorena Minix?
5    A.  Been knowing her -- her mother and my
6      mother were real good friends.  They went
7      to the same church together for years.
8      Been knowing of her 20, 30 years.
9    Q.  Had y'all kept in touch over that time?
10   A.  No, sir.
11   Q.  When she was first working at the factory
12      before she left it was Millworks then?
13   A.  Yes, sir.
14   Q.  It wasn't Jeld-Wen?
15   A.  No, sir.
16   Q.  What was her job at Millworks?
17   A.  She fed the tinning machine, best of my
18      knowledge.  I wasn't there then.
19   Q.  When you got there she was there?
20   A.  No, sir.  No, sir.  I hired Lorena back.
21   Q.  Okay.  I just want to make sure I'm clear.
22      She worked there for a time when you did
23      not work there?

Page 93

1  A. Right.
2  Q. And when you first started working at
3     Millworks she was gone?
4  A. Right.
5  Q. And then you hired her back to work for
6     Jeld-Wen?
7  A. Right.
8  Q. Is that correct?
9  A. That's correct.
10 Q. So what job did you hire her to do for
11    Jeld-Wen?
12 A. The same job, feeding the tinning machine.
13 Q. What does that mean?
14 A. It was just -- tinning machine had two long
15    chains on it and you just laid the jambs,
16    and the lugs would take it through and cut
17    it to the length.
18 Q. Do you know Ronald Bowen?
19 A. Yes, sir.
20 Q. Who is he?
21 A. He was the operator of the machine. He was
22    on the other end. You know, he set up and
23    caught the boards as they come through.

Page 94

1  Q. So Lorena and Ronald worked in close
2     proximity to each other?
3  A. Right.
4  Q. Did it ever come to your attention that
5     Lorena had some complaints about Mr. Bowen?
6  A. Yes, sir.
7  Q. When was that?
8  A. I would say 2003. I'm just guessing.
9  Q. Late June of 2003 sound right?
10 A. Yes, sir.
11 Q. And there's been other people that have put
12    that time frame on it. Tell me how that
13    complaint first came to you. In other
14    words, who told you about it and what was
15    the complaint?
16 A. She made the complaint that he was playing
17    with himself through his -- you know, with
18    his hand in his pants.
19 Q. Masturbating essentially?
20 A. Right. And I went to Pat.
21 Q. Pat Galvez?
22 A. Right.
23 Q. What did you tell Mr. Galvez?

Page 95

1  A. I told him the same thing that she told me.
2  Q. And what happened next?
3  A. And they -- Jeld-Wen sends somebody down to
4     interview him.
5  Q. Robert Sturm? Is that correct?
6  A. I think that's right. I think that was his
7     name.
8  Q. It was a male?
9  A. Yes, sir. It was a male.
10 Q. Kind of short?
11 A. Yes, sir. He came down and he talked to
12    Ronald and he gave us a harassment class, I
13    guess you'd say. The whole plant.
14 Q. Training?
15 A. Harassment training and all of this. And
16    then as soon as the training was over with,
17    Ronald walked out the door.
18 Q. He quit?
19 A. Yes, sir.
20 Q. Did you ever ask Ronald about the
21    allegations being made by Lorena Minix?
22 A. No, sir.
23 Q. You just told us --

Page 96

1  A. I carried that on to Pat.
2  Q. Do you know whose idea it was to call
3     somebody from the legal department to come
4     down?
5  A. That was Pat, I assume.
6  Q. Isn't it true that Lorena just asked you to
7     have Ronald moved?
8  A. No, sir.
9  Q. You deny that?
10 A. She had asked me about moving her.
11 Q. Okay.
12 A. And I said, you know, where. But the thing
13    was that machine made more money than the
14    other -- you know, they were paid for the
15    setup. And it was -- You know, I told her,
16    I said, if you move to another machine,
17    your salary would go down, you know,
18    because every -- every job had its pay
19    scale. And then she didn't want to do
20    that.
21 Q. Let me ask you this: Did she ask to be
22    moved first, or did she tell you about the
23    allegations first?

Deposition of Richard Fetner

May 8, 2006

Page 97

1  A.  I think she told me about the allegations
2      first and then she asked about being
3      moved.  And then that's when I told her
4      that we were going to take care of the
5      problem.  You know, Pat said he would get
6      the legal department and take care of the
7      problem.  And that's -- best of my
8      knowledge, that's the way that would be.
9  Q.  Was she ever moved away from that machine?
10 A.  No, sir.
11 Q.  Not ever?
12 A.  (Witness shakes head).
13 Q.  Is that correct?
14 A.  Because when Ronald left, she became the
15     full-time operator of it.
16 Q.  Okay.  Well, I'll represent to you that the
17     training was done on either the 23rd or
18     24th of July of 2003.
19 A.  That sounds about right.
20 Q.  And the allegations happened in late June
21     of 2003; correct?  That's what other people
22     have said.  If you don't know --
23 A.  I don't know.  Now, there was probably two

Page 98

1      weeks in there between the time that I was
2      told and the Jeld-Wen legal came.
3  Q.  It's more like a month, according to other
4      people's testimony.  Do you remember it
5      differently?
6  A.  Seems like -- I don't think it was a month.
7  Q.  Okay.  Between the time of the allegation
8      being received and Mr. Bowen leaving, did
9      Ms. Minix work at that station that entire
10     time?
11 A.  Yes, sir.
12 Q.  You're certain of that?
13 A.  Yes, sir.
14 Q.  Were you the first person she told or do
15     you know?
16 A.  I don't know that.
17 Q.  How did it come up?  What did she say to
18     you?
19 A.  She just said I need to talk to you.
20 Q.  What did you say?
21 A.  I said okay.
22 Q.  And what did she say?
23 A.  And she told me what -- what he had -- she

Page 99

1      told me what she had seen.  And I said,
2      well, we'll take care of that.
3  Q.  Did you report it to Mr. Galvez the same
4      day?
5  A.  Same day.  Same -- Within five minutes.
6  Q.  Was there another witness to this?
7  A.  Towanna --
8  Q.  To the allegations?
9  A.  -- Zachery said something about it.  I
10     don't know what her -- She didn't come in
11     and talk to me.
12 Q.  Did Towanna Zachery work in that general
13     area?
14 A.  Yes, sir.
15     You can take the tinning machine and
16     all the other machines and it wasn't much
17     different than this room, you know, the way
18     they were --
19 Q.  You're talking about the size?
20 A.  T-shaped, right.
21 Q.  Was another name for this machine the dado
22     machine?
23 A.  Dado machine.

Page 100

1  Q.  Now, when you hired Lorena back in 2003, is
2      that when y'all had your relationship?
3  A.  It was afterwards.
4  Q.  It was after you hired her back?
5  A.  Right.
6  Q.  Now, the allegations regarding Mr. Bowen,
7      those occurred after your relationship with
8      her was over; correct?
9  A.  Yes, sir.
10 Q.  Had they been over for some time by then?
11 A.  I'd say a few months, yes, sir.
12 Q.  Did it make you angry that Mr. Bowen was
13     doing this to somebody you used to date?
14 A.  No.  It just -- Things like that bother
15     me.  You know, you don't do people that
16     way.
17 Q.  But the fact that you had dated Ms. Minix
18     didn't increase your anger at all?
19 A.  No, sir.
20 Q.  Did you ever tell Ms. Minix that she should
21     just go ahead and give him some?
22 A.  No, sir.
23 Q.  You never said that?

Deposition of Richard Fetner                                                    May 8, 2006

Page 101

1   A. No, sir.
2   Q. I'm going to hand you a notebook that has
3       some marked pages in it. They're numbered
4       in the bottom right-hand corner. If you
5       would flip towards the back of the
6       notebook, pages D00447 through D00513. Do
7       you see the numbers at the bottom of the
8       page?
9   A. Yes, sir.
10  Q. If you would just flip through those pages
11      and my question is going to be, was this
12      the harassment training you were shown in
13      July of 2003 by Mr. Strone [sic]?
14          MR. DOUGLAS: I'm going to give
15              you a few minutes.
16          (Brief pause.)
17  A. Yes. As far as -- You know, I can't
18      remember detail to detail.
19  Q. You remember doing this training?
20  A. Yes, sir.
21  Q. Did you know these things before it was
22      told to you --
23  A. Yes.

Page 102

1   Q. -- in July of 2003?
2   A. Yes, sir.
3   Q. So this training wasn't news to you?
4   A. No, sir.
5   Q. You were aware of the company's policy?
6   A. Right.
7   Q. The policy from CMS that you identified
8       earlier, you read that at the time you were
9       working at CMS?
10  A. Yes, sir.
11  Q. And you were familiar with what the policy
12      was?
13  A. Yes, sir.
14  Q. All right. If you would flip to page
15      D00011.
16  A. Okay.
17  Q. This is the harassment policy portion of
18      the employee handbook; is that correct?
19  A. Yes, sir.
20  Q. Did you receive that employee handbook?
21  A. Yes, sir.
22  Q. The second paragraph reads, harassment in
23      any form will not be tolerated by the

Page 103

1       company. Did I read that correctly?
2   A. Yes, sir.
3   Q. And you understood that while you were
4       working there?
5   A. Yes, sir.
6   Q. The next sentence reads, any employee who
7       violates this policy is subject to
8       discipline up to and including discharge;
9       is that correct?
10  A. Yes, sir.
11  Q. Next paragraph says that harassment
12      includes but is not limited to the
13      following behaviors, if such behaviors
14      create an intimidating, hostile or
15      offensive environment. The first one is
16      verbal harassment, derogatory comments,
17      jokes, slurs or abusive language; is that
18      correct?
19  A. Yes, sir.
20  Q. Physical harassment is defined as unwanted
21      physical contact or assault; correct?
22  A. Right.
23  Q. Then the fourth bullet point -- actually,

Page 104

1       let's do the third one. Visual harassment;
2       leering, making sexual gestures, displaying
3       derogatory or sexually suggestive objects,
4       pictures, posters, cartoons, drawings, or
5       clothing printed with derogatory material;
6       is that correct?
7   A. Yes, sir.
8   Q. And then sexual harassment is defined as
9       unwelcome sexual advances, request for
10      sexual favors, offering employment benefits
11      in exchange for sexual favors, or any other
12      verbal or physical contact of a sexual
13      nature that is directed toward an
14      individual because of that person's
15      gender. Did I read that correctly?
16  A. Yes, sir.
17  Q. Now, the allegations that I read to you
18      earlier or that I asked you about earlier
19      which you denied --
20  A. Yes, sir.
21  Q. -- those would all be a violation of the
22      harassment policy; correct?
23  A. Yes, sir.

Page 105

1          MR. THOMPSON: Object to the form.
2  Q.  Did Lorena say anything to you about the
3      Bowen incident after he quit?
4  A.  Not to my knowledge.
5  Q.  Did she -- Did you ask her if it was
6      handled to her satisfaction?
7  A.  No.
8  Q.  I'm sorry?
9  A.  No, I didn't.
10  Q.  Did she tell you whether or not it was
11      handled to her satisfaction?
12  A.  No. I just -- The only thing I remember
13      is, you know, we asked her about taking the
14      other end of the machine to be the operator
15      and she said okay. And we put Mike
16      Weathers over there with her.
17  Q.  Mike Weathers you listed as a good friend
18      of yours; is that correct?
19  A.  Yes. Mike is a very nice gentleman.
20  Q.  And he's your friend?
21  A.  Yes, sir.
22  Q.  Have you talked to him about this case?
23  A.  No, sir.

Page 106

1  Q.  Not a word?
2  A.  Not a word.
3  Q.  Have you talked to anybody about this case?
4  A.  No, sir.
5  Q.  Nobody in the world?
6  A.  Nobody.
7  Q.  Since you've left Jeld-Wen in October of
8      2004, you have not had one conversation
9      with anybody about this case; is that
10      correct?
11  A.  No, sir. Other than Scott Scofield.
12  Q.  Scott Scofield?
13  A.  Yes, sir.
14  Q.  How about Chuck Reynolds?
15  A.  Yes.
16  Q.  He's your bankruptcy lawyer?
17  A.  He's my bankruptcy lawyer. I did tell him
18      that there was a case --
19          MR. THOMPSON: Hold on. You don't
20      have to tell him what you
21      and -- Mr. Reynolds is a
22      lawyer?
23          MR. DOUGLAS: He is.

Page 107

1          MR. THOMPSON: You don't have to
2      tell him what you and
3      Mr. Reynolds talked about.
4          THE WITNESS: Okay.
5  Q.  But you did talk to him about the case?
6  A.  Yes, sir.
7  Q.  Anybody else?
8  A.  No, sir.
9  Q.  The pages that we reviewed earlier that
10      were the Power Point presentation by
11      Mr. Strone, are you familiar with that?
12  A.  Yes, sir.
13  Q.  None of this -- Just to be clear, none of
14      this was a surprise to you?
15  A.  No, sir.
16  Q.  You already knew this stuff?
17  A.  Yeah.
18  Q.  In October of 2004, tell me how you first
19      became aware that there were allegations
20      made against you by some of the female
21      employees.
22  A.  Dan told me the day after I resigned.
23  Q.  Dan Hees told you about it?

