# EXHIBIT Q

**DEPOSITION EXCERPTS OF TOWANNA ZACHERY**

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2    FOR THE MIDDLE DISTRICT OF ALABAMA
 3              EASTERN DIVISION
 4
 5    LORENA MINIX, BRENDA SIMS
      and LINDA SIMS,
 6
            Plaintiffs,
 7
      vs.              CIVIL ACTION NO.
 8                     3:05CV685-M
 9    JELD-WEN, INC. and
      RICHARD FETNER,
10
            Defendants.
11
12           * * * * * * * * * * * *
13
14    DEPOSITION OF TOWANNA ZACHERY, taken
15    pursuant to stipulation and agreement before Lyn
16    Daugherty, Certified Shorthand Reporter and
17    Commissioner for the State of Alabama at Large, in
18    the Law Offices of McNeal & Douglas, 1710 Catherine
19    Court, Suite B, Auburn, Alabama, on Monday, May
20    8th, 2006, commencing at approximately 5:05 pm.
21
22           * * * * * * * * * * * *
23
```

Page 2

```
 1           APPEARANCES
 2    FOR THE PLAINTIFFS:
 3    Mr. James B. Douglas, Jr.
      McNEAL & DOUGLAS
 4    Attorneys at Law
      1710 Catherine Court, Suite B
 5    Auburn, Alabama 36830
 6    Mr. Matthew W. White
      ADAMS, UMBACH, DAVIDSON & WHITE
 7    Attorneys at Law
      205 South 9th Street
 8    P.O. Box 2069
      Opelika, Alabama 36803-2069
 9
      FOR THE DEFENDANT JELD-WEN:
10
      Mr. Michael L. Thompson
11    LEHR, MIDDLEBROOKS, PRICE & VREELAND
      Attorneys at Law
12    2021 Third Avenue North
      Birmingham, Alabama 35203
13
      Mr. Scott J. Scofield (Via Telephone)
14    SCOFIELD, GERARD, SINGLETARY & POHORELSKY
      Attorneys at Law
15    1114 Ryan Street
      Lake Charles, Louisiana 70601
16
              * * * * * * * * * * * *
17
           EXAMINATION INDEX
18
19    BY MR. DOUGLAS . . . . . . . . . .  5
20    BY MR. THOMPSON  . . . . . . . . . 41
21    BY MR. DOUGLAS . . . . . . . . . . 43
 2    BY MR. THOMPSON . . . . . . . . . 44
23    (No exhibits marked to this deposition.)
```

Page 3

```
 1              STIPULATIONS
 2        It is hereby stipulated and agreed by and
 3    between counsel representing the parties that the
 4    deposition of TOWANNA ZACHERY is taken pursuant to
 5    the Federal Rules of Civil Procedure and that said
 6    deposition may be taken before Lyn Daugherty,
 7    Certified Shorthand Reporter, and Commissioner for
 8    the State of Alabama at Large, without the
 9    formality of a commission, that objections to
10    questions other than objections as to the form of
11    the question need not be made at this time but may
12    be reserved for a ruling at such time as the said
13    deposition may be offered in evidence or used for
14    any other purpose by either party provided for by
15    the Statute.
16        It is further stipulated and agreed by and
17    between counsel representing the parties in this
18    case that the filing of said deposition is hereby
19    waived and may be introduced at the trial of this
20    case or used in any other manner by either party
21    hereto provided for by the Statute regardless of
22    the waiving of the filing of the same.
23        It is further stipulated and agreed by and
```

Page 4

```
 1    between the parties hereto and the witness that the
 2    signature of the witness to this deposition is
 3    hereby not waived.
 4           * * * * * * * * * * * *
 5        COURT REPORTER: Usual
 6        stipulations?
 7        MR. DOUGLAS: Go ahead. You can
 8        tell her.
 9        MR. THOMPSON: What's going to
10        happen is the court reporter
11        is going to put you under oath
12        and she's going to type the
13        things that you say. And what
14        you've got a right to do is
15        obtain a copy of what she's
16        typed to read it to make sure
17        it's accurate before it's
18        final. You don't have to do
19        that, but that's your right to
20        do it. So if you want to do
21        that, either Mr. Douglas or I
22        will send you a copy of the
23        transcript for you to look
```

Page 5

1        over and make sure everything
2        is correct before it's final.
