IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
LORENA MINIX, et al.,       )
                            )
    Plaintiffs,             )
                            )       CIVIL ACTION NO.
    v.                      )       3:05cv685-MHT
                            )
JELD-WEN, INC., and         )
RICHARD FETNER,             )
                            )
    Defendants.             )
```

### ORDER

It is ORDERED that the motion for summary judgment (doc. no. 30) is set for submission, without oral argument, on June 23, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 9th day of June, 2006.

                                          /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**