IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, et al., | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV685-T |
| | ) |
| JELD-WEN, INC. and | ) |
| RICHARD FETNER, | ) |
| | ) |
| DEFENDANTS. | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to this Court's Scheduling Order, the parties conducted a face-to-face settlement conference. Counsel for both parties were present, as were the Plaintiffs and representatives of the Defendant via telephone.

The parties engaged in good faith settlement discussions and reached the conclusion that further settlement discussions would be postponed pending ruling by this Court on the Defendant's Motion for Summary Judgment. The parties also believe that mediation should only be entertained after the Court's ruling on Defendant's motion.

Done this the 22nd day of June, 2006.

James B. Douglas, Jr.
Attorney for Plaintiff
McNeal & Douglas, Attorneys at
Law. L.L.C.
P.O. Box 1423
Al bar #8935-u83j
Auburn, Alabama, 36831
334-821-6401

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by sending a copy of same by first class U.S. mail, postage prepaid and properly addressed.

Dated this the 22nd day of June, 2006.

Micheal L. Thompson
Lehr, Middlebrooks, Price & Vreeland, P.C.
Post Office Box 11945
Birmingham, AL 35202-1945

Scott Scofield, Esq.
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
Post Office Drawer 3028
Lake Charles, LA 70601

James B. Douglas, Jr.