IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, et al., | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV685-T |
| | ) |
| JELD-WEN, INC. and | ) |
| RICHARD FETNER, | ) |
| | ) |
| DEFENDANTS. | ) |

**PLAINTIFFS' MOTION TO DISMISS**

Comes now the Plaintiffs, and hereby move this Honorable Court dismiss Defendant Richard Fetner as a party Defendant in this action, without prejudice. In support of this motion, Plaintiffs would state that Fetner, unknown to Plaintiffs, previously filed a bankruptcy petition, and he was not served with the complaint to avoid violating the automatic stay of the United States Bankruptcy Court. Furthermore, Plaintiffs move this Honorable Court dismiss claim three in its complaint, without prejudice, said claim being the state-law claim of outrage. As Fetner was the party against whom the outrage claim was directed, his dismissal from the case compels this claim to be dismissed also. Plaintiffs' remaining claims against Defendant Jeld-Wen, Inc. remain pending before the Court.

Respectfully submitted this the 22nd day of June, 2006.

James B. Douglas, Jr.
Attorney for Plaintiff

McNeal & Douglas, Attorneys at Law. L.L.C.
AL Bar #8935-u83j
P.O. Box 1423
Auburn, Alabama, 36831
334-821-1596

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by sending a copy of same by first class U.S. mail, postage prepaid and properly addressed.

Dated this the 22nd day of June, 2006.

Micheal L. Thompson
Lehr, Middlebrooks, Price & Vreeland, P.C.
Post Office Box 11945
Birmingham, AL 35202-1945

Scott Scofield, Esq.
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
Post Office Drawer 3028
Lake Charles, LA 70601

_____
James B. Douglas, Jr.