IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
LORENA MINIX, et al.,       )
                            )
    Plaintiffs,              )
                            )
                            )    CIVIL ACTION NO.
    v.                       )    3:05cv685-MHT
                            )
JELD-WEN, INC., and          )
RICHARD FETNER,              )
                            )
    Defendants.              )
```

### ORDER

It is ORDERED as follows:

(1) The motion to dismiss (doc. no. 35) is granted.

(2) Defendant Richard Fetner is dismissed without prejudice.

(3) The state-law claim of outrage is dismissed without prejudice.

(4) The court assumes that the non-movants have no objections to the dismissals; however, if they

do, they must file the objection within seven days from the date of this order.

DONE, this the 9th day of June, 2006.

       /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE