IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LORENA MINIX, et al., )
)
    PLAINTIFFS, )
)
v. )CIVIL ACTION NO. 3:05CV685-T
)
)
JELD-WEN, INC. )
)
    DEFENDANT. )

## PLAINTIFFS' EVIDENTIARY SUBMISSION IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiffs, and submits the following evidence in support of their brief in opposition to Defendant's motion for summary judgment filed simultaneously herewith:

    A. Deposition excerpts of Lorena Minix.

    B. Deposition excerpts of Brenda Sims.

    C. Deposition excerpts of Linda Sims.

    D. Deposition excerpts of Kathy Thornton.

    E. Deposition excerpts of Lisa Cook.

    F. Deposition excerpts of Dan Hees.

    G. Deposition excerpts of Robert Sturm.

    H. Deposition excerpts of Joe Mendoza.

    I. Deposition excerpts of Richard Fetner.

    J. Deposition excerpts of Stacy Overton.

Respectfully submitted this the 23rd day of June, 2006.

*[signature]*

James B. Douglas, Jr.
Attorney for Plaintiff
McNeal & Douglas, Attorneys at Law. L.L.C.
AL Bar #8935-u83j
P.O. Box 1423
Auburn, Alabama, 36831
334-821-1596

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by sending a copy of same by first class U.S. mail, postage prepaid and properly addressed.

Dated this the 23rd day of June, 2006.

Micheal L. Thompson
Lehr, Middlebrooks, Price & Vreeland, P.C.
Post Office Box 11945
Birmingham, AL 35202-1945

Scott Scofield, Esq.
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
Post Office Drawer 3028
Lake Charles, LA 70601

*[signature]*

James B. Douglas, Jr.