# EXHIBIT A

# DEPOSITION EXCERPTS OF LORENA MINIX

```
 1                        was marked for
 2                        identification purposes.)
 3           Q.      Now, Exhibit 23 is a doctor --
 4   or certificate to return to work from
 5   Dr. Shirah, from Physicians Associates.  So,
 6   I guess, the point is, is that several days
 7   after you started you had to take some time
 8   off?
 9           A.      Well, not -- I can't remember.
10           Q.      Okay.  You don't remember what
11   this was for?
12           A.      No.
13           Q.      If you did start on 9/12/01,
14   you would have been -- you missed work,
15   starting two days later, for a period of
16   three days, but you don't remember what this
17   is about?
18           A.      I don't remember this.
19           Q.      Okay.  That's fine.  And do
20   you recall who hired you, who you
21   interviewed with the second time?
22           A.      Richard.
23                        (Defendant's Exhibit 24
```

FREEDOM COURT REPORTING

Page 183

```
 1  form.
 2          A.      Well --
 3          Q.      Do you think so?
 4          A.      Yeah.  I think it's a big
 5  deal.
 6          Q.      And why is that?
 7          A.      Well, anything -- Any time
 8  you're on a city council or anything like
 9  that, I think you should be what you say you
10  are, and he wasn't, he's not.
11          Q.      Okay.  And did you work -- Did
12  you work next to Fetner or did you work for
13  him?
14          A.      I just worked for him.
15          Q.      Okay.  And his title was group
16  leader?
17          A.      No.  He was the supervisor.
18          Q.      And what's Mr. Fetner's
19  educational background, to your knowledge?
20          A.      I know nothing about it.
21          Q.      What's that?
22          A.      I don't know anything about
23  him.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 207

```
 1  earliest that the discrimination started was
 2  September 1, 2001?
 3       A.     Yeah.  Yes.
 4       Q.     Okay.  And that it ended on
 5  July 1, 2004?
 6            MR. WHITE:  I'm sorry.  Are
 7  you reading from here somewhere?
 8            MR. SCOFIELD:  Yes, sir.
 9  Right up here in the corner, it says:  Dates
10  discrimination took place, signed 12/13/04,
11  9/1, 2001 to July 1, 2004.
12            MR. WHITE:  All right.  I'm
13  with you now.  Thank you.
14       Q.     All right.  Is that pretty
15  much your recollection?
16       A.     Yes.
17       Q.     All right.  Now, second
18  sentence, if we go back down into this part
19  right here, it says:  On a couple of
20  occasions I went out with my supervisor and
21  was involved sexually during 2001 and early
22  2002.  Did you see that?
23       A.     Yeah, I see that.
```

FREEDOM COURT REPORTING

Page 278

1  wouldn't think anything about it.
2      Q.    A sneaky way?
3      A.    Yeah.  He'd come behind you
4  and hug you, but he'd put his arms across
5  your boobs, or he'd spank you on your butt.
6  But he was always talking -- talking that
7  stuff, you know, like:  Let's go have about
8  four hours of sex.  You know, he -- He was
9  just nasty.
10          MR. WHITE:  Are you asking her
11 everything that Fetner did to her, or are
12 you just -- I mean --
13          MR. SCOFIELD:  Well, what I'd
14 like to break this down to is stuff that he
15 did physically.  And then the next question
16 I was going to ask:  Where was it and did
17 anybody witness it?
18     A.    Oh, it was -- Yeah, yeah.
19     Q.    Let's talk about --
20          MR. WHITE:  Do you understand
21 what he's asking you?  He wants you to tell
22 him every time that he touched you
23 physically, take them each one at a time and

**FREEDOM COURT REPORTING**

Page 279

1  tell him about it and what he did.
2       A.    It just happened -- It would
3  just happen every day or every other day.
4       Q.    Well, let's -- Do you recall
5  -- Let's back up a little bit.  Was this the
6  first time you talked to Dan Hees about
7  Richard Fetner?
8       A.    Yes.
9       Q.    All right.  And you had not
10 talked to Pat Galvez about it?
11      A.    No, we didn't.
12      Q.    So, this was -- This was the
13 first -- Or Rob Sturm, when you met with Rob
14 Sturm, did you talk to Attorney Rob Sturm
15 about Richard Fetner?
16      A.    Oh, no, no.
17      Q.    Okay.  So, this was the first
18 time you went to JELD-WEN management about
19 Mr. Fetner; is that correct?
20      A.    Yes.
21      Q.    Okay.  Now, you -- What I'm
22 trying to get at is, you already said that
23 he'd grab you and -- sneakily grab your boob

FREEDOM COURT REPORTING

Page 284

