# EXHIBIT B

# DEPOSITION EXCERPTS OF BRENDA SIMS

# FREEDOM COURT REPORTING

```
 1    plant you were working in when that
 2    happened?
 3              A.      I don't remember.
 4              Q.      Were you working with Lorena
 5    when that happened?
 6              A.      I don't think so.
 7              Q.      Okay.  At any time, were you
 8    -- that Fetner, I guess, got on to people
 9    for not working, were you working with
10    Lorena or Linda Sims?
11              A.      Not that I can remember.
12              Q.      Not that you can remember.
13    Okay.  Who at JELD-WEN did you interview
14    with?
15              A.      Richard.
16              Q.      Anybody else?
17              A.      No.
18              Q.      Okay.  Was Richard nice to you
19    at the time?
20              A.      Yes.
21              Q.      During the interview process,
22    did he give you any indication that he --
23    that he wanted to have sex with you or any
```

# Form W-4 (2004)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2004 expires February 16, 2005. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** You cannot claim exemption from withholding if: (a) your income exceeds $800 and includes more than $250 of unearned income (e.g., interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized

deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using

Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2004. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

---

Personal Allowances Worksheet (Keep for your records.)

**A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . **A** _____

**B** Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

**B** _____

**C** Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . **C** _____

**D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . **D** _____

**E** Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . **E** _____

**F** Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . **F** _____

(**Note:** Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G** **Child Tax Credit** (including additional child tax credit):
- If your total income will be less than $52,000 ($77,000 if married), enter "2" for each eligible child.
- If your total income will be between $52,000 and $84,000 ($77,000 and $119,000 if married), enter "1" for each eligible child plus "1" **additional** if you have four or more eligible children.

**G** _____

**H** Add lines A through G and enter total here. **Note:** This may be different from the number of exemptions you claim on your tax return. ▶ **H** _____

For accuracy, complete all worksheets that apply.
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have **more than one job** or are **married** and you and your spouse both work, and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

---

Cut here and give Form W-4 to your employer. Keep the top part for your records.

---

Form **W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ **Your employer must send a copy of this form to the IRS if:** (a) you claim more than 10 allowances or (b) you claim "Exempt" and your wages are normally more than $200 per week.

OMB No. 1545-0010

**2004**

**1** Type or print your first name and middle initial _Brenda    H._    Last name _Sims_    **2** Your social security number _420  72  5629_

Home address (number and street or rural route) _3552 Co Rd 30_

**3** ☐ Single ☑ Married ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code _Roanoke, Al. 36274_

**4** If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

**5** Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) **5** _____

**6** Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . **6** $ _____

**7** I claim exemption from withholding for 2004, and I certify that I meet **both** of the following conditions for exemption:
- Last year I had a right to a refund of **all** Federal income tax withheld because I had no tax liability **and**
- This year I expect a refund of **all** Federal income tax withheld because I expect to have no tax liability.

If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . ▶ **7** _____

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature
(Form is not valid unless you sign it.) ▶ _Brenda H. Sims_    Date ▶ _6 - 1 - 04_

**8** Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)    **9** Office code (optional) _7_    **10** Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat.    Form **W-4** (2004)

B. Sims - 18

## FREEDOM COURT REPORTING

```
1          Q.      Okay.  And how did Mr. Fetner
2    respond?
3          A.      He just laughed.
4          Q.      Okay.  Did you laugh, also?
5          A.      No.
6          Q.      The second time, when he went
7    into the office and rearranged the phone so
8    he could grab your thigh?
9          A.      Rub my -- Rub my upper thigh.
10         Q.      Rub your upper thigh, and you
11   left, did you say anything to him?
12         A.      No.  I just walked out.
13         Q.      And do you recall when this
14   happened?
15         A.      No.
16         Q.      Did anybody witness -- To your
17   knowledge, did anybody witness this happen?
18         A.      No.
19         Q.      You say:  This conduct was
20   continuous during the period June 2004 and
21   August of 2004.  Is there any -- Can you
22   think of any other instances where
23   Mr. Fetner did anything sexually
```

## FREEDOM COURT REPORTING

1   to sexual harassment from my supervisor,

2   which consisted of the rubbing and touching

3   of my body, to include my legs and breast;

4   is that correct?

5          A.     Yes.

6          Q.     Who is the supervisor you're

7   referring to?

8          A.     Richard Fetner.

9          Q.     Nobody else?

10         A.     Nobody else.

11         Q.     Not Mr. Smith?

12         A.     No.

13         Q.     Not Dan Hees?

14         A.     No.

15         Q.     Not Pat Galvez?

16         A.     No.

17         Q.     Where -- Well, could you

18  describe the -- Without getting too graphic,

19  could you describe the rubbing and touching

20  of your legs and breasts by Mr. Fetner.  How

21  would it occur?

