# EXHIBIT C

# DEPOSITION EXCERPTS OF LINDA SIMS

# JELD-WEN.

## Employee Acknowledgement of Anti-Harassment Procedures and Guidelines

I have received training/instruction on JELD-WEN's Anti-Harassment Procedures and Guidelines and I understand its contents. I agree to abide by this policy and I understand that my conduct will be governed by this policy the duration of my employment.

_Linda Sims_
Employee Name (print)

_____
Manager Signature

_Linda Sims_
Employee Signature

Date: _6-8-04_

[To be placed in the employees personnel file]

FREEDOM COURT REPORTING

Page 133

1 beginning of my employment, I have been
2 subjected to sexual harassment from the
3 plant manager, consisting of sexual comments
4 regarding my body parts, request to go out
5 on dates, touching my body around the waist,
6 placing his arms around me and pulling me
7 close to his body; is that correct?
8     A.    Yes, sir.
9     Q.    Now, the plant manager you're
10 referring to is Mr. Fetner?
11     A.    Yes, sir.
12     Q.    Nobody else?
13     A.    Yes, sir.
14     Q.    You're not -- Who else are you
15 referring to?
16     MR. DOUGLAS:    That's it.  She
17 said nobody else, yes, sir.
18     Q.    I see.  Nobody else?  Yes,
19 sir.  Not Dan Hees or Pat Galvez or anyone
20 else?
21     A.    No, sir.
22     Q.    Okay.  Now, I'd like to do
23 this, if it's okay with you, you felt like

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 134

```
1   Richard Fetner verbally harassed you?
2        A.   Yes, sir.
3        Q.   All right.  Can you give me
4   particular instances where that happened and
5   what he said, and who the witnesses are?
6        A.   I would be on my router, and
7   the whole -- this whole area --
8        Q.   The area with the X in it.
9        A.   He would come up and hug me.
10  And when he pulled me up to him, and just,
11  like, look at everybody and just start
12  laughing and grinning.
13       Q.   Again, this is where the
14  router is?
15       A.   Yes.  It's right there
16  (indicating), yes.
17       Q.   That's what you're pointing
18  at?
19       A.   Uh-huh.
20       Q.   Okay.
21       A.   And he came up to me and told
22  me my butt looked like two basketballs.
23       Q.   Okay.
```

FREEDOM COURT REPORTING

Page 135

```
 1         A.    And he wanted to go dribbling.
 2         Q.    Okay.
 3         A.    And this was here
 4   (indicating).
 5         Q.    At the X?
 6         A.    Uh-huh.
 7         Q.    You have to say yes.
 8         A.    Yes, sir.
 9         Q.    All right.
10         A.    And then he would come around
11   this way (indicating), and come like this
12   (indicating) and act like he was dribbling a
13   basketball.
14         Q.    Okay.  Referring to your
15   buttocks?
16         A.    Look at me and laughing, yes.
17         Q.    All right.
18         A.    Then at one point, we were
19   going to the break room around in this way
20   (indicating) --
21         Q.    Now, wait.  The what room?
22         A.    The break room.
23         Q.    Now, where's the break room?
```

1  Could you write on there where the break
2  room is.  Just write break room.
3          A.      Well, it would --
4          Q.      Put an X where the break room
5  is.
6          A.      It should be right here
7  (indicating).
8          Q.      And that's right below -- Is
9  it on the first floor?
10         A.      It's on the bottom floor.
11         Q.      Bottom floor, but underneath
12 Pat and Roxie's office?
13         A.      Uh-huh.  Yes.
14         Q.      Okay.  Where you put the X.
15 Okay.
16         A.      And we were going to the break
17 room, and he came up behind me, and he told
18 me that my -- one of my basketballs looked
19 deflated, and that he had a needle that he
20 could pump me up.  And I just looked at him
21 and kind of went -- and just walked off.
22         Q.      Okay.
23         A.      And at one point, we were here

