# EXHIBIT E

# DEPOSITION EXCERPTS OF LISA COOK

FREEDOM COURT REPORTING

Page 208

```
 1  yes, ma'am.
 2       A.    Well, I wouldn't do that.  But
 3  I reckon if I had been involved in an affair
 4  with a man that was married, yes, I guess I
 5  would want to keep it secret.
 6       Q.    And you wouldn't want to tell
 7  anybody about it, would you?
 8       A.    No, sir.
 9       Q.    And you certainly wouldn't
10  want to admit to it in a lawsuit; correct?
11       A.    Probably not, but, I
12  mean . . .
13       Q.    Did Mr. Mendoza ever tell you
14  about any complaints he had heard about
15  Richard?
16       A.    He told me one about with
17  Cathy.
18       Q.    Tell me --
19       A.    I guess Cathy had complained
20  to him about Richard, and I think Joe had
21  tried to get her to go to Pat about it.
22       Q.    Joe told you this?
23       A.    Yes.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 91

```
 1  Just he'd come up behind you and reach
 2  around you or make sure that he touched your
 3  breast with his arm when he come by you, you
 4  know.
 5        Q.    Okay.  Let's kind of break
 6  those down a little bit.  You said you told
 7  Mr. Hees that Mr. Fetner touched you?
 8        A.    Yes, sir.
 9        Q.    Okay.  Where did he touch you?
10        A.    Well, he did touch me between
11  the legs one time, when I was sitting in his
12  office, talking to him about some
13  work-related stuff.
14        Q.    In your private area?
15        A.    Yes, sir.
16        Q.    Just the two of you in the
17  office?
18        A.    Yes, sir.
19        Q.    Okay.  So, to your knowledge,
20  no one saw that?
21        A.    Right.  Yes, sir.
22        Q.    Okay.  And did you tell
23  Mr. Hees that?
```

FREEDOM COURT REPORTING

Page 92

1   A.   Yes, sir. I do believe I did.
2   Q.   Okay. Where else did
3 Mr. Fetner touch you?
4   A.   He would always come up behind
5 you and rub you on your back, you know, hug
6 you around the waist or take his arm and try
7 to touch your breast with it or some little
8 something like that.
9   Q.   Just kind of try to slide in a
10 touch?
11   A.   Yes, sir.
12   Q.   Any other times you contend he
13 touched you inappropriately?
14   A.   I mean, that was like an
15 everyday thing.
16   Q.   The rubbing you on the back
17 and trying to touch you?
18   A.   Yes, sir.
19   Q.   Okay. And that's what began
20 in December of '03 or January of '04?
21   A.   Yes, sir.
22   Q.   Okay. When did he touch you
23 between your legs in the -- in his office?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 95

```
 1        A.      He did.  Or I could be over
 2  there at my machine by myself and he would
 3  come by and say it to me there.  Or he'd
 4  come by and whisper something in your ear.
 5        Q.      He'd do it where other people
 6  couldn't hear it?
 7        A.      Yes, sir.
 8        Q.      Did he ever tell you you
 9  needed to take a bubble bath to get rid of a
10  rash or something like that?
11        A.      I had a sunburn, an extremely
12  bad sunburn one time, and he offered me a
13  vinegar bath at his house on my lunch break.
14        Q.      Did you feel that was
15  inappropriate?
16        A.      Yes, sir.
17        Q.      Did he ever try to kiss you?
18        A.      Yes, sir.
19        Q.      How many times did that
20  happen?
21        A.      Once or twice.
22        Q.      Did you ever kiss him?
23        A.      No, sir.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

```
 1      Q.    Did you ever have any intimate
 2 contact with him at all?
 3      A.    No, sir.
 4      Q.    The way that he acted towards
 5 you, was it sort of your understanding
 6 that's the same way he acted towards
 7 Ms. Minix, Ms. Sims, Ms. Sims and
 8 Ms. Thornton?
 9      A.    Yes, sir.
10      Q.    Where he sort of talked to
11 them quietly where other people couldn't
12 hear?
13      A.    Yes, sir.
14      Q.    Did you ever witness any
15 inappropriate conduct that he directed
16 towards Ms. Minix?
17      A.    I mean, I would see him come
18 up and, you know, be talking to her, but as
19 far as me hearing anything, or, you know, I
20 would see him come up to the other ones and,
21 you know, rub them on the back or something
22 like that.
23      Q.    Okay.  And how would they
```

1  if I went over there, he might try
2  something, but, you know, I don't know.
3     Q.   Do you recall testifying
4  earlier today that some of his comments were
5  dirty? Do you remember saying he would make
6  dirty comments?
7     A.   Yes, sir.
8     Q.   What dirty comments would he
9  make?
10    A.   Like, dirty jokes, you know,
11 some kind of little dirty joke. Just -- I
12 don't remember specifics. I mean, I just
13 know, you know, the stuff he said, you know,
14 was vulgar and stuff.
15    Q.   So, would these dirty jokes
16 have sexual connotations to them, they were
17 about sex?
18    A.   Yes, sir.
19    Q.   And he would tell them to you
20 in the work places?
21    A.   Yes, sir.
22    Q.   Did you hear him tell them to
23 other people in the workplace?

```
 1        A.    Sometimes.  You know, there
 2   might be one or two of us, you know,
 3   standing there, and he'd tell us together,
 4   or we might be individual, different times
 5   and, you know, different people there.
 6        Q.    And he'd tell them a lot,
 7   wouldn't he?
 8        A.    Yes, sir.
 9        Q.    Do you recall any of the jokes
10   in specific?
11        A.    No, sir.
12        Q.    Do you recall if he would use
13   any vulgar words to describe either sex or
14   sexual parts of the human body?
15        A.    No, sir.
16        Q.    You don't remember or he
17   didn't?
18        A.    I don't remember.
19        Q.    And you don't remember any of
20   the specific jokes that he told?
21        A.    No, sir, I do not.
22        Q.    You testified that when you
23   spoke to your mother regarding what
```

FREEDOM COURT REPORTING

Page 167

```
 1        A.    Well, like, for instance, the
 2   one that sticks out in my mind, and when you
 3   said the panties on the stick, this is the
 4   one that makes me think of it.  For
 5   Christmas one year, we bought our
 6   supervisor, Phil Smith, a pair of red thong
 7   bikinis.
 8        And he put those bikinis on
 9   over his pants and walked through the plant
10   in them, you know.  That's why the stick and
11   the panties kind of popped out as something
12   that happened, you know, just little pranks
13   like that.
14        Q.    Pranks of a sexual nature?
15        A.    I guess so, if you call that a
16   sexual nature.
17        Q.    Pranks that would make people
18   think about sexual things?
19        A.    I guess so, yes, sir.
20        Q.    Okay.  Tell me what other
21   pranks you remember.
22        A.    I mean, that is all -- you
23   know, the main one that sticks out in my
```

```
 1          A.     Not that I can remember.
 2          Q.     Did you ever hear him refer to
 3   parts of the male or female anatomy in
 4   slang, and I mean sexual parts of the
 5   anatomy?
 6          A.     He might have made the comment
 7   or something referring to the woman parts as
 8   a pussy cat or something like that, you
 9   know.
10          Q.     Okay.
11          A.     Just little comments like
12   that.
13          Q.     And you heard those yourself?
14          A.     Yes, sir.
15          Q.     And how often did you hear
16   those comments?
17          A.     I mean, I didn't hear that,
18   you know, too many times.  I mean, just --
19          Q.     A few times?
20          A.     Just a few times.
21          Q.     How about a woman's breasts,
22   did you ever hear him refer to that part of
23   the body by other names?
```