# EXHIBIT H

# DEPOSITION EXCERPTS OF JOE MENDOZA

## Oral Deposition of Jose Mendoza, Jr., Taken on May 23, 2006

### Page 14

1  A. Let me see. (Counting) Six.
2  Q. Do you remember their names?
3  A. Let me see. Fingerjoint department was David, I
4  think it was David Hill; Patrick, I don't remember his last
5  name; and Luther. Luther, I don't remember his last name
6  either.
7  Q. Okay.
8  A. And then in the column turning department it was Bill
9  Keller. I want to say -- there was two females, a Janet, I
10 believe, and another -- a Lisa. A Lisa. Lisa, I don't
11 remember her last name.
12 Q. Not Lisa Feldman?
13 A. No, not Lisa Feldman. She was a chunkier little
14 girl. She was a chunky little girl. I mean, I don't -- no --
15 no offense, it's just I don't --
16 Q. None taken.
17 A. I'm sorry. It's just I don't remember her name.
18      MR. SCOFIELD: Just don't start talking about
19 bald, whatever you do.
20 A. I don't remember her last name.
21 Q. (BY MR. DOUGLAS) Do you know or have you ever known
22 Brenda Simms?
23 A. No.
24 Q. How about Linda Simms?
25 A. No.

### Page 15

1  Q. Lorena Minix you probably would know?
2  A. Lorena -- Lorena, I think I finally put the name to
3  the face, but as far as remembering her, I mean, I knew of
4  her. I know that she dyed her hair a lot, black or something.
5  Q. Well, how did you know it was dyed?
6  A. Because that's what pretty much everybody -- she
7  would come in with black hair sometimes and then bluish hair
8  another and then another kind of hair. It was dyed. That was
9  just my assumption, I don't -- I don't know.
10 Q. Dye it blue or dye it black or dye --
11 A. Dye it all kinds. Because there were days that she
12 come black and other days she would come blue.
13      MR. SCOFIELD: I don't have that problem.
14 Q. (BY MR. DOUGLAS) Okay. When did -- well, first of
15 all, does Jeld-Wen have a policy against sexual harassment in
16 the workplace?
17 A. There's a policy that identifies sexual harassment in
18 our harassment policy.
19 Q. At Jeld --
20 A. That's just a -- that's a category of the harassment
21 policy.
22 Q. Okay. There's -- there's policies against various
23 types of harassment, one of them being sexual harassment?
24 A. Uh-huh.
25 Q. Is that correct?

### Page 16

1  A. That's correct.
2  Q. Are you familiar with the policy?
3  A. Uh-huh.
4  Q. Is that a yes?
5  A. Yes. Yes.
6  Q. Were you familiar with it back in 2003 when you
7  worked at the Roanoke facility in Alabama?
8  A. Yes.
9  Q. When did Jeld-Wen first have a anti-sexual harassment
10 policy, if you know?
11 A. I don't know. When I got into management in 1990 it
12 was already in effect.
13 Q. Is that right?
14 A. Yeah.
15 Q. Are you certain about that?
16 A. I'm pretty sure.
17 Q. Okay. Has it changed over the years?
18 A. As far as the categories and -- and how we're
19 supposed to treat it, the steps, no, I don't think it's
20 changed.
21 Q. So you think it's the same as it was back in 1990?
22 A. Uh-huh.
23 Q. Is that correct?
24 A. Yeah.
25 Q. That's yes?

### Page 17

1  A. Yes.
2  Q. As someone who is in management what are your
3  responsibilities with regard to the anti-harassment policy, if
4  anything?
5  A. Well, first of all you should make your employees
6  aware of that, even though it's in the handbook, because the
7  majority of people don't read it, the majority of employees
8  don't read it, just to make them aware of the fact that
9  harassment, how our stance is on harassment, and that they're
10 able to, you know; they should come to us if they want to
11 complain or come to the immediate supervisor.
12 Q. I'm going to show you a document which was provided
13 to me by Jeld-Wen's lawyers. It's marked D-00026. If you'll
14 see at the bottom there's a letter D, it says Harassment
15 Training for Managers. Do you see that?
16 A. Uh-huh.
17 Q. If you'll flip to the next page, D-00027, it reads,
18 All managers will be made familiar with company policy
19 regarding harassment and encourage employees to come forward to
20 report any harassment. All managers will receive a copy of
21 this policy and it will be included in the company handbook as
22 well. Did I read that correctly?
23 A. Uh-huh.
24 Q. Is that yes?
25 A. Yes.

