# EXHIBIT I

# DEPOSITION EXCERPTS OF RICHARD FETNER

31

```
1    Q.   Pat Galvez?
2    A.   Pat Galvez.
3              -- he was plant manager and I was
4         coordinating manager of the plant.
5    Q.   And did you stay in that position as long
6         as Pat was there?
7    A.   Yes, sir.
8    Q.   And then Pat left in 2004 sometime; correct?
9    A.   Yes.  I think now.  Dates is hard to --
10   Q.   I understand.  At some point he left?
11   A.   At some point, yes, sir.
12   Q.   And you were still there?
13   A.   Yes, sir.
14   Q.   And would it be fair to say when he left
15        you were running the plant on a day-to-day
16        basis?
17   A.   Right.
18   Q.   You were giving the employees their
19        assignments?
20   A.   Yes, sir.
21   Q.   Interacting with employees on a daily basis?
22   A.   Yes, sir.
23   Q.   Did your job title change when Pat left?
```

**Millwork Specialties, Inc (656-ON)**
Preliminary figures based on a 12/15/04 closure date

| | Employee Name | Hrly Rate of Pay | BTC | Prorated 5yr bonus | Vacation Start Date | Cur. Vac Hrs | Cur Vac Pay | Accrued Vac Hours | Accrued Vac Pay | Severance Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| | Richard H Felner | | MT | | 5/1/2001 | | | | | |
| W F | Roxi Sword Giles | | SF | | 7/29/2002 | | | | | |
| | John F Felner | | HR | | 10/23/2001 | 32 | | | | |
| W F | Theresa M Messer | | HR | | 5/1/2001 | 0 | | | | |
| W F | Kathy Ann Thornton | | HR | | 5/1/2001 | 0 | | | | |
| | James Michael Weathers | | HR | | 7/25/2002 | 32 | | | | |
| B F | Melissa Brooks | | HR | | 5/1/2001 | 32 | | | | |
| W F | Elizabeth A. Cook | | HR | | 5/1/2001 | 0 | | | | |
| W F | Lisa A. Cook | | HR | | 7/17/2001 | 0 | | | | |
| | Robert F Davidson | | HR | | 5/1/2001 | 72 | | | | |
| | Danny E Greathouse | | HR | | 5/1/2001 | 40 | | | | |
| | David Lewis Hill | | HR | | 6/26/2001 | 16 | | | | |
| | Curtis Kendrick | | HR | | 3/22/2004 | 0 | | | | |
| | Jerry C Knight | | HR | | 1/1/2004 | 0 | | | | |
| | Luther Darnell McCray | | HR | | 5/1/2001 | 48 | | | | |
| W F | Lorena D. Minix | | HR | | 9/12/2001 | 0 | | | | |
| B F | Belinda J Morgan | | HR | | 5/1/2001 | 0 | | | | |
| | Luther T Phillips | | HR | | 5/1/2001 | 8 | | | | |
| | Dennis R Shelnutt | | HR | | 5/1/2001 | 72 | | | | |
| | Phillip L. Smith | | HR | | 5/1/2001 | 60 | | | | |
| | Patrick F Williams | | HR | | 5/1/2001 | 8 | | | | |
| B F | Towanna R Zachery | | HR | | 11/13/2001 | 4 | | | | |
| | William R Keller | | HR | | 5/1/2001 | 128 | | | | |
| B F | Sharon L Woodgett | | HR | | 5/20/2004 | 0 | | | | |
| W F | Brenda H. Sims | | HR | | 6/1/2004 | 0 | | | | |
| W F | Linda D Sims | | HR | | 6/7/2004 | 0 | | | | |
| | Willis E Cook | | HR | | 6/7/2004 | 0 | | | | |
| | Timothy L Elliott | | HR | | 6/23/2004 | 0 | | | | |
| | Trent L Ussery | | HR | | 6/21/2004 | 0 | | | | |
| W F | Mary Lou Laws | | HR | | 6/28/2004 | 0 | | | | |
| | Mahalo Gregg | | HR | | 7/12/2004 | 0 | | | | |
| W F | Barbara Elliott | | HR | | 7/19/2004 | 0 | | | | |
| B F | Mary Brown | | HR | | 9/6/2004 | 0 | | | | |
| W F | Bettye Florence Wheeler | | HR | | 8/6/2003 | 8 | | | | |
| B F | April Joy Smith | | HR | | 9/15/2003 | 0 | | | | |

Total Benefit Payout



PLAINTIFF'S EXHIBIT 1