# EXHIBIT J

# DEPOSITION EXCERPTS OF STACY OVERTON

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 61

1    A.    Yes.
2    Q.    Were you kissing him back?
3    A.    No.
4    Q.    Were you fighting him off?
5    A.    Like I say, no, I didn't,
6  because I told him I didn't want to. And he
7  knew I didn't want to, but he kept on. And
8  he held my job in his hands, so I didn't
9  have much choice. But I finally did talk
10 him into quitting, because I kept saying:
11 Is that them pulling up in the driveway?
12 Are they coming back?
13   Q.    What was he doing when he
14 quit?
15   A.    He was making me have sex with
16 him, and then he just quit.
17   Q.    So, he just -- He stopped
18 before the act was over?
19   A.    Yes. I think he got scared,
20 yes.
21   Q.    Okay. And I know this is all
22 kind of sensitive.
23   A.    It's sickening, is what it is.

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO