IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS,<br><br>Plaintiffs,<br><br>v.<br><br>JELD-WEN, inc. and RICHARD FETNER,<br><br>Defendants. | CIVIL ACTION NUMBER:<br>3:05-cv-00685-T |

## MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

JELD-WEN, inc. ("JELD-WEN") moves for leave to file the attached Defendant JELD-WEN's Reply Brief in Support of Motion for Summary Judgment. In support of this motion, JELD-WEN shows as follows:

1. JELD-WEN filed its Motion for Summary Judgment, supported by a brief and an evidentiary submission simultaneously filed, on June 8, 2006.

2. Plaintiffs filed their brief in opposition to JELD-WEN's Motion for Summary Judgment on June 23, 2006.

3. JELD-WEN's Reply Brief, attached hereto as Exhibit A, is necessary and warranted, among other reasons, to (a) clarify certain aspects of Plaintiffs' Opposition, including record representations that are inconsistent with the underlying record and (b) address the impact (or lack of impact) of <u>Burlington Northern & Santa Fe Railway v. White</u>, 2006 WL 1698953 (June 22, 2006), decided the day before Plaintiffs filed their response to JELD-WEN's motion.

WHEREFORE, PREMISES CONSIDERED, JELD-WEN respectfully requests leave to file Defendant's Reply Brief, attached hereto as Exhibit A, in further support of its Motion for Summary Judgment.

Respectfully Submitted,

s/Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

Scott J. Scofield, Esq.
SCOFIELD, GERARD, SINGLETARY & POHORESLSKY
1114 Ryan Street
Lake Charles, Louisiana 70601
(337) 433-9436

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    James B. Douglas, Jr., Esq.
    McNeal & Douglas, Attorneys at Law, L.L.C.
    P.O. Box 1423
    Auburn, AL  36831

    Matthew W. White, Esq.
    Adams, Umbach, Davidson & White, LLP
    P.O. Box 2069
    Opelika, AL  36803-2069

    Respectfully submitted,

    s/Michael L. Thompson
    Michael L. Thompson
    Lehr Middlebrooks & Vreeland, P.C.
    P.O. Box 11945
    Birmingham, AL 35202-1945
    Phone:  (205) 326-3002
    Fax:  (205) 326-3008
    E-mail: mthompson@lehrmiddlebrooks.com
    Bar No.: ASB-5417-o46m