IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
LORENA MINIX, et al.,      )
                           )
    Plaintiffs,            )
                           )
                           )     CIVIL ACTION NO.
    v.                     )     3:05cv685-MHT
                           )
JELD-WEN, INC., and        )
RICHARD FETNER,            )
                           )
    Defendants.            )
```

### ORDER

It is ORDERED as follows:

(1) The motion for leave to file reply brief (doc. no. 39) is granted.

(2) Any further response from plaintiffs is due 14 days from the date of this order.

DONE, this the 2nd day of August, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE