IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JELD-WEN, inc. and RICHARD FETNER, )<br>)<br>Defendants. ) | CIVIL ACTION NUMBER:<br>3:05-cv-00685-T |

## MOTION TO FILE INTO RECORD

Pursuant to the Court's instructions at the Pre-Trial Conference of September 6, 2006, Defendant, JELD-WEN, inc. files the attached Exhibit into the record in the above styled matter.

Respectfully Submitted,

s/Michael L. Thompson
Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

Scott J. Scofield, Esq.
SCOFIELD, GERARD, SINGLETARY & POHORESLSKY
1114 Ryan Street
Lake Charles, Louisiana 70601
(337) 433-9436

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      James B. Douglas, Jr., Esq.
      McNeal & Douglas, Attorneys at Law, L.L.C.
      P.O. Box 1423
      Auburn, AL  36831

      Matthew W. White, Esq.
      Adams, Umbach, Davidson & White, LLP
      P.O. Box 2069
      Opelika, AL  36803-2069

      Respectfully submitted,

      s/Michael L. Thompson THO152
      Michael L. Thompson THO152
      Lehr Middlebrooks & Vreeland, P.C.
      P.O. Box 11945
      Birmingham, AL 35202-1945
      Phone:  (205) 326-3002
      Fax:  (205) 326-3008
      E-mail: mthompson@lmpv.com
      Bar No.: ASB-5417-O46M

161970.doc

## Minix, et al v. JELD-WEN, inc. Cast of Characters

**Barry Homrighaus**, President-Window Group
Klamath Falls, Oregon
|
**Rick Parker**, Vice President
Klamath Falls, Oregon
|
**Dan Hees** –Coordinating General Manager
Sparta, TN
|
**Pat Galvez** – Acting General (Plant) Manager
Roanoke, Alabama
[Early 2002 – late June/early July 2004][1]

| |
/ \

**Richard Fetner***            **Joe Mendoza**
Group Manager (Foreman)    Group Manager (Foreman)
Roanoke, Alabama            Roanoke, Alabama
[January 2002 – October 13, 2004]    [October 2002- October 2003]
|                                       |

General Laborers (not all-inclusive)     Other General Laborers
**Lorena Minix***, [January 2002 – November 28, 2004]
**Linda Sims**, [Temp.: April 19, 2004;
         JW: June 8, 2004 – November 24, 2004]
**Brenda Sims**, [Temp.: May 14, 2004;
         JW: June 1, 2004 – November 2004]
**Kathy Thornton***, [January 2002 – November 24, 2004]
**Lisa Cook***, [January 2002 – mid-December, 2004]

161790

---

[1] Bracketed dates indicate JELD-WEN employment at Roanoke facility. Employees with a start date of "January 2002" were former Millwork Specialties, Inc. employees employed at the Roanoke facility. January 2002 is an approximation of the date these persons transitioned to JELD-WEN employment. The former Millworks Specialties, Inc. employees are denoted with an asterisk.