IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS,<br><br>           Plaintiffs,<br><br>v.<br><br>JELD-WEN, inc. and RICHARD FETNER,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)     CIVIL ACTION NUMBER:<br>)          3:05-cv-00685-T<br>)<br>)<br>)<br>)<br>) |

### **DEFENDANT JELD-WEN, inc.'s EXHIBIT LIST FOR TRIAL**

Pursuant to the Court's Scheduling Order and Trial Setting, Defendant JELD-WEN, inc. files and serves the following list of exhibits it may use in the trial of this matter:

1. JELD-WEN, inc. Employee Handbook (Bates Nos. P00052-P00073)

2. JELD-WEN, inc.'s Corporate Policies and Procedures (Bates Nos. P00074-P00076)

3. EEO Power Point Presentation (Bates Nos. D00447-D00513)

4. JELD-WEN Harassment Training Attendance Acknowledgement dated July 24, 2003 signed by Lorena Minix (Bates No. D00121)

5. JELD-WEN Harassment Training Attendance Acknowledgement dated July 24, 2003 signed by Richard Fetner (Bates No. D000296)

6. CMS Holding Company Employee Handbook (Bates Nos. D00711-D00734)

7. JELD-WEN, inc.'s First Request for Admission to Plaintiff Lorena Minix

8. Plaintiff Lorena Minix's Response to Defendant's Request for Admission

9. JELD-WEN, inc.'s Second Request for Admission to Plaintiff Lorena Minix

10. Plaintiff Lorena Minix's Response to JELD-WEN's Second Request for Admissions

11. Plaintiff Lorena Minix's Answers to Defendant's Interrogatories

12. Plaintiff Lorena Minix's Supplemental Response to Defendant's Interrogatories

13. Plaintiff Lorena Minix's Application for Employment (Bates Nos. D00142-D00145)

14. Plaintiff Lorena Minix's Layoff from JELD-WEN, inc. dated March 17, 2003 (Bates No. D00116)

15. Plaintiff Lorena Minix's Test on JELD-WEN's Employee Handbook (Bates Nos. D00122-D00124)

16. Plaintiff Lorena Minix's Employee Change Notice dated January 15, 2004 re Family Medical Leave (D00114)

17. Plaintiff Lorena Minix's Employee Change Notice dated March 22, 2004 re Minix's Return to Work from Short Term Disability (Bates No. D00111)

18. Plaintiff Lorena Minix's Employee Information Notice re Plant Closing (Bates No. D00110)

19. Plaintiff Lorena Minix's Charge of Discrimination (Bates Nos. D00330; D00334)

20. Plaintiff Lorena Minix's EEOC Charge Questionnaire (Bates Nos. D00341-D00345)

21. Plaintiff Lorena Minix's EEOC Case Log (Bates Nos. D00324-D00325)

22. Handwritten note from Lorena Minix regarding her relationship with Fetner (Bates No. D00329)

23. Letter dated April 19, 2005 to Matt White, Esq. from Devoralyn J. McGhee, EEOC Investigator re Lorena Minix (Bates Nos. D00337-D00338)

24. EEOC's Dismissal and Notice of Rights issued to Plaintiff Lorena Minix (Bates No. D00331)

25. Plaintiff Lorena Minix's Drug Screening by Kelly Services (Bates Nos. T00494; T00503)

26. Plaintiff Lorena Minix's Application for Employment with Wellborn Cabinets (Bates Nos. T00560-T00563)

27. Plaintiff Lorena Minix's signed Sexual Harassment Policy with Wellborn Cabinets (Bates No. T00552)

28. Plaintiff Lorena Minix's Termination from Wellborn Cabinets (Bates Nos. T00539-T00541)

29. Plaintiff Lorena Minix's Medical Records from Charlotte Bishop, Nurse Practitioner. (Bates Nos. T00473-T00492)

30. Plaintiff Lorena Minix's Medical Records from Randolph Medical Center (Bates Nos. T00966; T00976)

31. Plaintiff Lorena Minix's Medical Records from Randolph Medical Center, (Charlotte Bishop, CRNP), (Bates Nos. T01015-T01019)

