**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **LORENA MINIX, BRENDA SIMS, and LINDA SIMS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) | **3:05-cv-00685-T** |
| | ) | |
| **JELD-WEN, inc. and RICHARD FETNER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**DEFENDANT JELD-WEN, inc.'s WITNESS LIST FOR TRIAL**</u>

Pursuant to the Court's Scheduling Order and Trial Setting, Defendant JELD-WEN, inc. files and serves the following names, addresses and phone numbers, (if known), of persons it expects to call as witnesses in the trial of this matter:

1.    C. Robert Sturm, Esq.
      JELD-WEN, inc.
      Legal Department
      3250 Lakeport Blvd.
      Klamath Falls, OR  97601

2.    Mr. Dan Hees
      2552 Hidden Cove
      Cookeville, TN

3.    Mr. Pat Galvez
      2504 Chantel Avenue
      Klamath Falls, OR

4.    Mr. Joe Mendoza
      3717 Northwest Co. Road 4
      Corsicano, TX

5.    Ms. Roxi Giles
      10811 County Road
      Roanoke, AL   36274

Defendant further identifies the following persons it may call if the need arises:

1.      Lorena Minix, Plaintiff
        19 Lebanon Street
        Roanoke, AL   36274

2.      Brenda Sims, Plaintiff
        3552 Co. Road 30
        Roanoke, AL   36274

3.      Linda Sims, Plaintiff
        241 Co. Road 79, Apt. 24
        Roanoke, AL   36274

4.      Mr. Barry Homrighaus
        c/o JELD-WEN, inc.
        3250 Lakeport Blvd.
        Klamath Falls, OR  97601

5.      Mr. Richard Fetner
        567 Davis Drive
        Roanoke, AL   36274

6.      Ms. Lisa Cook
        440 Rebecca Drive, Apt. 24
        Roanoke, AL  36274

7.      Ms. Towanna Zachery
        368 Johnston Street, Lot 5
        Roanoke, AL   36274

8.      Charlotte Bishop, CRNP
        Southern Family Healthcare
        32 Medical Drive
        Roanoke, AL   36274
        (334) 863-2311

9.      Russell Peterson, D.O.
        Randolph Medical Center
        469 Price Street
        Roanoke, AL   36274
        (334) 863-2141

10.    William Caypless, P.A.
       Woodland Rural Health Clinic
       76 Co. Road 64, Suite 3
       Woodland, AL   36280
       (256) 449-2001

11.    Brian Chadwick, M.D., Ph.D.
       LaGrange Obstetrics Gynecology
       Attn:  Custodian of Medical Records
       303 Medical Drive, Suite 405
       LaGrange, Georgia   30240
       (706) 812-2229

12.    Any witnesses for the purpose of rebuttal and/or supplemental witnesses

whose testimony is needed based on subsequent filings.

13.    Any records custodian to authenticate any document obtained from a third

party.

Respectfully Submitted,


s/Michael L. Thompson
Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

Scott Scofield, Esq.
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
P.O. Drawer 3028
Lake Charles, LA  70601
(337) 433-9436

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the following:

> James B. Douglas, Jr., Esq.
> McNeal & Douglas, Attorneys at Law, L.L.C.
> P.O. Box 1423
> Auburn, AL  36831
>
> Matthew W. White, Esq.
> Adams, Umbach, Davidson & White, LLP
> P.O. Box 2069
> Opelika, AL  36803-2069

> Respectfully submitted,
>
> s/Michael L. Thompson THO152
> Michael L. Thompson THO152
> Lehr Middlebrooks & Vreeland, P.C.
> P.O. Box 11945
> Birmingham, AL 35202-1945
> Phone:  (205) 326-3002
> Fax:  (205) 326-3008
> E-mail: mthompson@lmpv.com
> Bar No.: ASB-5417-O46M

161607.doc

4