**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **LORENA MINIX, BRENDA SIMS, and LINDA SIMS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) | **3:05-cv-00685-T** |
| | ) | |
| **JELD-WEN, inc. and RICHARD FETNER,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT'S DESIGNATION OF DEPOSITION EXCERPTS**

Pursuant to Section 11 of the Scheduling Order filed November 1, 2005, Defendant JELD-WEN, inc. designates the following deposition excerpts which may be offered as evidence at trial pursuant to Rule 32(a)(2), F.R.C.P.:

**Deposition of Plaintiff – Lorena Minix:**   1:1-2:19; 11:1-15:16; 26:3-17; 27:16-28:5; 33:10-23; 41:14-42:18; 44:3-22; 48:18-49:1; 51:2-52:16; 59:4-11; 62:14-63:11; 65:8-18; 67:21-68:14; 70:2-13; 72:13-73:7; 80:3-9; 82:10-22; 86:22-87:5; 101:7-14; 104:11-16; 133:8-134:22; 135:14-19; 143:13-19; 148:16-149:22; 150:15-23; 153:15-23; 159:11-160:8; 160:19-21; 162:15-163:10; 165:7-9; 169:20-170:6; 174:19-22; 177:27-178:14; 181:5-7; 183:11-17; 184:1-18; 186:18-21; 187:14-17; 188:6-12; 190:20-191:10; 204:13-21; 204:22-205:10; 206:7-14; 210:23-214:15; 213:3-8; 216:5-21; 217:19-218:10; 219:5-11; 221:23-223:20; 222:18-23; 223:9  224:1; 223:20; 223:22-224:6; 225:4-9; 227:15-21; 227:22-228:12; 229:10-16; 229:21-231:5-13; 234:3-10; 236:10-13; 242:3-243:6; 245:18-246:7; 252:16-253:14; 274:19-275:7; 275:8-13; 276:11-14; 277:10-280:7; 278:3-6; 279:4-20; 280:3-10; 280:12-281:19; 282:4-6; 283:2-11; 283:21-285:8; 284:19-

286:4; 285:8-286:4; 286:20-287:7; 288:4-13; 291:12-18; 297:2-7; 299:1-11; 301:18-22; 302:14-303:1; 302:21-303:1; 303:2-8; 306:18-307:3; 306:20-23; 308:23-309:1; 313:4-22; 313:16-19; 314:6-315:1; 315:17-316:3.

**Deposition of Plaintiff – Brenda Sims:**   1:1-2:19; 8:1-12:18; 13:4-8; 23:1-8; 46:1-20; 49:10-12; 50:1-8; 56:8-17; 59:11-60:5; 62:10-12; 66:21-67:12; 72:4-9; 74:13-75:4; 76:7-78:1; 79:3-7; 80:5-18; 81:3-83:13; 83:19-84:20; 88:3-13; 95:9-96:8; 96:17-97:1-4; 98:7-100:17; 98:11-16; 99:15-19; 100:1-4; 101:1-3; 102:6-8; 102:16-18; 108:6-12; 110:7-12; 112:8-13; 113:5-10; 121:11-19; 127:3-13; 127:17-19; 129:8-11; 132:18 - 134:3; 145:16 - 146:15; 149:23-150:8; 150:6-16; 150:23-151:1-3; 151:-3; 152:16-18; 152:22-153:2; 153:16-21; 153:21-154:1; 154:2-4; 154:13-20; 155:11-17; 155:18-21; 158:17-159:5; 160:16-23-162:3; 162:8-163:1; 165:1-6; 184:8-14; 184:15-21; 185:12-186:7; 191:16-19; 192:9-21; 193:5-7; 193:21-194:10; 193:21-194:4; 195:13-20; 195:14-17; 199:5-18; 200:22-201:1; 204:18-23; 206:13-207:17; 208:18-20; 214:3-9; 221:8-16.

**Deposition of Plaintiff – Linda Sims:**   1:1-2:19; 7:1-10:22; 15:5-9; 31:9-11; 38:6-13; 38:20-39:2; 43:18-46:6; 58:23-59:10; 66:17-67:2; 76:18-77:11; 87:14-88:9; 94:11-16; 97:17-23; 99:1-102:1; 102:4-19; 105:14-16; 105:20-106:13; 108:14-112:1; 114:23-115:14; 119:6-19; 120:21-23; 125:6-14; 130:5-132:8; 132:23-133:21; 134:9-12, 21-22; 135:10-16; 136:16-21; 140:21-141:2; 142:5-143:10; 145:22-146:9; 147:14-19; 149:6-22; 150:17-23; 151:7-152:4; 153:8-155:5; 155:21-157:5; 158:14-159:11; 160:3-15; 161:19-23; 163:6-10; 163:22-164:2; 164:15-17; 164:21-165:12; 165:16-22; 166:10-14; 166:19-21; 167:23-168:10; 168:16-21; 169:7-9; 170:19-171:2; 171:10-172:4; 176:16-177:5; 175:7-18; 181:22-182:5; 187:11-18; 188:7-9.

Respectfully Submitted,

s/Michael L. Thompson
Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

Scott J. Scofield, Esq.
SCOFIELD, GERARD, SINGLETARY & POHORESLSKY
1114 Ryan Street
Lake Charles, Louisiana 70601
(337) 433-9436

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Douglas, Jr., Esq.
McNeal & Douglas, Attorneys at Law, L.L.C.
P.O. Box 1423
Auburn, AL  36831

Matthew W. White, Esq.
Adams, Umbach, Davidson & White, LLP
P.O. Box 2069
Opelika, AL  36803-2069

Respectfully submitted,

s/Michael L. Thompson
Michael L.  Thompson
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL 35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008
E-mail:
mthompson@lehrmiddlebrooks.com
Bar No.: ASB-5417-o46m

162045.doc