IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, et al., )<br>)<br>    Plaintiffs, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv685-MHT |
| )<br>JELD-WEN, INC., and )<br>RICHARD FETNER, )<br>) | |
|     Defendants. ) | |

### ORDER

It is ORDERED that the motion to file into record (doc. no. 44) is granted.

DONE, this the 15th day of September, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE