IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LORENA MINIX, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv685-MHT |
| | ) | |
| JELD-WEN, INC., and | ) | |
| RICHARD FETNER, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the jury selection and trial of this cause are reset for October 25, 2006, at 10:00 a.m. at the Federal Courthouse in Opelika, Alabama.

DONE, this the 6th day of October, 2006.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE