IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LORENA MINIX, et al.,            )
                                 )
        PLAINTIFFS,              )
                                 )
v.                               ) CIVIL ACTION NO. 3:05CV685-T
                                 )
                                 )
JELD-WEN, INC.                   )
                                 )
        DEFENDANT.               )

### PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

Pursuant to this Court's Order, the plaintiffs submit the following proposed voir dire questions:

1. Have any members of the jury venire ever been represented by Mr. Michael Thompson or Mr. Scott Scofield, or any member of their firms.

2. Have any members of this jury venire ever owned their own business. If so, please state the name and what type of business it was or is.

3. Have any members of this jury venire ever been accused of inappropriate workplace conduct.

4. Have any members of this jury venire ever been accused of sexual harassment in the workplace.

5. Do any members of this jury venire hold supervisory positions at their place of employment. If so, please state the nature of the supervisory position.

6. Do any members of this jury venire work at a place of employment which has a written policy regarding sexual harassment.

7. Do any members of this jury venire believe that a person should not file a lawsuit if they feel they have been sexually harassed in the workplace.

8. Do any members of this jury venire feel that there are too many lawsuit filed, in general, and that people should not take their grievances into a court of law.

9. Do any members of this jury venire believe that punitive damages should not be awarded to punish wrong-doing, if liability is established by the facts and the law as charged by the Court.

10. Do any members of this jury venire believe they could not award money damages to the plaintiffs, if the plaintiffs claims were supported by the facts and the law as charged by the Court, under any circumstances, based on your personal feelings.

11. Do any members of this jury venire believe they could not award punitive damages to the plaintiffs, under any circumstances, based upon your personal feelings.

12. Do any members of this jury venire believe that punitive damages are out of control and probably not justified.

13. Do any members of this jury venire believe that a lawsuit based on a claim of discrimination is probably frivolous.

14. Do any members of this jury venire believe that they could not award money damages for mental anguish if the facts and the law as charged by the Court supported doing so.

15. Have any members of this jury venire or, their family members, ever been falsely accused of violating the civil or criminal law by another person.

16. Have any members of this jury venire, or their family members, ever been ordered to pay a civil judgment by a court.

17. Have any members of this jury venire, or their family members, ever worked for the Equal Employment Opportunity Commission (EEOC).

18. Have any members of this jury venire, or their family members, ever worked for the Defendant, Jeld-Wen, Inc.

19. Have any members of this jury venire ever been called upon to investigate a claim of sexual harassment. If so, what steps were taken as a result of the investigation.

20. Do any members of this venire know any of the following persons who may be witnesses in this case: Kathy Thornton, Lisa Cook, Dan Hees, Robert Sturm, Pat Galvez, Richard Fetner, Joe Mendoza, Roxi Giles, Towanna Zachery.

21. Do any members of this jury venire know any of the parties in this case.

22. Would you, as a potential juror, be willing to award the Plaintiffs substantial damages if we prove the case.

23. Do any members of this jury venire believe that a company should not be responsible for the actions of their managers.

24. Have any members of this venire, or their family members, ever worked in the medical profession.

25. Have any members of this venire, or their family members, ever worked in the insurance profession.

Done this the 10th day of October, 2006.

                                                  James B. Douglas, Jr.
                                                Attorney for Plaintiff
                                                McNeal & Douglas, Attorneys at Law. L.L.C.
                                                P.O. Box 1423
                                                Al bar #8935-u83j
                                                Auburn, Alabama, 36831
                                                334-821-6401

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by sending a copy of same by first class U.S. mail, postage prepaid and properly addressed.

Dated this the 10th day of October, 2006.

                                                James B. Douglas, Jr.

Micheal L. Thompson
Lehr, Middlebrooks, Price & Vreeland, P.C.
Post Office Box 11945
Birmingham, AL 35202-1945

Scott Scofield, Esq.
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
Post Office Drawer 3028
Lake Charles, LA 70601