IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LORENA MINIX, BRENDA SIMS, and LINDA SIMS,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**JELD-WEN, inc.,** )<br>)<br>**Defendant.** )<br>) | **CIVIL ACTION NUMBER:**<br>**3:05-cv-00685-T** |

## DEFENDANT JELD-WEN'S OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS

Pursuant to Section 11 of the Court's Uniform Scheduling Order, Defendant JELD-WEN, inc. ("JELD-WEN") objects to Plaintiffs' Designation of Depositions to be Used at Trial, a copy of which is attached hereto as Exhibit 1, as follows:

Plaintiffs designated the entire depositions of Dan Hees, Robert Sturm, Pat Galvez and Joe Mendoza in response to Section 11 of the Court's Uniform Scheduling Order. Mr. Hees, Mr. Sturm, Mr. Galvez and Mr. Mendoza are all current JELD-WEN employees who reside and work more than 100 miles from Opelika, Alabama, the location of the trial of this matter. Accordingly, Plaintiffs reasonably may have designated the four depositions based on the four deponents not being subject to the Court's subpoena power for trial. To the extent that any of the four deponent witnesses are present and available to testify live at trial, JELD-WEN objects to the use of their deposition testimony based on their unavailability.

Defendant further objects to the admission of the depositions of Mr. Hees, Mr. Sturm (as to the individual portions of his deposition only), Mr. Galvez and Mr. Mendoza

because none of the four deponent witnesses is an officer, director, managing agent or Rule 30(b)(6) representative of Defendant JELD-WEN. Fed. R. Civ. P. 32(a)(2).

Irrespective of the availability of each witness and irrespective of whether the deponent witness is an officer, director, managing agent or Rule 30(b)(6) representative, Defendant further objects to the admissibility of any portion of any of the five[1] designated depositions to the extent that such testimony, or any portion thereof, is otherwise inadmissible under the rules of evidence applied as if the witness were then present and testifying at trial. Fed. R. Civ. P. 32(a). As Plaintiffs designated entire depositions, JELD-WEN is unable to more specifically state its objections other than to state that it reserves any and all objections available under the Federal Rules of Evidence, the Federal Rules of Civil Procedure and/or any objections available on any other basis.

Respectfully Submitted,

s/ Michael L. Thompson
Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

Scott Scofield, Esq.
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
P.O. Drawer 3028
Lake Charles, LA 70601
(337) 433-9436

---

[1] Plaintiffs' fifth designation is "[t]he Deposition of any person who is unavailable, by refusing to appear pursuant to Subpoena."

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    James B. Douglas, Jr., Esq.
    McNeal & Douglas, Attorneys at Law, L.L.C.
    P.O. Box 1423
    Auburn, AL  36831

    Matthew W. White, Esq.
    Adams, Umbach, Davidson & White, LLP
    P.O. Box 2069
    Opelika, AL  36803-2069

    Respectfully submitted,

    s/Michael L. Thompson THO152
    Michael L. Thompson THO152
    Lehr Middlebrooks & Vreeland, P.C.
    P.O. Box 11945
    Birmingham, AL 35202-1945
    Phone:  (205) 326-3002
    Fax:  (205) 326-3008
    E-mail: mthompson@lehrmiddlebrooks.com
    Bar No.: ASB-5417-O46M

163829

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, et al., | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV685-T |
| | ) |
| | ) |
| JELD-WEN, INC. | ) |
| | ) |
| DEFENDANT. | ) |

**PLAINTIFFS' DESIGNATION OF DEPOSITIONS TO BE USED AT TRIAL**

COMES NOW the Plaintiffs, pursuant to § 11 of the Court's Scheduling Order, and identifies the Depositions they expect to use at Trial. In addition to impeachment purposes, Plaintiffs' intend to use the following Depositions, if said persons, beyond the Subpoena Power of the Court do not appear at Trial:

1. The entire Deposition of Dan Hees.

2. The entire Deposition of Robert Sturm.

3. The entire Deposition of Pat Galvez.

4. The entire Deposition of Joe Mendoza.

5. The Deposition of any person who is unavailable, by refusing to appear pursuant to Subpoena.

Respectfully submitted this the 13th day of September, 2006.

James B. Douglas, Jr.
Attorney for Plaintiff

EXHIBIT 1

McNeal & Douglas, Attorneys at Law. L.L.C.
AL Bar #8935-u83j
P.O. Box 1423
Auburn, Alabama, 36831
334-821-1596

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by U. S. mail postage prepaid.

Dated this the 13th day of September, 2006.

Michael L. Thompson
Attorney for Defendant
Lehr. Middlebrooks &
Vreeland, P.C.
P. O. Box 11945
Birmingham, AL 35202-1945

_____
James B. Douglas, Jr.