# FREEDOM COURT REPORTING

Page 1

```
 1   IN THE UNITED STATES DISTRICT COURT
 2   FOR THE MIDDLE DISTRICT OF ALABAMA
 3        EASTERN DIVISION
 4
 5   CIVIL ACTION NO.: 3:05-cv-685-T
 6   LORENA MINIX, et al.,
 7        Plaintiffs,
 8        vs.
 9   JELD-WEN, INC., and
10   RICHARD FETNER,
11        Defendants.
12
13        STIPULATION
14        IT IS STIPULATED AND AGREED by and
15   between the parties through their respective
16   counsel, that the deposition of Linda Sims
17   may be taken before Angela Smith, RPR, CRR,
18   at the offices of McNeal & Douglas, at 1710
19   Catherine Court, Ste: B, Auburn, Alabama
20   36831, on the 12th day of April, 2006.
21
22        DEPOSITION OF LINDA SIMS
23
```

Page 2

```
 1        IT IS FURTHER STIPULATED AND
 2   AGREED that the signature to and the reading
 3   of the deposition by the witness is waived,
 4   the deposition to have the same force and
 5   effect as if full compliance had been had
 6   with all laws and rules of Court relating to
 7   the taking of depositions.
 8        IT IS FURTHER STIPULATED AND
 9   AGREED that it shall not be necessary for
10   any objections to be made by counsel to any
11   questions except as to form or leading
12   questions, and that counsel for the parties
13   may make objections and assign grounds at
14   the time of the trial, or at the time said
15   deposition is offered in evidence, or prior
16   thereto.
17        IT IS FURTHER STIPULATED AND
18   AGREED that the notice of filing of the
19   deposition by the Commissioner is waived.
20
21        * * * * * * * * * * * *
22
23
```

Page 3

```
 1        * * * * * * * * * * * * *
 2             I N D E X
 3           EXAMINATION
 4                    PAGE
 5   By Mr. Scofield ..................... 9
 6        DEFENDANT'S EXHIBITS
 7                    PAGE
 8   Ex. 1 - Copy of Ms. Sims'
 9        driver's license and SS
10        number .................... 12
11   Ex. 3 - 9/21/04 JELD-WEN health
12        plan ...................... 19
13   Ex. 2 - Interrogatories ............ 24
14   Ex. 16 - The Employee Handbook ..... 48
15   Ex. 11 - A prescription summary
16        from Emerging Home Care .. 75
17   Ex. 11-A - Medical records ......... 78
18   Ex. 11-B - 11/10/98 medical
19        record for Dr. Peterson .. 80
20   Ex. 11-C - Randolph Medical
21        Associates medical
22        records .................... 82
23   Ex. 11-D - 2/4/04 medical record
```

Page 4

```
 1        for Dr. Peterson ......... 82
 2   Ex. 11-E - 5/8/97 medical record
 3        from Russell Patterson ... 84
 4   Ex. 11-F - Medical record from
 5        Dr. Peterson .............. 85
 6   Ex. 11-G - 8/25/04 medical record
 7        from Dr. Peterson ........ 86
 8   Ex. 11-H - 9/10/04 medical record .. 88
 9   Ex. 11-I - 9/20/04 medical record
10        for Dr. Peterson ......... 89
11   Ex. 11-J - 10/29/04 medical
12        record .................... 91
13   Ex. 12 - 4/24/04 hire-in
14        documents at JELD-WEN .... 93
15   Ex. 13 - The layout of the plant
16        facility ................. 94
17   Ex. 14 - 3/25/04 - Job
18        application ............. 112
19   Ex. 15 - 4/19/04 New Employee
20        Orientation ............. 117
21   Ex. 17 - 4/19/04 personnel
22        information form ........ 124
23   Exs. 18 and 19 - Acknowledgments
```

