```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF ALABAMA
                     EASTERN DIVISION


LORENA MINIX, BRENDA
SIMS and LINDA SIMS,
     Plaintiffs

VS.                             CIVIL ACTION NO. 3:05-cv-685-T

JELD-WEN, INC. and
RICHARD FETNER,
     Defendants
```

PROPOSED VOIR DIRE QUESTIONS

1. INTRODUCTION: Please be assured that the following questions are not designed to embarrass anyone. However, if any of you find that truthfully answering any of these questions will cause you some embarrassment, we ask that instead of answering out loud, you please send a note to a member of the Court's staff so that the Court and the attorneys may be advised of the information in a discreet manner.

2. Do any of you know, have you ever met, or have you ever seen any of the plaintiffs in this case, Lorena Minix, Brenda Sims, or Linda Sims?

3. Do any of you know, or have you had any contact whatsoever with the attorneys for the plaintiffs in this case? They are James B. Douglas of the law firm of McNeal and Douglas, and Matthew W. White of the law firm of Adams, Umback, Davidson & White, LLP.

4. Do any of you have an attorney in your immediate family (spouse, parents, brothers, sisters, or children)? If so, what is their name, where do they practice, and what type of legal practice is involved?

5. Do any of you have any legal training or experience whether it be law school, paralegal school, business law, commercial law, or any similar education? (If so, follow up with particular questions.)

6. Do any of you or your family members now, or ever have worked for an attorney as a paralegal, secretary, or office worker? (If so, follow up with particular questions.)

7. Do any of you belong to any unions or trade professional organizations? If so, which ones?

8. Do any of you have any education or training in psychology or sociology?

9. Have any of you been employed with the Equal Employment Opportunity Commission or any other agency which receives complaints of discrimination? If so:

    a) In what capacity?

    b) For how long?

10. Have any of you ever filed a workers compensation claim against your employer? If so:

    a) What was the nature of your injury?

    b) Did your employer contest or oppose your claim for benefits?

11. Have any of you ever been treated unfairly, in your opinion, by your employer in any job you have held?

12. Would you distrust the testimony of a company employee regarding the facts of this case merely because that employee is still with the company?

13. Would you distrust the testimony of a company employee regarding the facts of this case

merely because that employee is a manager with the company?

14. Have any of you or anyone in your immediate family ever been accused, rightfully or wrongfully, of any type of harassment or discrimination in the work force? (If so, please follow up with particular questions.)

15. Has anyone been subject to harassment or discrimination by a co-employee and/or supervisor? (If so, follow up with particular questions.)

16. Has anyone sought medical treatment for harassment or discrimination by a co-employee and/or supervisor? (If so, follow up with particular questions.)

17. Does anyone have an employer who has a anti-harassment policy?

18. Does your employer's anti-harassment policy tell you who to complain to if you have been harassed? (If so, follow up with particular questions.)

19. Is there anyone here who does not believe that individual employees play a significant role in

helping their company with the enforcement of its anti-harassment policy?

20. Is there anyone here who will have difficulty holding employees to their responsibilities?

21. Has anyone ever complained to their company because you have been harassed?  (If so, follow up with particular questions.)

22. Has anyone filed a claim with the Equal Employment Opportunity Commission (EEOC) for whatever reason?  (If so, follow up with particular questions.)

23. The following persons may be called as witnesses in this case.  Do any of you know of, or have you ever met or seen any of these individuals to your knowledge:

    1.   Dan Hees
        2552 Hidden Cove
        Cookeville TN

    2.   Pat Galvez
        2504 Chantel Avenue
        Klamath Falls OR

    3.   Joe Mendoza
        3717 Northwest Co. Road 4
        Corsicana TX

    4.    Roxi Giles
         10811 County Road 16
         Roanoke AL 36274

    5.    Towanna Zachery
         368 Johnston Street, Lot 5
         Roanoke AL 36274

    6.    Richard Fetner
         567 Davis Drive
         Roanoke AL 36274

    7.    Lisa Cook
         440 Rebecca Drive, Apt. 24
         Roanoke AL 36274

    8.    Kathy Thornton
         114 Stewart Street, Apt. 3
         Roanoke AL 36274

    9.    Charlotte Bishop, CRNP
         Southern Family Healthcare
         32 Medical Drive
         Roanoke AL 36274

    10.   Russell Peterson, D.O.
         Randolph Medical Center
         469 Price Street
         Roanoke AL 36274

    11.   William Caypless, P.A.
         Woodland Rural Health Clinic
         76 Co. Road 64, Suite 3
         Woodland AL 36280

    24. The defendant in this case is a corporation named JELD-WEN, inc. headquartered in Klamath Falls, Oregon. Will the fact that the defendant is a corporation with its home office in another state

cause or tend to cause any of you in any from being completely fair and impartial in deciding the issues in this case and the claims and allegations made? Stated in another manner, is there anything in your background or experience that would cause you difficulty in being completely fair and impartial in deciding the issues in this case based on the fact that you now know that the defendant in this case is a corporation and not individuals?  If so, please indicate.

    25.  Have any of you or has your spouse ever held public office in city, county, local, state, or federal government?  If so, when, what office, with what governmental agency were you appointed or elected by vote?

    26.  If you are called on to make a decision based on whether someone was telling the truth or not, would you find that difficult?

    27.  Do each of you agree that if you are selected to sit as a juror in this case to decide the issues that you will decide the case solely based upon the facts and law, as you are instructed by the Court?

28. Do each of you agree that if you are selected to sit as a juror that you will decide the case completely separate from any sympathy, bias, or prejudice which you may have to any party in this lawsuit, either the plaintiffs or the defendant?

29. Is there anyone here who believes that just because someone files a lawsuit that they are correct and entitled to recover money damages from the person or corporation sued?

>                           Respectfully Submitted,
>
>                           s/Michael L. Thompson
>                           Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

Scott Scofield, Esq.
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
P.O. Drawer 3028
Lake Charles, LA  70601
(337) 433-9436

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    James B. Douglas, Jr., Esq.
    McNeal & Douglas, Attorneys at Law, L.L.C.
    P.O. Box 1423
    Auburn, AL  36831

    Matthew W. White, Esq.
    Adams, Umbach, Davidson & White, LLP
    P.O. Box 2069
    Opelika, AL  36803-2069

    Respectfully submitted,

    s/Michael L. Thompson
    THO152
    Michael L. Thompson
    THO152
    Lehr Middlebrooks & Vreeland, P.C.
    P.O. Box 11945
    Birmingham, AL 35202-1945
    Phone:  (205) 326-3002
    Fax:  (205) 326-3008
    E-mail: mthompson@lehrmiddlebrooks.com
    Bar No.: ASB-5417-O46M