IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LORENA MINIX, BRENDA SIMS, and LINDA SIMS,**<br><br>     Plaintiffs,<br><br>v.<br><br>**JELD-WEN, inc. and RICHARD FETNER,**<br><br>     Defendants. | **CIVIL ACTION NUMBER:**<br>**3:05-cv-00685-T** |

## NOTICE OF FILING SPECIAL INTERROGATORIES TO JURY

COMES NOW, JELD-WEN, inc., Defendant in the above-styled action ("JELD-WEN") and files attached Special Interrogatories as Exhibit A – Special Interrogatories to the Jury – Lorena Minix; Exhibit B – Special Interrogatories to the Jury – Brenda Sims; and, Exhibit C – Special Interrogatories to the Jury – Linda Sims.

Respectfully Submitted,

s/Michael L. Thompson
Michael L. Thompson THO152

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

Scott Scofield, Esq.
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
P.O. Drawer 3028
Lake Charles, LA 70601
(337) 433-9436

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   James B. Douglas, Jr., Esq.
   McNeal & Douglas, Attorneys at Law, L.L.C.
   P.O. Box 1423
   Auburn, AL  36831

   Matthew W. White, Esq.
   Adams, Umbach, Davidson & White, LLP
   P.O. Box 2069
   Opelika, AL  36803-2069

   Respectfully submitted,

   s/Michael L. Thompson THO152
   Michael L. Thompson THO152
   Lehr Middlebrooks & Vreeland, P.C.
   P.O. Box 11945
   Birmingham, AL 35202-1945
   Phone:  (205) 326-3002
   Fax:  (205) 326-3008
   E-mail: mthompson@lehrmiddlebrooks.com
   Bar No.: ASB-5417-O46M

164135.doc