IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LORENA MINIX, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv685-MHT |
| | ) | |
| JELD-WEN, INC., and | ) | |
| RICHARD FETNER, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the objections (doc. nos. 52, 53, and 54) are set for submission, without oral argument, on October 17, 2006, with all briefs due by said date.

DONE, this the 12th day of October, 2006.

                   /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE