IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LORENA MINIX, et al., | ) | |
| | ) | |
|   Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv685-MHT |
| | ) | |
| JELD-WEN, INC., | ) | |
| | ) | |
|   Defendant. | ) | |

ORDER

It is ORDERED that the motions in limine (Doc. Nos. 55 through 59) are denied as moot.

DONE, this the 17th day of October, 2006.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE