IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, ) <br> and LINDA SIMS, ) <br> ) <br>    Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> JELD-WEN, INC., ) <br> ) <br>    Defendant. ) | CIVIL ACTION NO. <br> 3:05cv685-MHT <br>    (WO) |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant JELD-WEN, Inc.'s motion for summary judgment (Doc. No. 30) is granted.

(2) Judgment is entered in favor of defendant JELD-WEN, Inc. and against plaintiffs Lorena Minix, Brenda Sims, and Linda Sims, with plaintiffs Minix, Brenda Sims, and Linda Sims taking nothing by their complaint.

It is further ORDERED that costs are taxed against plaintiffs Minix, Brenda Sims, and Linda Sims, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of October, 2006.

<u>      /s/ Myron H. Thompson      </u>
UNITED STATES DISTRICT JUDGE