IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, et al., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. )CIVIL ACTION NO. 3:05CV685-T | |
| ) | |
| ) | |
| JELD-WEN, INC. and ) | |
| RICHARD FETNER, ) | |
| ) | |
| DEFENDANTS. ) | |

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Linda Sims, Brenda Sims and Lorena Minix, Plaintiffs, in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's Order granting Summary Judgment in favor of Defendant, against all Plaintiffs entered in this action on the 17th day of October, 2006.

Respectfully submitted this the 14th day of November, 2006.

James B. Douglas, Jr.
Attorney for Plaintiff
McNeal & Douglas, Attorneys at Law. L.L.C.
P.O. Box 1423
Auburn, Alabama, 36831
334-821-6401

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by sending a copy of same by first class U.S. mail, postage prepaid and properly addressed.

Dated this the 14th day of November, 2006.

Micheal L. Thompson
Lehr, Middlebrooks, Price & Vreeland, P.C.
Post Office Box 11945
Birmingham, AL 35202-1945

Scott Scofield, Esq.
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
Post Office Drawer 3028
Lake Charles, LA 70601

James B. Douglas, Jr.