# BILL OF COSTS

| United States District Court | DISTRICT<br>MIDDLE DISTRICT OF ALABAMA |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS,<br>   Plaintiffs,<br>                          v.<br>JELD-WEN, inc.<br>   Defendant. | DOCKET NO.<br>3:05-cv-00685-T<br><br>MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on October 17, 2006 against Plaintiffs Lorena Minix, Brenda Sims and Linda Sims, the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---:|
| Fees of the clerk .................................................. $ | |
| Fees for service of summons and complaint .................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case .................. | 610.00 |
| Fees and disbursements for printing .............................. | |
| Fees for witnesses (itemized on reverse side) ................. | 376.02 |
| Fees for exemplification and copies of papers necessarily obtained for use in case .................. | |
| Docket fees under 28 U.S.C. § 1923 .............................. | |
| Costs incident to taking of depositions .......................... | 5,842.25 |
| Costs as shown on Mandate of Court of Appeals ............. | |
| Other costs (Please itemize) **In-house photocopying** ..... | 1,714.05 |
| **Process Server for service of subpoenas to appear at depositions** | 355.00 |
| TOTAL    $ | 8,897.32 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of those costs.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to James B. Douglas, Jr., Esq. and Matthew W. White, Esq.

SIGNATURE OF ATTORNEY _/s/ Whitney R. Thigpen_

FOR:  JELD-WEN, inc.
      Name of claiming party

DATE  November 15, 2006

Please take notice that I will appear before the clerk who will tax said costs on the following day and time:

DATE AND TIME

Costs are hereby taxed in the following amount and included in the judgment:

AMOUNT TAXED

CLERK OF COURT          (BY) DEPUTY CLERK          DATE

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE Days | ATTENDANCE Total Cost | SUBSISTENCE Days | SUBSISTENCE Total Cost | MILEAGE Miles | MILEAGE Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| Lisa Cook<br>440 Rebecca Drive, Apt. 24<br>Roanoke, AL 36274 | 1 | 40.00 | | | 100.7 | 44.82 | 84.82 |
| Stacy Cook Overton<br>180 Cynthia Circle<br>Roanoke, AL 36274 | 1 | 40.00 | | | 100.9 | 44.90 | 84.90 |
| Kathy Thornton<br>114 Stewart Street, Apt. 3<br>Roanoke, AL 36274 | 1 | 40.00 | | | 104.6 | 46.30 | 86.30 |
| Dr. Russell Peterson<br>Randolph Medical Center<br>965 Highway 431<br>Roanoke, AL 36274 | 1 | 40.00 | | | -0- | -0- | 40.00 |
| Willliam Caypless, P.A.<br>Woodland Rural Health Clinic<br>76 Co. Road 64, Suite 3<br>Woodland, AL 36280 | 1 | 40.00 | | | -0- | -0- | 40.00 |
| Charlotte Bishop, CRNP<br>Southern Family Care<br>32 Medical Drive<br>Roanoke, AL 36274 | 1 | 40.00 | | | -0- | -0- | 40.00 |
| | | | | | | TOTAL | 376.02 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS,<br><br>        Plaintiffs,<br><br>v.<br><br>JELD-WEN, inc.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NUMBER:<br>)      3:05-cv-00685-T<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S CLAIM FOR PHOTOCOPYING EXPENSES

| DATE | DOCUMENT COPIED | PURPOSE (OR RECIPIENT OF COPY) | PAGES IN ORIGINAL | NO. COPIES MADE | TOTAL NO. PAGES COPIED | COPY PRICE PER PAGE | TOTAL COPY CHARGE |
|---|---|---|---|---|---|---|---|
| 6/8/2006 | Defendant's Motion for Summary Judgment and Memoranda of Law | Judge Thompson Def.'s Counsel | 46 | 2 | 92 | .15 | $ 138.00 |
| 6/8/2006 | Defendant's Evidentiary Submission | Judge Thompson Def.'s Counsel Co-Counsel Client | 628 | 4 | 2,512 | .15 | 376.80 |
| 8/2/2006 | Defendant's Reply Brief in Response to MSJ | Def.'s Counsel | 21 | 1 | 3.15 | .15 | 3.15 |
| Throughout discovery period | Document Production D00001-D01603 T00001-T01055 | Plntfs' Counsel Def's Counsel Co-Counsel | 2,658 | 3 | 7,974 | .15 | 1,196.10 |
| | | | | | | | |
| | | | | | | TOTAL | $1,714.05 |

