# BILL OF COSTS

| United States District Court | DISTRICT<br>MIDDLE DISTRICT OF ALABAMA |
|---|---|
| LORENA MINIX, BRENDA SIMS, and LINDA SIMS,<br>   Plaintiffs,<br>                    v.<br>JELD-WEN, inc.<br>   Defendant. | DOCKET NO.<br>3:05-cv-00685-T<br><br>MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on October 17, 2006 against Plaintiffs Lorena Minix, Brenda Sims and Linda Sims, the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---:|
| Fees of the clerk ................................................................. $ | |
| Fees for service of summons and complaint ................................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ................................ | 610.00 |
| Fees and disbursements for printing ........................................ | |
| Fees for witnesses (itemized on reverse side) ............................ | 376.02 |
| Fees for exemplification and copies of papers necessarily obtained for use in case ................................ | |
| Docket fees under 28 U.S.C. § 1923 ........................................ | |
| Costs incident to taking of depositions ..................................... | 5,842.25 |
| Costs as shown on Mandate of Court of Appeals ........................ | |
| Other costs (Please itemize) **In-house photocopying** ............... | 1,714.05 |
| **Process Server for service of subpoenas to appear at depositions** | 355.00 |
| TOTAL   $ | 8,897.32 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of those costs.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to James B. Douglas, Jr., Esq. and Matthew W. White, Esq.

SIGNATURE OF ATTORNEY _/s/ Whitney R. Thomas_

FOR:  JELD-WEN, inc.                                   DATE November 15, 2006
        _Name of claiming party_

| Please take notice that I will appear before the clerk who will tax said costs on the following day and time: | DATE AND TIME |
|---|---|

| Costs are hereby taxed in the following amount and included in the judgment: | $ 8,897.32  AMOUNT TAXED |
|---|---|
| CLERK OF COURT<br>*Debra P. Hackett* | _/s/ Debbie Yates_   (BY) DEPUTY CLERK   DATE 11-16-06 |

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
|  | Days | Total Cost | Days | Total Cost | Miles | Total Cost |  |
| Lisa Cook<br>440 Rebecca Drive, Apt. 24<br>Roanoke, AL 36274 | 1 | 40.00 |  |  | 100.7 | 44.82 | 84.82 |
| Stacy Cook Overton<br>180 Cynthia Circle<br>Roanoke, AL 36274 | 1 | 40.00 |  |  | 100.9 | 44.90 | 84.90 |
| Kathy Thornton<br>114 Stewart Street, Apt. 3<br>Roanoke, AL 36274 | 1 | 40.00 |  |  | 104.6 | 46.30 | 86.30 |
| Dr. Russell Peterson<br>Randolph Medical Center<br>965 Highway 431<br>Roanoke, AL 36274 | 1 | 40.00 |  |  | -0- | -0- | 40.00 |
| Willliam Caypless, P.A.<br>Woodland Rural Health Clinic<br>76 Co. Road 64, Suite 3<br>Woodland, AL 36280 | 1 | 40.00 |  |  | -0- | -0- | 40.00 |
| Charlotte Bishop, CRNP<br>Southern Family Care<br>32 Medical Drive<br>Roanoke, AL 36274 | 1 | 40.00 |  |  | -0- | -0- | 40.00 |
|  |  |  |  |  |  | TOTAL | 376.02 |