# United States Court of Appeals
## For the Eleventh Circuit

RECEIVED
2007 JUL 27 P 2:54

No. 06-16094

District Court Docket No.
05-00685-CV-T-E

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Jun 27, 2007

THOMAS K. KAHN
CLERK

LORENA MINIX,
BRENDA SIMS,
LINDA SIMS,

        Plaintiffs-Appellants,

versus

JELD-WEN, INC.,

        Defendant-Appellee.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
JUL 2 6 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered: June 27, 2007
For the Court: Thomas K. Kahn, Clerk
By: Jackson, Jarvis