IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORENA MINIX, et al., )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>JELD-WEN, INC., and )<br>RICHARD FETNER, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>3:05cv685-MHT |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on June 27, 2007, wherein the final judgment of this court made and entered herein on October 17, 2006 (Doc. no. 68), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on July 26, 2007, and received in the office of the clerk of this court on July 27, 2007 (Doc. no. 74), it is the ORDER, JUDGMENT, and DECREE of the court that the final

judgment of this court made and entered on October 17, 2007 (Doc. no. 68), is continued in full force and effect.

DONE, this the 9th day of August, 2007.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**