RECEIVED

2008 MAR -3 P 12: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

February 27, 2008

**Appeal Number: 06-16094-AA**
Case Style: Lorena Minix v. Jeld-Wen, Inc.
District Court Number: 05-00685 CV-T-E

TO:   Debra P. Hackett

CC:   Hon. Myron H. Thompson

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

RECEIVED
2008 MAR -3 P 12: 34
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

For rules and forms visit
www.ca11.uscourts.gov

February 27, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 06-16094-AA**
Case Style: Lorena Minix v. Jeld-Wen, Inc.
District Court Number: 05-00685 CV-T-E

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley M. Brown (404) 335-6170

c: District Court Judge

MDT-4 (04-2007)