Page 108

1  A.  Dan Hees.
2  Q.  Dan was not at the facility the day you
3      resigned; is that correct?
4  A.  No, sir.
5  Q.  So if Dan says he talked to you on October
6      13th, 2004, you would say you resigned
7      October 12th, 2004; is that correct?
8  A.  That's correct.
9  Q.  Tell me what he first said to you about
10      these complaints.
11  A.  Just that there was six different people
12      complained.
13  Q.  And what did you say?
14  A.  I said, for what.
15  Q.  And what did he say?
16  A.  And he said that, you know, he -- I don't
17      remember exactly what all was said. And I
18      said, Dan, I never bothered anybody. I
19      said, I didn't have time. You know, I told
20      him that Lorena and I did date. That was
21      told. But I said, as far as any of the
22      rest of it, I said, there's nothing to it.
23  Q.  What else did he say that you can remember?

Deposition of Richard Fetner                                                                May 8, 2006

---

Page 109

1   A.  I don't remember anything else.  You know,
2   I just told him -- I said, I deny any of
3   it.  I said, I didn't do it.  I told him
4   that Lorena and I did date and all of
5   that.  But I said, other than that, I said,
6   I didn't bother none of them people.  And I
7   said, I never bother her at work.
8   Q.  What allegations did he convey to you that
9   day?
10  A.  Lorena had made remark that I had made
11  remarks toward her and that I had put my
12  arms around her and I was too close --
13  getting too close or touching.
14  Q.  You deny those allegations?
15  A.  Yes, sir.  I did not -- you know, I didn't
16  do that.
17  Q.  You denied that to Mr. Hees that day?
18  A.  Yes.  I denied.
19  Q.  What other allegations did he tell you
20  about that day?
21  A.  He told me about -- He asked me did I make
22  the remark about Brenda Sims' behind
23  looking like a basketball.  And I said, I

---

Page 110

1   did not say that.  I said, Lorena is the
2   one that said that.  I said, I heard the
3   remark.
4   Q.  So are you sure it wasn't Linda Sims the
5   remark was directed towards?
6   A.  That's who I said, Linda.
7   Q.  You said Brenda just a minute ago.
8   A.  Oh, I did?  I'm sorry.  It's Linda.  And I
9   said, I didn't say that.  I said, Lorena is
10  the one that made the remark.
11  Q.  And what did Mr. Hees say?
12  A.  And he said, well, you know, you've
13  resigned; you know, we'll go from here with
14  it.
15  Q.  Any other allegations that were told to you
16  about Mr. Hees that day?
17  A.  Brenda -- Brenda Sims said I got too
18  close.  And I said, I never was around her
19  that much, I said, other than checking her
20  machines.  I said, and Phil done all the
21  setups.
22  Q.  Phil Smith?
23  A.  Phil Smith done the setups.

---

Page 111

1   Q.  Any other allegations that Mr. Hees told
2   you about that day?
3   A.  Mary Lou said I had put my arm around her
4   low.  And I said, no, sir.  I said, I
5   didn't do that.
6   Q.  Did he say that Brenda Sims said that you
7   had touched your breasts?
8   A.  I don't remember, to be honest.  I don't
9   remember that.  But if he did I told him --
10  you know, if she did say that, I didn't do
11  it.
12  Q.  Any other allegations that Mr. Hees told
13  you about in October of 2004?
14  A.  From what I remember.  I don't remember.
15  It bothered me so bad, you know, until, you
16  know, I was upset about it because, you
17  know, I had always been nice to all the
18  people that worked for me.  You know, I
19  never bothered any of them.
20  Q.  Are there any other allegations that
21  Mr. Hees told you about that you can
22  remember today?
23  A.  That Lisa Cook made the remark that I had

---

Page 112

1   grabbed her in her private or grabbed at
2   her private.  I don't remember how he put
3   it.
4   Q.  Which private area?
5   A.  Front.  And I said no.
6   Q.  Anybody else?  Any allegations regarding
7   Kathy Thornton?
8   A.  Let me think.  Seems like he did bring up
9   about me grabbing myself as I come in the
10  paint room.  And I said, no, sir, I did not
11  do that.
12  Q.  Any other allegations Mr. Hees told you
13  about?
14  A.  None as I remember.
15  Q.  Is your memory as good today as you think
16  it's going to be?
17  A.  Best I can remember.
18          MR. THOMPSON:  Object to the form.
19  Q.  Today is the day I get to talk to you, so I
20  don't want you coming into a trial and
21  remembering new stuff.
22  A.  As far as I know, that's it.
23  Q.  Did you -- Now, when did you tell Mr. Hees

---

28 (Pages 109 to 112)

Deposition of Richard Fetner                                                                    May 8, 2006

---

Page 113

1    that you resigned? The day before?
2    A. The day before, on Monday.
3    Q. So he knew that?
4    A. He knew I was going to resign, yes.
5    Q. Well, did you make it clear to him when he
6    was telling you about these allegations
7    that, hey, look, I've already quit?
8    A. Yes. I had already left the plant. I had
9    already gone home and he called me.
10   Q. What time was this?
11   A. 12:30, something like that in the
12   afternoon.
13   Q. Well, Mr. Hees testified in his deposition
14   that you were at a doctor's appointment or
15   something like that.
16   A. I had a dentist appointment that morning.
17   Q. Had you left the plant to go to the
18   dentist, or had you left the plant because
19   you had quit?
20   A. I had left to go to the dentist. I came
21   back. I went in my office, got my keys and
22   I left.
23   Q. You quit?

---

Page 114

1    A. I quit. I walked out. Which he knew I was
2    leaving.
3    Q. So at the point in time he was talking to
4    you about these allegations, you weren't
5    even working for him anymore?
6    A. Right. I was through with — I resigned as
7    of on Monday.
8    Q. Did Mr. Hees tell you that Brenda Sims
9    complained that you were moving her around
10   from job to job and she thought she was
11   only there to do one job?
12   A. I don't remember. I don't remember.
13   Q. You don't remember whether --
14   A. Nobody — Nobody in that plant -- You know,
15   it was understood when you went to work you
16   would be moved around because every job
17   didn't run every day.
18   Q. Right. That's not my — My question is,
19   did that complaint get made to you by
20   Mr. Hees on behalf of Ms. Sims?
21       MR. THOMPSON: Object to the form.
22   Q. You can answer.
23       MR. THOMPSON: Go ahead and

---

Page 115

1    answer. Just ignore me.
2    A. Okay. I don't remember whether it was or
3    not truthfully.
4    Q. Did Mr. Hees ask you about you and Lorena
5    having a previous relationship?
6    A. Yes.
7    Q. And you told him what?
8    A. I told him the same thing I had told you.
9    You know, we did date a few times.
10   Q. What did he say about that?
11   A. Don't remember. Seems like his remark was,
12   well, we have had employees that dated one
13   another and married, you know. And I said,
14   well, we didn't date but just a little
15   while.
16   Q. Is it true that you continued to ask
17   Ms. Minix out even after the relationship
18   was over?
19   A. No, sir.
20   Q. Is it true that you continued to ask her
21   out even when she told you that the
22   relationship was over and not to ask her
23   out anymore?

---

Page 116

1    A. No, sir. I was the one that quit.
2    Q. Well, I'm talking about before you quit.
3    Between the end of --
4    A. I'm talking about I was the one that cut
5    the relationship. I just quit asking her
6    out. I quit dating her.
7    Q. And your testimony is you never asked her
8    out again after you ended the relationship?
9    A. No, sir, I did not.
10   Q. Is what I said correct? You ended the
11   relationship and you never asked her out
12   again after that?
13   A. After that I did not.
14   Q. That's correct what I said?
15   A. Correct.
16   Q. Did you ever tell Lorena that you had a
17   six-pack of beer and for her to come over
18   to your house on the weekend?
19   A. No, sir.
20   Q. Did you ever come up from behind her and
21   put your arms around her and give her a
22   bear hug?
23   A. No, sir.

---

Page 117

1   Q.  Never even hugged her in a friendly way
2       because y'all had once dated?
3   A.  No, sir.
4   Q.  Did you ever make the comment to Lorena
5       Minix that you needed to have four or five
6       hours of sex?
7   A.  No, sir.
8   Q.  Did you ever put your hands on Lorena
9       Minix's breasts?
10  A.  At ...
11  Q.  At work?
12  A.  No, sir.
13  Q.  Did you ever put your hands on her breasts
14      after your relationship with her ended?
15  A.  No, sir.
16  Q.  After your relationship with her ended, did
17      you ever put your hands on her buttocks?
18  A.  No, sir.
19  Q.  After your relationship ended, did you ever
20      hug her from one side and rub the side of
21      her breast?
22  A.  No, sir.
23  Q.  After your relationship ended, did you ever

Page 118

1       ask her to come to your house?  Lorena
2       Minix I mean.
3   A.  No, sir.
4   Q.  You deny that you hugged anybody on the
5       job?
6   A.  Right.
7   Q.  At work?
8   A.  At work.  I did not.
9   Q.  Did you ever say to Lorena Minix that you
10      could eat her from head to toe?
11  A.  No, sir.
12  Q.  Did you ever tell Lorena Minix that, quote,
13      you look good enough to eat, and, quote,
14      where should I start, unquote?
15  A.  No, sir.
16  Q.  That never happened?
17  A.  No, sir.
18  Q.  There was some mention in Ms. Minix's
19      deposition regarding a relative of hers
20      that was in jail.
21  A.  Yes, sir.  Her brother.
22  Q.  Do you contend that you got him out of jail
23      for some purpose or a release or a furlough

Page 119

1       or something like that?
2   A.  Got him -- Her mother passed away.  And I
3       called the warden and we couldn't get
4       anywhere with him.  And I called Richard
5       Laird, our representative, and he helped us
6       get him to get to come home to go to his
7       mother's funeral.
8   Q.  But you initiated the phone call to the
9       representative?
10  A.  Yes, sir.
11  Q.  After your relationship with Lorena was
12      over, are there any other acts of kindness
13      that you performed to her or that you
14      extended to her?
15  A.  No, sir.
16  Q.  So just that one -- Did you ever let her
17      borrow money?
18  A.  No, sir.
19  Q.  So the one act of kindness after the
20      relationship was over was contacting the
21      representative; is that correct?
22  A.  Right.  I would have done that for anybody.
23  Q.  Did she ask you for that, or did you do

Page 120

1       that on your own?
2   A.  Well, the best I remember, you know, it
3       came up.  And I said, are they going to let
4       Earl come home?  And she said, I don't
5       know.  And I said, well, do y'all want him
6       to?  And she said, yes.  And I said, well,
7       I said, my opinion he needs to come home;
8       this is his mother being buried, you know.
9       And so she said, if it can be done, we
10      would love to have him.
11  Q.  Did you tell Dan Hees when he told you
12      about these allegations in October of 2004
13      that Lorena was setting you up?
14  A.  Yes, sir.
15  Q.  That Lorena was trying to get back at you?
16  A.  Yes, sir.
17  Q.  You did tell him that?
18  A.  Yes, sir.
19  Q.  Did he seem to believe you?
20  A.  He didn't make a comment.
21  Q.  Why would she do that?
22  A.  I don't know.  I don't know.  I would love
23      to know myself.



Page 121

1   Q.  Why would you think she would do that?  Why
2       would you say that?
3   A.  I just thought she was mad because I had
4       broke -- you know, we had quit and I had
5       broke off the relationship.
6   Q.  You thought she was getting back at you?
7   A.  I thought she was getting back at me.
8   Q.  What about these other girls?
9   A.  I said that -- I thought they all got
10      together and planned it.
11  Q.  Just to set you up for no reason?
12  A.  Yes, sir.
13  Q.  Do you still believe that today?
14  A.  Yes, sir.  Yes, sir.
15  Q.  That book in front of you, if you would
16      flip to page D00320.
17          MR. THOMPSON:  When you get to a
18              stopping point, I need to ask
19              you something.
20  Q.  Are you there?
21  A.  Yes, sir.
22  Q.  This is a memo written from Mr. Hees to
23      Jeld-Wen.  He says it was written in

Page 122

1       October of 2004, although the date on it is
2       1/30/05.  I'm going to call your attention
3       to the fourth paragraph.  Mr. Hees is
4       discussing Ms. Minix and the fourth
5       sentence reads, he said -- and he's
6       referring to you, Mr. Fetner -- he has a
7       great work relationship with her and can't
8       think of any issues or problems they have
9       had in the last three years.  He did admit
10      that he knows her and a couple other
11      employees better than others and will,
12      quote, occasionally, unquote, make a
13      comment out of the blue sky.  Did you make
14      that statement to Mr. Hees?
15  A.  I don't remember.  I don't remember.
16  Q.  You might have?
17  A.  You know, I knew some of them better than
18      others.  But as far as anything else --
19  Q.  Well, what type of comments would you make
20      out of the blue sky that he's referring to
21      here?
22  A.  I don't know.
23  Q.  Are these sexual comments?