3        Do you want to do that?
4        THE WITNESS: Yes.
5        * * * * * * * * * * * *
6        TOWANNA ZACHERY
7   The witness, after having first been duly sworn
8   to speak the truth, the whole truth and nothing but
9   the truth testified as follows:
10                    EXAMINATION
11  BY MR. DOUGLAS:
12  Q.  Would you state your name, please, ma'am.
13  A.  Towanna Zachery.
14  Q.  Ms. Zachery, my name is Jim Douglas. I
15      represent the plaintiffs in this lawsuit
16      filed against Jeld-Wen and Richard Fetner.
17      Have you ever given a deposition before?
18  A.  I talked to one of Jeld-Wen's lawyers over
19      the phone.
20  Q.  Have you ever given a statement under oath
21      with a court reporter before?
22  A.  No.
23  Q.  Have you ever testified in court before?

Page 6

1   A.  Yes.
2   Q.  What was that about?
3   A.  Some girls had got in a fight one time
4       and -- it was city court.
5   Q.  You were a witness?
6   A.  Yeah. Witness.
7   Q.  Well, I'm going to ask you a few questions
8       this afternoon. And if you don't
9       understand my question, just let me know
10      and I'll ask you another one that makes
11      more sense; okay?
12  A.  Okay.
13  Q.  If I ask you a question and you answer it,
14      I'll just assume you understood my
15      question.
16  A.  Okay.
17  Q.  Where do you live?
18  A.  I live in Roanoke, Alabama.
19  Q.  Can you give me your address?
20  A.  368 Johnson Street, Lot 5.
21  Q.  What's the Zip there?
22  A.  36274.
23  Q.  How long have you lived there?

Page 7

1   A.  I've lived there about five years.
2   Q.  Where did you live before that?
3   A.  I stayed in Alfred Radney Apartments.
4   Q.  In Roanoke?
5   A.  Uh-huh (positive response).
6   Q.  Is that yes?
7   A.  Yes.
8   Q.  She's got to take down what you say.
9   A.  Okay. Yes.
10  Q.  How long did you live at that address?
11  A.  Six months.
12  Q.  How about before that?
13  A.  I stayed with my mother.
14  Q.  Where does your mother live?
15  A.  110 Hill Circle. Roanoke, Alabama also.
16  Q.  Have you grown up in Roanoke?
17  A.  Yes. All my life.
18  Q.  Were you born there?
19  A.  Yes.
20  Q.  Who lives in the home with you?
21  A.  Me and my three kids.
22  Q.  Are any of them over 19?
23  A.  No.

Page 8

1   Q.  Are you married?
2   A.  Separated.
3   Q.  What is your husband's name?
4   A.  Reginald Zachery.
5   Q.  When were y'all married?
6   A.  We got married in 2001.
7   Q.  Have you been married to anybody else?
8   A.  No.
9   Q.  Are you employed?
10  A.  Yes.
11  Q.  Who do you work for?
12  A.  Franklin Aluminum.
13  Q.  Franklin Aluminum?
14  A.  Yes.
15  Q.  What do you do for them?
16  A.  Work in automotive. Run Mercedes jobs.
17      Make rails for SUVs.
18  Q.  Where is that facility?
19  A.  Franklin, Georgia.
20  Q.  How far is that from where you live?
21  A.  Like 21 miles.
22  Q.  Is it close to La Grange?
23  A.  Yeah. It's close to La Grange. About 10,

Page 13

1  know what had went on with Lorena and
2  Richard. And I told him that I never seen
3  Richard touch Lorena in any kind of way. I
4  said, you know, he got along and had fun
5  with everybody, but I never seen him touch
6  her in no kind of way.
7  Q. What else -- Try to remember, if you could,
8  what whoever it was told you when they
9  called you. Just wanted to ask you if you
10 could give a statement?
11 A. Yeah. Asked me was I aware of the
12 situation, do I remember what had went on
13 about -- because I remembered the date that
14 it happened. Well, when the lawyers came
15 down there -- Well, Jeld-Wen came to the
16 plant. It was October the 13th of 2001.
17 And he asked me how did I remember that
18 specific day.