```
 1  inappropriate, sexually, verbally?
 2       A.    He'd tell me, he'd say:  Why
 3  don't you come over to the house.  You know,
 4  I'll buy some beer, come over to the house,
 5  we'll watch TV.
 6             Then sometimes he'd come up to
 7  me and he'd say:  We'll go get some beer and
 8  we'll go home and have about four hours of
 9  sex, you know.  He couldn't, probably.  But
10  anyway, that's the way he'd do it.  And
11  even, you know, he'd come -- One time he
12  wanted me to come on my lunch break, you
13  know, and he said he'd fix my time, you
14  know, my time card.
15       Q.    Now, again, the same kind of
16  questions, did anybody overhear this, these
17  types of comments?
18       A.    No, no.
19       Q.    How did you react?  Did you
20  play dumb or did you say:  Richard --
21       A.    No.  I'd say:  Richard, you
22  know, you can't do all that.  You know, I'd
23  just kind of joke back with him about it.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 285

    Q.    Okay. So, no witnesses, and you would tell him: No, and joke back with him about it?

    A.    Well, you know, just play it off. There's no time -- You know, like, one time he come up and, you know, and told me, he said: I'd like to eat you from the top of your head to your toes.

    Q.    Well, let me ask you this. While, I guess, when y'all went out -- y'all dated a couple of times, but where did y'all go out? Did y'all go out to eat?

    A.    Yeah. We went to the White House.

    Q.    That's a local restaurant in Roanoke?

    A.    No, it's in -- It's close to LaGrange.

    Q.    Ma'am?

    A.    It's close to LaGrange, Georgia.

    Q.    Okay. All right. Was that -- I mean, was he acting then, when y'all were

1  just happened so often.  I mean, you can
2  just tell them one time:  Well, you know, he
3  hugged me, he touched me, but he just -- he
4  just does it every day, you know, or every
5  other day.  You know, he just did it for
6  months.  It wasn't a one-time thing, you
7  know.
8              (Defendant's Exhibits 74,
9              75, 76, 77, 78, 79 and 80
10             were marked for
11             identification purposes.)
12      Q.     Okay.  I'll give you all at
13 the same time 74, 75, 77, 78, 79, and 80.
14 They are -- 74 is a medical record from
15 Charlotte Bishop, dated 2/21/03, 10/13/03,
16 2/23/05, 6/17/05, 7/28/05 and 10/6/05.  I'd
17 like you to look through there and see if
18 there's any complaints about any problems
19 associated with the sexual harassment
20 charges against JELD-WEN?
21      A.     No.  I mean, I talked to her
22 about him, but it was just a
23 friend-to-friend, like, talk, you know,

**FREEDOM COURT REPORTING**

Page 219

```
 1           A.    Yes.
 2           Q.    And then Roxie is there, Roxie
 3   Giles is there; is that correct?
 4           A.    Yes.
 5           Q.    All right.  Now, paragraph
 6   thirteen, that's the next page, for lack of
 7   better words, Mr. Bowen hid behind one of
 8   the machines in the workplace, and
 9   masturbated in your presence; is that
10   correct?
11           A.    Yes.
12           Q.    All right.  Now, was this in
13   front of you?
14           A.    It was where he could -- he
15   was hid and he could see me through -- under
16   the blades part.
17           Q.    He could see you?
18           A.    But I could see his head.
19           Q.    You could see his head?
20           A.    So when I walked over there he
21   was masturbating, and I asked him, I said:
22   Are you doing what I think you're doing?  He
23   said:  Does it bother you?  I said:  It
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

1  Tooty or yourself confront Mr. Bowen at this
2  time?
3      A.    Yeah.  She went and told
4  somebody.
5      Q.    Mr. Galvez?
6      A.    Yes.
7      Q.    All right.  But you didn't?
8      A.    No.
9      Q.    Why didn't you do it?
10     A.    Well, you know, he was a
11 leadman, and he was smart, and I just wanted
12 to be moved.
13     Q.    You what?
14     A.    I just wanted to be moved.
15     Q.    Okay.
16     A.    Because he was good for the
17 company.
18     Q.    But Mr. Galvez, once he found
19 out about it -- Tooty went and told him,
20 Mr. Galvez moved you, is that correct, while
21 he looked into it?
22     A.    No, they didn't move me.  I
23 stayed there for a couple of weeks.