22         A.     I was in the office one day.

23         Q.     Mr. Fetner's office?

## FREEDOM COURT REPORTING

```
 1          A.      Right.  And I don't remember
 2   why I was in there or what we were talking
 3   about, and he started rubbing my leg.
 4          Q.      Closer to your knee or closer
 5   to somewhere else?
 6          A.      Close to my knee.
 7          Q.      Okay.
 8          A.      And then the other time I went
 9   in there to use the phone, and instead of
10   him putting it over here for me to use it,
11   he had me go behind him.
12          Q.      And when you're talking about
13   him, being Mr. Fetner?
14          A.      Richard Fetner.
15          Q.      All right.
16          A.      And when I went behind to use
17   the phone, he started rubbing my upper
18   thigh, and I hung the phone up and walked
19   out of the office.
20          Q.      Did you tell Mr. Fetner at
21   either one of those times that that was
22   inappropriate and to stop doing that?
23          A.      The first time I did.
```

1    inappropriate to you?

2          A.    He touched my breasts.

3          Q.    Okay.  How did that come

4    about?

5          A.    I had to work over a few

6    minutes, me and Mike Weathers, one

7    afternoon, and Richard wanted us to finish

8    the pallet.  So we got through with the

9    pallet.  Everybody else was gone.  We

10   started cleaning up.  He come and told me,

11   he said:  Clean that up tomorrow.  Just go

12   on, go on, go on.  And he was trying to get

13   me out ahead of Mike.  And I started walking

14   on out, and he come up beside me, put his

15   arm around me and touched my breast.

16         Q.    Arm around your back?

17         A.    Around my back and under my --

18         Q.    Underneath your underarms?

19         A.    Right.

20         Q.    And then grabbed your breast?

21         A.    Right.  And I pulled away from

22   him.

23         Q.    Did you say anything to him?

## FREEDOM COURT REPORTING

```
1            A.      No.
2            Q.      Did Mr. Weathers or anyone
3   else see this?
4            A.      No.
5            Q.      Did you say anything to
6   Mr. Fetner about that?
7            A.      No.
8            Q.      And do you recall when this
9   was?
10           A.      No.
11           Q.      And, again, anytime you want
12  to take a break, you may.  Anything else?
13           A.      Yes.  The other time he
14  touched my breast, he called me in the break
15  room, he wanted to talk to me.  And he was
16  standing right in front of me and he just
17  reached up and grabbed my breast.
18           Q.      Straightforward and just
19  grabbed your breast?
20           A.      Yes.
21           Q.      Now, what room was this in?
22           A.      The break room.
23           Q.      On Exhibit Number 6, could you
```

## FREEDOM COURT REPORTING

1    form.

2          A.    I don't understand what you're

3    talking about.

4          Q.    Well, when you filled out this

5    Charge of Discrimination marked as Exhibit

6    Number 31, signed by you on November 23,

7    2004, did you refer to that diary in helping

8    you write these charges?

9                MR. DOUGLAS:   Object to the

10   form.

11         A.    Yes.

12               MR. DOUGLAS:   That's fine.

13   You answered.

14         Q.    Subject to your attorney's

15   objection, your answer was yes?

16         A.    Yes.

17         Q.    Okay.  All right.  Now, let's

18   talk about the verbal things that Mr. Fetner

19   said or -- to you, that you found

20   objectionable.  On here it says:  My

21   supervisor, meaning Mr. Fetner, suggested

22   that I come to his house.  And he also

23   stated that should I come, I would have no

# FREEDOM COURT REPORTING

```
 1   worry about my work time.  When did this
 2   happen?
 3          A.     Over the period of time, June
 4   through August.  I don't know the exact
 5   dates.
 6          Q.     Would your diary have the
 7   exact date?
 8                 MR. DOUGLAS:  Object to the
 9   form.  I'm just objecting to the use of the
10   term "diary", because she hasn't adopted it.
11          Q.     Well, that piece of paper that
12   you wrote stuff on, what do you want to call
13   that?
14          A.     It was just a piece of paper,
15   so I could remember what was done.
16          Q.     So I'm just going to call it
17   the piece of paper.
18          A.     Okay.
19          Q.     All right.  The piece of
20   paper, did it have dates on there?
21          A.     I -- I don't remember.
22          Q.     All right.  Is there any
23   particular reason why that was not produced
```

## FREEDOM COURT REPORTING

1  to us earlier, to your knowledge?

2          A.      No.

3          Q.      Okay.

4          A.      I mean, it was just something

5  I scribbled out, you know, to help me fill

6  out the papers for the EEOC.

7          Q.      Okay.   Now, would you have an

8  objection of giving it to your lawyer, and

9  having your lawyer decide whether or not he

10 can give that to us?

11         A.      If I can find it.

12         Q.      Okay.   How many times did

13 Mr. Fetner ask you to come, to you?

14         A.      Quite a few.   I don't remember

15 exactly how many, but quite a few.

16         Q.      You said:   In retaliation for

17 my rejection of sexual harassment, I am

18 moved from my normal work assignment and

19 placed on other jobs.   What do you mean by

20 that?

21         A.      He would pull me off of my

22 regular job, even if I had work, and put me

23 on different jobs.