FREEDOM COURT REPORTING

Page 140

1  on the first floor?
2      A.    Yes.
3      Q.    Okay.
4      A.    And he asked me if I needed
5  any help or something, and I'm, like: No.
6  So anyway, then he -- I'm trying to remember
7  everything he said to me, because he said so
8  much.
9            But we was working -- I was
10 working on the dado machine when Mike was
11 here (indicating).
12     Q.    Mike?
13     A.    Mike Weathers.
14     Q.    Mike Weathers.
15     A.    And everybody else had -- was
16 doing something else.  I don't know if
17 Lorena was out that day or what, but I was
18 doing this.  And he came over here behind
19 me.
20     Q.    He, being Mr. Fetner?
21     A.    Mr. Fetner came over behind me
22 and told me that he would play with my
23 basketballs if nobody was there.  I told

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1      A.    No.
2      Q.    Did you tell Pat Galvez any of
3 this?
4      A.    No. Because he had already
5 left.
6      Q.    Okay.
7      A.    He also asked me out the first
8 day that -- the first week or so that I was
9 there, he started asking me to go out with
10 him.
11     Q.    All right.
12     A.    And he asked me to come
13 decorate his bedroom.
14     Q.    What were your reactions to
15 Mr. Fetner's hugs?
16     A.    I just kind of like did this
17 (indicating).
18     Q.    You froze up?
19     A.    Yes, sir.
20     Q.    Did you say: Don't do that
21 again, to him?
22     A.    I didn't really know what to
23 say.

1  Q.  Okay.
2  A.  But I just remember Phil
3 coming and telling us that we had to go
4 home. And there was work on my job, and I
5 think that was when I got so mad.
6  Q.  They would work on your job?
7  A.  There was work on my job. And
8 he would tell us to go home. And I think me
9 and Brenda, both -- At that point I got fed
10 up with it, and I called the 1-800 number to
11 JELD-WEN and I got the answering machine.
12     And I think, like, a couple of
13 days later, they would call me back and I
14 wasn't at home and they left me a message.
15 So I called them back. And then I told them
16 that there was some things going on that
17 they probably should know about. And so
18 they told me that the legal manager would
19 call me.
20     And then, at the same day, I
21 found out that Brenda had called Mr. Hees.
22 And so I just kind of didn't do anymore
23 about it because she called Mr. Hees. But I

FREEDOM COURT REPORTING

Page 171

```
 1   sexual harassment about Mr. Fetner?
 2        A.    Yes, sir.
 3        Q.    Go to the third page.
 4        A.    (Witness complies.)
 5        Q.    Is this your handwriting?
 6        A.    Yes, sir.
 7        Q.    Do you know the date of this
 8   letter?
 9        A.    No, sir.
10        Q.    Okay.  Now, if you read the
11   second paragraph, it says:  I feel that
12   JELD-WEN did not punish him to the extent
13   that they should have.  The him you're
14   referring to is Mr. Fetner?
15        A.    Yes, sir.
16        Q.    And they, JELD-WEN, let him
17   resign.  He has the opportunity to go back
18   and start this problem that he clearly has
19   over again.
20        A.    Yes, sir.
21        Q.    All right.  And why do you say
22   that?
23        A.    I just feel like they slapped
```

**FREEDOM COURT REPORTING**

Page 163

```
 1  Every time we'd say what he did, he would
 2  kind of make a joke about it.  Like, when I
 3  was telling him about mine, he would say:
 4  Been playing basketball lately?  And he'd
 5  just kind of laugh about it.
 6        Q.    Well, did any of the women
 7  laugh?
 8        A.    Well, you know, it's just like
 9  -- There might have been some of them that
10  laughed.  I didn't think it was funny.
11        Q.    Okay.
12        A.    I didn't laugh.
13        Q.    Well, did any other women
14  laugh?
15        A.    Maybe Lisa, but maybe just as
16  a nervously laugh, like a nervous laugh.
17        Q.    But you don't know that it was
18  -- Did she tell you that was a nervous laugh
19  after it was over?
20        A.    No, sir.  But I can -- You can
21  tell when it's a laugh for real.
22        Q.    Okay.  And how long did this
23  meeting last?
```