## Oral Deposition of Jose Mendoza, Jr., Taken on May 23, 2006

Page 10

1  A. The Yakima Valley in Washington State.
2  Q. And you just went to the one college?
3  A. I went to a couple. No, several. Went to a Trans
4  Business College.
5  Q. When was that?
6  A. That was in '80 -- I want to say like '88. '89 --
7  during the '89 and '90 was the community college, the Yakima
8  Valley Community College and Yakima City College.
9  Q. Are those all the colleges you attended?
10 A. Yeah.
11 Q. What were you majoring in?
12 A. Management, some type of management. It was a
13 management course, management courses, just trying to fill the
14 criteria for Jeld-Wen.
15 Q. Did you obtain any certificates from those colleges?
16 A. Yeah. The Trans Business College I obtained a
17 certificate in business management.
18 Q. Did they teach anything about sexual harassment in
19 the workplace?
20 A. I don't remember. It's been so long ago. I don't
21 remember.
22 Q. Have you ever written or published any writings?
23 A. No.
24 Q. Of course that's a bit of a redundant question, isn't
25 it? Have you ever published any written work?

Page 11

1  A. No.
2  Q. I'm sorry to ask you these next few questions. Have
3  you ever been convicted of a felony?
4  A. No.
5  Q. Have you ever filed for bankruptcy protection?
6  A. No.
7  Q. Are you under the influence of any drugs?
8  A. No.
9  Q. You don't take any prescription medication?
10 A. No.
11     MR. SCOFIELD: Believe it or not these are
12 normal questions.
13 Q. (BY MR. DOUGLAS) Who was -- who is your boss at this
14 facility?
15 A. At this facility?
16 Q. Yes, sir.
17 A. My just immediate or -- because my production manager
18 is Jan Nanny. She works above me. She's where -- we answer to
19 her.
20 Q. She's the production manager?
21 A. Right, she's production manager.
22 Q. Here in Corsicana?
23 A. Uh-huh.
24 Q. Is that correct?
25 A. Yes.

Page 12

1  Q. Who does she answer to?
2  A. Trent Milbrook.
3  Q. Who is he?
4  A. General manager of this plant.
5  Q. Does he live here in Corsicana?
6  A. Yes.
7  Q. Is he responsible for other plants as well?
8  A. No, just this one.
9  Q. Who does he report to, if you know?
10 A. I don't -- I don't remember the -- or know of the new
11 name of our V.P. Our old V.P. was Rick Heathington, but they
12 just recently changed hands and I don't know.
13 Q. Would that person be in Oregon?
14 A. No. No. He's in Ohio.
15 Q. Okay. You came directly to Corsicana from Roanoke,
16 Alabama; is that correct?
17 A. Yes.
18 Q. Who was your boss in Roanoke, Alabama?
19 A. Pat Galvez.
20 Q. And what was your title at the Roanoke facility?
21 A. Coordinating group.
22 Q. I'm sorry?
23 A. A coordinating group manager.
24 Q. And Pat Galvez's title was what?
25 A. General manager.

Page 13

1  Q. And who did he report to?
2  A. Dan Hayes.
3  Q. Out of Tennessee?
4  A. Yes.
5  Q. What was Dan's title back then?
6  A. I believe he was like a general manager, but he -- he
7  was G.M. over that facility and our facility. Pat was the
8  general manager under our facility. I guess kind of like a
9  traveling general manager. I really don't -- I really don't
10 understand as far as what his -- just basically the times that
11 I saw him he was just -- it was just like a general manager.
12 Q. And by him you're referring to Mr. Hayes?
13 A. Dan Hayes.
14 Q. What was your job at the Roanoke facility? I mean,
15 what did you do?
16 A. I managed two departments. The column turning
17 department and the fingerjoint department.
18 Q. What's the fingerjoint joint department?
19 A. It's a department that salvaged wood from blocks and
20 we manufacture the end so they would -- a tongue and grove kind
21 of thing, apply glue, squeeze them together and make longer
22 lengths of wood. We salvage things that were being thrown
23 away, we salvage it and turn it into something good.
24 Q. How many employees worked under you, under your
25 supervision?