32. Plaintiff Lorena Minix's Medical Records from Randolph Medical Center Radiology (Bates No. T01022)

33. Plaintiff Lorena Minix's Medical Records from Randolph Medical Center's Emergency Room (Bates No. T01072)

34. Plaintiff Lorena Minix's Medical Records from William Meadows, Jr., M.D., Surgical Clinic, (Bates Nos. T00230-T00245)

35. Plaintiff Lorena Minix's Medical Records from West Georgia Gasteroenterology (Bates Nos. T00403; T00411-T00412)

36. Plaintiff Lorena Minix's Medical Records from Dr. Mitchell C. Shirah, Physicians Associates (Bates Nos. T00622; T00628)

37. Plaintiff Lorena Minix's Prescription Records from Rite Aid (Bates Nos. T00931-T00932)

38. Plaintiff Lorena Minix's Prescription Records from Wal-Mart Pharmacy (Bates Nos. T01033-T01046)

39. Documents from Bullock County Department of Corrections regarding Earl Benefield (Bates Nos. T00938-T00940)

40. JELD-WEN, inc.'s First Request for Admission to Plaintiff Brenda Sims

41. Plaintiff Brenda Sims' Response to Defendants' Request for Admission

42. JELD-WEN, inc's Second Request for Admission to Plaintiff Brenda Sims

43. Plaintiff Brenda Sims' Response to JELD-WEN's Second Request for Admissions

44. Plaintiff Brenda Sims' Answers to Defendant's Interrogatories

45. Plaintiff Brenda Sims' Supplemental Response to Defendant's Interrogatories

46. Plaintiff Brenda Sims' Application for Employment (Bates Nos. D00176-D00177)

47. Plaintiff Brenda Sims' Express time card (Bates No. D00163)

48. JELD-WEN's Employee Booklet Checklist signed by Plaintiff Brenda Sims (Bates No. D00173)

49. Plaintiff Brenda Sims' JELD-WEN's Handbook Acknowledgement and Agreement signed May 28, 2004 (Bates No. D00172)

50. Plaintiff Brenda Sims' Employee Acknowledgement of JELD-WEN's Anti-Harassment Procedures and Guidelines (Bates No. D00175)

51. JELD-WEN's Violence in the Workplace Procedures and Guidelines signed by Plaintiff Brenda Sims (Bates No. D00169)

52. Plaintiff Brenda Sims' Form W-4 for JELD-WEN, inc. dated June 1, 2004 (Bates No. D00164)

53. Plaintiff Brenda Sims' Designation of Beneficiary dated June 1, 2004 (Bates No. D00165)

54. Plaintiff Brenda Sims' Employment Eligibility Verification (Bates No. D00167)

55. Plaintiff Brenda Sims' Employee Information Notice re Plant Closing (Bates No. D00149)

56. Plaintiff Brenda Sims' Medical Records from William Caypless, P.A., Woodland Rural Health Clinic (T00033-T00076)

57. Plaintiff Brenda Sims' Return to Work Excuse from William Caypless, P.A. (Bates No. D00147)

58. Plaintiff Brenda Sims' Medical Records from East Alabama Medical Center (Bates Nos. T00436-T00437)

59. Plaintiff Brenda Sims' Prescription Records from Rite Aid Corporation (Bates Nos. T00933-T00937)

60. Plaintiff Brenda Sims' Prescription Records from Wal-Mart Pharmacy (Bates Nos. T01047-T01055)

61. Plaintiff Brenda Sims' Prescription Records from Emerging Home Care Pharmacy (Bates Nos. T00941-T00944)

62. Plaintiff Brenda Sims' Employment Records from Roanoke Health Care (Bates Nos. T00946-T00950)

63. Plaintiff Brenda Sims' Arrest Report dated June 28, 2004 (Bates Nos. T00001-T00002)

64. Plaintiff Brenda Sims' Court Records (Bates Nos. T00003-T00007)

65. Amoco Fabrics' (APS Group) Sexual Harassment Policy (Bates Nos. T00152-T00153)

66. Amoco Fabrics' (APS Group) Exit Interview Questionnaire (Bates Nos. T00178-T00179)

67. Plaintiff Brenda Sims' Charge of Discrimination (Bates No. D00372)

68. Plaintiff Brenda Sims' EEOC Case Log (Bates No. D00368-D00370)

69. Plaintiff Brenda Sims' Letter to EEOC dated October 9, 2004 (Bates No. D00381)

70. Letter dated April 19, 2005 to Matt White, Esq. from Devoralyn J. McGhee, EEOC Investigator re Brenda Sims. (Bates Nos. P00026-P00028)