1 (Pages 1 to 4)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877**


EXHIBIT B

# FREEDOM COURT REPORTING

Page 41

1  yet?
2     A.   No, sir.
3     Q.   Let's go back to your
4  interrogatories. Just have that right in
5  front of you.
6     A.   Okay.
7     Q.   The first one, Cathy Thornton,
8  tell me what you know about her.
9        MR. DOUGLAS: What number are
10 we on?
11       MR. SCOFIELD: I'm sorry,
12 Exhibit Number 2, number one interrogatory.
13       MR. DOUGLAS: You're on number
14 one?
15       MR. SCOFIELD: Yeah. I'm
16 sorry. I apologize.
17    A.   Tell you what I know about
18 her?
19    Q.   Yeah.
20    A.   I just know that she was
21 sexually harassed by Richard Fetner.
22    Q.   All right.
23    A.   He did some pretty horrible

Page 42

1  things.
2     Q.   Did you see that?
3     A.   No, sir, I didn't see that.
4     Q.   This is what Cathy told you?
5     A.   Yes, sir.
6     Q.   All right. Where is -- Do you
7  know -- Is Cathy a friend of yours?
8     A.   I mean, just a friend.
9     Q.   You don't hang out?
10    A.   No, sir.
11    Q.   Okay. Do you know where she
12 lives?
13    A.   To my knowledge, she lives in
14 Roanoke, Alabama.
15    Q.   Okay. Do you know where her
16 house is, or her apartment is, or mobile
17 home?
18    A.   If she still lives there.
19    Q.   Okay. Lisa Cook, do you know
20 where she lives?
21    A.   No, sir, I don't.
22    Q.   Did she work at JELD-WEN?
23    A.   Yes, sir.

Page 43

1     Q.   Okay. When is the last time
2  you spoke with Cathy Thornton?
3     A.   It's probably been about six
4  months ago, maybe.
5     Q.   Was it about this lawsuit?
6     A.   Yes, sir.
7     Q.   All right. And what did y'all
8  talk about?
9     A.   She just went with us to the
10 lawyer's office and told her side of the
11 story.
12    Q.   Lawyer's office, are you
13 talking about --
14    A.   Matt White.
15    Q.   Okay. Did you ever hire D.
16 Love?
17    A.   Yes, sir.
18    Q.   Okay. Lisa Cook, did you ever
19 go with her to any lawyer's office?
20    A.   We went to talk with Chad Lee.
21 We didn't know what to do.
22    Q.   Chad Lee?
23    A.   Uh-huh.

Page 44

1     Q.   Who is that?
2     A.   He's just a lawyer that Lisa
3  knew, baby-sitted for and knew her.
4     Q.   And where is Chad Lee from?
5     A.   He's from Wedowee.
6     Q.   And how do you spell his last
7  name?
8     A.   L-E-E.
9     Q.   And when did Lisa Cook go
10 visit Chad Lee?
11    A.   I don't remember the date.
12    Q.   While you were still working
13 at JELD-WEN?
14    A.   Yes, sir.
15    Q.   Okay. And was it before
16 Mr. Fetner had -- was allowed to resign?
17    A.   Yes, sir.
18    Q.   All right. Close period of
19 time, long period of time, do you have any
20 idea, maybe, in relation to your mother's
21 death, before or after?
22    A.   Of what?
23    Q.   I'm trying to figure out the

11 (Pages 41 to 44)

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 133

1  beginning of my employment, I have been
2  subjected to sexual harassment from the
3  plant manager, consisting of sexual comments
4  regarding my body parts, request to go out
5  on dates, touching my body around the waist,
6  placing his arms around me and pulling me
7  close to his body; is that correct?
8       A.   Yes, sir.
9       Q.   Now, the plant manager you're
10 referring to is Mr. Fetner?
11      A.   Yes, sir.
12      Q.   Nobody else?
13      A.   Yes, sir.
14      Q.   You're not -- Who else are you
15 referring to?
16           MR. DOUGLAS: That's it. She
17 said nobody else, yes, sir.
18      Q.   I see. Nobody else? Yes,
19 sir. Not Dan Hees or Pat Galvez or anyone
20 else?
21      A.   No, sir.
22      Q.   Okay. Now, I'd like to do
23 this, if it's okay with you, you felt like