165561.doc

## Advanced Court Reporting & Video Services

**Case Invoice**

The Keepers of the Record
336 W. 6th Street
Medford, Or. 97501

**Date:** 5/18/2006

Phone: (541) 732-1988    Fax: (541) 732-1987

Scott J Scofield
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street

Lake Charles, LA 70601

**Phone** (337) 433-9436
**Fax**

### Minix v. Jeld-Wen, et al. 3:05CV685-T

| Invoice # | Claim No. | File No. | Billed | Paid | Witness | | | Job Date | |
|---|---|---|---|---|---|---|---|---|---|
| 9057JHC | | | 5/18/2006 | | Pat Galvez | | | 5/3/2006 | |
| C | Copy | | | | | $1.35 | 116 | | $156.60 |
| | | | | | | Amount Paid | | | $0.00 |
| | | | | | | Amount Due | | | $156.60 |
| 9060JHC | | | 5/18/2006 | | Charles Robert Sturm | | | 5/4/2006 | |
| C | Copy | | | | | $1.35 | 178 | | $240.30 |
| EX | Copying charge for exhibits | | | | | $0.35 | 16 | | $5.60 |
| PO | Shipping & Handling | | | | | $20.00 | 1 | | $20.00 |
| | | | | | | Amount Paid | | | $0.00 |
| | | | | | | Amount Due | | | $265.90 |
| | | | | | | Case Balance | | | $422.50 |

Fed. I.D. # 83-0446987

***THANK YOU FOR CHOOSING ADVANCED COURT REPORTING!!!***

## CURRIE & WOOTEN COURT REPORTING
### 209 SOUTH KEECHI STREET, SUITE 102
### FAIRFIELD, TEXAS 75840
### PHONE (903)389-4243
### FAX (903) 389-4244
### CURRIEWOOTEN@VALORNET.COM

Invoice No. 2469

June 8, 2006

Mr. Scott Scofield
Scofield, Gerard, Singletary & Pohorelsky
1114 Ryan Street
Lake Charles, LA 70601

RE:   Civil Action No. 3 : 05CV685-T;
      Lorena Minix, et. al. vs. Jeld-Wen, Inc., et. al.
Date: May 23, 2006
Reporter: Helen Wooten

| | |
|---|---|
| Copy of the Deposition of Jose Mendoza, Jr.: | $72.25 |
| Exhibits: | $ 0.45 |
| Binding, Mailing, Litigation Support: | $25.00 |

*TOTAL AMOUNT DUE:*          *$ 97.70*

Please Indicate Invoice Number on Inquiries
Tax ID# 36-4541243

**THANK YOU FOR YOUR BUSINESS!!**

**FREEDOM REPORTING, INC.**
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

1370-003

**RUSH**

Michael Thompson
Lehr, Middlebrooks, Price
  & Vreeland
2021 Third Avenue North
Birmingham, AL 35203

April 18, 2006

**Invoice#** 00009425

**Balance:** $2,789.30

**Re:** Lorena Minix, et al vs Jeld-Wen, Inc, et al
Auburn/CV 3:05-cv-685-T
*on* 04/10/06 *by* Angela Smith McGalliard

*Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 3 (4/10, 4/11 & 4/12/06) | |
| Original:  734 pages | 2,238.70 |
| Exhibits/B & W: 416 | 145.60 |
| Condensed/concordances | 30.00 |
| Depo Disk | 15.00 |

Deponents:
  Lorena Minix   318 pgs; 218 ex
  Linda Sims     226 pgs;  94 ex
  Brenda Sims    190 pgs; 104 ex

APR 2 1 2006

P l e a s e   R e m i t   - - - >   Total Due: $2,789.30

*WE APPRECIATE YOU!*

**ACCREDITED COURT REPORTING**
608 North Walnut Street
Murfreesboro, TN 37130

**INVOICE**

| DATE | INVOICE # |
|---|---|
| 5/1/2006 | 7552 |

*1370-003*

BILL TO

Mr. Michael L. Thompson
LEHR, MIDDLEBROOKS & VREELAND
P.O. Box 11945
Birmingham, AL  35202-1945

| CASE STYLE | TERMS | DUE DATE |
|---|---|---|
| Minix v JeldWen | Due on receipt | 5/1/2006 |

| DATE OF SERVICE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/28/2006 | Copy of Transcript of Deposition of Dan Hees | 342.00 |
|  | Postage and Handling | 10.00 |

PAID
MAY 0 5 2006
21356

Thank you for your business.