Page 123

1   A.  Oh, no, sir.
2   Q.  Next sentence, he said, quote, but it was
3       never graphic or gross and didn't mean
4       anything, unquote.  He also mentioned that
5       some of the talk went both ways.  Quote,
6       whatever conversation he would dish out,
7       they would come back with a reply,
8       unquote.  Did you ever say anything like
9       that to Mr. Hees?
10  A.  Yes.  You know, we always joked around with
11      one another, but it was nothing -- nothing
12      sexually.  You know what I'm saying?
13  Q.  Well, what type of things would you joke
14      about that you would tell Mr. Hees about?
15  A.  Well, we -- Lorena has a spot in her hair
16      right there (indicating) that she don't
17      have a lot of hair, and we always teased
18      about it being bald, you know.
19  Q.  So what would you say to her?
20  A.  I'd say, well, you need to move your hair
21      over a little or something like that
22      because your spot is showing  And she'd
23      say, is it?  And she'd do that

Page 124

1       (indicating).  But other than -- Sexually,
2       no, there was nothing ever said like that.
3       She had made some remarks to me and said,
4       look, y'all, I embarrassed him.
5   Q.  What type of remarks would she make to you?
6   A.  Just teasing me about my belly or something
7       like that because I have -- well, back
8       then I had -- I've lost several pounds.
9       But back then she said, look, he can't even
10      bend over to get under the machine to work
11      on it or something like that.  And she'd
12      say, look, I embarrassed him.
13  Q.  Did any of the female employees ever make
14      any sexual remarks at work that you heard?
15  A.  Toward me or just overhearing?
16  Q.  Well, first of all towards you.
17  A.  No, sir.
18  Q.  How about overhearing?
19  A.  Oh, you -- You know, they're always saying
20      things to one another.  But as far as me
21      hearing the whole detail, no.
22  Q.  Can you remember any detail of anything you
23      ever heard anybody say that was sexual in

Page 125

1  nature?
2  A.  No, sir.
3  Q.  A couple of sentences down, I asked
4      Richard, quote, what if the employee that
5      complained to me was not Lorena and was
6      someone else, unquote.  Richard said,
7      quote, again, there are a few employees at
8      the plant that he knows better than
9      others.  There are some things you can say
10     to the folks you know compared to other
11     employees.  Most of the employees are like
12     family to me, unquote.  Did you make that
13     statement?
14 A.  Yes, sir.  You know, I -- like I said a
15     while ago, I'd help them any way I could.
16 Q.  Did you treat Lorena differently at all
17     because y'all had a previous relationship?
18 A.  No, sir.  She did her job.  She had a hard
19     job.  You know, she had a job that was --
20     you had to keep your eye on it at all time.
21 Q.  Next paragraph, I told Richard that I have
22     heard enough from our conversation this
23     morning.  It is my determination that

Page 126

1      Richard cannot treat some employees
2      different than others when it comes to this
3      topic.  He is backing himself into a corner
4      and Jeld-Wen will not endorse his actions.
5      Did Mr. Hees ever tell you anything like
6      that?
7  A.  I don't remember that.
8  Q.  Well, why would he if you had already quit?
9          MR. THOMPSON:  Object to the form.
10 Q.  That doesn't make any sense, does it?
11         MR. THOMPSON:  Same objection.
12 A.  I don't remember anything being said.
13 Q.  Next sentence, even though this appears to
14     be the early stage of an issue Jeld-Wen
15     does not want to get involved in any
16     further, as of today Richard Fetner will no
17     longer be employed by Jeld-Wen.  I told
18     Richard he can pick up his things at the
19     plant 7 p.m. when no employees are
20     present.  I'd like a letter of resignation
21     tonight and will work up his severance
22     package.  Did he tell you those things that
23     I just read?

Page 127

1  A.  Yes, sir.  He told me I could pick up my
2      things that evening.  I had a refrigerator
3      in the office and --
4  Q.  But you had told him the day before that
5      you quit; right?
6  A.  I was quitting, yes, sir.
7  Q.  Did you tell him you were quitting right
8      away?
9  A.  Yes, sir.
10 Q.  Did you write a letter of resignation?
11 A.  I don't remember whether I did or not.
12 Q.  Did you meet Dan Hees at the Huddle House?
13 A.  Yes, sir.
14 Q.  Is that where y'all had a conversation?
15 A.  Yes, sir.
16 Q.  He says that he had you write out a letter
17     of resignation right there.  Do you
18     remember if you did it or not?
19 A.  I signed something, but I don't -- I might
20     have wrote a thing that I -- as of
21     such-and-such date I resign.  I don't
22     remember truthfully.
23 Q.  Next paragraph, Richard felt that the

Page 128

1      outcome was too severe and I was being too
2      hard on him.  Richard felt I should have
3      given him a verbal warning, time off or
4      have to apologize to the employees to make
5      things right.  But I told Richard that we
6      were working with a, quote, zero tolerance,
7      unquote, issue and I don't have to deal
8      with warnings.  Did that happen?  Did you
9      tell him those things?
10         MR. THOMPSON:  Object to the form.
11 Q.  First of all, did you tell him that this
12     was too severe an action?
13 A.  I don't remember.
14 Q.  Well, why would you if you had quit?
15 A.  I don't remember what all was said that day
16     because I was -- like I say, I was upset
17     when somebody made accusations about me.
18 Q.  Did you tell Richard that he should have
19     given you a verbal warning?
20 A.  I don't remember.  I don't remember a
21     verbal warning.
22 Q.  Well, did you tell him that he should have
23     given you one?

Deposition of Richard Fetner                                                                    May 8, 2006

---

Page 129

1   A.  I don't remember telling him that, no, sir.
2   Q.  Okay.  Does that mean that you may have
3     told him that or that you did not tell him
4     that?  You know, I don't remember can mean
5     different things.
6   A.  I don't remember what all was said in that
7     thing.  I'm truthful there.  I don't
8     remember what all was said.
9   Q.  Did you tell him that you should have to
10    apologize to the employees?
11  A.  Seems like I said -- you know, seems like I
12    said, when you go back to the plant, you
13    tell them that I -- if there's anything I
14    have ever done to any of them, I
15    apologize.  But I said, I didn't do
16    anything to these women.
17  Q.  Well, what would you be apologizing for if
18    you didn't do anything?
19  A.  Well, you know, I didn't want no trouble
20    with nobody.
21  Q.  So what would you be apologizing for if you
22    didn't do anything wrong?
23  A.  You know, I just -- leaving them under such

---

Page 130

1    a -- you know, I knew when I left it was
2    going to be tough.
3   Q.  What do you mean?
4   A.  Hey, listen, I worked myself to death out
5    there daylight and dark.  And it was going
6    to be tough.  I knew Phil was going to have
7    a hard time.
8   Q.  Well, Phil is not the one that you were
9    talking about apologizing to; right?  It
10    was these ladies?
11  A.  I apologized to the whole plant.  If there
12    was anything I had ever done to them, I
13    was -- you know, but I had never, as far as
14    these women, done anything toward them.
15  Q.  Can you tell me why you would want him to
16    apologize for you if you hadn't done
17    anything?
18  A.  I couldn't answer that.  Don't know.
19  Q.  Why not?
20  A.  Because I don't -- I don't remember how all
21    the conversations was about.
22  Q.  Did Mr. Hees tell you that he was working
23    with a zero tolerance and he doesn't have

---

Page 131

1    to deal with warnings?
2   A.  Don't remember.
3   Q.  Did he tell you that you should know how to
4    handle the topic because you attended the
5    Jeld-Wen program at Roanoke regarding
6    harassment?
7   A.  Yeah.  It was brought up, you know, that --
8    it was brought up because I said why -- if
9    there was things going on when we had our
10    little harassment thing, I said, why didn't
11    they speak up and say something then.
12  Q.  So you said that?
13  A.  Right.  I said, why didn't they speak up
14    and say I had done it then.  Because
15    everybody in there was asked if there's
16    anybody in here doing anything harassment
17    toward them.
18  Q.  And what did Mr. Hees say when you told him
19    that?
20  A.  He said, well, I wonder too.
21  Q.  But you had already quit before this
22    conversation with Mr. Hees; correct?
23  A.  Yes.  I had told him on Monday that I was

---

Page 132

1    leaving.  I was quitting.
2   Q.  Did you know prior to your meeting with
3    Mr. Hees that some women had made some
4    complaints?
5   A.  No, sir.
6   Q.  Had you heard any rumors that they were
7    going to make some complaints?
8   A.  No, sir.
9   Q.  So this was out of the blue to you?
10  A.  Out of the blue.
11  Q.  Did Mr. Hees call you before he came down
12    from Tennessee to tell you he was coming
13    that week?
14  A.  Yes.  He -- Wait a minute.  I called him on
15    Monday.  Told him that I was going to
16    resign.  He said, well, I'll be down
17    tomorrow.  I was coming tomorrow.  That
18    would have been the, what, 13th, October
19    13th.
20  Q.  So that was the first he had told you that
21    he was coming down there that week?
22  A.  Right.
23  Q.  And did he tell you why he was coming?

---

33 (Pages 129 to 132)

Page 133

1   A.  No, sir.
2   Q.  He didn't say he was going to talk to some
3       employees?
4   A.  I don't remember that being said, no, sir.
5   Q.  The dental appointment you went to, who is
6       your dentist?
7   A.  Dr. Towers.
8   Q.  Is he in Roanoke?
9   A.  Yes, sir.
10  Q.  Was it a prescheduled appointment?
11  A.  Yes, sir.  I had a bridge put in that day.
12  Q.  Mr. Fetner, I'm trying to understand why it
13      is that Hees would be talking to you about
14      zero policy and you would be telling him
15      the outcome was too severe if you had
16      already quit.  Can you help me with that at
17      all?
18          MR. THOMPSON:  Object to the form.
19  A.  I don't know.
20  Q.  Will you agree with me that that doesn't
21      make any sense?  If you had already quit,
22      why would you tell him his action was too
23      severe because you had already quit?

Page 134

1   A.  I don't remember anything being brought up.
2   Q.  I'm sorry.  What?
3   A.  I don't remember -- you know, I just don't
4       remember.  I'll be honest with you.
5   Q.  You don't remember what I read to you being
6       brought up or you don't remember anything
7       being brought up?
8   A.  I don't remember that -- you know, certain
9       parts of it I don't remember being, you
10      know, brought up that day.  Now, it could
11      have been, but I was -- you know, I was in
12      the bunkers, I guess you'd say, after I was
13      told what I was told.  As good as I had
14      been to those people.  You know, I was good
15      to everybody in that plant.
16  Q.  So you don't remember whether you told him
17      that the outcome was too severe?
18  A.  I don't remember that, no, sir.
19  Q.  One way or the other?
20  A.  One way or the other.
21  Q.  Well, if you had already quit, why would
22      you care what the outcome was?
23  A.  Well, I didn't want nothing brought against

Page 135

1       me that wasn't true.
2   Q.  Did you tell Mr. Hees that he was being too
3       hard on you?
4   A.  Don't remember.
5   Q.  Well, if you had already quit, why would
6       you care if he was being hard on you or
7       not?
8   A.  I don't remember it even being brought up.
9       I don't know.
10  Q.  Did you mention the verbal warning at all?
11  A.  No, sir.
12  Q.  So Mr. Hees is mistaken about that?
13  A.  I don't remember -- I don't remember
14      nothing about a verbal warning being
15      brought up.
16  Q.  You didn't say you should have given me a
17      verbal warning or anything like that?
18  A.  No, sir.
19          MR. THOMPSON:  Object to the form.
20          You need to answer his
21          question.  You can just ignore
22          me.
23  Q.  And then, of course, the memo references a

Page 136

1       letter of resignation.  And you're not sure
2       if you gave him that or not?
3   A.  I might have wrote up something on a piece
4       of paper and signed it.  It seems like I
5       did just handwrite.
6   Q.  Who did you give it to?
7   A.  It would have been to Dan because that's
8       the only person I ever -- that's the only
9       person I ever seen.
10  Q.  Did you ever witness anybody else do the
11      things to Lorena Minix that she says you
12      did --
13          MR. THOMPSON:  Object to the form.
14  Q.  -- or that I read to you?
15          MR. THOMPSON:  Object to the form.
16  Q.  Did you ever see her harassed on the job?
17  A.  No, sir.  No, sir.
18  Q.  Did you ever hear anybody else say the
19      things to her that I mentioned earlier
20      about beer and having sex three or four
21      times --
22  A.  No, sir.  No, sir.
23  Q.  Did you ever refer to Linda Sims' rear end

Deposition of Richard Fetner                                                        May 8, 2006

| Page 137 | Page 139 |
|---|---|

**Page 137**

1    as basketballs?
2    A.  No, sir.  Lorena made that comment.
3    Q.  On how many occasions?
4    A.  Just one.
5    Q.  What did Lorena say?
6    A.  She said tell her it looks like two halves
7        of a basketball.
8    Q.  She told you to tell Linda that?
9    A.  She just -- Yeah.  And I didn't say a word.
10   Q.  Linda was there?
11   A.  Linda was there.
12   Q.  So she would have heard Lorena say that?
13   A.  Oh, yeah.  Probably as far as from here to
14       the books over there.
15   Q.  So you said nothing?
16   A.  I said nothing.
17   Q.  On an occasion did you walk through the
18       plant acting like you were dribbling like
19       dribbling a basketball?
20   A.  No, sir.
21   Q.  That never happened?
22   A.  No, sir.
23   Q.  Did you ever ask Linda Sims to sit on your

**Page 138**

1    lap?
2    A.  No, sir.
3    Q.  When a salesman was there, you never asked
4        her that?
5    A.  No, sir.
6    Q.  How many salesmen did y'all have coming
7        through in those days?
8    A.  You might have one or two a day.  Sometimes
9        six or eight a week.  You never knew.
10       There was all the time somebody coming in
11       trying to sell you something.
12   Q.  Isn't it true that after Linda started
13       working for you you almost immediately
14       began to ask her out on dates?
15   A.  No, sir.
16   Q.  That's not true?
17   A.  No, sir.
18   Q.  Did you ever ask her out on a date?
19   A.  No, sir.
20   Q.  Did you ever grab her around the waist and
21       pull her to your side?
22   A.  No, sir.
23   Q.  Did you ever tell Linda Sims, quote, are

**Page 139**

1    you as sweet as you look, unquote?
2    A.  No, sir.
3    Q.  Did you ever shut your office door behind
4        Linda and grab her around the waist?
5    A.  No, sir.
6    Q.  Did you use Pat Galvez's office when he
7        left?
8    A.  Some.  And I used the one down in the plant
9        too.
10   Q.  Was there a TV or VCR on the premises?
11   A.  There was a TV and VCR in it up in Pat's
12       office.
13   Q.  Could Pat's office be locked?
14   A.  Yes, sir.
15   Q.  Did you ever lock the door while you were
16       inside Pat's office?
17   A.  No, sir.
18   Q.  Did you ever watch any videotapes on that
19       machine?
20   A.  No, sir.
21   Q.  Not even training videotapes?
22   A.  The training -- It was brought down into
23       the plant if we watched anything.