19 Q. 2004 you mean?
20 A. 2004. Why do I keep saying 2001? 2004.
21 And he asked me how did I remember that
22 specific day, and I told him that was the
23 date my little boy's birthday and Richard

Page 14

1  had to go to the dentist that day. And
2  that's how I remember that day. He left
3  the plant that day when Jeld-Wen came
4  down. And he asked me was Lorena married.
5  I told him, no, she was divorced, you
6  know. And he said how many times had she
7  been married or whatever. I think I told
8  him -- because she had told me she had been
9  married like five times or whatever. And
10 were they in a relationship. Because I
11 think they used to date. Well, I didn't
12 know if they dated or not, but she told me
13 they dated. You know, going by what she
14 had told me. But I never seen them go out
15 on a date or anything.
16 Q. Tell me what else you remember about that
17 conversation with the lawyer.
18 A. Asked me about the other same women, Linda
19 Sims and Lisa Cook and somebody else.
20 Q. Brenda Sims?
21 A. Brenda Sims, yeah. He asked me about
22 them. I told him, no, you know.
23 Q. You told him no what?

Page 15

1  A. I didn't see anything.
2  Q. You didn't see anything. What does that
3  mean?
4  A. Like him sexually harassing them, you know,
5  or saying anything out of the way to them,
6  nothing to that nature.
7  Q. Okay. Did he tell you what they were
8  alleging he had done?
9  A. Yeah. Yes, he did.
10 Q. What did he tell you they were alleging?
11 A. Sexual harassment.
12 Q. Did he go into the specifics of the sexual
13 harassment?
14 A. No, he did not.
15 Q. And you told him that you didn't see
16 anything?
17 A. Yes, I did.
18 Q. Is that what you told him?
19 A. Yes.
20 Q. Anything else about that conversation?
21 A. He told me that he would probably send a
22 paper, that I would have to do a written
23 statement or something.

Page 16

1  Q. An affidavit?
2  A. He said a written statement.
3  Q. A written statement?
4  A. I may have to write something out or
5  something.
6  Q. Have you done that?
7  A. No, I haven't.
8  Q. When was the first you knew about this
9  lawsuit?
10 A. Well, I had heard rumors about it, but I
11 didn't know it had really took place until
12 that lawyer called me. I'm not quite
13 sure. Like I said, a month or two ago.
14 That day.
15 Q. What rumors had you heard?
16 A. At the plant, you know, like when we was
17 working there, I had heard rumors that they
18 was going to file a suit against Richard or
19 whatever.
20 Q. Did you hear that before Richard left or
21 after?
22 A. Before. Because they said they was going
23 to take legal action with it because they

Page 17

1   said it had been going on for a period of
2   time.
3   Q. And this was while Richard was still there?
4   A. Uh-huh (positive response).
5   Q. Is that a yes?
6   A. Yes, it was. Yes.
7   Q. Do you know if Richard heard of those
8   rumors?
9   A. Yes. I think he -- I think he knew, but --
10  Q. Why do you think he knew?
11  A. Because it was all over the plant, you
12  know. And when people talk it spreads
13  around. I'm not sure, but I think he did.
14  Q. Did he ever talk to you about it?
15  A. No.
16  Q. Did he ever say anything to you about it?
17  A. No.
18  Q. So would it be fair to say that when he
19  left you were not surprised or were you
20  surprised?
21  A. Yes. I was kind of surprised when he left
22  because, you know, I didn't believe it
23  myself, you know, because I haven't seen

Page 18

1   anything that they had said that he had did
2   to, you know, touch the women in private
3   places and stuff because I didn't see it.
4   And they was talking to me about it. But,
5   you know, I was shocked that day that he
6   left.
7   Q. Who was talking to you about it?
8   A. Well, Lorena had told me that it had went
9   on, that Richard had touched her and Linda
10  Sims and all them. Brenda.
11  Q. Brenda Sims and Linda Sims?
12  A. Yeah.
13  Q. So Lorena was telling you about the
14  allegations. Is that fair to say?
15  A. Yes.
16  Q. You never spoke to Linda Sims one way or
17  the other about the allegations?