71. EEOC's Dismissal and Notice of Rights issued to Plaintiff Brenda Sims (Bates No. P00009)

72. Plaintiff Brenda Sims' Employment Records from Emerson Network Power (Bates Nos. T00183; T00195-T00197)

73. JELD-WEN, inc.'s First Request for Admission to Plaintiff Linda Sims

74. Plaintiff Linda Sims' Response to Defendant's Request for Admission

75. JELD-WEN, inc.'s Second Request for Admission to Plaintiff Linda Sims

76. Plaintiff Linda Sims' Response to JELD-WEN's Second Request for Admissions

77. Plaintiff Linda Sims' Answers to Interrogatories

78. Plaintiff Linda Sims' Supplemental Response to Defendant's Interrogatories

79. Plaintiff Linda Sims' Resume (Bates Nos. P00077-P00080)

80. Plaintiff Linda Sims' Application for Employment dated March 25, 2004 (Bates Nos. D00214-D00215)

81. Plaintiff Linda Sims' New Employee Orientation dated April 19, 2004 (Bates No. D00213)

82. Plaintiff Linda Sims' Express time cards (Bates No. D00204-D00207)

83. Plaintiff Linda Sims' Employee Acknowledgment of JELD-WEN's Anti-Harassment Procedures and Guidelines dated June 8, 2004 (Bates No. D00195)

84. JELD-WEN's Employee Handbook Checklist signed by Plaintiff Linda Sims on June 8, 2004 (Bates No. D00196)

85. Plaintiff Linda Sims' JELD-WEN's Handbook Acknowledgement and Agreement dated June 8, 2004 (Bates No. D00197)

86. JELD-WEN's Attendance Policy signed by Plaintiff Linda Sims on June 8, 2004 (Bates No. D00186)

87. JELD-WEN's Violence in the Workplace Policies and Procedures signed by Plaintiff Linda Sims on June 8, 2004 (Bates No. D00199)

88. Plaintiff Linda Sims' Health Plan dated September 21, 2004 (Bates No. D00201)

89. Plaintiff Linda Sims' Employee Information Notice re Plant Closing (Bates No. D00185)

90. Plaintiff Linda Sims' Charge of Discrimination (Bates No. D00413)

91. Plaintiff Linda Sims' handwritten note to EEOC (Bates No. D00410)

92. Plaintiff Linda Sims' Charge Questionnaire (Bates Nos. D00422-D00426)

93. Letter dated April 19, 2005 to Matt White, Esq. from Devoralyn J. McGhee, EEOC Investigator re Linda Sims (Bates Nos. D00416-D00417)

94. EEOC's Dismissal and Notice of Rights issued to Plaintiff Linda Sims (Bates No. P00010)

95. Plaintiff Linda Sims' Medical Records from Russell D. Peterson, D.O. (Bates Nos. T00648-T00674)

96. Plaintiff Linda Sims' Medical Records from Brian Chadwick, M.D., Ph.D., LaGrange Obstetrics Gynecology (Bates Nos. T00008; T00011; T00013-T00015)

97. Plaintiff Linda Sims' Medical Records from Dewayne Clark, M.D., Northeast Regional Medical Center (Bates Nos. T00737-T00749)