Page 134

1  Richard Fetner verbally harassed you?
2       A.   Yes, sir.
3       Q.   All right. Can you give me
4  particular instances where that happened and
5  what he said, and who the witnesses are?
6       A.   I would be on my router, and
7  the whole -- this whole area --
8       Q.   The area with the X in it.
9       A.   He would come up and hug me.
10 And when he pulled me up to him, and just,
11 like, look at everybody and just start
12 laughing and grinning.
13      Q.   Again, this is where the
14 router is?
15      A.   Yes. It's right there
16 (indicating), yes.
17      Q.   That's what you're pointing
18 at?
19      A.   Uh-huh.
20      Q.   Okay.
21      A.   And he came up to me and told
22 me my butt looked like two basketballs.
23      Q.   Okay.

Page 135

1       A.   And he wanted to go dribbling.
2       Q.   Okay.
3       A.   And this was here
4  (indicating).
5       Q.   At the X?
6       A.   Uh-huh.
7       Q.   You have to say yes.
8       A.   Yes, sir.
9       Q.   All right.
10      A.   And then he would come around
11 this way (indicating), and come like this
12 (indicating) and act like he was dribbling a
13 basketball.
14      Q.   Okay. Referring to your
15 buttocks?
16      A.   Look at me and laughing, yes.
17      Q.   All right.
18      A.   Then at one point, we were
19 going to the break room around in this way
20 (indicating) --
21      Q.   Now, wait. The what room?
22      A.   The break room.
23      Q.   Now, where's the break room?

Page 136

1  Could you write on there where the break
2  room is. Just write break room.
3       A.   Well, it would --
4       Q.   Put an X where the break room
5  is.
6       A.   It should be right here
7  (indicating).
8       Q.   And that's right below -- Is
9  it on the first floor?
10      A.   It's on the bottom floor.
11      Q.   Bottom floor, but underneath
12 Pat and Roxie's office?
13      A.   Uh-huh. Yes.
14      Q.   Okay. Where you put the X.
15 Okay.
16      A.   And we were going to the break
17 room, and he came up behind me, and he told
18 me that my -- one of my basketballs looked
19 deflated, and that he had a needle that he
20 could pump me up. And I just looked at him
21 and kind of went -- and just walked off.
22      Q.   Okay.
23      A.   And at one point, we were here

34 (Pages 133 to 136)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 137

1  in his office, which we had got to a point
2  to where nobody wanted to go in his office
3  alone, but he kept his shades closed. And
4  the door was open and there was nobody in
5  there.
6      And I went in there to get
7  some gloves. I saw he wasn't in there, so
8  I'm thinking okay, I'm going to go in here
9  because the gloves were in this little
10 cabinet.
11     I walked in there, and he
12 shuts -- comes in behind me and he shuts the
13 door, and he starts -- he didn't really say
14 anything to me at that point, but I'm like
15 really nervous.
16     So I'm trying to get out the
17 door. And I'm over here trying to get out
18 the door, and he was just right up almost
19 against me, and I almost felt like he was
20 fixing to bump me.
21 Q. Bump you?
22 A. Bump me.
23 Q. Okay.

Page 138

1  A. And I was trying to get out
2  the door. And I was over here (indicating),
3  at one point --
4  Q. Okay. This is a -- You're
5  pointing to a different place now.
6  A. Different place.
7  Q. Right next to your initials?
8  A. Right. I was sweeping the
9  floor, and I had kind of bent over to sweep
10 up the trash, and he -- I didn't even
11 realize he was behind me, and he walked up
12 behind me and he said: I know a person your
13 age can't be your age that moves like that.
14     Shortly after that -- I just
15 walked off. And shortly after that, Brenda
16 came over there and asked me if he pinched
17 me because she said he looked like he was
18 like doing that (indicating), to me. I told
19 her no.
20     MR. DOUGLAS: You need to say
21 what doing that is.
22 Q. Cupping your hands underneath
23 your butt?