**TOTAL**     $352.00

Please make all checks payable to ACCREDITED COURT REPORTING.
TAX ID: 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
Your prompt payment is appreciated.

**HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.**
Post Office Box 62
Montgomery, AL  36101-0062
(334) 263-4455 Voice   (334) 263-9167 Fax
Tax ID: 63-0980443

---

May 25, 2006

Mr. Michael L. Thompson
Lehr, Middlebrooks, Price & Vreeland,
2021 Third Avenue North
Birmingham, AL 35202

| Invoice Number |
|---|
| LD 67926 |

**Description of services**   Re: Lorena Minix, et al. vs. Jeld-Wen and Richard Fetner

| Reference | | | | Extension |
|---|---|---|---|---|
| Copy | Richard Fetner | 242.00 | 1.950 | 471.90 |
| Copy | Roxi Giles | 74.00 | 1.950 | 144.30 |
| Copy | Towanna Zachery | 47.00 | 1.950 | 91.65 |
| Exhibits | | 6.00 | 0.250 | 1.50 |
| Postage | | 1.00 | 10.400 | 10.40 |

**Invoice total:**   **$719.75**

Thank You - Lyn Daugherty

Thank you for using HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.  Please include copy of invoice with remittance.

Payable upon receipt. Thank you for your continued patronage.

JUN 07 2006
BY: 21494


**LEGALINK**
A MERRILL COMPANY
1933 Richard Arrington Jr Blvd S    tel (205) 251-4200
Birmingham, AL 35209    tel (800) 888-3376
    fax (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11048290 | 05/17/2006 | 1101-48318 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/09/2006 | MAHLSA | 305CV685T |

**CASE CAPTION**

Jeld-Wen

Lorena Minix, Brenda Sims, Linda Sims vs. JELD-WEN, Inc

**TERMS**

Due upon receipt

Michael L. Thompson
Lehr, Middlebrooks, Price & Vreeland, P.C.
2021 3rd Avenue North
Birmingham, AL 35203

1370-003

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Kathy Thornton                      180 Pages @    2.95/Page       531.00
        EXHIBITS                          3 Pages @     .35/Page         1.05
        ATTENDANCE                                                    ~~100.00~~
        TotalTranscript                                                 35.00
        Compressed                                                        n/c
        Exhibit Tabs                    2.00        @       .20           .40

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Stacy Overton                       106 Pages @    2.95/Page       312.70
        EXHIBITS                          2 Pages @     .35/Page          .70
        TotalTranscript                                                 35.00
        Compressed                                                        n/c
        Exhibit Tabs                                                      .20
        Processing Fee                                                  15.00
```

PAID
MAY 30 2006
BY: 21450

TOTAL DUE >>>>   1,031.05

Please note our new Federal Employer Identification Number 20-2665382, and update your
records if necessary. If you have any questions, please contact your local
LegaLink, Inc., office.

TAX ID NO.: 20-2665382            (205) 326-3002    Fax (205) 326-3008



**LEGALINK**
A MERRILL COMPANY

1933 Richard Arrington Jr Blvd S   tel (205) 251-4200
Birmingham, AL 35209                       tel (800) 888-3376
                                                          fax (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11051137 | 10/05/2006 | 1101-50385 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/28/2006 | SMITAN | 305CV685T |

**CASE CAPTION**

Lorena Minix, Brenda Sims, Linda Sims vs. JELD-WEN, Inc

Michael L. Thompson
Lehr, Middlebrooks & Vreeland, P.C.
2021 3rd Avenue North
Birmingham, AL 35203

1370-003

**TERMS**
Due upon receipt

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Russell Peterson, D.O.          118 Pages @      3.05/Page         359.90
        EXHIBITS                     42 Pages @       .35/Page          14.70
        ATTENDANCE                                                      50.00
        TotalTranscript                                                 40.00
        Compressed                                                      20.00
        Exhibit Tabs                  4.00     @         .20              .80
        Word Index                   11.00     @        3.05            33.55
        Processing Fee                                                  15.00
        Delivery Local Regular                                           7.50

                              TOTAL DUE  >>>>                          541.45
```

LegaLink can now send your invoices and statements via email in PDF format!
If you would like to receive your invoices and/or statements via email, please contact
the Billing Coordinator at LegaLink, 205-251-4200. Thank you for your business.