**Page 140**

1    Q.  But you never watched anything in the
2        office?
3    A.  No, sir.
4    Q.  Did you have a computer on-site?
5    A.  No, sir.
6    Q.  There was no computers on-site?
7    A.  There was computers in the upper office.
8    Q.  In Pat Galvez's office?
9    A.  Right.
10   Q.  You didn't use that computer to e-mail --
11   A.  Don't even know how to cut on a computer.
12   Q.  You mean you can't push the on button?
13   A.  I don't know nothing about a computer
14       whatsoever.  Nothing.
15   Q.  Are you telling me you never e-mailed
16       anything from that office?
17   A.  No, sir.  Never have e-mailed anything from
18       that office.
19   Q.  Have you ever been on the Internet before?
20   A.  No, sir.
21   Q.  Never?
22   A.  Never.  Don't know how -- Don't know
23       nothing about a computer.

Page 141

1   Q.  Do you have a computer at your house?
2   A.  No, sir.
3   Q.  So you've never been on the Internet in
4      your life?
5   A.  No, sir.
6   Q.  Okay.
7   A.  I have seen it, but I haven't been on it.
8   Q.  Where did you see it?
9   A.  At my son's house.  It would be there on
10    the computer and they'd have it on.  But
11    other than that, I don't know nothing about
12    a computer whatsoever.
13  Q.  Well, what did he show you?
14  A.  He was looking up lumber.
15  Q.  Have you ever seen pornography on a
16    computer?
17  A.  No, sir.  Never have.
18  Q.  Did you ever say to Linda Sims, quote, you
19    can't be your age and have moves like that,
20    unquote?
21  A.  No, sir.
22  Q.  Did you ever pinch Linda Sims?
23  A.  No, sir.

Page 142

1   Q.  Did you ever say to Linda Sims, quote, one
2    of your basketballs looks deflated, I have
3    a needle and want to pump it up, unquote?
4   A.  No, sir.
5   Q.  Did you ever say to Linda Sims, quote, if
6    Mike wasn't here, I would play with your
7    basketballs, unquote?
8   A.  No, sir.  Mike?  Now who --
9   Q.  I don't know.  Did you ever say that?
10  A.  No, sir.  Because there was -- you know, it
11    wouldn't have mattered if one person was
12    missing.  There was still several around.
13    No, sir.
14  Q.  Well, is that something you would do if
15    nobody was around?
16  A.  No, sir.
17  Q.  Who is Tommy Hill?
18  A.  He was a salesman for Southern Sanitary.
19  Q.  Does he still work there?
20  A.  As far as I know.  I guess.
21  Q.  Where is Southern Sanitary?
22  A.  It's in -- it would be Lanett.  I was
23    trying to think of whether Valley or

Page 143

1      Lanett.  It's right there on that
2      borderline.  It may be West Point.  It's
3      over there next to the railroad track.
4   Q.  Were you ever having a conversation with
5    Linda Sims when Tommy Hill was present?
6   A.  Yes, sir.  He came in the office door when
7    we were talking.  I don't even remember
8    what we were talking about.
9   Q.  It was just you and Linda in the office?
10  A.  Yes, sir.
11  Q.  Pat Galvez's office?
12  A.  No, sir.
13  Q.  The office downstairs?
14  A.  Downstairs.
15  Q.  Was the door shut?
16  A.  No.  It wouldn't have been shut all the way
17    because Tommy just come on in.
18  Q.  Was it shut part of the way?
19  A.  Yes, sir.
20  Q.  Did you call her in there?
21  A.  She came in to talk to me.  The best I
22    remember it was about her mother's house.
23    Her mother got killed in a car accident and

Page 144

1      her sister had done some kind of wheeling
2      and dealing with somebody else about
3      financing the house and they were about to
4      take it.
5   Q.  So she initiated this conversation with
6    you?
7   A.  Yes, sir.
8   Q.  Linda Sims did?
9   A.  Yes.  She brought it up to me.
10  Q.  Was she asking for your help?
11  A.  She asked me what I would do.
12  Q.  What did you tell her?
13  A.  And I told her, I said -- you know, I said,
14    well, I don't know that much about the law
15    part of it.  But I said, I'd go talk to an
16    attorney.
17  Q.  Did you give her a name?
18  A.  No.  She gave me her -- She said, I'll go
19    talk to John Tinney.
20  Q.  Do you know him?
21  A.  Yes.
22  Q.  He's been a lawyer a long time up there,
23    hasn't he?

Deposition of Richard Fetner                                                          May 8, 2006

Page 145

1   A.  Long time, yes, sir.
2   Q.  Did you approach Ms. Sims later that day
3       and tell her that Tommy Hill wanted to know
4       who the girl sitting on his lap had been --
5   A.  No, sir.
6   Q.  -- or sitting on your lap had been?
7   A.  No, sir.
8   Q.  Did Linda sit on your lap at all that day?
9   A.  No, sir.
10  Q.  Did you tell Linda that you wanted her
11      sitting in your office when Tommy Hill came
12      back?
13  A.  No, sir.  I don't think Tommy came but one
14      time.
15  Q.  Did you ever reassign Linda to different
16      areas in the plant?  Well, let me withdraw
17      that question.
18          Did you ever move her to molder number
19      one?
20  A.  Seems like she did help on the molder for a
21      while.
22  Q.  She was typically on the routing machine;
23      correct?

Page 146

1   A.  Right.
2   Q.  Did you ever ask Linda Sims to stay late
3       after work?
4   A.  No, sir.
5   Q.  Did Mr. Smith ask you why Linda was not
6       doing her original work at the routing
7       machine and instead working on molder
8       number one?
9   A.  No, sir.
10  Q.  Were there days that you sent Linda Sims
11      home because there was no work to do but,
12      in fact, there was work to do?
13  A.  No, sir.
14  Q.  Were there days that you sent her home
15      telling her there was no work to do?
16  A.  There in the last I don't remember sending
17      anybody home.
18  Q.  I'm not talking about there in the last.
19      I'm talking about the whole time she worked
20      there did you ever send --
21  A.  She didn't work there that long.  Just a
22      few months.  We were busy.  The only time
23      that Linda, best of my knowledge, was out

Page 147

1       was when she hurt her foot.
2   Q.  So you never sent her home for lack of
3       work?
4   A.  Not that I remember, no.
5   Q.  Well, you've testified that you were
6       working 70 hours a week; correct?
7   A.  That's right.
8   Q.  So there should have been plenty of work
9       for everybody to do; right?
10  A.  There was plenty of work.
11  Q.  There was no need to send anybody home,
12      correct, for lack of work?
13  A.  For lack of work, no.
14  Q.  Did Linda Sims ever complain to you about
15      headaches?
16  A.  No, sir.
17  Q.  Did you ever tell Linda to take the rest of
18      the week off --
19  A.  No, sir.
20  Q.  -- because of headaches or anything?  Lack
21      of work?
22  A.  No, sir.
23  Q.  Did you ever ask her -- ask Linda if she

Page 148

1       had called the home office?
2   A.  No, sir.
3   Q.  Now, Linda did have a worker's comp issue,
4       did she not?
5   A.  Yes, sir.
6   Q.  Tell me about that.
7   A.  She fell over backwards over a roller and
8       something in her -- down in the lower part
9       of her knee -- I mean, the heel of her foot
10      or something.
11  Q.  How long was she out because of that?
12  A.  I don't really remember, but we let her
13      come back and work in the office with
14      Roxi.
15  Q.  Roxi Giles?
16  A.  Yes.
17  Q.  What was her job?
18  A.  Roxi was over the office.
19  Q.  Did you ever ask Lorena Minix -- let me go
20      back to her for just a second -- to show
21      you her breasts so that you could see the
22      results of plastic surgery she had had?
23  A.  No, sir.

Page 149

1    Q.   At the time y'all were dating, did you know
2       that she had had plastic surgery?
3    A.   No, sir.
4    Q.   Had she had at that time plastic surgery?
5    A.   Evidently she had, because she had problems
6       with one of them bursting or something
7       there and she had to be out a while to get
8       it -- surgery or whatever they had to do.
9    Q.   Back to Kathy Thornton for a second. Did
10      you ever keep her after hours to do
11      inventory?
12   A.   No, sir. If she helped on inventory, there
13      was usually about seven of us doing
14      inventory.
15   Q.   Did you ever proposition her for oral sex
16      during the time y'all were doing inventory?
17   A.   No, sir.
18   Q.   Did you have anything to do with the
19      employees' severance agreements?
20   A.   No, sir.
21   Q.   Had you ever seen one prior to signing one?
22   A.   No, sir.
23   Q.   Did you sign one?

Page 150

1    A.   When I left, yes, sir, I got my severance
2       package.
3    Q.   Had you ever seen one prior to that?
4    A.   No, sir.
5    Q.   Had you ever read the company's severance
6       policy other than what was in the handbook?
7    A.   No, sir.
8    Q.   Did you understand there was anything to
9       the severance policy beyond what was in the
10      handbook?
11   A.   No, sir.
12   Q.   You thought the handbook was pretty much
13      it?
14   A.   Pretty well it, yes, sir.
15   Q.   Did you ever extend any acts of kindness to
16      Linda Sims?
17   A.   We all made up when her mother passed away.
18   Q.   You all met up?
19   A.   Made up. Made up money and carried it to
20      her.
21   Q.   You mean we all, everybody at the plant?
22   A.   Everybody in the plant.
23   Q.   How much was that?

Page 151

1    A.   Seems like it was $260, $250.
2    Q.   Did you put any money in?
3    A.   Yes, sir.
4    Q.   How much did you put in?
5    A.   I put $50 in it.
6    Q.   Did you ever make any mortgage payments for
7       Ms. Sims?
8    A.   I let her borrow the money during that
9       time. They were about to take her mother's
10      house and she went and made a payment and
11      she gave it back to me. I don't remember
12      exactly when.
13   Q.   About a week later?
14   A.   About a week later, week or so later.
15   Q.   $317?
16   A.   It was 300 and something dollars, yes, sir.
17   Q.   Any other acts of kindness you extended to
18      Ms. Sims?
19   A.   No, sir. No, sir.
20        MR. DOUGLAS: Do you want to stop
21        for a minute?
22        MR. THOMPSON: Yeah, whenever.
23        MR. WHITE: Do you want to just

Page 152

1        break for lunch?
2        MR. DOUGLAS: Okay.
3        (Lunch recess was taken.)
4    Q.   Mr. Fetner, we've just come back from a
5       break. Are there any answers that you've
6       given to me that you need to change or
7       correct from earlier this morning?
8    A.   None that I know of. Not as I know of.
9    Q.   Has Kathy Thornton ever been to your house
10      at all?
11   A.   She came by with her kid trick-or-treating.
12   Q.   Same year that the other two did?
13   A.   Yes.
14   Q.   So Halloween one year?
15   A.   Halloween.
16   Q.   Any other time?
17   A.   No, sir. I take that back. She came by
18      and borrowed $35 for her son's soccer.
19      That was during the time that her husband
20      was in that accident and she was short of
21      money and she borrowed $35 for his soccer
22      fees.
23   Q.   So Kathy Thornton did come to your house on

Deposition of Richard Fetner                                                                              May 8, 2006

Page 161

1    A.  I've been knowing Brenda all her life.
2    Q.  How is that?
3    A.  Just -- It used to be what they called the
4         center over on the mill village years ago
5         when we were little kids and a lot of kids
6         went over.  It had a theater -- little
7         theater in it and different games and
8         things.  And I've been knowing her ever
9         since then.  I was probably six or eight
10       years old.
11   Q.  And how old was she?
12   A.  She's right at my age I'd say.
13   Q.  Did y'all go to school together?
14   A.  No.
15   Q.  But you've known her ever since you were a
16       small child?
17   A.  Yes.  I went to -- She went to
18       Knight-Enloe, I think, and I went to
19       Handley Elementary School.  And then during
20       the bussing situation they had back then I
21       ended up going to Wadley because the City
22       of Roanoke quit having buses.
23   Q.  At any time during y'all's life have y'all

Page 162

1         dated?
2    A.  No.
3    Q.  You and Brenda?
4    A.  No.
5    Q.  Have y'all ever been intimate in any way?
6    A.  No, sir.
7    Q.  Have you ever kissed her?
8    A.  No, sir.
9    Q.  Have you ever hugged her?
10   A.  No, sir.
11   Q.  I believe Brenda began working for Jeld-Wen
12       sometime in May of 2004; is that correct?
13   A.  That's close.  She hasn't been there that
14       long.
15   Q.  What did you think when she showed up at
16       the plant?
17   A.  Nothing really.  Just showed up on a temp
18       service and said she needed a job.
19   Q.  Did y'all talk about old times or anything
20       like that?
21   A.  (Witness shakes head).
22   Q.  Is that no?
23   A.  No.  I'm sorry.  No.