18  A. No. I didn't talk to her.
19  Q. How about Brenda?
20  A. No.
21  Q. Just Lorena?
22  A. Yes.
23  Q. And so when Lorena told you about the

Page 19

1   allegations that she and the other women
2   were making, you didn't believe her?
3   A. No. Because I asked her if it had been
4   going on for that long a period of time,
5   why would they just now come forward when
6   all of them got together. Why would they
7   come forward and say something about it
8   then if it had been going on that long.
9   Q. And what did she say?
10  A. She didn't reply to that. Not that I
11  remember. She said she just had got tired
12  of it, something she said like she had got
13  tired.
14  Q. But you didn't believe her?
15  A. No. Because I didn't see it.
16  Q. Well, it's possible that things could go
17  on --
18  A. Yeah.
19  Q. -- without you seeing it; correct?
20  A. Yes.
21  Q. Did you ever talk to Richard about it one
22  way or the other?
23  A. No.

Page 20

1   Q. Did you ever talk to anybody about it --
2   about the allegations?
3   A. No. You know, just rumors were going
4   around the plant, you know. People that
5   worked back there in the department had
6   heard about it, you know, like every day --
7   like people were talking about it. But
8   other than that, no.
9   Q. Do you think a certain amount of flirting
10  just has to go on in the workplace when
11  there's men and women working together?
12  A. I guess they talk and have fun, but, you
13  know ...
14  Q. By they, do you mean men or --
15  A. Men, women, both, you know.
16  Q. Do you think joking around, things that are
17  of sexual nature is okay?
18  A. No, it's not okay.
19  Q. Why don't you believe that's okay?
20  A. Because it's not. Because that's sexual
21  harassment.
22  Q. You see it that way?
23  A. Yeah.

Page 21

1  Q. Even joking about things like that?
2  A. Yeah. Like sexual stuff, yes.
3  Q. Do you think it's appropriate that people
4     in the workplace talk about sex between one
5     another?
6  A. No.
7  Q. How come?
8  A. Because things -- That should be private.
9     That should be kept private anyway.
10 Q. And I take it you never had any
11    conversations with anybody in the plant
12    about your personal life?
13 A. No. I don't talk about my personal life
14    outside -- Like my sister, I talk to her
15    about it. That's the only somebody I talk
16    to about my personal life, my problems is
17    my sister.
18 Q. Does your sister work in the plant?
19 A. No.
20 Q. So you wouldn't talk to anybody in the
21    plant about your personal life?
22 A. No.
23 Q. Did you hear other people talking about

Page 22

1     their personal lives?
2  A. Yes. All the time.
3  Q. Did you hear other people talking about
4     their sex lives?
5  A. Yes.
6  Q. Would you say all the time?
7  A. No, not all the time. Not the sex life,
8     but the personal --
9  Q. Was it unusual that people would talk about
10    their sex lives, or was it not unusual?
11 A. No, it was not unusual.
12 Q. So people in the plant talking about their
13    sex lives was not unusual?
14 A. No.
15 Q. Would you say that it was mostly talked
16    about by men or women or both?
17 A. Mostly by women, you know. They didn't
18    talk to a lot of men when they were
19    around. It was just a lot of women around.
20 Q. Do you remember Lorena Minix ever talking
21    about her sex life?
22 A. Yeah. One occasion when she said she was
23    dating Richard.

Page 23

1  Q. What all did she say?
2  A. She wasn't satisfied with him.
3  Q. Okay. Anything else?
4  A. No.
5  Q. How about Linda Sims, did you ever hear her
6     talk about her sex life?
7  A. No. I didn't talk to them much. I didn't
8     know them, because they had came there and
9     I was in a different department when they
10    got back there. I would have to go back
11    there and work sometimes. When he needed
12    me to work back there in that other
13    department, I would go back there and work.
14    I didn't get a chance to get acquainted
15    with them.
16 Q. Same for Brenda?
17 A. Yeah.
18 Q. Did you ever hear Kathy Thornton talk about
19    her sex life?
20 A. No. Kathy worked down in the paint room
21    and I very seldom seen her.
22 Q. Did you ever hear any rumors about her
23    being involved with anybody in the plant?