98. Linda Sims' Prescription Records from Wal-Mart Pharmacy (Bates Nos. T01056-T01068

99. Plaintiff Linda Sims' Application for Employment to IHOP (Bates Nos. T00345-T00347)

100. Plaintiff Linda Sims' Application for Employment with Movie Gallery (MGA), (Bates Nos. T00079; T00102-T00103)

101. MGA's Sexual Harassment Policy signed by Plaintiff Linda Sims (Bates No. T00109)

102. Wellborn Cabinet's No Harassment Policy signed by Richard Fetner on May 15, 1995 (Bates Nos. T00564-T00566)

103. Memo dated January 30, 2005 to JELD-WEN from Dan Hees re termination of Richard Fetner (Bates Nos. D00297-D00298)

104. Layout of JELD-WEN, inc.'s Roanoke facility (Minix)

105. Layout of JELD-WEN, inc.'s Roanoke facility (B. Sims)

106. Layout of JELD-WEN, inc.'s Roanoke facility (L. Sims)

107. Investigation of Richard Bowen (D00514-D00535)

108. Labor History Records of Minix and Bowen (Bates Nos. D00614-D00638)

109. Plaintiffs' Timecards (Bates Nos. D00639-D00675)

110. Plaintiffs' Payroll (Bates Nos. D00676-D00710)

111. Letter dated October 21, 2004 from Daniel A. Hees re closure of JELD-WEN inc.'s Roanoke plant (Bates No. D00316)

112. Lisa Cook's Employment and Health History (Bates Nos. D00253-D00254)

113. Lisa Cook's Test on JELD-WEN's Employee Handbook (Bates Nos. D00257-D00259)

114. Composite of JELD-WEN's Final Employee Warning Notices issued to Lisa Cook for Violation of Company Rules (D00220-D00226; D00229-D00234)

115. Lisa Cook's Employee Change Notices re layoff dated November 18, 2002 (Bates Nos. D00249-D00250)

116. Lisa Cook's Employee Change Notices re layoff dated March 17, 2003 (Bates No. D00247)

117. JELD-WEN's New Employee Orientation signed by Mary Lou Laws on May 10, 2004 (Bates No. D00291)

118. JELD-WEN's Handbook Acknowledgement and Agreement signed by Mary Lou Laws on June 28, 2004 (Bates No. D00285)

119. JELD-WEN's Employee Booklet Checklist signed by Mary Lou Laws on June 28, 2004 (Bates No. D00286)

120. JELD-WEN'S Attendance Policy signed by Mary Lou Laws on June 28, 2004 (Bates No. D00287)

121. JELD-WENS' Employee Acknowledgement of Anti-Harassment Procedures and Guidelines signed by Mary Lou Laws on June 28, 2004 (Bates No. D00288)

122. JELD-WEN's Violence in the Workplace Procedures and Guidelines signed by Mary Lou Laws on June 28, 2004 (Bates No. D00289)

123. JELD-WEN's Safety Policy and Procedures signed by Mary Lou Laws on June 28, 2004 (Bates No. D00290)

124. Richard Fetner's Employment of Application (Bates Nos. D00300-D00302)

125. Memorandum dated January 30, 2005 to JELD-WEN from Dan Hees re. 10/13/04 Alabama Issues (Bates Nos. D00317-D00319)

126. Resume of Jose' Mendoza, Jr. (Bates Nos. D00536-D00538)

127. Any exhibits necessary for impeachment.

128. Any exhibits necessary for rebuttal.

129. Summaries, compilations and demonstrative exhibits reflecting the information set forth in other exhibits listed herein.

                                              Respectfully Submitted,

                                              s/Michael L. Thompson
                                              Michael L. Thompson THO152

OF COUNSEL:
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

Scott Scofield, Esq.
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
P.O. Drawer 3028
Lake Charles, LA 70601
(337) 433-9436

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James B. Douglas, Jr., Esq.
>McNeal & Douglas, Attorneys at Law, L.L.C.
>P.O. Box 1423
>Auburn, AL  36831
>
>Matthew W. White, Esq.
>Adams, Umbach, Davidson & White, LLP
>P.O. Box 2069
>Opelika, AL  36803-2069

>Respectfully submitted,
>
>s/Michael L. Thompson THO152
>Michael L. Thompson THO152
>Lehr Middlebrooks & Vreeland, P.C.
>P.O. Box 11945
>Birmingham, AL 35202-1945
>Phone:  (205) 326-3002
>Fax:  (205) 326-3008
>E-mail: mthompson@lmpv.com
>Bar No.: ASB-5417-O46M

161719.doc