Page 139

1  A. Like pinch me. She said it
2  looked like he had his hand like he was
3  going to reach out and pinch me.
4  Q. All right.
5  A. And I said: No. And she
6  said: It looked like he had his hand in
7  like he was fixing to pinch you.
8  Q. But he didn't?
9  A. No.
10 Q. All right.
11 A. And he would come up behind
12 me. A lot of times he would just come up
13 and stand right in behind me at my machine
14 where I worked here at the door lock.
15     And then there were times that
16 he was coming -- he was coming this way
17 (indicating), and he asked me where I was
18 going, and I said I was going to the little
19 girl's room.
20 Q. Where is the restroom?
21 A. The restrooms are right
22 underneath Roxie.
23 Q. Okay. Right underneath Roxie,

Page 140

1  on the first floor?
2  A. Yes.
3  Q. Okay.
4  A. And he asked me if I needed
5  any help or something, and I'm, like: No.
6  So anyway, then he -- I'm trying to remember
7  everything he said to me, because he said so
8  much.
9      But we was working -- I was
10 working on the dado machine when Mike was
11 here (indicating).
12 Q. Mike?
13 A. Mike Weathers.
14 Q. Mike Weathers.
15 A. And everybody else had -- was
16 doing something else. I don't know if
17 Lorena was out that day or what, but I was
18 doing this. And he came over here behind
19 me.
20 Q. He, being Mr. Fetner?
21 A. Mr. Fetner came over behind me
22 and told me that he would play with my
23 basketballs if nobody was there. I told

35 (Pages 137 to 140)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 141

1  him, I said: No, you wouldn't, because I
2  wouldn't let you.
3      And a different -- I remember
4  screaming at him right here at one point
5  (indicating), and told him --
6      MR. DOUGLAS: Where is right
7  here?
8  A.   Right here at the door --
9      MR. DOUGLAS: No, no, say it.
10 A.   Okay. As we was going out the
11 door --
12 Q.   Why don't you put a Y where
13 you were -- where this happened.
14 A.   A Y?
15 Q.   Yeah. Just a Y.
16 A.   Like this (indicating)?
17 Q.   Yeah. This is where you were
18 standing when you screamed at him?
19 A.   Yeah. I yelled at him. I had
20 tried my best to -- I remember yelling at
21 him and telling him that he was crazy.
22     And every time after that, I
23 would just, like, back up. If he even got

Page 142

1  near me, you know, just back up.
2      And I never spoke to him
3  unless it was anything to do with work or
4  unless I had to answer him.
5      And I felt like that he at
6  that point started, like, moving me off my
7  job and putting me on different jobs that,
8  you know, no one else would do. And then he
9  would let Lisa Cook do my job while I'm out
10 here doing some other job.
11 Q.   Like the glue room job?
12 A.   Yeah. Somewhere in -- It
13 wasn't a glue room job, but it was some part
14 over here.
15 Q.   A job near -- in the glue
16 room, in the place where the glue room is?
17 A.   Right.
18 Q.   Okay. Was that a job you were
19 capable of doing?
20 A.   Well, I had to learn how to do
21 it.
22 Q.   Were you able to learn how to
23 do it?

Page 143

1  A.   I did it.
2  Q.   Yeah.
3  A.   Well, you just had to pick up
4  wood and push it through this other machine.
5  Q.   Okay. So, you were capable of
6  doing that?
7  A.   Oh, yeah.
8  Q.   Was it harder than the router
9  job?
10 A.   Oh, yes, sir.
11 Q.   Okay. Were there any other
12 women doing that job?
13 A.   Me and Brenda.
14 Q.   Okay. Anybody else?
15 A.   He would send Brenda out there
16 to do it, too. Mary Lou, I think, done it
17 sometimes, too.
18 Q.   Okay.
19 A.   And I don't know, I think Lisa
20 may have done it a few times, too.
21 Q.   You're talking about this
22 job --
23 A.   This job.