PAID
OCT 2 7 2006
BY: 22051

TAX ID NO.: 20-2665382                                        (205) 326-3002   Fax (205) 326-3008

*Please detach bottom portion and return with payment.*

Michael L. Thompson
Lehr, Middlebrooks & Vreeland, P.C.
2021 3rd Avenue North
Birmingham, AL 35203

Invoice No.: 11051137
Date        : 10/05/2006
**TOTAL DUE** :    541.45

Job No.   : 1101-50385
Case No.  : 305CV685T
Lorena Minix, Brenda Sims, Linda Sim

Remit To:   LegaLink, Inc., A Merrill Company
            PO Box 538477
            Atlanta, GA 30353-8477



**LEGALINK**  
A MERRILL COMPANY  
1933 Richard Arrington Jr Blvd S   tel (205) 251-4200  
Birmingham, AL 35209   tel (800) 888-3376  
fax (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
| --- | --- | --- |
| 11051229 | 10/10/2006 | 1101-50387 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
| --- | --- | --- |
| 10/04/2006 | THEBAN | 305CV685T |

**CASE CAPTION**

Lorena Minix, Brenda Sims, Linda Sims vs. JELD-WEN, Inc

**TERMS**

Due upon receipt

Michael L. Thompson  
Lehr, Middlebrooks & Vreeland, P.C.  
2021 3rd Avenue North  
Birmingham, AL 35203

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Charlotte Bishop         106 Pages @    3.05/Page      323.30
        EXHIBITS              27 Pages @     .35/Page        9.45
        ATTENDANCE                                          40.00
        TotalTranscript
        Exhibit Tabs           2.00    @      .20             .40
        Word Index             9.00    @     3.05           27.45
        Obtaining Wit Signature                             25.00
        Processing Fee                                      15.00

                             TOTAL   DUE   >>>>             490.60
```

LegaLink can now send your invoices and statements via email in PDF format!  
If you would like to receive your invoices and/or statements via email, please contact the Billing Coordinator at LegaLink, 205-251-4200. Thank you for your business.



PAID  
OCT 3 1 2006  
BY: 22092

TAX ID NO.: 20-2665382          (205) 326-3002   Fax (205) 326-3008



**LEGALINK**
A MERRILL COMPANY

1933 Richard Arrington Jr Blvd S  tel (205) 251-4200
Birmingham, AL 35209  tel (800) 888-3376
 fax (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11051225 | 10/10/2006 | 1101-50386 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/04/2006 | THEBAN | 305CV685T |

**CASE CAPTION**

Lorena Minix, Brenda Sims, Linda Sims vs. JELD-WEN, Inc

**TERMS**

Due upon receipt

Michael L. Thompson
Lehr, Middlebrooks & Vreeland, P.C.
2021 3rd Avenue North
Birmingham, AL 35203

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    William Caypless                111 Pages @      3.25/Page        360.75
            EXHIBITS                 51 Pages @       .35/Page         17.85
            ATTENDANCE                                                 50.00
            TotalTranscript                                            40.00
            Exhibit Tabs            3.00       @          .20            .60
            Word Index             10.00       @         3.05          30.50
            Processing Fee                                             15.00
            Delivery Local Regular                                      8.60

                              TOTAL   DUE   >>>>                      523.30
```

LegaLink can now send your invoices and statements via email in PDF format!
If you would like to receive your invoices and/or statements via email, please contact
the Billing Coordinator at LegaLink, 205-251-4200. Thank you for your business.

PAID
OCT 3 1 2006
BY: 22092

TAX ID NO.: 20-2665382                                        (205) 326-3002    Fax (205) 326-3008

# CHECK REQUEST/REIMBURSEMENT         (BILLABLE)

**TODAY'S DATE:** April 26, 2006    **NEEDED BY:** ASAP

**RETURN TO:** LINDA WHITMAN

**PAYABLE TO:** STACY COOK OVERTON

**WHAT FOR:** WITNESS FEE AND MILEAGE TO APPEAR AT DEPOSITION

**TRAVEL EXPENSE:**

| Dates Traveled | | | | |
|---|---|---|---|---|
| Destination | | | | |
| Hotel Expense | | | | 0 |
| Cost of Meals | | | | 0 |
| Airfare | | | | 0 |
| Parking | | | | 0 |
| Rental Car | | | | 0 |
| Phone | | | | 0 |
| Other | | | | 0 |
| Mileage | 100.9 | x | .445 = | 44.90 |
| TOTAL EXPENSES FOR TRIP: | | | | $ 44.90 |