Page 163

1    Q.  How long had it been since you had seen her
2         before she came to the plant?
3    A.  As far as meeting her on the street, I
4         don't know how long it had been.  But I had
5         seen her in a vehicle -- you know, met her
6         in the streets on a vehicle.
7    Q.  Has she ever been to your house?
8    A.  No.
9    Q.  When she was hired, was she on the router
10       saw?
11   A.  When she first hired, she was on the finger
12       joint machine.  Then we put her on the
13       strike router.
14   Q.  Did you ever approach Brenda at work and
15       tell her that, quote, we need to get
16       together, end quote?
17   A.  No, sir.
18   Q.  Did you ever ask her to come to your house?
19   A.  No, sir.
20   Q.  Did you ever offer to buy beer for y'all to
21       get together and meet?
22   A.  No, sir.
23   Q.  Did you ever tell her that if she came to

Page 164

1         your house during her shift that you'd fix
2         her timecard for her?
3    A.  No, sir.
4    Q.  Did you know that Brenda was married when
5         she started working at Jeld-Wen in 2004?
6    A.  Yes.
7    Q.  Did you ever touch Ms. Brenda Sims' breasts
8         at the plant?
9    A.  No, sir.
10   Q.  Did you ever come up from behind her and
11       touch her when she was cleaning up late
12       after work?
13   A.  No, sir.  Brenda stayed over very little on
14       overtime.
15   Q.  Was there a time that Lorena Minix was out
16       of work at a wedding?
17   A.  A wedding?  Seems like it was when her
18       daughter got married.
19   Q.  Did you ever call Brenda Sims into the
20       break room to discuss her absence --
21   A.  No, sir.
22   Q.  -- on an earlier day?
23   A.  No, sir.

Page 165

1   Q.  Did you ever put your hand on her waist,
2       then squeeze her breast in a room with no
3       windows?
4   A.  No, sir.
5   Q.  Did you ever take her off the strike router
6       and put her on another job?
7   A.  Seems like she helped Lisa on the brick
8       mold machine some.  She ran the strike
9       router.  You know, we moved several people
10      around all the time, you know.
11  Q.  Did you ever tell her that if she -- that
12      if you wanted her out of the plant you
13      would make it so hard on her that she would
14      quit?
15  A.  No.
16  Q.  Or that she'd want to quit?
17  A.  No, sir.
18  Q.  You never told her that?
19  A.  No, sir.
20  Q.  Did you ever rub her leg at work?
21  A.  No, sir.
22  Q.  And you never touched her breast at any
23      time?

Page 166

1   A.  No.
2   Q.  Did Dan Hees report any allegations to you
3       regarding Brenda Sims?
4   A.  No.  Not until that day that he told me of
5       all of it.
6   Q.  The one conversation on October 13th, 2004,
7       was that the only conversation you ever had
8       with Dan Hees regarding the allegations?
9   A.  After -- Before --
10  Q.  At any time.
11  A.  -- we didn't have any.
12          MR. THOMPSON:  The allegations in
13      the lawsuit?
14          MR. DOUGLAS:  The allegations of
15      any of the female employees.
16  A.  He told -- Of the complaints, that was it.
17  Q.  Just that one day?
18  A.  Right.  That one day.  And then he came
19      back -- came by Roanoke one day and told me
20      that they had contacted an attorney, you
21      know.  That was it.  I haven't talked to
22      Dan since.
23  Q.  All right.  We'll get to that in just a

Page 167

1   minute.
2           Did Mr. Hees tell you that Brenda Sims
3       had complained that when you were training
4       her to cut on the saw that you would get
5       too close to her and you would have your
6       elbow touch her side and it would hit one
7       of her breasts?
8   A.  Yes.  He made that comment to me that day,
9       that Tuesday when he told me of all of it.
10  Q.  Did that ever happen? :
11  A.  No, sir.  You know, it was a small
12      machine.  But, you know, you set up one end
13      and they work the middle of it.
14  Q.  Okay.  After you left -- After you quit and
15      after your first conversation with
16      Mr. Hees, how did that conversation end
17      when he was telling you about these
18      allegations?
19  A.  Really in truly I don't remember.  I just
20      told -- you know, I just told him there
21      wasn't no -- wasn't nothing to it.  And he
22      said, well, there's six of them, you know,
23      and all this and that.  That's when I -- he

Page 168

1   told me that I could get my stuff, what I
2   had left in the office that evening.  And
3   that was -- And I went by, got my stuff and
4   gave him the company keys.
5   Q.  When he told you there were six of them,
6       what did you think?
7   A.  I said -- Well, that's when I said
8       something's being trumped up against me.
9   Q.  How many conversations did you have with
10      Dan Hees after that day, the 13th of
11      October?  ♪
12  A.  That day he came by the plant -- the plant
13      where I went to work there in Roanoke.  He
14      came by there one day and he told me that
15      they were -- had got a lawyer.  And I
16      haven't talked to Dan since.
17  Q.  Was this at Morris?
18  A.  Yes.
19  Q.  Did you know he was coming by?
20  A.  No.  He just come driving up.
21  Q.  You didn't call him?
22  A.  No.
23  Q.  You didn't want to ask about a forklift

Deposition of Richard Fetner                                                                    May 8, 2006

Page 177

1  Q.  What were you referring to?
2  A.  Lorena was just -- you know, she didn't
3      care what she said to nobody, you know.
4      She'd tell you to kiss her "huh" in a
5      heartbeat.  She was just that way.  She
6      didn't take no punches off of nobody.
7  Q.  Did she ever have to give back sexual
8      remarks to anybody?  Did you ever witness
9      her do that?
10  A.  Not sexual.  I've heard her, you know, say
11      ugly -- I don't give a blank and using the
12      F word or whatever.  Lorena just talked
13      any way she wanted to talk, you know.
14  Q.  All right.  I'm going to read from
15      Mr. Hees' deposition, again, page 95
16      beginning with line 13.  Quote, and he
17      said -- and, again, he's referring to you,
18      Mr. Fetner -- you know, this isn't right.
19      He said, this isn't -- he said, I can't be
20      accused of something like this and have
21      this happen to me.  He said, I'm going to
22      make life easy for you.  I'm not going to
23      get involved with this thing.  I'm not

Page 178

1      saying that I'm admitting guilt.  But just
2      like last year when we talked, 2003, I have
3      an opportunity to go somewhere else, and I
4      feel very uncomfortable about the plant
5      going to be open and closed and everything
6      else.  Did you make those statements to
7      Mr. Hees?
8  A.  I did make the statement of going somewhere
9      else, you know.  But I don't remember all
10      the others.
11  Q.  Did you say that you couldn't be accused of
12      something like this and that you're not
13      going to get involved with this thing?
14  A.  You know, I denied being -- you know, doing
15      it and all of this.  And I -- I don't
16      remember what all was said.  But I said, I
17      don't like being accused of things like
18      this.
19  Q.  Did you tell him you were going to make
20      life easy for him?
21  A.  Don't remember saying it.
22  Q.  Well, you had quit the day before; right?
23  A.  Right.  I had told him the day before I was

Page 179

1      leaving.
2  Q.  Did he tell you that if you stayed they
3      were going to go through the legal
4      department?
5  A.  Don't remember.  Don't remember that
6      statement.
7  Q.  Are you saying it wasn't made?
8  A.  Legal department was contacted on anything
9      if there was anything to do with Jeld-Wen.
10  Q.  But do you remember Mr. Hees telling you
11      that if you stayed they were going to
12      contact the legal department?
13  A.  No, I don't remember that.
14  Q.  Are you saying that he didn't say it?
15  A.  Not that I remember, no, sir.
16  Q.  Page 96, line one, he said -- again, he's
17      referring to you, Mr. Fetner -- well, I'll
18      make it simple for you.  I'm going to
19      resign.  I said -- I being Mr. Hees -- are
20      you resigning right now?  He said, yes, I
21      am.  He said, I'm not going to deal with
22      it.  Did you tell him then that you were
23      going to resign?

Page 180

1  A.  I told him the day before and I told him
2      that day I was -- I was through.  You know,
3      I wasn't going to work under -- you know,
4      and I took it as they trumped up
5      something.  And I said, I'm not going to
6      work under people that want to tell things
7      like that about me.
8  Q.  Yeah.  But if you had already quit, what
9      was the point of quitting again?
10  A.  That was the point.  We had left.  You
11      know, and I told him the day before I
12      couldn't take it anymore.
13  Q.  But did you know about the charges the day
14      before?
15  A.  No.  I didn't know about anything until
16      that Tuesday.
17  Q.  So you had already quit on Monday because
18      of the workload; correct?
19  A.  Correct.
20  Q.  And then on Tuesday you resigned again?
21  A.  Well, I just told -- you know, he met with
22      me, you know, to bring up all these.  And I
23      told him -- He told me the day before.  I

Page 181

1     said, I'll be at the plant Tuesday morning
2     because I've -- I told him I had a dentist
3     appointment at eight o'clock. And he said,
4     well, I'll be down Tuesday morning. I
5     said, I'll get the plant going. I thought
6     that was nothing but right.
7   Q. Did you tell him that you're not going to
8     deal with it, meaning the charges?
9   A. I don't remember. Don't remember even
10    saying it. I'm not saying -- I'm not
11    saying it wasn't said. I'm just, you
12    know ...
13  Q. Mr. Hees said that he had you write down
14    right there on a piece of paper that you
15    resigned from the Roanoke facility on
16    10/13. Is that true?
17  A. Like I said, I think I -- there was
18    something wrote out and I signed it then.
19  Q. Did you ask him then if he, being Mr. Hees,
20    would treat you fair with a severance
21    package?
22  A. He told me that I would get my severance
23    package.

Page 182

1   Q. Did you ask him about the severance
2    package?
3  A. Not to my knowledge, no.
4   Q. Mr. Hees testified page 96, line 14 -- and
5    he being you, Mr. Fetner -- asked that I
6    treat him fair with a severance package. I
7    told him that will be -- it's a standard
8    thing. Did he say that to you and did you
9    ask him about the severance package?
10  A. I don't remember asking him about the
11    severance package. He told me, he said,
12    you will get your severance package because
13    we do that for everybody.
14  Q. Did he try to talk you out of resigning?
15  A. No.
16  Q. Did he tell you that if you did not resign
17    you would be terminated?
18  A. Don't remember that being said. When all
19    this come up, I said, you know, I'm
20    resigning -- I'll just resign and get out
21    of it.
22  Q. Did he threaten you with termination at
23    all?

Page 183

1  A. Not to my knowledge.
2  Q. All right. In the notebook in front of
3    you, if you would flip to page D00021. Do
4    you see the heading which says severance
5    program?
6  A. Yes, sir.
7  Q. Would you read that first paragraph,
8    please.
9  A. In the unforeseen event where the company
10    needs to discontinue or eliminate some or
11    all jobs and where no other jobs are
12    available, Jeld-Wen has a severance package
13    which under normal circumstances pays
14    regular, full-time staff and hourly
15    employees for.
16  Q. I believe the word package was actually
17    severance program.
18  A. I'm sorry.
19  Q. If you would skip to the paragraph below
20    number three and read that first sentence
21    for me.
22  A. Severance shall not be paid to an employee
23    who quits and is discharged for cause.

Page 184

1   Q. You quit; correct?
2  A. Yes.
3   Q. And what did you receive as a severance
4    package?
5  A. I don't -- don't remember the full amount,
6    but it was -- I got so much vacation, so
7    much time, you know, with the company.
8    Seems like I got 80-something hundred after
9    taxes.
10  Q. Were you aware of the company policy that
11    you wouldn't get a severance package if you
12    quit?
13  A. Yes.
14  Q. You were aware of it?
15  A. The way they -- the way I was understood if
16    you quit and worked a notice you got your
17    package.
18  Q. Which you didn't do?
19  A. Well, after the allegations on the Tuesday,
20    you know, I would have worked a two-week
21    notice if I would have needed. But after
22    that allegation that was the time, you
23    know, just get out. You know, because you

Deposition of Richard Fetner

Page 185

1  couldn't be around the employees anyway.
2  Q.  Were you surprised that you got a severance
3    package even though you resigned?
4  A.  Yes.
5  Q.  You were surprised?
6  A.  I were surprised.
7  Q.  Did you threaten any type of legal action
8    against the company?
9  A.  No, sir.
10       (Plaintiff's Exhibit 2 was marked
11         for identification.)
12  Q.  I'm going to hand you a four-page document
13    which is stamped pages D00610 through
14    D00613.  I'll mark it as Plaintiff's
15    Exhibit 2 to your deposition.  I'll ask you
16    if you recognize that document.
17  A.  Yes, sir.
18  Q.  This indicates that you received $1,486.39
19    as a prorated five-year bonus; is that
20    correct?
21  A.  (Witness nods head).
22  Q.  You need to answer.
23  A.  Yes.  I'm sorry.