Page 24

1  A. Yes.
2  Q. Who did you hear she was involved with?
3  A. Garfield Clark.
4  Q. Who is he?
5  A. He was an electrician there, fixer.
6  Q. How old is he?
7  A. Garfield might be in his sixties. I'm not
8     quite sure.
9  Q. Anybody -- Who told you about that rumor?
10 A. When I first started there, they would
11    say -- people were just saying that they
12    were going together. And then after a
13    while, you know, after I worked there long
14    enough, you know, they would take lunch
15    together and she would be with him. You
16    know, he'd take all his breaks. If they
17    were going together, I just heard a rumor.
18 Q. Do you remember who told you the rumor?
19 A. I think Melissa Brooks was -- because she
20    was there when I started there. A lady
21    that's one of my friends that stays up the
22    street. Melissa Brooks, I believe.
23 Q. Okay. Did you hear any rumors about

Page 29

1  rumors?
2  A. No. Because they just seen some panties --
3     somebody had some panties outside the door
4     one morning when we came in to work.
5  Q. The person was gone, but the panties were
6     there?
7  A. Yeah. In the front door.
8  Q. Did you see that?
9  A. Yeah. It was on a stick beside the door
10    when we come in.
11 Q. There were panties on a stick in the
12    factory?
13 A. A pair of panties, not panties. A pair.
14 Q. One pair of panties?
15 A. At the door entrance where we come in to
16    work in the morning time to clock in.
17 Q. Female panties?
18 A. Female panties. They were black.
19 Q. On a stick?
20 A. Yes.
21 Q. When was this?
22 A. This was back in about -- I want to say
23    '99, end of '99, 2000.

Page 30

1  Q. Did you ever see anything else like that?
2  A. No. Not after that.
3  Q. Was there any type of investigation done?
4     Anybody try to figure out what happened?
5  A. No.
6  Q. Did you hear whose they were?
7  A. No. Jerry Knight was our plant manager
8     then.
9  Q. Was it Millworks Specialties then?
10 A. Yes. It was Millwork then.
11 Q. Did you ever -- Withdraw that.
12 A. I might have said Jerry Knight. I mean
13    Jerry Hart. Jerry Hart.
14 Q. When the plant closed, did you get a
15    severance package?
16 A. Yes.
17 Q. Do you remember how much money you got?
18 A. It was only like 1,000 and something
19    dollars. I'm not quite sure.
20 Q. Did you have to sign a severance and
21    release form?
22 A. Yes.
23 Q. Did Mr. Fetner ever tell you that he was

Page 31

1  going to quit?
2  A. He had said he was going to go to -- back
3     to Welborne Cabinet Companies one time, and
4     that had been a year -- about maybe two
5     years before that he was going to go back
6     to Welborne.
7  Q. He said that when?
8  A. Probably about a year, year and a half, two
9     before --
10 Q. Before he actually left?
11 A. Yeah. Before any of these alleged
12    allegations happened.
13 Q. Have you heard anything about Mr. Fetner's
14    employment with Welborne, if he ever had
15    any complaints against him?
16 A. I heard a rumor there -- well, what people
17    were saying the reason he was there because
18    of sexual harassment. But I only heard
19    that one time.
20 Q. Did you hear who he had sexually harassed
21    supposedly?
22 A. No.
23 Q. Who told you that rumor?

Page 32

1  A. Lorena.
2  Q. Were you ever offered a job at another
3     Jeld-Wen facility after the Roanoke plant
4     closed down?
5  A. Yes. We could have went to Tennessee.
6  Q. Sparta, Tennessee?
7  A. Yeah. I guess that's Sparta. We could
8     have went to Tennessee.
9  Q. Do you know Mr. Dan Hees?
10 A. Yes.
11 Q. Who was he?
12 A. He was one of the guys from Tennessee. I
13    believe Dan was.
14 Q. Was he a manager?
15 A. Yes. Pat Galvez, he came from Oregon, I
16    think.
17 Q. He was the manager there at the plant?
18 A. Yeah. He was also some type of manager
19    there.
20 Q. Did you ever see Mr. Fetner hug or -- hug
21    females, you know, harmless little hugs?
22 A. No.
23 Q. I'm not talking about anything bad. I just

Page 33

1  mean like coming up behind them and hugging
2  them?