Page 144

1  Q.   What do we call this job?
2  A.   I don't know what the name of
3  it is.
4  Q.   It's a job in the glue room?
5  A.   Yeah. I don't know what the
6  name of it was.
7  Q.   And you would be sticking wood
8  through something?
9  A.   It was like it was trimming
10 the woods off the edges of the wood, making
11 it smooth.
12 Q.   All right. Now, anything else
13 that you can think of?
14 A.   Not right at this present
15 moment.
16 Q.   Okay.
17 A.   No. There was more said and
18 done, I just can't think of more.
19 Q.   Did anybody -- To your
20 knowledge, did anybody -- did Mr. Fetner
21 ever grab you, grab your breasts, grab your
22 crotch or any other private area?
23 A.   No, he didn't. He would just

36 (Pages 141 to 144)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 145

1  pull me into him and would pull me like this
2  (indicating).
3      Q.   Okay.  When he did that, did
4  he grab at any of your private parts?
5      A.   No.
6      Q.   All right.  Did Mr. Fetner --
7  When he was saying the dribbling basketball
8  thing, did he say that in front of anybody
9  else?
10     A.   He told that to Lorena.
11     Q.   Lorena?
12     A.   Yes, sir.
13     Q.   Anybody besides Lorena?
14     A.   Not to my knowledge.
15     Q.   Okay.  Now, you talked about
16 Brenda saying he walked -- When you bent
17 over and he put his hand near you, but he
18 didn't touch you; is that correct?
19     A.   No.
20     Q.   Okay.
21     A.   If he did, I didn't feel it.
22     Q.   All right.  Other than Brenda,
23 did anybody see it?

Page 146

1      A.   I don't think so, no.
2      Q.   Okay.  Do you know of anybody
3  that witnessed, other than Lorena and
4  Brenda, anything Mr. Fetner did to you?
5      A.   Well, Lisa, Mary Lou, all of
6  them saw him hugging me.
7      Q.   Hugging you?
8      A.   Yes.  And the people over --
9  They didn't -- I don't guess they saw
10 anything, but I think everybody -- When I
11 would come out here to work, they would say:
12 Well, what did you do?  Why did Richard send
13 you out here?
14     Q.   Who would say this?
15     A.   Anybody that -- Everybody that
16 worked in this part (indicating).
17     Q.   Okay.  And you're circling the
18 glue room?
19     A.   Right.  And I would say:  It's
20 just because I won't play his games.  They
21 were like:  Yeah, that figures.
22     Q.   When you were hurt and on
23 light duty, did you tell Roxie any of this?

Page 147

1      A.   No.
2      Q.   Did you tell Pat Galvez any of
3  this?
4      A.   No.  Because he had already
5  left.
6      Q.   Okay.
7      A.   He also asked me out the first
8  day that -- the first week or so that I was
9  there, he started asking me to go out with
10 him.
11     Q.   All right.
12     A.   And he asked me to come
13 decorate his bedroom.
14     Q.   What were your reactions to
15 Mr. Fetner's hugs?
16     A.   I just kind of like did this
17 (indicating).
18     Q.   You froze up?
19     A.   Yes, sir.
20     Q.   Did you say:  Don't do that
21 again, to him?
22     A.   I didn't really know what to
23 say.