TO UPDATE TOTALS, CLICK ON THE TOTAL AND PRESS F9

**OTHER EXPENSE:**           $40.00 witness fee

| TOTAL OTHER EXPENSES | $40.00 |
|---|---|

**CHARGE TO:**

*Paid 4-27-06*
*Ck #21313*

| | | | |
|---|---|---|---|
| CLIENT: | JELD-WEN, inc. | CLIENT: | |
| MATTER: | Lorena Minix, Brenda Sims and Linda Sims | MATTER: | |
| C/M #: | 1370-003 | C/M: | |
| AMOUNT: | $ 84.90 | AMOUNT: | |

152824.doc

**ATTACH RECEIPTS OR INVOICES FOR ALL EXPENSES**

# CHECK REQUEST/REIMBURSEMENT  (BILLABLE)

**TODAY'S DATE:** April 25, 2006   **NEEDED BY:** ASAP

**RETURN TO:** Linda Whitman

**PAYABLE TO:** Kathy Thornton, 114 Stewart St., Apt. 3, Roanoke, AL  36274

**WHAT FOR:** witness and mileage fee for attendance at deposition

**TRAVEL EXPENSE:**

| | | | | |
|---|---|---|---|---|
| Dates Traveled | | | | |
| Destination | | | | |
| Hotel Expense | | | | 0 |
| Cost of Meals | | | | 0 |
| Airfare | | | | 0 |
| Parking | | | | 0 |
| Rental Car | | | | 0 |
| Phone | | | | 0 |
| Other | | | | 0 |
| Mileage | 104.06 | x | .445 = | 46.30 |
| TOTAL EXPENSES FOR TRIP: | | | | $ 46.30 |

TO UPDATE TOTALS, CLICK ON THE TOTAL AND PRESS F9

**OTHER EXPENSE:**   $40.00 witness fee

| TOTAL OTHER EXPENSES | $40.00 |
|---|---|

**CHARGE TO:**

| | | | |
|---|---|---|---|
| CLIENT: | JELD-WEN, inc. | CLIENT: | |
| MATTER: | Lorena Minix, Brenda Sims and Linda Sims | MATTER: | |
| C/M #: | 1370-003 | C/M: | |
| AMOUNT: | $ 86.30 | AMOUNT: | |

*Pd 4-26-06*
*Ck #21311*

152672.doc

**ATTACH RECEIPTS OR INVOICES FOR ALL EXPENSES**

# CHECK REQUEST/REIMBURSEMENT (BILLABLE)

**TODAY'S DATE:** September 15, 2006   **NEEDED BY:** September 15, 2006

**RETURN TO:** Linda Whitman

**PAYABLE TO:** Randolph Peterson, D.O.

**WHAT FOR:** witness fee for attendance at deposition

**TRAVEL EXPENSE:**

| Dates Traveled | | | | |
|---|---|---|---|---|
| Destination | | | | |
| Hotel Expense | | | | 0 |
| Cost of Meals | | | | 0 |
| Airfare | | | | 0 |
| Parking | | | | 0 |
| Rental Car | | | | 0 |
| Phone | | | | 0 |
| Other | | | | 0 |
| Mileage | 0 | x | .445 = | 0.00 |
| TOTAL EXPENSES FOR TRIP: | | | | $ 0.00 |

TO UPDATE TOTALS, CLICK ON THE TOTAL AND PRESS F9

**OTHER EXPENSE: $40.00**

| TOTAL OTHER EXPENSES | $40.00 |
|---|---|

**CHARGE TO:**

| CLIENT: | JELD-WEN, inc. | CLIENT: |
| MATTER: | Lorena Minix, Brenda Sims and Linda Sims | MATTER: |
| C/M #: | 1370-003 | C/M: |
| AMOUNT: | $ 40.00 | AMOUNT: |

*Paid 9-15-06*
*Ck #21878*

162439.doc

**ATTACH RECEIPTS OR INVOICES FOR ALL EXPENSES**

# CHECK REQUEST/REIMBURSEMENT         (BILLABLE)

**TODAY'S DATE:** September 15, 2006    **NEEDED BY:** September 15, 2006

**RETURN TO:** Linda C. Whitman

**PAYABLE TO:** William Caypless, P.A.

**WHAT FOR:** Witness fee for attendance at deposition

**TRAVEL EXPENSE:**

| Dates Traveled | | | | |
|---|---|---|---|---|
| Destination | | | | |
| Hotel Expense | | | | 0 |
| Cost of Meals | | | | 0 |
| Airfare | | | | 0 |
| Parking | | | | 0 |
| Rental Car | | | | 0 |
| Phone | | | | 0 |
| Other | | | | 0 |
| Mileage | 0 | x | .445 = | 0.00 |
| TOTAL EXPENSES FOR TRIP: | | | | $ 0.00 |