Page 186

1  Q.  And in the form of severance pay you
2    received $4,750.17; is that correct?
3  A.  Yes, sir.
4  Q.  And from accrued vacation you received
5    $1,812.76?
6  A.  Yes.
7  Q.  For a total of $8,049.33; is that correct?
8  A.  Yes.
9  Q.  You made $1,000 a month at this time; is
10    that correct?  Or was it 1,050?
11       MR. THOMPSON:  Object to the form.
12  Q.  What were you making at this point in
13    October of 2004?
14  A.  Seems like 1,185, 1,187 I think it was a
15    week.
16  Q.  And is this the first time you had ever
17    seen a severance and release agreement?
18  A.  Yes.
19  Q.  Do you have any explanation for why you
20    dated it August 21st, 2004?  Or am I
21    misreading that date?
22  A.  No, sir.
23  Q.  You don't have an explanation?

Page 187

1  A.  I don't.  I don't even remember -- I
2    remember signing, you know, my severance
3    package, but I don't remember why the
4    date -- I don't remember anything about
5    that.
6  Q.  Is that your signature?
7  A.  Yes.  That is my signature there.
8  Q.  Have you ever filed for bankruptcy
9    protection?
10  A.  Yes, sir.
11  Q.  How many times?
12  A.  Just one.
13  Q.  And did you file for that bankruptcy
14    protection in March of 2005?
15  A.  Yes, sir.
16  Q.  And Charles Reynolds was your lawyer?
17  A.  Yes, sir.
18  Q.  Do you recall having to review schedules
19    and financial disclosure statements when
20    you did your bankruptcy?
21  A.  Yes, sir.
22  Q.  On your statement of financial affairs it
23    asks that you disclose income from

Page 188

1  employment or operation of business.  And
2    for the year 2004 you indicated employment
3    with Morris Forest Product and Jeld-Wen of
4    $55,000.  Is that correct?
5  A.  Somewhat, yes, sir.
6  Q.  Is that correct?
7       MR. THOMPSON:  You're asking what
8    his --
9  Q.  I'm asking if you indicated in 2004 you
10    received $55,000 from employment?
11  A.  Yes.
12  Q.  Now, pay at Jeld-Wen, was it $1,185 all
13    throughout 2004?
14  A.  Seems like I had got -- we had got a
15    cost-of-living raise somewhere during that
16    year.
17  Q.  And how much money were you making with
18    Morris when you were hired?
19  A.  900.
20  Q.  A week?
21  A.  A week.
22  Q.  How much time did you take off between
23    working at Jeld-Wen and Morris?

Page 189

1　A.　About three weeks.
2　Q.　Did you include your severance package and
3　　　the amount of income you received from the
4　　　business?
5　A.　Yes, sir.
6　Q.　So you gave that information to
7　　　Mr. Reynolds?
8　A.　Yes, sir.
9　Q.　Let me go back to Brenda Sims.  Did you
10　　ever extend any acts of kindness to Brenda
11　　Sims?
12　A.　Yes.  I was at a council meeting one night
13　　and got --
14　Q.　When was this?
15　A.　I'm going to say July or maybe August of
16　　2004.  Called me and she had had a fight
17　　with her daughter-in-law and they had her
18　　in jail.
19　Q.　Who called you?
20　A.　She did from the jail.
21　Q.　On your cell phone?
22　A.　No.  Called me at the city hall.
23　Q.　Called you at city hall?

Page 190

1　A.　Yes, sir.  We had just got through with a
2　　council meeting and they said, you've got a
3　　telephone call.
4　Q.　Tell me what happened next.
5　A.　And she told me she had got in a fight with
6　　her daughter-in-law and they had arrested
7　　her for assault or whatever, you know, and
8　　wanted to know if I would sign her bond.
9　　And she said, you're the only one I know in
10　　town.  And I said, yeah, no problem.  So I
11　　went around to the police station and
12　　signed her bond.
13　Q.　Did she tell you she wasn't going to be at
14　　work the next day?
15　A.　Yes.
16　Q.　Is that the first thing she said?
17　A.　No.  When she came out -- you know, she was
18　　crying and all this.  You know, she was
19　　very upset.  And I signed the papers --
20　　proper papers.
21　Q.　Are you saying she cried when you were on
22　　the phone with her or after she got --
23　A.　No.  After I got to the police station.

Page 191

1　　Well, she was crying on the phone.  And
2　　when I got to the police station she was
3　　crying.  I signed the proper papers and we
4　　went out the door.  And she said, now, I
5　　probably won't be at work tomorrow.  She
6　　said, I'm very upset.  And I said, that's
7　　okay.
8　Q.　Did she tell you while she was on the phone
9　　that she wouldn't be at work the next day?
10　A.　No.  Not to my knowledge, no.
11　Q.　So the only thing she said to you in that
12　　conversation was that she had been
13　　arrested, you were the only person she knew
14　　in town and would you sign her bond?
15　A.　Right.
16　Q.　Was there anything else said during that
17　　conversation?
18　A.　Not on the phone, no.
19　Q.　What else was said after you got her out?
20　A.　That was it.
21　Q.　Do you know whatever became of those
22　　charges?
23　A.　No, sir.

Page 192

1　Q.　What did you have to do to sign the bond?
2　A.　They just filled the paperwork out and I
3　　signed it.
4　Q.　Did you have to pay any money?
5　A.　No, sir.  I don't think it was but a $500
6　　bond to start with.
7　Q.　Did you have to show them proof that you
8　　owned property or anything like that?
9　A.　Well, they knew I, you know, had a house
10　　there and they knew I lived in the city of
11　　Roanoke.
12　Q.　And you were on the city council?
13　A.　I was on the city council.
14　Q.　So was this an appearance bond you signed?
15　A.　Right.
16　Q.　Any other acts of kindness you've extended
17　　to Brenda Sims?
18　A.　No, sir.
19　Q.　Did you sign a document indicating that you
20　　had gone through the anti-harassment
21　　training when Mr. Strone came down there?
22　A.　Yes, sir.  I think I was the first name on
23　　the list.  I'm not sure, but I think so.

Deposition of Richard Fetner                                                                May 8, 2006

---

Page 193

1   Q.  Did anybody with Jeld-Wen tell you that
2       they wouldn't give you your severance
3       package unless you signed this form?
4   A.  No.  I just thought it was normal procedure
5       that you signed for your severance package.
6   Q.  In Mr. Hees's deposition, page 163
7       beginning with line 22, just to give you
8       the background I was asking him if he
9       thought that you quitting was an admission
10      that you had done something wrong.  And
11      Mr. Hees indicated he didn't think it was.
12  A.  No, sir.
13  Q.  And here's what he said.  That's his
14      option.  He didn't want to go through all
15      the stuff.  I think he saw the writing on
16      the wall with the plant shutting down.  Is
17      that true?
18  A.  Well, the plant was rocky.  You know, I
19      know -- We didn't know from one month to
20      the other if we would be there because of
21      the China market with the jambs.  And as
22      far as somebody telling me that the plant
23      was closing, no, I didn't know of it.  You

---

Page 194

1       know, you can see when things is bad.  You
2       know, we were struggling trying to get --
3       keep our head above the water.
4   Q.  Weren't you telling me this morning about
5       how busy y'all were?
6   A.  We were busy, but the thing about it, the
7       China market was so bad when I first went
8       to Millworks, jambs were 7.50 apiece.  When
9       I left we were 3.90.  Jeld-Wen -- We were
10      running jambs for Jeld-Wen and some of the
11      trailers we didn't make anything on.  But
12      we were shipping jambs.  That was what we
13      were told to do was ship jambs.
14  Q.  So you're sticking by your earlier
15      testimony that you did not know the plant
16      was closing?
17  A.  No, sir.  I did not know the plant was
18      closing.
19  Q.  Nobody ever told you it was?
20  A.  No, sir.
21  Q.  Nobody ever told you it might?
22  A.  No.
23  Q.  Were you worried about that happening?

---

Page 195

1   A.  Well, I had thought about it, you know.
2       But as far --
3   Q.  Based on anything other than the China
4       market?
5   A.  Just the China market and -- you know,
6       because it's hard to compete when you're
7       just swapping money or losing money on
8       jambs.  And Jeld-Wen wanted jambs shipped
9       to the stores.  It didn't matter if -- what
10      went on.
11  Q.  What does that mean?
12  A.  Oh, you know, it didn't matter with them if
13      jambs was $2 -- the price of it dropped to
14      $2.  They wanted the jamb fixed, even if
15      you had more money in them making them.
16  Q.  Was there any type of financial situation
17      in your life that caused you to file
18      bankruptcy?
19  A.  Well, I just got over -- after Debbie and I
20      divorced, credit card business got me in
21      trouble.
22  Q.  Did she work?
23  A.  Yes.

---

Page 196

1   Q.  About when did Mr. Galvez and Mr. Mendoza
2       leave the Roanoke facility?
3   A.  I would say Joe left in April or May.  I'm
4       not sure.  Pat was somewhere a month or so
5       later.
6   Q.  In 2004?
7   A.  Yes, sir.  Or it might have been -- one
8       might have left the latter part of 2003 and
9       the other one left early part of 2004.  I
10      don't remember.
11  Q.  Well, if the plant wasn't going to close,
12      did you think it strange that they were
13      being shipped out to other locations?
14  A.  Well, I guess you give that a 50/50 call.
15      It made me wonder, you know, if we had a
16      future.  But Jeld-Wen transferred a lot of
17      people.  And Pat had a chance to take a job
18      back home in Oregon.  And I said, well, I
19      don't blame him for going home when he's
20      been gone for years.  I didn't think
21      nothing about it.  Joe was the same way.
22      You know, Joe was from Texas.
23  Q.  Did Mr. Galvez and Mr. Mendoza tell you

---

Page 197

1     themselves that they were leaving?
2   A.  Pat did.
3   Q.  How about --
4   A.  Yes.  Joe told me.  Said he would be
5     leaving in a couple of weeks or so.
6   Q.  Neither one of them said anything to the
7     effect that the Roanoke facility might be
8     closing?
9   A.  No.  That never was mentioned.
10  Q.  And Dan Hees never told you that?
11  A.  No.
12  Q.  All right.  After you met with Hees to sign
13    your severance package, did you meet with
14    him?
15  A.  Yes.
16  Q.  Did he actually give you the check?
17  A.  See, I got one check and then they mailed
18    me the other.  Seems like I got the 1,400
19    or -- I got something -- a smaller check
20    and then they mailed me the difference.
21  Q.  Okay.  Well, the date of Plaintiff's
22    Exhibit 2, which is your severance and
23    release agreement, is October 18th, 2004.

Page 198

1     So did you have any conversation with
2     Mr. Hees from the 13th of October, when you
3     told him you were resigning and y'all met
4     at the Huddle House --
5   A.  Uh-huh (positive response).
6   Q.  -- and October 18th or whenever it was that
7     you signed the severance and release
8     agreement?
9   A.  No.  None in between.  No, sir.
10  Q.  What was said at the meeting with you and
11    Mr. Hees when you signed your severance and
12    release agreement?
13  A.  Just, you know, here -- he explained it to
14    me.  You know, he kind of went over the
15    rough part of it and told me what -- you
16    know, what it was all and everything and
17    that was it.
18  Q.  Were the allegations mentioned at all?
19  A.  No, sir.  Not that I remember on that day.
20  Q.  He didn't say anything to you about the
21    allegations?
22  A.  Not that day, not the last day that we
23    met.  I don't remember.