3  A. No.
4  Q. You never saw that?
5  A. No.
6  Q. Did Mr. Bowen -- let's talk about
7  Mr. Bowen, that incident, if we could.
8  A. Uh-huh (positive response).
9  Q. Lorena called your attention that Mr. Bowen
10 was masturbating?
11 A. Yes, he did.
12 Q. And you went around the corner and
13 confirmed that that was happening?
14 A. Yes.
15 Q. What else happened with regard to that, if
16 you know?
17 A. Someone went to the office. I'm not quite
18 sure who it was. I don't know if Lorena
19 went, but someone went. And after that we
20 didn't hear anything else about it. Then
21 the Jeld-Wen company came down that day,
22 had a meeting with the plant, the whole
23 facility.

Page 34

1  Q. And that meeting was in July of 2003?
2  A. I suppose so. I'm not quite -- if that's
3  the accurate date. I'm not sure.
4  Q. Did Mr. Robert Sturm come down from?
5  A. I'm not sure.
6  Q. If he testified that he did, would you
7  dispute that?
8  A. No, I wouldn't. Because I don't know if it
9  was him or not.
10 Q. Did he give a presentation?
11 A. Yes. The guy did that came.
12 Q. And that would have been, according to him,
13 on July 24th, 2003. Does that sound right?
14 A. Yes.
15 Q. Did he interview you regarding the
16 incident?
17 A. No.
18 Q. Did Mr. Pat Galvez interview you regarding
19 the incident?
20 A. I may have been called in the office and
21 asked what I saw. I'm not quite sure,
22 though. I'm not quite sure.
23 Q. When did Mr. Bowen leave the plant?

Page 35

1  A. That same day that the guy came and gave
2  the presentation that day.
3  Q. Did Mr. Bowen make a statement that day
4  that everybody in the plant was guilty of
5  what was shown on the Power Point
6  presentation?
7  A. I don't know. I didn't hear that from him,
8  because he walked out. Right after the
9  meeting was over he walked out and his
10 brother, Kenneth Bowen, walked out with
11 him.
12 Q. Mr. Sturm in his report said that Bowen
13 yelled at him, quote, based on my
14 presentation, everyone in the facility was
15 guilty of harassment.
16 A. I know he yelled something to him. He got
17 real angry with the guy. But I don't know
18 what was said. I remember him getting
19 angry with the guy.
20 Q. Was there any investigation as to
21 Mr. Bowen's claim that everybody was guilty
22 of the harassment?
23 A. Not that I'm aware of it wasn't.

Page 36

1  Q. Nobody talked to you about it?
2  A. No.
3  Q. When you watched the presentation, was that
4  information helpful to you, or did you
5  already know it?
6  A. Already knew it, because we had the
7  handbook with the sexual harassment policy
8  in it. Every --
9  Q. Had you read that -- I'm sorry. I didn't
10 mean to interrupt you.
11 A. Everyone had been gave a handbook and was
12 told to read it. If everybody read it, I
13 don't know.
14 Q. You read it?
15 A. Yes.
16 Q. And you actually signed a form that said
17 you had read the harassment policy?
18 A. Yes. We have to sign the back of -- I
19 think it was a paper in the back of -- We
20 had to sign one at one of those meetings, I
21 think, too, one of the meetings we had.
22 I'm not quite sure. I think we had to sign
23 one there, because the guy came and told,

Page 37

1  you know, what sexual harassment was and
2  all of that.
3  Q. How long was it from the time that you saw
4     Mr. Bowen masturbating and the time he left
5     the facility?
6  A. I want to say about a month. I'm not quite
7     sure. I want to say about a month.
8  Q. During that month time, was he and Lorena
9     still working in the same area?
10 A. Yes. He would cry every day, which he was
11    already doing. He was crying because he
12    didn't want anybody to talk to Lorena.
13 Q. Did he tell you that?
14 A. No. He would get mad. If a guy came back
15    there or anybody said something to Lorena,
16    he would start throwing wood. He would be
17    all right until someone comes back there
18    and say something to her. He would get
19    angry.
20 Q. Is this even after you saw the
21    masturbation?