Page 148

1           MR. DOUGLAS:  Answer his
2  question.  He asked you if you said: Don't
3  do this again?
4      A.   No, sir.
5      Q.   Now, let's go back to this
6  time where you said you marked the Y.  When
7  did -- You yelled at him?
8      A.   Yes, sir.
9      Q.   What time of day was this?
10     A.   It was probably about the
11 middle of the day.
12     Q.   And did anybody see you do
13 that, or hear you do that?
14     A.   Probably nobody could hear it
15 because it's a really loud place.
16     Q.   Did anybody see you yelling at
17 him, to your knowledge?
18     A.   I would think anybody in this
19 way could have saw me and him talking.  And
20 anybody working this way (indicating),
21 because we were kind of like out in the
22 open.
23     Q.   Okay.  But they couldn't hear

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 185

1  doesn't have any just tucked away in a
2  corner that he's forgotten about?
3         MR. DOUGLAS: I will call Matt
4  and ask him to make sure that he has
5  produced all the records that he has.
6         (Off-the-Record discussion
7          was held.)
8         (Recess taken.)
9     Q.   Ms. Sims, Ms. Linda Sims, were
10 you and Brenda the last two people hired at
11 JELD-WEN?
12    A.   No, sir.
13    Q.   Who had hired on after you?
14    A.   There were several people that
15 come through Express.
16    Q.   Okay. That's what I wanted to
17 ask you. How many people came through
18 Express?
19    A.   I couldn't tell you the
20 number.
21    Q.   Do you know their names?
22    A.   Jeff something or other. And
23 some girl. I can see her face. I can't

Page 186

1  think -- I cannot think of their names right
2  now. But there were several.
3     Q.   Okay. Did -- Now, both you
4  and Brenda stayed until the plant was
5  closed; is that correct?
6     A.   Yes, sir.
7     Q.   Did Jeff stay until the plant
8  was closed?
9     A.   No, sir.
10    Q.   Okay. Do you know when he
11 left?
12    A.   He left probably about a month
13 or so prior. So . . .
14    Q.   It's my understanding there
15 was a layoff in October. So about half the
16 plant left, or half the people left?
17    A.   No, sir.
18    Q.   You don't remember that?
19    A.   No, sir.
20    Q.   But Jeff wasn't there when you
21 -- until then; is that correct?
22    A.   Right.
23    Q.   What about the other people

Page 187

1  from Express?
2     A.   I think they may have -- I
3  can't think of her name. It might have been
4  one or two others that left.
5     Q.   Okay. Well, did -- Were you
6  and Brenda the only two that came from
7  Express that were there until the end of the
8  -- when the plant was closed in November of
9  2004?
10    A.   I don't know.
11    Q.   Okay. Was the change in job
12 assignments the only part that you
13 considered that JELD-WEN retaliated against
14 you on?
15    A.   No, sir.
16    Q.   What else?
17    A.   I felt like they closed the
18 plant.
19    Q.   Okay. That, and closing the
20 plant?
21    A.   Uh-huh.
22    Q.   You need to say yes.
23    A.   Yes.

Page 188

1     Q.   And in your -- Did you ride up
2  here with Lorena and Brenda on Monday?
3     A.   No, sir.
4     Q.   Okay. You went in your own
5  car?
6     A.   Yes, sir.
7     Q.   Okay. And you felt like that
8  you did your best to tell the truth today?
9     A.   Yes.
10    Q.   Okay.
11        (Off-the-Record discussion
12         was held.)
13    Q.   Okay. Exhibit 25, when we
14 asked whether or not there is another page.
15    A.   Uh-huh.
16    Q.   Could this have been an added
17 page to 23? I'm just asking maybe if it was
18 or wasn't? If you don't know, that's fine.
19    A.   I wouldn't think so.
20    Q.   You don't think so?
21    A.   I don't know.
22        MR. SCOFIELD: Thank you.
23        MR. THOMPSON: Let's leave it

47 (Pages 185 to 188)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 189

1  open until we get the rest of the records.
2      MR. SCOFIELD: Yeah. We
3  reserve the right to leave it open to talk
4  about anything else that hasn't been
5  produced yet, subject to your negotiations
6  and objections.
7      MR. DOUGLAS: Thank you. I
8  don't have any questions.
9  (The deposition was concluded at 2:58 p.m.,
10  April 12, 2006.)
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 190