TO UPDATE TOTALS, CLICK ON THE TOTAL AND PRESS F9

**OTHER EXPENSE: $40.00**

| TOTAL OTHER EXPENSES | $40.00 |
|---|---|

**CHARGE TO:**

| CLIENT: | JELD-WEN, inc. | CLIENT: |
| MATTER: | Lorena Minix, Brenda Sims and Linda Sims | MATTER: |
| C/M #: | 1370-003 | C/M: |
| AMOUNT: | $ 40.00 | AMOUNT: |

*Paid 9-15-06*
*Ck #21880*

162423.doc

**ATTACH RECEIPTS OR INVOICES FOR ALL EXPENSES**

# CHECK REQUEST/REIMBURSEMENT  (BILLABLE)

**TODAY'S DATE:** September 15, 2006  **NEEDED BY:** September 15, 2006

**RETURN TO:** Linda Whitman

**PAYABLE TO:** Charlotte Bishop, CRNP

**WHAT FOR:** witness fee for attendance at deposition

**TRAVEL EXPENSE:**

| Dates Traveled | | | | |
|---|---|---|---|---|
| Destination | | | | |
| Hotel Expense | | | | 0 |
| Cost of Meals | | | | 0 |
| Airfare | | | | 0 |
| Parking | | | | 0 |
| Rental Car | | | | 0 |
| Phone | | | | 0 |
| Other | | | | 0 |
| Mileage | 0 | x  .445 | = | 0.00 |
| TOTAL EXPENSES FOR TRIP: | | | | $ 0.00 |

TO UPDATE TOTALS, CLICK ON THE TOTAL AND PRESS F9

**OTHER EXPENSE: $40.00**

| TOTAL OTHER EXPENSES | $40.00 |
|---|---|

**CHARGE TO:**

| CLIENT: | JELD-WEN, inc. | CLIENT: |
|---|---|---|
| MATTER: | Lorena Minix, Brenda Sims and Linda Sims | MATTER: |
| C/M #: | 1370-003 | C/M: |
| AMOUNT: | $ 40.00 | AMOUNT: |

*Paid 9-15-06*
*Ck #21879*

162424.doc

**ATTACH RECEIPTS OR INVOICES FOR ALL EXPENSES**

**DE ASSOCIATES**
**P. O. BOX 2524**
**ANNISTON, ALABAMA** 36202
**256 239-8925**

1370-003

DATE  May 2, 2006

TO: **Lehr Middlebrooks & Vreeland**
 **2021 Third Ave. North**
 **P. O. Box 11945**
 **Birmingham, Alabama  35202-1945**

| FOR PROFESSIONAL SERVICES | AMOUNT: |
|---|---|
| Process of Service: Stacy Cook Overton (re Minix v JELD-WEN) | $65.00 |

MAY 0 5 2006
BY: 21372

**DE ASSOCIATES**
P. O. BOX 2524
ANNISTON, ALABAMA 36202
256 239-8925

1370-003

DATE  May 2, 2006

TO: Lehr Middlebrooks & Vreeland
2021 Third Ave. North
P. O. Box 11945
Birmingham, Alabama  35202-1945

| FOR PROFESSIONAL SERVICES | AMOUNT: |
|---|---|
| Process of Service: Lisa Cook  (re Minix v JELD-WEN) | $65.00 |

MAY 0 5 2006
BY: 21372

**DE ASSOCIATES**
P. O. BOX 2524
ANNISTON, ALABAMA 36202
256 239-8925

*1370-003*

DATE **September 30, 2006**

TO:  Lehr Middlebrooks & Vreeland
     2021 Third Ave, North
     Birmingham, Alabama 35202-1945

**ACCOUNTS PAYABLE**

| FOR PROFESSIONAL SERVICES | AMOUNT: |
|---|---|
| William Caypless | $ 75.00 |
| Charlotte Bishop | 75.00 |
| Randolph Peterson, DO | 75.00 |
| | $ 225.00 |

*Serve subpoenas for depositions*

SEP 2 5 2006

*21953*