Page 199

1   Q.  And you didn't say anything to him about
2     the allegations?
3   A.  No.
4   Q.  Is that correct?
5   A.  I don't remember saying anything that day.
6     All it was was the severance package.  The
7     best I remember, now.
8   Q.  Now, when Dan came by -- After you left
9     Jeld-Wen, you said he came by.  Was that
10    Morris?  He came to your work?
11  A.  Uh-huh (positive response).
12  Q.  Is that correct?
13  A.  Yes.
14  Q.  Had you had any conversation with him from
15    the time you signed your severance
16    agreement and the time he came to your job
17    at Morris?
18  A.  No.
19  Q.  How did you know he was at Morris?  Did you
20    see him or did somebody tell you that
21    somebody was there to see you?  How did
22    that happen?
23  A.  He just walked up to the dock and I was on

Page 200

1     the front dock.
2   Q.  What did he say to you?
3   A.  He just said I come by to see you.
4   Q.  And what did you say?
5   A.  And I said, well, come on in and sit down.
6   Q.  What did he say?
7   A.  He asked me how I was doing.  He just went
8     over really friendly things like how are
9     you doing and all this.  And then he said,
10    well, from my understanding they have
11    contacted an attorney.  And I said, well,
12    okay.  And that was it.
13  Q.  You just said okay?
14  A.  I don't remember exactly what all was said.
15  Q.  Well, tell me what you do remember that was
16    said.
17  A.  I don't even remember truthfully.
18  Q.  You don't remember anything that was said
19    except that he told you that they had
20    gotten a lawyer and you said okay?
21  A.  Yeah.  That's as far as I remember, you
22    know.  Because he got up and left.
23  Q.  You didn't tell him that the charges were

Deposition of Richard Fetner                                                      May 8, 2006

Page 213

1    Q.  So you had heard of them before?
2    A.  Yes.  I had heard of them before.
3    Q.  Do you know they investigate allegations of
4        workplace harassment?
5    A.  Yes.
6    Q.  On page D00344 do you see Lorena Minix's
7        signature at the bottom?
8    A.  Yes.
9    Q.  And what's the date that she signed that?
10   A.  8/20/04.
11   Q.  So August 20th of 2004 you were still
12       working at Jeld-Wen; correct?
13   A.  Yes, sir.
14   Q.  Did you know that this had been filed?
15   A.  No, sir.
16   Q.  Are you sure?
17   A.  I'm sure.  As far as I know.
18   Q.  You had never heard anything of any of your
19       employees filing an EEOC charge?
20   A.  No, sir.
21   Q.  Just to be fair so the record is clear the
22       actual charge was filed on December 13th,
23       2004.  You were no longer at Jeld-Wen then;

Page 214

1        correct?
2    A.  Right.  No.
3    Q.  But your testimony is you didn't have any
4        inkling that something might be about to be
5        filed?
6    A.  Huh-uh (negative response).
7    Q.  Is that no?
8    A.  That's no.
9    Q.  Have you ever talked to anybody at the EEOC
10       ever?
11   A.  No, sir.
12   Q.  If you would flip to page D00381.  At the
13       top there's a date of October 9th, 2004.
14       This is a letter from Brenda Sims to the
15       EEOC which is untitled.  Now, as of October
16       9th, 2004 you still worked at Jeld-Wen;
17       correct?
18   A.  Yes, sir.
19   Q.  Did you know anything about this letter?
20   A.  No, sir.
21   Q.  And, again, you deny that you ever talked
22       to anybody at the EEOC?
23   A.  Right.

Page 215

1    Q.  If you would flip to page D00408.  This is
2        one page of a case log.  It indicates that
3        the respondent is Jeld-Wen and the charging
4        party is Linda Sims.  The date of the first
5        entry is August 20th, 2004.  Do you see
6        that?
7    A.  Yes, sir.
8    Q.  You were still at Jeld-Wen at that time; is
9        that correct?
10   A.  Yes, sir.
11   Q.  Did you have any knowledge that a charge
12       was or may be about to be made against you?
13   A.  No, sir.
14   Q.  And you didn't talk to anybody at the EEOC?
15   A.  No, sir.
16   Q.  If you'd flip to page D00425.  That is
17       where Linda Sims signed her charge
18       questionnaire on August 20th, 2004.  And,
19       again, you deny that you knew this was
20       done?
21   A.  Right.
22   Q.  Or that a charge might be about to be made?
23   A.  Right.

Page 216

1            MR. DOUGLAS:  Okay, Mr. Fetner.
2        That's all the questions I
3        have.  Mr. Thompson may have
4        some.
5            EXAMINATION
6    BY MR. THOMPSON:
7    Q.  I have a few.  Just bear with me.
8        Mr. Douglas has covered much of what I
9        needed to cover.
10           You testified earlier in the deposition
11       that Lorena Minix made a remark that you
12       characterized as kiss her mmm-mmm.  Do you
13       recall that testimony?
14   A.  (Witness nods head.)
15   Q.  You've got to answer out loud for the court
16       reporter.
17   A.  She would just pointblank if she got -- if
18       she got ticked at you or mad at you, she'd
19       tell you to kiss her ass or kiss her
20       blank -- F'ing, you know.
21           THE WITNESS:  I can't say it in
22       front of you.  I'm sorry.
23   Q.  You're saying you can't say that in front

54 (Pages 213 to 216)

Deposition of Richard Fetner                                                                    May 8, 2006

Page 217

1    of the court reporter?
2    A.  Right.  I'm saying -- I wasn't -- That's
3        just -- You know, she would say anything,
4        cuss words, ugly words or whatever.  She
5        didn't care.
6    Q.  After your dating Ms. Minix, after that was
7        broken off, did she act differently towards
8        you?
9    A.  No, sir.
10   Q.  Did Ms. Minix ever tell you that she loved
11       you?
12   A.  No, sir.
13   Q.  Did she ever tell you that she wanted a
14       long-term relationship?
15   A.  No, sir.
16   Q.  Did she ever tell you she was interested in
17       marriage?
18   A.  No, sir.  Because she always said I
19       wouldn't have a man -- another man.
20   Q.  What did she say to you when you broke it
21       off?
22   A.  Well, I had surgery.  We had dated a few
23       times, like I said, and then I had

Page 218

1    surgery.  And I just -- two or three weeks
2    or a month there I just wasn't able to get
3    around a whole lot.  And, you know, nothing
4    went on and I never did ask her to go out
5    and eat or anything else after that.  It
6    wasn't that I just told her, no, we're not
7    going to date anymore, nothing like that.
8    I just kind of quit.
9    Q.  You just stopped asking her out?
10   A.  I just stopped, you know.
11   Q.  You just weren't interested anymore?
12   A.  Right.  Well, I was trying to get my family
13       back together.
14   Q.  You were trying to reconcile with your
15       ex-wife?
16   A.  Right.  Right.
17   Q.  What was -- Ms. Minix brother's name is
18       Earl Benefield?
19   A.  Earl Benefield.
20   Q.  What was he in prison for?
21   A.  Rape.
22   Q.  Do you know who he raped?
23   A.  No, sir.

Page 219

1    Q.  You don't know any of the details?
2    A.  I don't know any of the details.  That's
3        the only reason I knew that is she made the
4        remark.
5    Q.  When you testified earlier -- excuse me.
6        I'm just going to jump around so I can
7        finish up quickly.
8    A.  That's all right.
9    Q.  You testified earlier about signing an
10       appearance bond to get Brenda Sims out of
11       jail.  Do you recall that testimony?
12   A.  Yes.
13   Q.  Did she tell you thank you?
14   A.  I don't remember.
15   Q.  Did she ever express her gratitude for you
16       doing that in any way?
17   A.  No.  I just ...
18   Q.  Did she ever -- Did her husband tell you
19       thank you?
20   A.  I don't know -- I don't even know if her
21       husband knew I signed it.  I don't know.
22   Q.  Do you have any knowledge as to why her
23       husband didn't bail her out or bond her out

Page 220

1    as the case may be?
2         MR. DOUGLAS:  Object to the form.
3    A.  I think in that case you had to live in --
4        you had to have property in the city is --
5        I think.  I'm not sure.
6    Q.  So you're not sure?
7    A.  I'm not sure on that, though.
8    Q.  Mr. Douglas asked you about the incident
9        involving Ronald Bowen in 2003.  Do you
10       recall that?
11   A.  (Witness nods head).
12   Q.  You've got to say yes or no.
13   A.  Yes, sir.
14   Q.  She can't take down head nods.
15   A.  Okay.
16   Q.  And you testified that Ms. Minix took over
17       Mr. Bowen's job; correct?
18   A.  Right.
19   Q.  And by Mr. Bowen, I'm talking about Ronald
20       Bowen; okay?
21   A.  Right.
22   Q.  Did Ms. Minix receive an increase in pay?
23   A.  Yes.

Deposition of Richard Fetner                                                    May 8, 2006

Page 221

1    Q.  How much?
2    A.  I don't remember.  I don't remember that.
3    Q.  Did she express any reservation in taking
4        over Mr. Ronald Bowen's position?
5    A.  She just said that she could handle it, she
6        could do it.
7    Q.  And after -- You testified that she came to
8        you and told you these allegations about
9        Mr. Bowen.  Do you remember that?
10   A.  Yes.
11   Q.  And after that you went and talked to
12       Mr. Galvez about it.  Do you recall that?
13   A.  Right.
14   Q.  Did she report any problems that she was
15       having with Mr. Bowen after that -- after
16       that initial report to you?
17   A.  No.  Never was anything else brought up.
18   Q.  And did she tell you what she wanted done
19       about it when she reported it to you?
20   A.  She said she didn't want him to lose his
21       job and that was it.
22   Q.  And you testified she might have been moved
23       at some time but you're not sure during the

Page 222

1        investigation?
2            MR. DOUGLAS:  Object to the form.
3    A.  I don't remember her being moved.
4    Q.  I need to clear -- I was trying to speed
5        things along.  Let me clear it up a little
6        bit.
7    A.  She might have been moved and Mike worked
8        in her place with Ronald.  I don't
9        remember.  Something in my mind seems like
10       it clicks a little bit that Mike might have
11       fed the machine for a few days during the
12       investigation.  I'm not sure now.
13   Q.  And if I asked you do you recall if she was
14       moved during the investigation, would you
15       have that same answer?
16   A.  Yes.  Because like I told him, I don't
17       remember her being moved, but it's just ...
18   Q.  Did Ms. Minix exhibit any hesitation in
19       reporting Mr. Bowen's behavior?
20   A.  No, sir.
21   Q.  Did you and Mr. Galvez pay close attention
22       to Ms. Minix and Mr. Bowen during the
23       pendency of the investigation to make

Page 223

1        sure --
2    A.  Yes.
3    Q.  -- nothing else happened?
4    A.  Yes.  I made an attempt to stay in that
5        area majority of the time.
6    Q.  And did you see anything inappropriate
7        occur in that area?
8    A.  No.
9    Q.  All right.  Mr. Douglas has inquired about
10       this October 13, 2004 meeting that you had
11       with Mr. Hees at the Huddle House.  Do you
12       recall him asking you about that?
13   A.  Yes.  Yes, sir.
14   Q.  And you have testified that you told
15       Mr. Hees on October 12th that you would be
16       quitting; correct?
17   A.  Right.  And I had told -- I had already
18       told -- Before Pat left I told Pat that I
19       was going to work them a notice, and Pat
20       talked me into staying.
21   Q.  When was that?
22   A.  It was before Pat left.  You know, I just
23       told him, I said, it's tough, Pat, but --

Page 224

1        you know, and I stayed on.
2    Q.  So you told him you were quitting before --
3    A.  Oh, yeah.
4    Q.  -- and didn't actually quit?
5    A.  I didn't actually quit, no.  That was weeks
6        back.
7    Q.  I'm going to ask you to do one thing.  Just
8        let me finish so she doesn't type us both
9        talking over each other.
10   A.  Okay.
11   Q.  When you told Mr. Hees that you would be
12       quitting on October 12th, did you intend to
13       work a notice?
14   A.  I intended to, yes.
15   Q.  How long of a notice?
16   A.  Two weeks' notice.
17   Q.  So two weeks after October 12th is what you
18       intended for your last day of work to be
19       with Jeld-Wen?
20   A.  Right.
21   Q.  And you had keys to the whole plant --
22   A.  Yes, sir.
23   Q.  -- to let you in the door from the -- What

Page 225

1       all did you have keys to at the plant?
2   A.  I had keys to everything.
3   Q.  Okay.  And when did you turn those keys in?
4   A.  That afternoon.
5   Q.  Meaning October 13?
6   A.  13, yeah.  When we met and I -- I had a
7       refrigerator in the office, and when I got
8       it, I give him all my keys then.
9   Q.  Who did you give them to?
10  A.  Dan.
11  Q.  About what time was that?  Was it dark?
12  A.  No.  It wasn't dark, but it was late.
13  Q.  After five?
14  A.  Oh, yeah.  Everybody was gone.
15  Q.  Did you ever ask Mr. Hees to give you a
16      verbal warning?
17  A.  No, sir.
18  Q.  Is it true that you didn't want any adverse
19      documentation in your personnel file?
20  A.  I don't remember it being brought up.
21  Q.  At the time that your employment ended in
22      October -- October 13, 2004, you knew the
23      plant was in financial trouble?

Page 226

1   A.  I knew the plant was rocking red and
2      white -- red and black.  I'm sorry.  And I
3      knew that we were struggling.
4   Q.  And how long had this been going on?
5   A.  All of the year 2004, because that's when
6      the jamb market went to pot.
7   Q.  And some of what the Roanoke plant did
8      Jeld-Wen had an overlapping facility doing
9      the same thing; correct?
10  A.  Correct.
11  Q.  You testified that you hired Ms. Minix to
12      work at this facility the second time that
13      she was employed there.  Do you recall that
14      testimony?
15  A.  Yes, sir.
16  Q.  When you hired her to work, was she hired
17      to work as a Millwork Specialties employee?
18  A.  No, sir.  When she was hired back, she went
19      back as Jeld-Wen.
20  Q.  Are you sure about that?  Do you know when
21      she was hired?
22  A.  No, I don't.  I don't remember the date.
23      Because when it was Millwork Specialties --

Page 227

1   Q.  Let me ask you this before you do that.  If
2      she testified that she was hired the second
3      time as a CMS employee --
4   A.  No, sir.  Because John Lindsay wouldn't let
5      her be rehired.  He said she was a
6      troublemaker.
7   Q.  Did he tell you why he thought she was a
8      troublemaker?
9   A.  Well, there was a fight between her and one
10      of the men is the reason she left the first
11      time.
12  Q.  Who was the man?
13  A.  An Ussery.
14  Q.  Say that again.
15  A.  Ussery was his last name.
16  Q.  What was his first name?
17  A.  Jason, I believe, was his first name.
18  Q.  Do you know Jason Ussery?
19  A.  Know of him, yes, sir.
20  Q.  Can you describe him to me?  Is he white?
21      Black?  Tall?
22  A.  White.  Kind of stocky built fellow.
23  Q.  Do you know what the fight was about?