22 A. Yes. And before.
23 Q. And before he left?

Page 38

1  A. Yes.
2  Q. So he would -- people would come back
3     there, and if they said something to
4     Lorena, he would become agitated?
5  A. Yes. And he would buy her gifts and she
6     wouldn't accept it. Because, you know, she
7     told him she was his friend, but she didn't
8     like him like that.
9  Q. You used the words earlier that he was
10    obsessed with her?
11 A. Yes.
12 Q. How many times did he throw wood?
13 A. Just about every other day.
14 Q. Did that scare you?
15 A. I had got used to it. At first. And then
16    I asked Lorena what was wrong with the guy,
17    and she said he does it all the time. You
18    know, he don't want anybody back here.
19    He'll cry every day. And one day I was
20    looking and I saw him crying. And then
21    from there on I would see him cry. He
22    would cry just about every day.
23 Q. And he would throw wood?

Page 39

1  A. Yeah. Just about every other day.
2  Q. Because he was mad about Lorena?
3  A. Yes.
4  Q. Or somebody saying something to her?
5  A. Yes.
6  Q. Did he not want people talking to her?
7  A. No. Male or female.
8  Q. That didn't scare you to work with somebody
9     like that?
10 A. No. Because I didn't have to work back
11    there that much. I would go back there
12    when Richard needed me to go back there and
13    work.
14 Q. Is the only reason you don't believe what
15    my clients are saying that -- because it
16    wasn't brought up before?
17 A. Yes. It just all appeared when all of them
18    said it had happened to all of them.
19 Q. So it's the fact that if -- You thought if
20    it had been happening for a long time it
21    should have come up before?
22 A. Yeah. If it happened to one, if you didn't
23    tell it then and all of you got together

Page 40

1  and then you decided to tell it when all of
2  you said it happened to all of you and all
3  of you got together and it was told then.
4  Q. That's the only reason --
5  A. Yes.
6  Q. -- you don't believe them?
7  A. Yes.
8  Q. Now, Linda and Brenda Sims didn't work
9     there very long?
10 A. No.
11 Q. So why would you disbelieve them? Because
12    they didn't have a whole lot of time for it
13    to happen to them.
14 A. Because I don't even think Brenda -- I
15    don't even think Brenda liked Richard
16    because she would -- you know, she would
17    stand back and look at him all the time,
18    you know, like and give him a ...
19 Q. Dirty look?
20 A. Dirty look. You know, I don't even think
21    she liked him. But Linda, I don't know
22    what happened because, like I said, they
23    was there a short period of time. And the

Page 41

1  time that they were back there I wasn't
2  back there much.
3  Q. So you weren't working around them very
4     often?
5  A. Not very often. When I went back there, I
6     had to run the double-end machine and my
7     back was turned anyway.
8  Q. So if things were happening to them while
9     you were on the other side of the plant,
10    you wouldn't have any way to know?
11 A. No. I'm not saying that it didn't.
12 Q. You're just saying you didn't see it?
13 A. I didn't see it.
14          MR. DOUGLAS: Fair enough. Well,
15       that's all the questions I
16       have for you. Mr. Thompson
17       may have some.
18          EXAMINATION
19 BY MR. THOMPSON:
20 Q. The lawyer that called you, pretty nice
21    guy?
22 A. Yes.
23          MR. THOMPSON: Let me take just a

Page 42

1       second and go through my
2       notes.
3          MR. DOUGLAS: Can we go off the
4       record?
5          MR. THOMPSON: Yeah.
6       (Off-the-record discussion.)
7  Q. Just one question. Did you ever see
8     anything inappropriate of a sexual nature
9     at the Jeld-Wen facility?
10 A. The one with Ronald Bowen.
11 Q. Other than the incident involving
12    Mr. Bowen?
13 A. No.
14 Q. Was that handled to your satisfaction?
15 A. Yes.
16 Q. You said he threw wood both before and
17    after this report; correct?
18 A. Yes.
19 Q. Was he throwing wood at anybody, or was he
20    just throwing it?
21 A. No. He would just slam it down.
22 Q. He would just slam it down. So he wasn't
23    throwing it at any person --

Page 43

1  A. Beside the machine he was working at he
2     would slam it down.
3  Q. On the concrete floor?
4  A. On the concrete floor.
5  Q. Just out of frustration?
6  A. Yes. I suppose so.
7  Q. After this incident involving Mr. Ronald
8     Bowen was reported, did you see him doing
9     anything else inappropriate of a sexual
10    nature?