1      REPORTER'S CERTIFICATE
2  STATE OF ALABAMA,
3  ELMORE COUNTY,
4      I, Angela Smith, Registered
5  Professional Reporter and Commissioner for
6  the State of Alabama at Large, do hereby
7  certify that the above and foregoing
8  proceeding was taken down by me by
9  stenographic means, and that the content
10  herein was produced in transcript form by
11  computer aid under my supervision, and
12  that the foregoing represents, to the best
13  of my ability, a true and correct
14  transcript of the proceedings occurring on
15  said date and at said time.
16      I further certify that I am neither
17  of kin nor of counsel to the parties to the
18  action; nor in any manner interested in the
19  result of said case.
20
21
22      Angela Smith, RPR, CRR,
       for the State of
23      Alabama at Large.

48 (Pages 189 to 190)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

*[handwritten: go in front, detail, when work, who / work with able to do job]*

# Former JELD-WEN Facility
## Roanoke, AL

### For Sale or Lease



**235 Millwork Industrial Dr.**
**Roanoke, AL  36274**

- +/- 19.93 acres
- +/- 50,000 SF (expandable)
- +/- 1,500 SF of office
- 2 dock high doors with levelers
- 1 oversized drive-in door
- Heavy 3-phase power, 277/480 Volt
- Additional trailer storage available

Trammell Crow Company

The information contained herein is believed to be accurate but is not warranted, as the information may change or be updated without notice. Seller or landlord makes no representation as to the environmental condition of the property and recommends purchaser's or tenant's independent investigation.

For More Information Please Contact:

**Chip Watson**
770.290.0714
cwatson@trammellcrow.com

**Wit Truitt**
770.290.0710
wtruitt@trammellcrow.com

www.trammellcrow.com

L. Sims - 13

SEC. 02 - TSP. 22-S - RNG. 12-E
ROANOKE, RANDOLPH COUNTY,

**Legend:**
- ● IRON PIN FOUND
- △ COMPUTED POINT
- ▨ CONCRETE SLAB
- ○– POWER POLE LINE

**Bearings/Distances:**
- N00°47'— 
- 421.54"E 238.63'
- N71°01'-18"W 337.01'
- N73°49'-39"W 266.11'
- N70°04'-35"W 580.26
- S85°01'-23"E 528.91'
- S63°46'-39"E 40.26'
- S60°57'-00"E 200.04'
- S65°55'-51"E 275

**Labels:**
- 2" Ø O.T. GALV.
- ¾" Ø NIP
- ½" Ø O.T.
- 1" Ø O.T.
- 2" Ø ROD
- C.S.X. RAILROAD 100' R.O.W (50' EACH SIDE OF CENTERLINE)
- ABANDONED RAILROAD SPUR NOT LOCATED ON THIS SURVEY.
- FRAME BUILDINGS
- TRANSFORMERS
- PROPANE TANK
- PHONE PED.
- METAL STRUCTURE
- PP

**Handwritten notes on building:**
- glue room
- Pat Roxie offices
- Richard
- door lock
- dry-ds kinte
- Cutting Area
- Out side Channel Storage
- 200'
- 80'
- 100'
- 475'

COMMENCING AT AN IRON BAR WHICH IS T
THE NORTHEAST ¼ OF THE NORTHWEST ¼ O
SOUTH, RANGE 12 EAST, ROANOKE, RANDO
POINT OF BEGINNING; THENCE RUN NORTH
238.63 FEET TO AN IRON PIPE, THENCE RUN
DISTANCE OF 528.91 FEET TO AN IRON ROD
BOUNDARY OF GUANO STREET, THENCE RU
DISTANCE OF 40.26 FEET TO AN IRON PIN LO
BOUNDARY OF GUANO STR        THENCE RU