Page 228

1   A.  Best of my knowledge, she called his daddy
2      a son of a bitch.
3   Q.  Was it actually a physical fight?
4   A.  I don't think there was one lick passed.
5      I'm not sure, but I think somebody said he
6      hit her or she hit him.  I don't remember.
7      I wasn't there, but I just got the details
8      of it.
9   Q.  You got the details.  What were you told
10      about it?
11  A.  I was just told that she said something
12      about his daddy and he hit her and ended up
13      getting fired over it.  And Johnny said
14      don't hire her back.
15  Q.  So she was hired back sometime after John
16      left?
17  A.  Right.  After it became Jeld-Wen.
18  Q.  Well, was it after it became Jeld-Wen or
19      after John left?
20  A.  John didn't leave until Jeld-Wen took over.
21  Q.  Are you sure about the date on that?
22  A.  Datewise I couldn't give you a date.
23  Q.  You don't know, do you?

Deposition of Richard Fetner                                                      May 8, 2006

Page 229

1   A.  No.
2   Q.  All right.  I'm about done.
3       Have you ever talked to Mr. Douglas
4   before today?
5   A.  No, sir.
6   Q.  Have you ever talked to Mr. White before
7   today?
8   A.  No, sir.
9   Q.  Have you ever talked to Ms. Minix about her
10  allegations that you sexually harassed her?
11  A.  No.
12  Q.  It's my understanding from sitting here
13  today you deny all those allegations?
14  A.  Right.
15  Q.  Did Ms. Minix have any relatives who worked
16  for you at either Millwork Specialties or
17  at Jeld-Wen?
18  A.  No, sir.
19  Q.  Have you ever discussed with Linda Sims her
20  allegations that you sexually harassed her?
21  A.  No, sir.
22  Q.  It's my understanding that you deny those
23  allegations?

Page 230

1   A.  Right.
2   Q.  Let me ask that a different way.  You deny
3   her allegations; correct?
4   A.  Correct.
5   Q.  And you've never spoken to a lawyer who
6   represents her prior to today?
7   A.  Right.
8   Q.  Did Linda Sims' son Richie work under your
9   supervision at Jeld-Wen?
10  A.  Yes.
11  Q.  What did Richie do?
12  A.  Richie was a forklift driver.
13  Q.  Was he still employed at the time you left?
14  A.  No, sir.
15  Q.  What happened to him?
16  A.  He quit and went to Steel Fab.
17  Q.  Who is Wendell Williams?
18  A.  He owns Williams -- WW Trucking in Roanoke.
19  Q.  Is it WTW?
20  A.  WTW Trucking.
21  Q.  Have you ever discussed with Brenda Sims
22  her allegations that you sexually harassed
23  her?

Page 231

1   A.  No, sir.
2   Q.  And you deny those allegations?
3   A.  Correct.
4   Q.  And prior to this morning you've never
5   talked to a lawyer representing her;
6   correct?
7   A.  Right.
8   Q.  At the time Brenda Sims was hired, did you
9   promise her that she'd only be required to
10  work one job?
11  A.  No, sir.  Everybody was told they would be
12  moved about.
13  Q.  Did you ever chastise employees for
14  standing around or loafing?  Do you recall?
15  A.  Not that I -- No.
16  Q.  Not that you recall?
17  A.  No.
18  Q.  Let me ask it -- Not that you recall or you
19  did not?
20  A.  I did not.  You know, I would say -- I
21  might say, it's time to go; break's over,
22  let's go.  Other than that, that's it.
23  Q.  So you wouldn't characterize that as

Page 232

1   chastising.  You'd tell them to get back to
2   work?
3   A.  No.  I wouldn't say that.  I'd just say,
4   break's over with.
5   Q.  Did you ever reduce an employee's hours
6   because they refused your sexual advances?
7   A.  No, sir.
8   Q.  Did you ever assign an employee to a
9   particular job or task because they refused
10  your sexual advances?
11  A.  No, sir.
12  Q.  You never took any action whatsoever to the
13  benefit or the detriment of an employee
14  because they refused your sexual advances?
15  A.  No, sir.
16  Q.  You did not do that?
17  A.  Right.  I did not.
18  Q.  You weren't involved in any way with
19  Jeld-Wen's decision to close the Roanoke
20  facility?
21  A.  No, sir.
22  Q.  Do you know who made the decision to close
23  the plant?

Page 233

1    A.  No, sir.
2         MR. THOMPSON:  That's all I've got
3         for now.
4              EXAMINATION
5  BY MR. DOUGLAS:
6    Q.  Mr. Fetner, did Mr. Hees tell you that you
7         could not work out a notice when he was
8         talking to you on October 13th, 2004?
9    A.  No, sir.
10   Q.  So y'all had talked about a notice on the
11        12th and then on the 13th you told him
12        you'd just quit right then?
13   A.  Well, with the allegations that were
14        brought up, you know, I didn't see no sense
15        because I didn't want to go back around
16        those employees.
17   Q.  Try to answer my question.  Had you talked
18        to Mr. Hees about a notice on the 12th?
19   A.  Yes.
20   Q.  And on the 13th you told him you'd just
21        quit right then and that would be it?
22   A.  Right.
23   Q.  But he didn't force you to make that

Page 234

1         decision?
2    A.  No.  He didn't force me.
3    Q.  That was your call?
4    A.  That was my call.
5    Q.  Did you tell him that you didn't want any
6         bad documentation in your personnel file?
7    A.  I don't remember that.  I don't remember
8         nothing being brought up about putting
9         anything in the file.
10   Q.  Were you worried about that?
11   A.  Yes.
12   Q.  Do you think you might have expressed that
13        concern to Mr. Hees?
14   A.  He might have took it when I said, you
15        know, will this affect me working somewhere
16        else with Jeld-Wen.
17   Q.  What did he say when you said that?
18   A.  He said, I don't know.
19   Q.  Well, see, Mr. Fetner, I asked you about
20        this conversation numerous times today and
21        that's the first I've heard of you telling
22        Mr. Hees can I work with Jeld-Wen or
23        whatever it was you said.  Is there any

Page 235

1         other part of the conversation you've left
2         out?
3         MR. THOMPSON:  Object to the form.
4    A.  Not that I can recall.
5    Q.  Well, we'll sit here as long as we need to
6         sit here, but you're going to have to tell
7         me about every conversation that I've asked
8         you about with all the details that you
9         remember.  Do you understand that?
10   A.  Yes, sir.
11   Q.  Are there any of the conversations that
12        you've told me about where you remember
13        additional information you haven't
14        testified about?
15   A.  No, sir.
16   Q.  Why would you ask Mr. Hees if this would
17        affect you working for Jeld-Wen somewhere
18        else?
19   A.  Well, just later on down the road, you
20        know, if things didn't work out for me
21        would I be able to go back.  You know,
22        because Jeld-Wen owns Pro Built in Wedowee
23        and that's just 12 miles from --

Page 236

1    Q.  What did he say when you asked him that?
2         MR. THOMPSON:  Object to the form.
3    A.  He said I don't know.
4    Q.  And what did you say?
5    A.  I said okay.
6    Q.  And that was it?
7    A.  That was it.
8    Q.  Are there any other conversations you've
9         told me about today with anybody where
10        you've left out part of the story?
11        MR. THOMPSON:  Object to the form.
12   A.  Not as I know of.
13   Q.  Were there any other male/female
14        relationships going on at the plant at
15        Jeld-Wen when you worked there?
16   A.  Not that I knew of.  Not that I could
17        prove.  You know what I'm saying.  You
18        could hear anything.
19   Q.  Who did you hear about other than
20        Mr. Mendoza and Ms. Cook?
21   A.  Kathy Thornton and Garfield Clark.
22   Q.  Who is Garfield Clark?
23   A.  He was a maintenance man there.  He had



Page 237

1    already left six or eight months before I
2    left. Maybe a year.
3    Q.  And what did you hear about them?
4    A.  I just heard they were going together. As
5       far as I know, I couldn't prove it because
6       I never seen it.
7    Q.  Who told you that?
8    A.  It was all over the plant when I got
9       there -- when I went to work there.
10   Q.  So who told you that?
11   A.  Different employees.
12   Q.  Who are they?
13   A.  Well, Lorena was one of them.
14   Q.  Lorena told you that?
15   A.  Yeah.
16   Q.  Who else?
17   A.  She mentioned it. Phil mentioned it that
18      he had been told. Like they said, they
19      never seen it, so I -- if you could prove
20      it, that's a different story.
21   Q.  Was she married at the time?
22   A.  Yes.
23   Q.  Was he married at the time?

Page 238

1    A.  Yes.
2    Q.  And he was a maintenance worker?
3    A.  Yes.
4    Q.  Could you describe him for me?
5    A.  Tall, slim fellow, 61, 62 years old.
6    Q.  He was in his sixties?
7    A.  Yes, sir.
8    Q.  How old is Kathy Thornton? Twenties?
9    A.  I really don't know her age, but I wouldn't
10      say she -- she may be high twenties. I
11      don't know.
12   Q.  Was he white or black?
13   A.  White.
14   Q.  Did John Lindsay tell you that he didn't
15      want Lorena rehired?
16   A.  Yes. He said it was on her record for
17      fighting.
18   Q.  Do you know what she had against Jason
19      Ussery's father?
20   A.  No, I don't. I wasn't there when it
21      happened, so ...
22   Q.  Any other rumors regarding male/female
23      relationships?

Page 239

1    A.  No.
2    Q.  Were there any -- Did you hear any rumors
3       of anybody having sex at the facility?
4    A.  No, sir. No, sir.
5       MR. DOUGLAS:  All right. That's
6       all.
7       MR. THOMPSON:  I have nothing
8       further.
9       (Off-the-record discussion.)
10   Q.  (By Mr. Douglas:)  You have the option of
11      reading and signing your deposition if you
12      want to. If not, it will just come to us
13      and we'll use it at trial without you
14      reading it and signing it. Would you like
15      to read and sign your deposition?
16      MR. THOMPSON:  You get to read it
17      and make sure she typed
18      everything right and that kind
19      of stuff.
20   A.  Yes.
21   Q.  You want to read and sign?
22   A.  Yes.
23   Q.  Can she send it to the address that you

Page 240

1    gave us?
2    A.  Yes.
3       (Deposition was concluded at
4       approximately 3:20 p.m.)
5
6       * * * * * * * * * * * * *
7       FURTHER DEPONENT SAITH NOT
8       * * * * * * * * * * * * * *
9
10      REPORTER'S CERTIFICATE
11   STATE OF ALABAMA:
12   MONTGOMERY COUNTY:
13      I, Lyn Daugherty, Certified Shorthand
14   Reporter and Commissioner for the State of Alabama
15   at Large, do hereby certify that I reported the
16   deposition of:
17      RICHARD FETNER
18   who was duly sworn by me to speak the truth, the
19   whole truth and nothing but the truth, in the
20   matter of:
21      LORENA MINIX, BRENDA SIMS and LINDA
22   SIMS,
23      Plaintiffs,

Page 241

```
1      vs.
2      JELD-WEN, INC. and RICHARD FETNER,
3      Defendants.
4      IN THE UNITED STATES DISTRICT COURT
5      FOR THE MIDDLE DISTRICT OF ALABAMA
6      EASTERN DIVISION
7      Civil Action No. 3:05CV685-M
8  on Monday, May 8th, 2006.
9      The foregoing 240 computer-printed pages
10  contain a true and correct transcript of the
11  examination of said witness by counsel for the
12  parties set out herein.  The reading and signing is
13  hereby not waived.
14      I further certify that I am neither of kin
15  nor of counsel to the parties to said cause nor in
16  any manner interested in the results thereof.
17      This 25th day of May 2006.
18
19
20      _____
        Lyn Daugherty,
21      Certified Shorthand Reporter
        And Commissioner for the
22      State of Alabama at Large
23
```

Page 242

```
1      * * * * * * * * * * * * * *
2      WITNESS SIGNATURE PAGE
3      * * * * * * * * * * * * * *
4
5  In Re:  Lorena Minix, Brenda Sims and Linda Sims
           vs. Jeld-Wen, Inc. and Richard Fetner
6
7
8      I, RICHARD FETNER, he reby certify that I
9  have read the foregoing transcript of my deposition
10  given on Monday, May 8th, 2006, and it is a true
11  and correct transcript of the testimony given by me
12  at the time and place stated with the corrections,
13  if any, and the reasons therefor noted on a
14  separate sheet of paper and attached hereto.
15
16      _____
        RICHARD FETNER
17
        SWORN TO AND SUBSCRIBED be fore me this _____
18
        day of _____, 2006.
19
20
21      _____
        NOTARY PUBLIC
22      MY COMMISSION EXPIRES:
23      _____
```