11 A. No.
12          MR. THOMPSON: That's it.
13          EXAMINATION
14 BY MR. DOUGLAS:
15 Q. Do you know if Lorena complained to
16    Mr. Fetner, prior to Mr. Bowen
17    masturbating, about Mr. Bowen?
18 A. Yes. Because she had went and told him
19    that she couldn't -- she didn't want to
20    work around him. And then Richard said,
21    well, Ronald was a good worker, you know,
22    but we can't have this kind of thing going
23    on in the facility. And Jeld-Wen came down

Page 44

1     and ...
2  Q. I'm talking about before -- Before you saw
3     the masturbation, do you know if she
4     complained to Mr. Fetner about Mr. Bowen?
5  A. No.
6  Q. You don't know either way?
7  A. No.
8  Q. She didn't tell you about it?
9  A. She had told me that he would be crying and
10    things like that, but I don't know if she
11    complained to Richard. I know after that
12    had happened --
13 Q. Don't you think it would have been better
14    if Mr. Bowen and Ms. Minix had been
15    separated immediately?
16 A. Yes.
17          MR. THOMPSON: Object to the form.
18 A. But they still worked together.
19          MR. DOUGLAS: Okay.
20          EXAMINATION
21 BY MR. THOMPSON:
22 Q. Did they work well together?
23 A. They got the job done, you know. But she

Page 45

1  wasn't satisfied with him, you know,
2  because of the things that he was doing.
3      MR. THOMPSON: That's it.
4      MR. DOUGLAS: Thank you, ma'am.
5      (Deposition was concluded at
6      approximately 5:45 p.m.)
7  * * * * * * * * * * * * * *
8      FURTHER DEPONENT SAITH NOT
9  * * * * * * * * * * * * * *
10     REPORTER'S CERTIFICATE
11 STATE OF ALABAMA:
12 MONTGOMERY COUNTY:
13     I, Lyn Daugherty, Certified Shorthand
14 Reporter and Commissioner for the State of Alabama
15 at Large, do hereby certify that I reported the
16 deposition of:
17     TOWANNA ZACHERY
18 who was duly sworn by me to speak the truth, the
19 whole truth and nothing but the truth, in the
20 matter of:
21     LORENA MINIX, BRENDA SIMS and LINDA
22     SIMS,
23     Plaintiffs,

Page 46

1      vs.
2      JELD-WEN, INC. and RICHARD FETNER,
3      Defendants.
4      IN THE UNITED STATES DISTRICT COURT
5      FOR THE MIDDLE DISTRICT OF ALABAMA
6      EASTERN DIVISION
7      Civil Action No. 3:05CV685-M
8  on Monday, May 8th, 2006.
9      The foregoing 45 computer-printed pages
10 contain a true and correct transcript of the
11 examination of said witness by counsel for the
12 parties set out herein. The reading and signing is
13 hereby not waived.
14     I further certify that I am neither of kin
15 nor of counsel to the parties to said cause nor in
16 any manner interested in the results thereof.
17     This 25th day of May 2006.
18
19
20     _____
       Lyn Daugherty,
       Certified Shorthand Reporter
21     And Commissioner for the
       State of Alabama at Large
22
23

Page 47

1  * * * * * * * * * * * * * *
2      WITNESS SIGNATURE PAGE
3  * * * * * * * * * * * * * *
4
5  In Re: Lorena Minix, Brenda Sims and Linda Sims
       vs. Jeld-Wen, Inc. and Richard Fetner
6
7
8      I, TOWANNA ZACHERY, hereby certify that I
9  have read the foregoing transcript of my deposition
10 given on Monday, May 8th, 2006, and it is a true
11 and correct transcript of the testimony given by me
12 at the time and place stated with the corrections,
13 if any, and the reasons therefor noted on a
14 separate sheet of paper and attached hereto.
15
16     _____
       TOWANNA ZACHERY
17
       SWORN TO AND SUBSCRIBED before me this _____
18 day of _____, 2006.
19
20
21     _____
       NOTARY PUBLIC
22     MY COMMISSION EXPIRES:
23     _____